Nicholas Strobel #79622-005
USP Leavenworth
PO Box 1000
Leavenworth, KS
66048

FILED 29 NOV '23 10:21 USDC-ORP

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

NICHOLAS ROBERT STRUBEL

*(Enter full name of plaintiff(s))*

**Plaintiff(s),**

v.

United states of America, Schizur, Hendrix, Gunsuld, Bills, DeBoer, Johnson, Baker, Baumeister, Rodriguez, Mooey, Caspers, Brooks, Packard, Vancleave, Hawly, Coyle, Wheeler, Huerta, Loughborn, Selvig, Suh, Styles, Guerrero, Weycott, Honas, Davis, & Collins

*(Enter full name of ALL defendant(s))*

**Defendant(s).**

Civil Case No. 3:23-cv-01791-MC

*(to be assigned by Clerk of the Court)*

**APPLICATION TO PROCEED**
***IN FORMA PAUPERIS***

I, NICHOLAS STROBEL, declare that I am the plaintiff in the above-entitled proceeding. In support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor, and that I am entitled to the relief sought in the complaint or petition.

✱ Please have U.S. marshal execute/serve all documents ✱

In support of this application, I answer the following questions:

1.  Are you currently incarcerated?  ☒ Yes  ☐ No

    If "Yes," state the place of your incarceration:  USP Leavenworth

    **If "Yes" and you are filing a civil action or habeas corpus proceeding, have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account showing transactions for the past six (6) months.**

2.  Are you currently employed?  ☐ Yes ☒ No  ☐ Self-employed

    a.  If the answer is "Yes," state:

    Employer's name: _____

    Employer's address: _____

    Amount of take-home pay or wages: $_____ per _____ *(specify pay period)*

b.  If the answer is "No," state:

Name of last employer: _____

Address of last employer: _____

Date of last employment: _____

Amount of take-home salary or wages: $_____ per _____ *(specify pay period)*

3.  Is your spouse employed?  ☐ Yes  ☐ No  ☐ Self-employed  ☒ Not applicable

a.  If the answer is "Yes," state:

Employer's name: _____

Employer's address: _____

Amount of take-home pay or wages:  $_____ per _____ *(specify pay period)*

b.  Do you have access to your spouse's funds to pay the filing fee in this case?  ☐ Yes  ☐ No

Please explain your answer below:

_____

_____

_____

_____

_____

c.  If your spouse's income or assets are available to you to pay the filing fee in this case, would your spouse have enough money left to pay for his or her own expenses?

☐ Yes  ☐ No    If the answer is "No," please explain below:

_____

_____

_____

_____

_____

4.  In the past 12 months have you received any money from any of the following sources?

a.  Business, profession, or other self-employment  ☐ Yes  ☒ No

If "Yes," state:  Amount received:      $ _____

Amount expected in future:   $ _____

b.  Rent payments, interest, or dividends      ☐ Yes  ☒ No

If "Yes," state:  Amount received:      $ _____

Amount expected in future:   $ _____

c.  Pensions, annuities, or life insurance payments  ☐ Yes  ☑ No

If "Yes," state:  Amount received:  $ _____

Amount expected in future:  $ _____

d.  Disability or workers' compensation payments  ☐ Yes  ☑ No

If "Yes," state:  Amount received:  $ _____

Amount expected in future:  $ _____

e.  Gifts or inheritances  ☐ Yes  ☑ No

If "Yes," state:  Amount received:  $ _____

Amount expected in future:  $ _____

f.  Any other sources  ☐ Yes  ☑ No

If "Yes," state:  Source:  _____

Amount received:  $ _____

Amount expected in future:  $ _____

5.  Do you have cash or checking or savings accounts?  ☐ Yes  ☑ No
(including prison trust accounts)?

If "Yes," state the total amount: $ _____

6.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles, or other valuable property?  ☐ Yes  ☑ No

If "Yes," describe the asset(s) and state the value of each asset listed:

_____

_____

_____

_____

7.  Do you have any other assets?  ☐ Yes  ☑ No

If "Yes," list the asset(s) and state the value of each asset listed:

_____

_____

_____

_____

_____

8.    Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses?    ☐ Yes  ☒ No

If "Yes." describe and provide the amount of the monthly expense:

_____

_____

_____

_____

_____

9.    List the persons (or, if under 18, initials only) who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support:

_____

_____

_____

_____

_____

10.    Do you have any debts or financial obligations?    ☐ Yes  ☒ No

If "Yes," describe the amounts owed and to whom they are payable:

_____

_____

_____

_____

_____

**If I am incarcerated and filing a prisoner civil rights complaint, I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court, payments toward the full filing fee of $350.00 for a prisoner civil rights complaint, in accordance with 28 U.S.C. § 1915(b).**

I declare under penalty of perjury that the above information is true and correct.

11-13-_____
DATE

_____
SIGNATURE OF APPLICANT

NICHOLAS STROBEL
PRINTED NAME OF APPLICANT

Revised March 1, 2017
Page 4

USDC - Oregon

## CERTIFICATE
(To be completed by the institution of incarceration.)

I certify that _Nicholas Strobel_ (name of applicant) has the sum of $ _39_

on account to his/her credit at _USP Leavenworth_ (name of institution).    I

further certify that during the past six months the applicant's average monthly balance was $ _5.00_ .

I further certify that during the past six months ~~the average of monthly~~ one total deposit to the applicant's account

was $ _30.00_ .

~~I have attached a certified copy of the applicant's trust account statement showing the transactions for the past six months.~~

_11/7/23_
DATE

_(signature)_
SIGNATURE OF AUTHORIZED OFFICER

T. Rush corrections counselor

---

STROBEL    79622-065

Requested from Mr. Rush on 10-31-23 forwarded to Smith of Trust Fund.

_(signature)_

Spoke to Trust Fund & U.M. Harvey @ lunch main line on 10-31-23.

Revised March 1, 2017
Page 5                                                USDC - Oregon

Sent back to Counselor Rush - 11-6-23 Rush told me to come back later.

Signed on 11-7-23 :)

Date: 11/08/2023
Time: 8:46:41 AM

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: LVN

**Start Date:** 04/01/2023
**End Date:** 11/08/2023
**Inmate Reg#:** 79622065
**Account Status:** All
**Institution:** Leavenworth USP

STROBEL, NICHOLAS  79622065

| | Federal Bureau of Prisons | |
|---|---|---|
| Date: 11/08/2023 | TRUFACS | Facility: LVN |
| Time: 8:46:41 AM | **Inmate Statement** | |
| | Sensitive But Unclassified | |

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 79622065 | Living Quarter: | C09-513U |
| Inmate Name: | STROBEL, NICHOLAS ROBERT | Arrived From: | OKL |
| Current Site Name: | Leavenworth USP | Transferred To: | |
| Housing Unit: | LVN-C-E | Account Creation Date: | 4/6/2016 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| LVN | 08/11/2023 03:17:18 AM | TX081123 | | | Transfer - In from TRUFACS | $0.29 | | $0.29 |
| LVN | 09/18/2023 07:39:25 AM | 35 | | | Sales | $0.00 | | $0.29 |
| LVN | 10/05/2023 03:06:15 PM | 33423278 | | | Money Gram | $30.00 | | $30.29 |
| LVN | 10/05/2023 03:06:15 PM | 33423278 | | | Pre-Release Transaction | | $0.00 | _____ |
| LVN | 10/05/2023 05:17:34 PM | TL1005 | | | TRUL Withdrawal | ($5.00) | | $25.29 |
| LVN | 10/08/2023 08:09:40 PM | TL102023 | | | Pre-Release Transaction | | ($25.29) | _____ |
| LVN | 10/09/2023 12:10:39 PM | TL102023 | | | Pre-Release Transaction | | $25.29 | _____ |
| LVN | 10/10/2023 09:32:38 AM | 36 | | | Sales | ($22.90) | | $2.39 |
| LVN | 10/17/2023 06:30:13 AM | TL1017 | | | TRUL Withdrawal | ($2.00) | | $0.39 |
| | **Total Count:** | **9** | | | **Totals:** | **$0.39** | **$0.00** | |

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| LVN | $0.39 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.39 |
| **Totals:** | **$0.39** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.39** |

STROBEL, NICHOLAS 79622065

Date: 11/08/2023
Time: 8:46:41 AM

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: LVN

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 79622065 | Living Quarter: | C09-513U |
| Inmate Name: | STROBEL, NICHOLAS ROBERT | Arrived From: | OKL |
| Current Site Name: | Leavenworth USP | Transferred To: | |
| Housing Unit: | LVN-C-E | Account Creation Date: | 4/6/2016 |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max. Balance -Prev. 30 Days | Average Balance- Prev. 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $30.00 | $40.31 | $3.07 | $25.29 | $0.87 | N/A | N/A |

STROBEL, NICHOLAS 79622065

Page 3