UNITED STATES DISTRICT COURT
9TH CIRCUIT PORTLAND DIVISION

FILED 29 NOV '23 10:21 USDC-ORP

NICHOLAS ROBERT STROBEL;

          Plaintiff(s),

NICHOLAS STROBEL
79022-065
USP Leavenworth
P.O. Box 1000
Leavenworth, KS 66048

v.

UNITED STATES OF AMERICA
J. SALAZAR, Former Warden FCI Sheridan, D. Hendrix, Current Warden FCI Sheridan, Bunsoid CMC, Bilis Associate Warden, Deboer Trust Fund, Johnson Education, Lawson SSS, T. Baker Case manager, Baumeister Case manager, A. Rodriguez Former Counselor, C.S.Os Moody & Caspers, FSA Brooks; Packard Vancleave C.O., Angela C.O., Coyle C.O., Wheeler C.O., Huerta C.O., Loughburn C.O., Selvig C.O., Chaplain Suh, Lt. Styles, Guerrero and Food service officers: Honeycutt, Arenas, Davis, Collins; individually and in their official capacities,

          Defendant(s)

Civil action
NO. 3:23-cv-01791-MC

# COMPLAINT

NOTE: INDEX OF EXHIBITS
pgs. 20-22 of 239

## I. JURISDICTION & VENUE

1. This is a civil action authorized by Bivens to redress the deprivation, under color of federal law, of rights secured by the Constitution of the United States. This court has jurisdiction under 28 U.S.C. Section 1331 and 1343(a)(3). Plaintiff's Federal Tort Act claims are authorized by 28 U.S.C. Section 1346 and 31 U.S.C. Section 3723(a)(1). Plaintiff is seeking relief under Religious Freedom Reformation Act (RFRA) 42 U.S.C. Section 2000bb-1(c) and Religious Land Use and Institutionalized Persons Act (RLUIPA) 42 U.S.C. Section 2000cc-1(a).

2. The United States District of Oregon (9th Circuit) Portland Division is an appropriate Venue under 28 U.S.C. Section 1391(b)(2) because it is where the events giving rise to this claim occurred.

## II. PLAINTIFF

3. Plaintiff is a 44 year old caucasian male practicing Judaism and living a Kosher lifestyle. Plaintiff Nicholas Robert Strobel was housed at Sheridan F.C.I in Sheridan Oregon where the events giving rise to this claim occurred.

III. DEFENDANTS

4. Defendant J. Salazar was the warden at F.C.I. Sheridan. He was legally responsible for the overall operation of FCI Sheridan and for the welfare of all the inmates in that prison.

5. Defendant D. Hendrix is the warden at F.C.I. Sheridan. He is legally responsible for the overall operation of FCI Sheridan and for the welfare of all the inmates in that prison.

6. Defendant Bunsold is Case Manager Coordinator (CMC) at FCI Sheridan and oversees a number of departments and a number of people under her direct supervision.

7. Defendant Bills is an Associate Warden answers directly to the warden and oversees daily operations.

8. Defendant DeBoer is Trust Fund Supervisor. He is responsible for overseeing Laundry, commissary, and another number of duties including providing indigent supplies, and TRULINCS prints to inmates without access to printer.

9. Defendant Johnson is the SoE of education. He oversees programs, leisure library and is responsible for printing documents for inmates w/ 6.⁰⁰ on their trust account for 30 days or more. (indigent) A

10. Defendant Lawson SCSS is responsible for the staff under her to ensure they are trained properly. She oversees mail.

11. Defendant Baker was my case manager when I was there. She has many duties + responsibilities including receiving + not losing identification documents. Such as Social security cards, ID cards + birth certificates.

12. Defendant Baumeister is case manager and has similar duties of Defendant Baker.

13. Defendant A. Rodriguez was my counselor in unit 3A and was responsible for being my go between with Administration and to help with daily issues that may arize as well as have my best interests in mind.

14. Defendant Moody C.S.O. is responsible for a number of tasks including providing change of address forms and sorting mail.

15. Defendant Caspers C.S.O. is responsible for a number of tasks including providing change of address forms and sorting mail.

16. Defendant Brooks Food Service Administrator is responsible for the supervision of Food service department. He is responsible for ensuring the National Menu is observed, food is edible and safe. He is also responsible for knowing and making sure staff are adequatley trained in preparation + handling of Religious meals, both Kosher and Halal and knowing the difference.

17. Defendant Packard is a Food service officer, was my supervisor in Food service and is responsible for ensuring meals are correct + all inmates are fed according to their dietary + Religious needs

18. Defendant Vancleave is property officer. She is responsible for inventory, packing and handling of all property of those sent to SHU. She also has a responsibility to answer requests, ship property for inmate and give inmates due process for property incoming while housed in SHU.

19. Defendant Angela is a Correctional officer (C.O.) and was working in the SHU while I was housed there Sept. 2022 to Dec-2022. He is responsible for doing walks every 30 minutes making sure that inmates are safe and ensuring inmates have their needs met and are fed 3 times daily.

20. Defendant Coyle is a correctional officer (C.O.) and was working in the SHU while I was housed there Sept 2022 To Dec.2022 He is responsible for doing walks every half hour and making sure that inmates are safe and ensuring inmates have their needs met and are fed 3 times daily.

21. Defendant Wheeler is a C.O. and was in training in SHU while I was there. He has an obligation to see that inmates are treated humanley performing walks every ½ hour and ensuring inmates are cared for/fed.

22. Defendant Huerta is a C.O. and was working in the SHU from when I came in until I was shipped out. 9-2022 TO Dec-2022. His responsibilities mirror those of Defendant Angela, Coyle + Wheeler.

23. Defendant Loughbom is a C.O. in SHU and is responsible for health and safety of inmates and to ensure their needs are met. This includes making sure inmates get 3 meals a day,

24. Defendant Selvig is a C.O. in SHU and is responsible for health and safety of inmates and to ensure their needs are met. This includes making Sure inmates get 3 meals a day. Defendant Selvig also is the C.O. who re-inventoried my property, and discarded/changed list from Vancouver originale

25. Defendant Suh is a Chaplain and is responsible for advocating for the religious rights and needs of all inmates, no matter what religion they follow.

26. Defendant Styles was Lt. in SHU while I was housed there. He is responsible for overseeing all dayly operations of SHU and ensuring his subordinates do their duty and provide the basic needs to inmates. This includes ensuring 3 meals are fed to every person.

27. Defendant Honeycutt is Food Service officer and is responsible for, among other things, making sure that Religious diets are correct, full meals, and fed 3 times daily to inmates on common fare.

28. Defendant Arenas is Food service officer and is responsible for, among other things, making sure that Religious diets are correct, full meals and fed 3 times daily to inmates on common fare.

29. Defendant Davis is (FSO) food Service officer and is responsible for, among other things, making sure that Religious diets are correct, full meals and fed 3 times daily to inmates on common fare.

30. Defendant Collins is FSO and is responsible for, among other things making sure that Religious diets are correct, full meals and fed 3 times daily to inmates on common fare.

31. Defendant Guerrero is FSO and is responsible for, among other things, making sure that Religious diets are correct, full meals and fed 3 times daily to inmates on common fare.

## IV. FACTS

32. While at Sheridan F.C.I. while on the Kosher common fare diet, I struggled with staff to get full Kosher meals three times a day. These struggles left me many days with only one meal. I began documenting negligence + indifference in 2021. On 11-10-2022 it all came to a head when FSA Brooks (Defendant) took me off of Kosher common fare against policy, without authorization or authority. What followed was starvation by BoP staff for 16 consecutive meals, a little over 138 hours, just under six days. (See EXHIBIT 1) Pgs. 23-32

33. While at Sheridan F.C.I. Defendant Salazar implemented mail policy/memos that violated the first, fifth + fourteenth Amendments. Incoming publications + purchases were photo copied and only photo copies were delivered. During the Administrative remedy process for several rights violations, while staff was to store all photo copied (original) mail until exhaustion of remedy, Defendant Hendrix ordered all stored correspondences incinerated. This happened on two different occasions. (SEE EXHIBIT 2) pgs. 37-51

34. While at Sheridan F.C.I. Defendants, Debeer, Johnson violated my due process rights to legal materials/courts and charged me money without providing purchases. (See EXHIBIT 4) pgs, pgs 53-62

35. On the following days I was without at least one meal due to BOP Staff. (See Exhibit #1) pgs. 23-32
12-10-21, 12-25-21, 1-20-22, 1-25-22, 1-30-22, 2-1-22, 2-3-22, 2-17-22, 2-20-22, 2-27-22, 3-4-22, 3-18-22, 4-11-22, 4-20 or 4-26-22, 5-13-22, 5-14-22, 5-17-22, 5-21-22, 5-25-22, 5-28-22, 6-4-22, 6-6-22, 6-9-22, 6-18-22, 6-20-22, 6-24-22, 6-25-22, 6-26-22, 6-29-22, 6-30-22, 7-1-22, 7-8-22, 9-4-22, 9-10-22, 9-25-22 9-27-22, 9-30-22, 11-2-22, 11-6-22. After breakfast 11-10-22 when Defendant Guerrero told me I was no longer on common fare, I was not fed ANY meals until dinner on 11-15-22.
   Filed BP-9 Sensitive Feb, 2022 Admin. Rem. # 1112357-R1 - Rejected
There are many more instances with missing items and denied meals. Please see. Complaint # 36

36. On the following days staff at F.C.I. Sheridan charged at least one item from at least one meal, against BOP policy and National menu. (See EXHIBIT #1) pgs. 23-32

2-14-22, 2-21-22, 3-18-22, 3-26-22, 4-2-22, 4-17-22, 5-21-22, 5-28-22, 6-4-22, 6-5-22, 6-9-22, 6-10-22, 6-11-22, 6-13-22, 6-14-22, 6-15-22, 6-16-22, 6-18-22, 6-20-22, 6-21-22, 6-24-22, 6-25-22, 6-26-22, 6-27-22, 6-29-22, 6-30-22, 7-1-22, 7-2-22, 7-3-22, 7-5-22, 7-6-22, 7-7-22, 7-8-22, 7-9-22, 9-6-22, 9-11-22, 9-13-22, 9-18-22, 9-20-22, 9-23-22, 9-27-22, 9-30-22, 10-1-22, 10-2-22, 10-3-22, 10-4-22, 10-8-22, 10-9-22, 10-11-22, 10-14-22, 10-16-22, 10-17-22, 10-22-22, 10-23-22, 11-2-22, 11-5-22, 11-6-22, 11-7-22, 11-10-22, 11-17-22, 11-19-22, 11-20-22, 11-21-22, 11-22-22, 11-23-22, 11-24-22, 11-25-22, 11-26-22, 11-27-22, 11-28-22, & 11-29-22.

37. On the following dates, FBOP staff at F.C.I. Sheridan delivered to me only photocopies of purchased publications. This directive was put in place by Defendant Salazar and further implemented by W. Defendant Hendrix and staff. See emails. See TORT-
These are not the only dates/times. 6-16-21, 6-26-21, 7-12-21, 7-14-21, 7-20-21, 8-24-21, 8-25-21, 8-31-21, 9-28-21 (see 9-29-21 email), 10-6-21, 10-22-21, 10-25-21, 10-28-21, 11-01-21, 12-9-21, 3-24-22.

38. Defendant Salazar made initial changes to mail procedures on 10-24-18 to become effective 11-15-18. Defendant Salazar made further changes on 6-16-20. On this Notification For The Inmate Population, Defendant Salazar noted on #5, "Inmates that file an Administrative Remedy ~ mail will be maintained until completion of the Administrative Remedy process. After completion, mail will be retained for an additional 30 days to allow time for inmate to provide a disposition of the correspondence." This quote is again stated in Memorandum For ALL Inmates, signed by Defendant Hendrix on 6-23-21. All mail, by Defendant Hendrix's order was incinerated. thus destroying personal property and violating due process rights. See memo - (EXHIBIT #2) pgs 37-51

39. On the following dates I specifically asked for photo copied purchases be held for Administrative Remedy and TORT. 6-23-21, 6-26-21, 7-12-21, 7-14-21, 8-24-21, 8-31-21, 10-6-21, 10-28-21, 11-1-21, (EXHIBIT 2) p. 37-51

40. On 1-4-22 and 3-22-22, under the direction of Defendant Hendrix, all held correspondences involved in Administrative Remedy process contained in this complaint were incinerated. See Memorandum (EXHIBIT 2) For All Inmates January 4, 2022 & Memorandum for All Inmates March 22, 2022. (EXHIBIT 2) pgs 37-51

41. While my unit was a quarantine unit, I did not have access to a printer. On eight occasions I selected print jobs in my printing queue. On 1-19-22, 1-21-22, 1-24-22, 1-26-22, 1-29-22, 2-11-22, 2-12-22, and 2-16-22 collectivly I was charged 189 TRULINCS. A "TRULINC" costs $.05 each, thus I was charged from my TRULINCS $9.95 for documents for legal purposes and Defendant DeBoer refused to supply me with purchases. This not only was theft, but a violation to due process in which he denied me ELL (Electric Law Library) legal research, messages to staff for TORT/ Administrative Remedy and legal work for my 2255. A memo specifically states to pick up these prints at education if we can go. Being on quarenteen lock down I could not. Therefore as memo posted, I selected print Icon to send to "Administrator," which states, I will have to wait for Trust Fund to bring them to me. Defendant DeBoar refused. (EXHIBIT 11) Admin Rem# 1116270 pgs. 134-153

42. While by BOP policy, I was indigent, I made the proper requests to c.o. Moreno and Defendant Johnson. On 7-12-22 and 8-04-22 I requested ELL caselaw + other documents printed from Defendant Johnson. There were a total of 56 pages.
   Specifically stated in e-mail on 8-4-22, "I have 10 pages of case law from the ELL to be printed." Email on 7-12-22 requests for 46 pages of ELL documents to be printed. Defendant Johnson refused. This violates not only BOP policy, but my rights to due process, legal + courts. Admin Rem # 1131439-F1 /EXHIBIT #13 pgs 163-173

43. Plaintiff sought accommodation through Defendants Bills, Hendrix, Brooks & Suh for religious dietary needs. (See Admin. Remedy 1138921-F1)

As there is no way of avoiding eating foods on the Sabbath that have not been prepared by anothers labor, Plaintiff requested the three cold meals that were made for his religious diet brought back to his cell to be consumed after sundown. Denial of this accommodation and "policy constitute an infringement of Plaintiff's constitutional rights for the free exercise of religion, and was not reasonably related to any valid penological interest. The accommodation appellee requested posed no more threat to the prison's sanitation than did practices which were already common in the prison." see Kelvin Ray Love v. M.D. Reed, G. David Guntharp, and Bruce Collins; 216 F.3d 682; 2000 U.S. App. LEXIS 15598   No. 99-3149

44. C.S.O E. Courier rejected catalogs on or about 12-19-19 for colored ink / other violations. TRT-WXR-2022-00878  $35.00  EXHIBIT #7  TRT-3 / EXIBIT #8 pgs. 98-117 Admin. Rem. 1093937 Defendants Hendrix, Rodriguez & Lawson directly involved / communicated with. No remedy

45. After I ordered and paid for two copies of my Birth Certificate for Unit team, Defendant Baker lost documents and continued to postulate I never ordered them. (EXIBIT 9) pgs. 118-123 Loss of $17.00

46. Defendant Hendrix responded to request personally for my purchases to be delivered to me through Defendants Caspers, Moody, Lawson or Bunsolt. (EXHIBIT 10) pgs 124-133
Admin Rem # 1116660

p. 10 of 239

47. When I learned that I was being transferred from FCI Sheridan, I sent cop-outs to R&D and the mailroom. These cop-outs were requesting change of address forms, "U.S. Postal Service forms for change of address." (See exhibit #14 (F-4 & F-5)) pgs. 174-189 On my 10-18-22 request, C.T. Defendant Moody responded, "We don't have & don't do that." This is in clear violation of BOP policy and this neglect/wrongful act cost at least $ 58.49. TORT filed in Oct. 2023. I received no response from any of my Administrative Remedy attempts. Staff refused proper forms.

48. When I learned I was to be transferred from F.C.I. Sheridan, I sent cop-outs to Property officer Vancleave. These requests were for legal work (Federal Appeal pending), glasses (which she brought and Ct. Michaelson misplaced/lost on the morning of my transfer) and a specific request to send out 5 personal books. See cop-out dated 10-25-22 in EXHIBIT 15, V-2. Please also see EXHIBIT 15, pgs. 190-198 V-3. Defendant Vancleave did not help arrange for any books to be shipped out. Furthermore, while in the SHU numerous books came in for me through the USPS. None were delivered to me but were put in my property. Defendant Vancleave confiscated a total of 39 books from my property without any option to read, donate or send home. Defendant Vancleave violated my 1st, 5th & 14th amendment rights, depriving me of property. (See EXHIBIT #15) pgs. 190-198

49. Defendant Caspers rejecting 6 correspondences out of 10 from Publisher David Carter. This is the second major issue with this Defendant for same problem. They do not meet criteria Defendant claimed. (See Exhibit #16) Administrative Remedy - Denied forms. pgs. 191-207

50. Despite communicating with Defendants Hendrix, Bills, Brooks, Suh, Honeycutt, Arenas, Davis, Collins, Guerrero & Packard on numerous occasions, Common fare Kosher meals were incomplete or missing on numerous occasions. This includes being limited to only peanut butter meals 2 times a day, which due to handling, was not Kosher. (See EXHIBIT #1) pgs. 23-32 Administrative Remedy (there are 3 for similar conduct) 1124779-F1 (EXHIBIT #17) Defendants Wheeler these too pg. 208-215

51. Defendants Hendrix, Bills, Suh, Brooks + Honeycutt, despite numerous talks & Plaintiff showing case law & BOP policy supporting religious request refused to allow free exercise of religion. (See EXHIBIT #18 & EXHIBIT #6) pgs. 216-223       pgs. 69-71

52. After a long struggle with staff at F.C.I. Sheridan, in retaliation without authorization or authority, Defendant Brooks had Plaintiff removed from Kosher Commonfare. Plaintiff then went 6 days over 138 consecutive hours without any food. (See EXHIBIT #19 - Administrative Remedy) pgs. 224-236

## V. LEGAL CLAIMS

53. Defendant Salazar imposed rules which violate inmates 1st amendment rights as to receiving purchased published materials. Defendant Salazar's arbatrary enforcement of changes to incoming correspondences violated 5th & 14th amendment rights to due process. Rejecting letters which the address was not in pen. Thus, rejecting legitimate letters with pencil labels. Allowing rejection of catalogs, pamphlets & brochures in ink being rejected illegally. TORT

54. Defendant Hendrix violated 1st, 5th, 8th, & 14th Amendment Rights. Implementation of mail changes including the Administrative Remedy clause, then incinerating all of the correspondence, books, magazines + other purchases involved in Remedy process. Defendant Hendrix on or about 2-2-22 came to Plaintiffs cell when Plaintiff had not been fed two meals + did not do anything to remedy. Defendant was spoken to at main line on 3 occasions concerning Kosher meals or lack there of. No change or improvement after any talks. Defendant Hendrix further involved in all issues that Administrative Remedy @ BP-9 was filed. TORT

55. Defendant Bunsold was directly involved with denial and or copying of purchases. Personally spoke to in July of 2021 regarding mail/property violations. Defendant Bunsold was also contacted + spoken to on numerous other occasions about arbitrary enforcement and implimentation of illegal guidelines. Defendant Bunsold was also spoken to after a shake down in SHU. $60.00 worth of color printed purchased Magick publication were taken without confiscation forms. When I spoke to Defendant Bunsold + Captain Hacks, I was told the property was not confiscated but put in my property. Purchases missing, Violated 1st, 5th & 14th rights. TORT

56. Defendant Bills spoke to me on or about not being fed on or about 2-2-22. I was still not fed the following meal. Defendant Bills also personally denied me taking my meal back on fast day, Violating my free exercise right under 1st Amendment. RFRA - RLUIPA

57. Defendant DeBoer charged me money for printing legal documents and refused to deliver them as Bulletin Board instructed he would. Charging Plaintiff & depriving him of service/property violates 5th & 14th amendment & due process rights.   TORT

58. Defendant Johnson refused to print time sensitive legal documents for Plaintiff when indigent. Deprivation of access to courts and proof for TORT claims, depriving Plaintiff of redress for TORT/ wrongful acts/ommissions by staff. 1st, 5th & 14th amendment violations

59. Defendant Lawson on numerous occasions was personally involved in mail violations in which all publications including Plaintiffs books, magazines, catalogs, & photographs were incinerated. 1st, 5th & 14th Amendment violations.   TORT

60. Defendant Baker lost Plaintiffs Birth Certificates costing $17.00 and refused to acknowledge mistake/correct personal file - TORT

61. Defendant Baumeister was first person notified about Defendant Brooks begining starvation of Plaintiff. Defendant was given BP-8 & showed/explained top, "Starvation begins today". Cruel & Unusual Punishment - 8th Amendment violation.

62. Defendant Rodrigues refused to take any steps helping with mail, meals, or aquiring needed prints from Defendants DeBoer or Johnson. 1st, 5th & 14th amendment rights. He laughed about mail issues.

63. Defendant Moody violated 1st, 5th & 14th Amendment rights by photo copying publications, denying purchases, refusing to follow policy and provide Plaintiff with change of address form for USPS or to forward mail for stated 30 days in BOP policy. All mail copied/denied was incinerated. TORT See EXHIBIT #14/EXHIBIT #7
  Pgs 174-189    pgs. 72-97

64. Defendant Caspers violated due process rights by being the respondant to a Administrative Remedy/grievance written on their conduct. Defendant Caspers further violated 1st, 5th & 14th Amendment rights by continuously rejecting/processing mail under wrong Catagory. See EXHIBIT #12 Rem# 1116270-R2 & EXHIBIT #16/ TORT EXHIBIT #7 All property Incinerated
  Pgs. 72-97

65. Defendant Brooks violated 1st amendment right to free exercise of religion. Brooks violated rights protected By RLUIPA as well as RFRA. When Plaintiff was working as common fare Worker, Defendant Brooks was asked by him, "can I please bring my own cup to work so that I can have a kosher vessel to drink from". Defendant Brooks responded, "There is no such thing as a Kosher spoon or Kosher utensil, It's sad you don't even know anything about your own religion." On 5-13-22 Defendant Brooks denied food for Fast in which Chaplain Suh, originally verbally approved. On 5-21-22 Defendant Brooks attempted to force me to take Halal meat/trick me into eating non-Kosher food. "Trust me, I ordered it." Defendant Brooks took me off Kosher meals & lied to Rabbi spritzer when he called. See exhibit 1A Brooks & staff starved me for 6 days straight. Cruel & unusual punishment.

This 8th Amendment violation is extremley hanas. His comment to Captain Cerone was, "He wouldn't take his meal because it didn't have a sticker on it, he was being a child."

The evidence in this complaint shows Defendant Brooks' repeated conduct of making the other 10-13 men on Kosher diet, using acts of deceit toward Religious followers, is sufficient to allow a jury to find such behavior reprehensible. See state Farm Mutual Auto. Ins. v. Campbell, 538 U.S. 408, 155 L. Ed. 2d 585, 123 S. Ct. 1513, 1521 (2003); BMW, 116 S. Ct. at 1599.

I am asking for a larger than normal punitive award to maybe ensure the BOP stops this horrible deliberate callous indifference + deceitful behavior.

Defendant Brooks acted with "evel mind". See Linthicum v. Nationwide Life Ins. Co., 150 Ariz. 326, 723 P.2d 675, 679-80 (Ariz. 1986). See Exhibits #1, #1A, #3, #6, #17, #19, #20 + #21

66. Defendant Packard when Plaintiff asked why he was not getting Kosher meals, turned his back and walked away, "I'm not the guy to talk to." ~~not~~ Complete deliberate indifference. While Plaintiff was in SHU and trying to get Kosher only foods, Packard informed Suh, "There is no real difference in the meals." He refused to send Kosher. Kosher meals do not have milk + meat combined, are never prepared w/ shell fish and have way stricter rules.

Packard, as well as Defendant Brooks use guile to trick folks into eating non-Kosher. I personally saw this as common fare "cook". I did my best to warn other men.

67. Property officer Vancleave refused to look for my watch, sweat pants, underwear & shorts. & socks that I came into the SHU with, before I signed my property slip. TORT Defendant Vancleave also refused to ship 5 specific books or gave any options for 39 confiscated books, violating 3rd & 14th aminzment rights & causing loss of property. TORT see EXHIBIT #15

68. Defendant Angela was a C.O. in SHU while I was housed there. See EXHIBIT #1 dates 9-4-22 throug 12-2022. He was one of my intake officers on the day I came in. Defendant did not log and or mark my: watch, shorts, sweatpants, socks or underwear causing loss. Defendant Angela was also involved with deprevation of life needs from 11-10-22 to 11-15-22 (total starvation) as well as delivering without remedy partial meals. EXHIBIT #1 Defendant Wheeler + Huerta also involved with food issues. See EXHIBIT #1 pages 23-32

69. Defendant Loughborn was C.O. in SHU and continuously argued with Plaintiff about taking non-kosher meals. Plaintiff showed Defendant markings, stickers & differences in meals on numerous occasions as well as filled out detailed explanations & cop-outs. Defendant was involved with deprevation of food on all occasions listed herein while on shift in SHU.

70. Defendant Selvig was C.O. in SHU and was also involved in not affording me religious meals or making any effort to make the corrections.

71. Defendant Suh failed to advocate for Holy days, Religious days, Religious meals or come when notified of starvation. See EXHIBITS: 1, 1A, 3, 6, 17, 19, 20 & 21    1st, 5th, 8th & 15th Amendments

72. Defendant Styles personally denied me a Religious meal on more than one occasion, was involved with and notified of 11-13 to 11-15 starvation and was there when Captain Cerone & Brooks came to my cell at the end of starvation on 11-15-22. See EXHIBITS 1, 1A, 3, 6, 17, 19, 20, & 21    1st, 5th 8th & 15th Amendments

73. Defendants Guerrero, Honeycutt, Arenas, Davis and Collins are all Food Service officers. They all Singley and collectivley violated my 1st, & 8th amendment as well as 15th & 5th. They all supervized me in Food service when I worked in common fare. I had numerous conversations with all of them concerning lack of Kosher foods & abundance of Halal. Defendants all know how strictly I follow my Kosher diet and none did anything to correct FSA Brooks' retaliation in Starving me. I put in numerous cop/outs and spoke to ALL of them. They all were involved with continual violation of rights.

74. All of the above listed staff as well as medical were alerted of my starvation, weakness, nausia, hunger pangs, dizziness, irregular heart beat, hot & cold spells & the inability to eat non-Kosher foods. All listed defendants were deliberathly indifferent to my basic human needs.

## VI. PRAYER FOR RELIEF

WHEREFORE, plaintiff respectfully prays that this court enter judgment granting plaintiff:

75. A declaration that the acts and omissions described herein violated plaintiff's rights under RFRA, RLUIPA, TORT, and rights under the Constitution and laws of the United States.

76. A preliminary and permanent injunction ordering defendants: Brooks, Guerrero, Davis, Arenas, Packard, Collins, Honeycutt and all other staff handling Common fare meals to ONLY feed KOSHER foods to those whose Religious diets only allow Kosher foods.

77. Compensatory damages in the amount of $30,000 against each defendant, jointly and severally.

78. Punitive damages in the amount of $120,000 against each defendant and the amount of $480,000 against defendant. Brooks.

79. TORT repayment from the United States in the amount of $1,615.

80. A jury trial on all issues triable by jury

81. Plaintiff's costs in this suit,

82. Any additional relief this court deems just, proper, and equitable especially if Plaintiff seeks too high of a monetary award.

Dated: 11-15-2023

Respectfully submitted, Nicholas Strobel
#79622-065
USP Leavenworth
P.O. Box 1000
Leavenworth, KS 66048

## VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Leavenworth, Kansas on November 15, 2023

Nicholas Strobel

JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

NICHOLAS STROBEL #79622-065

USP Leavenworth
PO Box 1000
Leavenworth, KS
66048

**DEFENDANTS** United States of America, Salazar, Hendrix, Bunsold, Bills, DeBoer, Johnson, Lawson, Baker, Baumeister, Rodriguez, moody, Caspers, Brooks, Rickard, Vancleave, Angela, Coyle, Wheeler, Huerta, Loughbom, Selvig, Suh, Styles, Guerrero, Honeycutt, Arenas, Davis & Collins

**(b)** County of Residence of First Listed Plaintiff  Leavenworth  KS
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Yamhill
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government Plaintiff

☐ 3  Federal Question
*(U.S. Government Not a Party)*

☒ 2  U.S. Government Defendant
Gov't. Employees

☐ 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | **LABOR** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☒ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 850 Securities/Commodities/ Exchange |
| | | | ☐ 751 Family and Medical Leave Act | ☐ 890 Other Statutory Actions |
| | | | | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | | |
| | | ☒ 550 Civil Rights | | |
| | | ☒ 555 Prison Condition | | |
| | | ☒ 560 Civil Detainee - Conditions of Confinement | | |

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 465 Other Immigration Actions

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Bivens, TORT, RFRA, RLUIPA

Brief description of cause:   1st, 5th, 8th & 14th Amendments
STARVATION (6 straight days) incineration of property/ Religious diet/ due process cruel + unusual

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $  Comp. + punitive

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE  1-15-23

SIGNATURE OF ATTORNEY OF RECORD  Pro se

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

# INDEX
## of
# EXHIBITS

FOOD SERVICE DENIAL OF FOODS, MEALS, ITEMS ...    EXHIBIT #1 /pgs 23-32
SIX DAY STARVATION                                 9 pages

Letters from Rabbi Spritzer                        EXHIBIT #1A/pgs 33-36
                                                   4 pages

CENCORSHIP, COPYING, DENIAL & INCINERATION         EXHIBIT #2/pgs 37-51
   OF PERSONAL PROPERTY & PUBLICATIONS             14 pages
      WITHOUT DUE PROCESS


EXERPTS - UNIVERSAL DECLARATION OF                 EXHIBIT #3/ pg. 52
      HUMAN RIGHTS                                 1 page


TRUST FUND CHARGING FUNDS &                        EXHIBIT #4/pgs 53-62
NOT SUPPLYING DOCUMENTS PAID FOR                   9 pages
DENIAL OF 1st, 5th + 14TH AMENDMENT
RIGHTS (Admin Rem. Exhibit #11)
      # 1116270


EDUCATION DENYING ME PRINTED DOCUMENTS    EXHIBIT #5/pgs 63-68
WHILE INDIGENT FOR LEGAL/TORT/ADMIN.      5 pages
REMEDIES - Emails


BOP POLICY SUPPORTING RELIGIOUS           EXHIBIT 6/pgs 69-71
FAST/NOT EATING FOODS MADE                2 pages
FROM LABOR ON SABBATH
 & Email requesting Chaplain participation
in Jewish Holy Days

INDEX 1
1 oF 3

NOTE: Please see Stirling V. Hendrix 3:20-cv-02713-SB
Document 98-2 pgs 9+10 #5; 11+12 #7; 15 #10; support my claim
Also see;
Document 109-3
pg #7+12
pgs.# 8+9 Mail
pgs.# 10+11 F.S.



INDEX
of
EXHIBITS

See Document 134-1
page 90 of 106
Food Service
(Stirling v. Hendrix)

p. 21 of 239

Filed TORT claims for wrongful acts, ommissions or
misconduct by FCI Sheridan staff

EXHIBIT #7/pgs. 72-97
25 pages

Administrative Remedy Exhausted for rejecting
Catalog with Color ink/other violations

EXHIBIT #8/pgs. 98-117
19 pages

Administrative Remedy/Staff lost Birth
Certificate.

EXHIBIT #9/pgs 118-123
5 pages

Administrative Remedy/Staff delivered
only copies of Purchased publications
All incinerated. Admin. Rem. 1116660

EXHIBIT #10/pgs 124-133
9 pages

Administrative Remedy: Trust Fund/
Defendant DeBoer charging for documents
& refusing to print them. Admin Rem # 1116270

EXHIBIT #11/pgs. 134-153
19 pages

Administrative Remedy to Defendant Caspers
rejecting purchased photographs as personal +
violating due process rights by being the person
to respond to grievance.
#1 of 2 on this specific Defendant.
Admin.# 1116270-R2

EXHIBIT #12/pgs 154-162
8 pages

Administrative Remedy for Johnson in education
(Defendant) not printing legal documents while Plaintiff
was Indigent. Due process violation.
Admin # 1131439-F1

EXHIBIT #13/pgs. 163-173
9 pages

INDEX 2
2 of. 3

# INDEX
## OF
## EXHIBITS

Administrative Remedy, cop-outs, policy + Defendant Moody's refusal to supply forms as per policy. Costing $ + Violating due process rights.

EXHIBIT #14/pgs. 16 pages    174-18

Confiscation form + Administrative Remedy for Defendant Vancleave violating 1st, 5th + 14th Amendment Rights + depriving me of 39 books $975.00 $25.00 each

EXHIBIT #15/pg. 190-198 8 pages

Administrative Remedy, Communications, Rejection form. Defendant Capers

EXHIBIT #16/pgs. 199-207 8 pages

Administrative Remedy for missing items on Kosher Common fare or Halal only.

EXHIBIT #17 7 pages    pgs. 208-21

Administrative Remedy for staff refusing to accommodate any Holy Days or Sabbath

EXHIBIT #18/pgs 216-22 7 pages

Administrative Remedy FSA Brooks Starvation

EXHIBIT #19/pgs 274-2 13 pages

An information form/document DOC-3452 Information directed to incarcerated about dangers of not eating/drinking "STARVATION"

EXHIBIT #20/pg 237 1 page

EXIBIT # 21 2 pages/pgs 238+9

BP-9 Sensitive + Response from Senator Merkley on treatment @ FCI Sheridan

INDEX 3 3 of 3

The following nine pages are a collection of e-mails to staff. They include descriptions of meals withheld, denied, shorted items as well as instruction to staff as to what is and is not Kosher as well as (page 9 of Exhibit #1) BOP policy stating Defendant Brooks removing me from Kosher common fare was against policy & starvation ensued violating 1st, 5th, 8th, & 14th Amendment rights.

EXHIBIT #1

12-10-21 Given Halal meal-told it was all they had-no sub given, went unfed
12-25-21 No dinner given-told food service had no food whatsoever-unfed

1-20-22 Given non-kosher meat-told was all I would get-see e-mail 01/20/2022  07:39:17 PM
1-25-22 Halal only dinner-FS&LT contacted-no sub, went unfed   see e-mail 01/26/2022  06:46:26 AM C.O. CAMPBELL
1-30-22 Halal only dinner-no sub, went unfed
2-1-22 Not fed breakfast or lunch-no sub. Fed only dinner.  witness; Ms.Miles, Adegbite, Musslemen
2-3-22 Not fed dinner-was told FS had left $ non-kosher meal was all I would get, not fed dinner.  witness; Diaz and Weeks
2-14-22 Breakfast bag had contained 2 slices of bread, unwrapped-so nub. CO on duty informed -*Arenas?*
2-17-22 While working in FS during emergency placement, CO in FS took my breakfast and lunch and "used it". I went unfed.
2-20-22 Halal omelet-no sub, unfed
2-21-22 Moldy muffin.  see e-mail 02/21/2022  02:26:07  PM
2-27-22 Halal only omelet-no sub, unfed
3-4-22 Halal only meal-FS contacted, informed "nothing can be done". went unfed -- Reported to Lisa Hay Federal Public Defender
3-18-22 no chips @ lunch, no sub
         only bread and fruit for dinner, no sub-entree, unfed
3-26-22 no chips at lunch-no sub
4-2-22 no chips for lunch-no sub
         no chips for dinner-no sub
4-11-22 given Halal meal at lunch. CO told me "It's a new kind of Kosher"no sub, unfed  Davis
         given Halal meal for dinner-no sub, unfed
4-12-22 no fruit for breakfast-no sub
4-17-22 Passover dinner-salmon- delivered cold/frozen. Not heated per instructions
4-20or26-22 Halal meat lunch-no sub, unfed
5-13-22 Denied food by Brooks while fasting. Mr. Brooks forwarded me to Chaplain for permission/confirmation. Chaplain Shū SUH
informed Brooks of my fast and permission to bring meal to housing unit. Brooks denied meal. unfed lunch meal
5-14-22 Halal meat for lunch-no sub, unfed  SEE email/Admin Remedy
5-17-22 non-kosher peanut butter-no chips-no vegetable juice   # 1124774-F1 page #7
5-21-22 lunch given Halal meat and Brooks told me it was kosher,"trust me, I ordered it." Halal meat-bologna-no sub-unfed
* trafe peanut butter (from now on PB) at dinner-no sub Also spoke to Guerrero * see 6-11-22 Below
5-25-22  No dinner-see email sent on this date-Halal meal no sub-unfed  5-20-22  I spoke to Honeycutt in dining hall.
5-28-22  Lunch trafe PB-no chips-or vegetable juice   I asked if there was a kosher meal tonight. He said, "There
* dinner was a hot meal-Shabbat-cannot consume-no sub went unfed   small because every night". "You're the only one who complain
6-4-22  Lunch trafe PB   about not getting fed what you should, which is fine,
* dinner was a hot meal-Shabbot-cannot consume-no sub went unfed   "I know Halal guys can eat kosher but you can't eat
6-6-22  Lunch trafe PB no sub unfed   Halal. I don't know why we don't just buy all
6-9-22  Lunch trafe PB-no fruit or chips...   Kosher and make everything easier".
6-10-22  Salad not processed/served under kashrut guidelines-no sub
6-11-22 Officer made person in front of me (on Kosher diet) ake Halal meat. I refused it. I informed him it was not Kosher. He *
responded, "I thought we already had this conversation." I told him that we did have this cvonversation and the meet is not *
Kosher it contains dairy by-products making in trafe. Inmate worker knows that I cannot consume non-kosher foods and does *
all in his power to accomidate. He had a PB ready for me. It is not the inmate workers fault that the FSA does not supply the *
items needed kosherize the serving utensils. officer Guerrero
6-11-22  The PB was also trafe-no chips-vegetable juice
* Dinner trafe PB no chips-vegetable juice
6-13-22  Trafe-unwrapped salad
6-14-22  Lunch no chips-vegetable juice or fruit
6-15-22  Breakfast- no fruit in bag
6-16-22  Lunch trafe salad-not wrapped
* Dinner trafe PB no chips-or vegetable juice
6-18-22  Breakfast oatmeal in sandwich bag-no fruit
* Lunch - unsealed-trafe PB-no chips or vegetable juice
* Dinner hot meal was served-Shabbat-cannot consume-no substitute
Note: No Kosher chicken bologna has been served since March. It has been substituted w/trade peanut butter or Halal
bologna, neither of which I can eat.
* All bread served unwrapped but in open plastic baggies.
* Salads and vegetables cut with unbothered knife, unwrapped. Put in open unsealed sandwich baggies.
* Any date/time I was served non/kosher foods and I refused to break my covenant, others on the Kosher diet were served and
consumed unknowingly and secretly non-kosher foods.
* During Passover Food Service did not follow the National Menu and shorted participants many items. Staff were seen eating
tuna, continental breakfasts, and distributing grape juice to other staff that were not fed to participants as directed by menu.
Grape juice was supposed to be given at two meals during Passover but FSA Brooks ordered that it only be given once.
* Peanut butter may come Kosher but made trafe by handling/serving with a non-koshered utensil, thus making it a food that is
not allowed.
* Sardines; Muffins; chicken bologna; tuna; vegetable juice; or any other dessert has been served for three months at least.

Kosher ①

6-20-22  Breakfast - no bowl to eat oatmeal no margarine
6-20-22  Lunch - trafe P.B.,cut celery and carrots,no chips,no veg. juice
6-21-22  Breakfast - no bowl for oatmeal,no margarine, hard unwrapped bread. Officer shrugged shoulders and looked away
(discovery will help give names to the C.O.s that I did not name by using dates of interactions for Bivens)
6-25-22  Breakfast - no sweetener, jelly,fruit
6-25-22  Dinner - The outer and inner plastic wrappers that ensure food remains Kosher were open = not Kosher. Collins on
duty
6-25-22  Lunch - non Kosher meat. no chips,veg. juice
6-25-22  Dinner - Hot meal against Shabbat
6-26-22  Lunch - non-Kosher omelet. C.O did substitute non-Kosher PB
6-26-22  Dinner - Halal meals were all that were offered. Davis did get me a frozen Kosher box meal
6-27-22  Breakfast - no bread,margarine,jelly
6-29-22  Breakfast - no bread,margarine,fruit
6-29-22  Lunch - trafe PB, no chips,veg. juice,muffin
6-29-22  Dinner - trafe PB no chips,veg. juice,fruit,muffin
6-30-22  Lunch - only given trafe PB,bread and apple

Note conduct continued but due to shake down on 7-27-22 when officers destroyed/threw away majority of property and being
indigent emails timing out and being purged from system and staff refusing to follow policy and print documents, records are
missing from after 6-30-22 until 9-3-22. See below  7-1 to 7-11-2022
I have filed numerous FOIA requests without responses

Hand written notes found:

7-1-22  Peanut butter-Trafe-no sub  lunch
7-1-22  Peanut butter--Trafe-no sub  dinner
7-2-22  Lunch-Trafe Peanut butter, no sub  1st time given veg. juice in months
7-3-22  lunch-Trafe-PB  no-sub
7-4-22  lunch-PB-no chips/fruit
7-5-22  lunch-trafe PB  no/chips or Ve
7-5-22  dinner-trafe-PB  no/chips or VE
7-6-22  lunch  Trafe PB  no chips, VE,fruit
7-6-22  dinner  Trafe PB  no chips,Ve
7-7-22  lunch- Garden Salad cut in veggie prep - not Kosher - lunch only Trafe P.B.
7-7-22  dinner - Trafe PB - no chips or Veg. juice
7-8-22  lunch/  only PB(Trafe) bread, fruit
         dinner
7-9-22  lunch - no chips, fruit
7-10-22  YAY KOSHER SARDINES!  Dinner
7-11-22  Lunch  Kosher Sardine !!
7-11-22  Dinner  Frozen Gefilte fish !!

KOSHER

STROBEL KOSHER STRUGGLE SW

9-4-22   Hot dinner - breaks Shabbat
9-6-22   Lunch - no bread
9-10-22  Lt. Michaelson ordered C.O. Coyle and C.O. Angela to not feed cell 308. Strobel 79622-065 and Big Leggins 09809-046         were housed there.
9-11-22  Lunch - No milks
9-13-22  Breakfast - No bowl/spork to eat with
9-18-22  Lunch - No milks
9-20-22  Lunch - No chips,fruit,margarine or jelly. Given only 2 slices bread, 1 pack PB & cookies exp. 2019
9-23-22  Dinner - No fruit. Given non-kosher cookies baked @ institution
9-25-22  Dinner - Halal. Not Kosher-no sub-unfed
9-27-22  Halal meal only. C.O. Loughbom spoke to Honeycutt in F.S. No sub=unfed (see hand written statement to Loughbom)
9-28-22  Dinner - Not Kosher. C.O. Blatten brought me sub Kosher @ approx. 630 pm. Grateful
9-30-22  Lunch - Given only banana & 2 slices of bread. C.O. Angela told me, "That's all they sent, I will call them but I already know they will say, "GET FUCKED"" C.O Angela brought me a Halal meal. When I told him it was not Kosher, he got upset and yelled, "are you gonna take it or not!!?" I told him I cannot eat it, I need Kosher. He slammed the trap door and walked away. I went unfed. C.O. Coyle convinced F.S. Collins to come and talk to me. Collins said, "I know you're legit, I will look in the freezer." "You know if we don't have it....." with a shrug. I asked him to sub anything he had to         as long as it's Kosher. He responded, "gotchu"
10-1-22  Sack lunch - no chips,margarine,salad dressing
10-1-22  Sack dinner - no chips, margarine
10-2-22  Lunch - omelet. no milks,cereal/oatmeal,fruit
10-3-22  Lunch - sack. no bread,chips,margarine,muffin
10-4-22  Lunch - sack. no chips,margarine, muffin
10-8-22  Lunch - sack. no chips,margarine,muffin or cookies
10-9-22  Lunch - omelet. no milks,margarine,cereal/oatmeal,fruit
10-11-22 Lunch - sack. no bread,chips,margarine
10-14-22 Lunch - onlybread andd fruit in common fare bag. Halal meal given. C.). Wilkes brought kosher meal
10-16-22 Lunch - omelet. no milks,cereal/oatmeal,margarine
10-17-22 Breakfast - no bread,margarine
10-17-22 Lunch - sank. no chips,margarine,vegetable juice,muffin--instead of muffin I got cookies exp.2019
10-22-22 Breakfast - no fruit,margarine
10-23-22 Lunch - omelet. no milks,cereal/oatmeal, margarine
NOTE: Spoke to Suh about Rosh Hashanah & You Kippur. No special meals to prepare for fast just like there was no apple/honey.....Suh also told me on 10-14, " I found a sentence in policy that supports my decision not to support your Sabbath fasts." I put in Bp-9 on 10-18-22
11-2-22  Breakfast - no bread,margarine
11-2-22  Dinner - Halal meal. I informed C.O. Loughbom & C.O. Selvig that is was not Kosher. I pointed out the symbols and "Glatt Kosher" on the sticker from my lunch meal to once again show the difference and how easy they are to tell apart. C.O. Loughbom told me that F.S. said they are all the same. I postulated truthfully that Halal meals are not Kosher. Loughbom refused to give me the name of the C.O. in F.S. he spoke to.  C.O. Loughbom told me the non-Kosher meal was all I would get. He stated that F.S. did not have any Kosher meals, they are all the same. "Halal is no different than Kosher."

He asked me to write a cop-out. I told him I did that already and asked, "What did you do with the last one?"

He responded, "I don't know, I'm not going to keep your notes."(see cop out to Loughbom 9-27-22 and cop out to Warden 9-30-22) I requested to speak to Lt. Lt. Styles came to see me. He told me that the meal offered was the only meal I would get. I showed him stickers and labels I had saved to show the C.O.s the difference. He told me F.S. said, "the meals are all ok to eat and that the guy upstairs took his meal." I told him that was between him and Hashem. "That has nothing to do with me." I requested bologna or peanut butter or something else Kosher. He responded, "They don't have any." When I asked him what he said he told me F.S. had left. I asked him if he was denying me my meal. He told me that they had a meal for me. It wasn't Kosher. I told him I cannot eat non-Kosher foods. "Check SENTRY, and look @ my Religious and spiritual beliefs." He responded, "well that's all your gettin." I repeated, "so you're denying my meal?" He turned and walked away saying...."you are refusing your meal. I'll let them know."These future defendants did not even give me the bag that comes with every common fare meal. Bread,margarine,fruit.


*ATEMPTED TO START FOOD STRIKE*
11-4-22  Spoke to C.O. Angela @ lunch time and explained my strike. Spoke to Chaplain Suh. Realized food strike was futile. Mr.Suh kept repeating that Packard at food service said the meals are all the same and that the only changes in them came with the changing of seasons. Stopped strike after 2 days.
11-5-22  Lunch - sack. no chips, margarine
11-5-22  Dinner - sack. no chips,veg. juice, margarine
11-6-22  Only fed 1 meal - breakfast. lunch without milks and Halal. Dinner Halal, I told C.O. Angela that it's not Kosher and he said, "I know, you want the bag?"
KOSHER 3
11-7-22  Lunch - sack. no chips, margarine
11-8-22  *on or about* C.O. Angela and I talked about the differences between Halal and Kosher. He told me that I was righ ...

11-10-22  Breakfast - no bread. At lunch time F.S. C.O. Gurerro told me I was no longer on Common fare, I was taken off for retaliation. I told Gurerro, "I cannot eat if the food is not Kosher." I wrote Brooks(FSA) a cop out as well as speaking to Ms. Baumeister when she picked up trays. I informed her of the starvation and explained that starvation by staff began after breakfast and gave her Bp-8.

11-11-22  I spoke to FSA Brooks and reminded him I can only eat Kosher. He told me, "As per policy you can be removed from common fare for buying non-Kosher items." I asked him to please put me back on my Religious diet and told him that I should not have been taken off. He told me, "only chaplain can put you on."

11-12-22  Approx 8 am, I asked Wilkes to please call chaplain Suh between 9am and mainline. He did not tell me outcome. I made request to another C.O. to contact Suh. He said, "he's not in."

11-13-22  Put up sign, "NEED CHAPLAIN!" After my cell mate, Big Leggins' tray was picked up I asked Polasio to please get chaplain. I told him I had not been fed or eaten since Thursday. He genuinely looked shocked by this. I reminded him I can inly eat kosher and that I thought, from what Brooks said, only chaplain could fix problem brought on by Brooks' retaliation. At this time it had been over 80 hours since staff brought me food.

11-13-22  Put in first cop out to medical about pangs, dizziness, weakness etc....

11-13-22  At 88 hours without being fed by BOP staff, I wrote cop out to chaplain begging to be put back on Kosher diet so I could eat. As of this time I asked 4 different officers several times to contact chaplain Suh.(Discovery will later list on duty officers)

11-14-22  At lunch I asked C.O. to call chaplain and medical. Stomach pains, vomiting, dizziness, erratic pulse, weakness..etc.. on cop out to medical. 104 hours without being fed by BOP staff. (Big Leggins filled out cop out for me and made me a sign for the door)"11-10-22 Breakfast was the last time I was fed/ate. I can only eat Kosher foods. NEED CHAPLAIN!!!" C.O. Huerta stopped by early afternoon and read sign. Huerta spoke to another C.O., laughed and walked away. I could not hear what was said. I stayed in bunk. Too weak to climb up and down from top. At approx. 5 pm, when dinner was served to my cell mate, Big Leggins, Lt. Styles stopped @ door read note, looked in window and walked away.

11-15-22  At breakfast time, I had been sitting on the toilet for approx 4 hours by this time, I spoke to C.O. Blatten who told me that he emailed the chaplain and would try to call him,"a little later." He thinks he tried to call him last night and missed him. During Administrative walk through, Unit 3 manager Goldberth saw sign in door and took it with him and left immediately. Mr Goldberth returned very quickly with Captain Cerone. Cerone told me, "Food service does not have the authority or the authorization to remove me from common fare. I explained that it was indeed F.S. who took me off and that I spoke to Brooks about it. Cerone looked off to his left to FSA Brooks who responded, referring to 11-12-22, when I showed staff the stickers and labels to explain differences, " He wouldn't take his meal because it didn't have a sticker on it, he was being a child!" 128 hours without food due to retaliation, Captain Cerone said, "I will look more into this, food service can not take you off common fare.

11-15-22  I was fed my first meal in 136 hours. Kosher vegan cutlet. I thanked Hashem, wept, scarfed it down and was immediately violently ill!!

11-17-22  Lunch - sack. no chips,jelly,margarine

11-17-22  Received letter from Rabbi Spritzer-Kosher

11-18-22  Dinner - NON KOSHER Hawaiian meat balls-no sub=unfed

11-19-22  Lunch - sack. no fruit,chips,veg. juice,mustard,mayo, or muffin. ONLY BREAD & MEAT

11-20-22  Lunch - no milks,margarine, or spork to eat omelet

11-20-22  Dinner - no fruit,margarine

11-21-22  Lunch - sack. no chips,muffin,margarine

11-22-22  Lunch - sack. only contained sardines and mothers cookies. no chips,bread,fruit,veg. juice,muffin,margarine Brooks came through during walk through. I called his name to talk to him, he slowed down, recognized me, glared @ me, then sped up and continued on his way. I was unable to tell him about continued lack of Kosher food. No doubt he was well aware. I stopped and asked both Bunsold and Palamenos and asked them for Bp-9s and a Bp-11. I told them about being starved and explained how much I needed an advocate. Neither could or would help me get documents or advocate on my behalf.

11-22-23  Dinner - no fruit,margarine-informed Huerta about continued missing items. He shrugged his shoulders and walked away.

11-22-22  I got a letter from Rabbi Spritzer about lies from BOP. Letter stated that BOP representative told him that I lived with a person on Halal common fare and that I myself had a hard time telling Kosher from Halal. When my cell history is looked at, it will be shown that I live with McGlothlin and Big Leggins during all my time on Kosher common fare and neither one of them were on common fare. Furthermore the records and emails, etc.. will show that since 12-2021 I have been keeping track of missing and wrong meals and that I was trained and had been reading up on Kosher vs. Halal since 2016 when F.S. officers Weinrich and Houser trained me. (see letters from Rabbi)

11-23-22  Breakfast - no bread. told officer Vancleave.. she shrugged

11-24-22  Thanksgiving - At lunch I was blessed w/ two packs of cookies and a muffin!! I spoke to Anastasio, who was from Atwater USP and was my direct supervisor when he was filling in at FCI Sheridan when I worked in common fare. I told him how Brooks had taken me off of Kosher common fare. without authorization or authority, against policy and the claims made to Rabbi Spritzer. He responded, "Man, I can't believe they would do that after all you did for them. I'm sorry, but you know how it is." He told me he was only here filling in for two weeks and he was gone again. It is good to see and speak to a C.O with integrity.

11-24-22  Dinner - F.S. staff left the facility before feeding any of the 80+ inmates in the SHU. "They forgot", according to Stephington. I asked him if he could call F.S. and remind them to bring a Kosher meal. He assured me that he would. When dinner came Griffin was serving. I asked him if he had a Kosher meal for me. He told me no, "we only have one." I was not fed dinner meal. Dinner was fed to everyone in the SHU except for me at approx. 8pm

11-25-22  Ms. Baker came by and asked if I needed anything. I told her 2 Bp-0s, 1 Bp-11, and two shipping authorization forms. She told me I will bring them tomorrow, only after I explained why I needed them. Starvation, shipping 5 books home that I specified to Vancleave etc...

KOSHER (4)

11-25-22  Dinner - no fruit,margarine

11-26-22  Breakfast - no fruit,coffee,spoon,margarine. Officer Wheeler got me an apple.

11-26-22  Lunch - sack. They actually gave me rancid lunch meat. It was brown, green unsealed and rank. I showed it to Wheeler. His only reaction was,"What the fuck?!" He took it to the number one, Angela, who said,"don't worry Strobel, we'll take care of this, we gotchu." no chips,condiments or muffin either. I inquired about replacement meat at 1 pm & 3 pm. I did not get replacement. At dinner I asked Wheeler about meat from lunch. He just shook his head. The Bp-9 I am/was to turn in on Monday concerning F.S. starving me from the 10th to the 15th also mentions every meal missing @ least one item and asks for more supervision of common fare just as I had requested in email MONTHS ago.

11-27-22  Lunch - omelet. no milks, oatmeal/cereal,muffin,margarine

11-28-22  Lunch - sack. no chips,veg. juice,muffin margarine

11-29-22  Lunch - sack. no chips,margarine

12-1-22  Before dinner I spoke to Chaplain Suh and asked him if he knew who spoke to Rabbi Spritzer when he called on my behalf. He told me he didn't know who talked to "her" nor had he heard of the call. I showed him the letters from Rabbi Spritzer. I told him about it and asked him why the BOP would lie to him. Mr. Suh seemed to be in a hurry all of a sudden and refused comment. I said, "well, thank you for whatever your part in getting me back on common fare was. I have been fighting with FSA Brooks for over a year to get ONLY KOSHER foods and am finally starting to get somewhere....I think." "If you could have been my advocate earlier, maybe I wouldn't' have been tortures by his retaliation or suffered as much." So, when dinner came, the C.O. handed me two regular trays through the slot. I knocked on the door and told him that I required a Kosher meal, and that this happens often. He re-opened the trap took one of the trays and handed me only a Kosher hot. I asked him where the rest was. He told me, " that's all they sent." I requested him to call food service. When C.O. picked up trays I asked status of common fare portion of my meal. He said they are running main line and I wasn't going to get it. I did not get my fruit,bread,drink,margarine,napkin,cup,or spoon/spork to eat my hot meal with. Campbell and Winkler refused to help. I put in ANOTHER cop out to FSA Brooks.

KOSHER ⑤

>

Good Evening,
I'm not sure what is happening in the food service area.  I am on Kosher Common Fare and have been given Halal meals, meats, vegetables that are cut up (which is not abiding by Kashrath principles or procedures and thus not Kosher) and other foods that are not edible.
All of My vegetables and fruits are supposed to be whole, which only the fruit has been, unless wrapped in double plastic and verified Kosher from company of merit.
I have not been getting Dave's Killer Bread, which I know follows all principles laid out and is in compliance with all guidelines. I have been getting bread of questionable quality from an unknown source, have not been getting Vegetable juice as I used to, to accommodate for lack of other kosher offerings.
I have been eating chicken bologna at least once every day, which is more like a punishment than it is anything else.
On 12-10-21 I was given a Halal, non Kosher meal and told it was all they had. This occurred again on or about the 16th of December. On Christmas Day, which I do not Celebrate or am I included in the regular Holiday meal, I received no dinner at all from food service, which the on duty C.O. had attempted to contact and was told nobody was there and he didn't know what to tell me.
Tonight, I was given Halal Chicken Bologna, which is not Kosher and told it is all I can get.
According to my religious beliefs and needs, the Sachtan Meals Sliced Chicken Bologna I have been given on several occasions, shall not be consumed by me, nor shall the cut vegetables, or peanut butter not individually wrapped from a compliant company.
Thus, I have only been able to consume is the bag of chips, the juice packet, two mustard packets, and two salad dressing packets. This has been my meal twice today.
Can somebody please remedy the issues pertaining to my Religious dietary needs?

Thank you
DATE: 01/26/2022 06:46:26 AM

To: Food Service
Inmate Work Assignment: Kashruth

Last night, once again I was given a Halal meal in place of a Kosher meal.
The CO on duty contacted food service two times on my request to re-iterate the fact that Sachtam Meals and Meal Mart Chicken Bologna are not the same, as the food service employee insisted. Consequently the on duty LT. was contacted, with no substitutions or correction of non-edible meal delivered.                                                    *Cerone*
This continued deliberate indifference to my religious dietary needs is quite concerning in and of itself. Add to that the violation to my basic human rights, which are supposed to be "guaranteed" to me by The United States Constitution, these combined atrocities have gone on without check for far too long. The deprivation of sustenance needed to support basic human life functions, I am sure qualifies as cruel and unusual punishment. The following dietary items have been denied to me, items which have been prescribed by a dietician involver/responsible for the drawing up of the national menu, thus depriving me of necessary vitamins, minerals, grains, and caloric needs for a healthy and well balanced diet.
Denied to me for past several months:
Vegetable Juice ( vital vitamins and minerals)
Dave's Killer Bread ( whole grains, seeds, vitamins and minerals)
Tuna (Vitamins, minerals, proteins, and Omega 3s)
Denied to me for several weeks:
Muffins (whole grains, dietary fiber, sugars, vitamins, and minerals)
Hot Meals (all the above listed plus concentrated Soy proteins)
Denied to me for several days:
Kosher Meat (proteins, sugar, starch, soy)
A 4oz. serving of meat may not seem like much, but when it is the main course and a substitute for the entree for every meal, then it is denied to you, on top of all the other denied/missing menu items in my diet, it is a monumental loss.
A diet of two slices of bread, a small bag of chips and 1 piece of fruit per meal, as you may or may not know, adds up to only about 455 calories. That 2x a day plus the 350 or so calories at breakfast, equals about 1360 calories a day. That is far below the amount of calories alone needed to sustain weight and human bodily functions, not to mention the absence of so many nutrients and micro nutrients vital for a healthy diet, and subsequently a sustainable life.
Please be more diligent and have whomever is under your purview look at the labels on the prepared/wrapped common fare meals. I know the common fare inmate ( I do knot know his name, I think I heard him called Zeke) who puts the meals together knows the difference in the diets and marks Kosher on the label with "K", and the Halal meals with a 'H'.

-----STROBEL, NICHOLAS ROBERT on 5/14/2022 1:23 PM wrote:

*See Admin Rem # 1124779-F1 p.7*

Good Afternoon,
I am on the Kosher diet that includes "common fare", which accompanies both Kosher and Halal Religious Meals.
I was just at the dining hall to get my lunch and I was given Sachtam Meat, which is Halal and is not a Kosher meat.
The Halal meat for instance, contains Whey Protein, being a dis-allowed dietary ingredient, makes it non-Kosher
Both Food Service Staff were notified and no substitute was given or offered.                    *KOSHER(6)*
I am once again without a meal provided by FCI Sheridan, FSA, and staff.

I submitted a Bp-8 as discussed with Brooks on 5-13-22. I did not get a response on it and was told to go ahead with BP-9. No response.

I ask that FSA takes the time and makes the effort to have available to inmate workers the training and the means to prepare and serve Kosher foods and to not feed others on the Kosher diet non-kosher/trafe foods. Doing this knowing that they are not a proper food is malicious. Just because I am the only one who knowingly follow the dietary restrictions set by Jewish law, this does not give permission to disregard the needs of others.

-----STROBEL, NICHOLAS ROBERT on 5/21/2022 2:05 PM wrote:

I was just at lunch to get my meal.
I was once again given a Halal meat. I was told by two staff members that I could eat this meat. Brooks + Guerrero
I know however that I cannot.
This would be referred to as, titum halev.
Meal Mart makes a meat that is make Kosher specifically because the Halal Sachtam or Sachtem Meat(i am unsure of correct spelling) has a whey proteins in it. Whey cannot be in a meat product, this makes it non-Kosher. It violates a basic rule and belief plainly laid out in The Talmud. "Thou shall not eat a kid boiled in its mothers milk".
I can, by Jewish law, only eat non meat foods which contain Whey and Whey proteins.
The consuming of Whey and its derived proteins also depends on whether or not the by-product (whey) of cheese is made with Kosher rennet, but I can NEVER eat MEAT which contains milk or cheese products or by-products.
The Sachtem meat is not made with Kosher rennet. Putting Kosher rennet into a kosher meat would make it NON-KOSHER!
Meal Mart makes a meat specifically for this reason, which contains SOY PROTIEN.

"When Rennet is produced from properly kosher-slaughtered, prepared and dried calf stomachs, the rennet extract is permissible for use as a coagulant for kosher cheese products" <KASHRUTH- A comprehensive background and reference guide to the principles of Kashruth> by Rabbis Yacov Lipschutz

THIS ISSUE OF STAFF ATTEMPTING TO TALK ME INTO, PRESSURE OR CONVINCE ME TO EAT A FOOD AGAINST MY RELIGIOUS DIETARY RESTRICTION HAS GONE LONG ENOUGH.
Please in the future if the food is non-kosher and is not allowed to me by my dietary restriction, do not give it to me.
Please, Simply inform me that my religious beliefs are unimportant to you and you do not have a meal for me.
I do not want to or need to be pulled into a discussion or another argument with an uninformed member of staff.
Thank You
-----STROBEL, NICHOLAS ROBERT on 5/22/2022 7:02 AM wrote:

Muslim adherents may eat foods that are Kosher and foods served with koshered utensils.
Jewish peoples cannot eat food approved by Halal dietary restrictions, unless they are actually kosher.
Halal dietary restrictions are largely based on Jewish tradition and are not Kosher.
Jewish standards of diet restriction are much higher and more strict than is perceived by FCI Sheridan FSA and some staff in Food Service.

Staff seem to believe that Jews on a Kosher diet can eat non-kosher foods prepared for Muslims on a Halal diet and that Muslims on the Halal diet cannot eat Kosher foods. I highly recommend that someone take the time to really think about this.
-----STROBEL, NICHOLAS ROBERT on 5/25/2022 6:34 PM wrote:

I was just given a non-kosher meal. I asked the inmate worker, "Can I please have a Kosher meal."
The inmate workers response was, "We don't have any kosher, this is what John put out."
I asked a BOP staff member in food service, "Why don't you have any kosher food." He turned his back to me and while he was walking away said, "I'm not the guy to talk to." Packard
Due to FSA and Food Service staff's continued deliberate indifference to my dietary needs and religious beliefs, I have once again not been feed a meal.

I have spoken to officers: Mussclemen, Campbell, Lent, Miles, Adegbite, Weeks, Diaz, Pickard, Arenas and a new Hispanic Guerrero food service officer, who I do not know the name of about not being fed on numerous occasions. I have also talked to The A.W., Warden, Chaplain, FSA (Brooks, if he is indeed the FSA, I don't know) On numerous occasions I have been dragged into an argument/debate about which foods I can and cannot eat. Often leading to staff pressuring or attempting to talk me into eating non-kosher foods.

These issues have been ongoing and I see no end in sight(see previous e-mails)

Please stop violating by basic human rights and ignoring my needs.
I do not think it is too much to ask to be fed (3) meals a day in which I can eat.

DATE: 06/14/2022 07:23:03 AM

KOSHER ①

Good morning,
I see that the food service manual has been posted on the Bulletin Board. This manual shows all the information that I have been communicating to staff about my diet is easily verifiable and FSA and Food Service staff have been knowingly violating BOP policy and repeatedly attempting to talk me into/manipulate me into taking and consuming non-kosher/trafe foods. I have read the document in its entirety. I recommend that staff re-read pages 18-28, specifically, and take measures to follow Religious dietary guidelines and put a stop to violating the rights of people adhering to their religious beliefs.

TO: Food Service
SUBJECT: ***Reque***CHO******
DATE: 07/08/2022 08:04:24 PM

To: Food Service
Inmate Work Assignment: FS

Good Evening,
As you are aware, I have only been fed Peanut Butter for going on two months now for two meals per day.
Peanut Butter, two slices of bread and one piece of fruit twice daily is no where near the National Menu.
I have not had ANY Kosher hot meals of any type(beans and franks, spaghetti, Hawaiian meatballs, etc....) since May 13 2022.
I have not had any of the Pareve menu items(sardines,tuna... etc.) for four months now.
I have not had {until July 2nd when I was served (1) can of vegetable juice} vegetable juice muffins/desserts of any kind, Kosher chicken bologna, chips, nor any other National Menu item I am supposed to be served.
I have also not had Farina for two months.

I see that the Muslims have been afforded the opportunity to have their hot meals re-ordered; re-stocked; re-plenished in very short order when it was made known that they would be put on a restrictive diet of Peanut Butter.
Why am I different?
Why have I only been fed Peanut Butter twice daily for nearly two months?
As policy is so often quoted to me by staff for the benefit of staff to exert power of authority over me. This is to include not being served food which I am allowed to eat according to approved Religious Needs. I ask that staff look at their policy as regards to human rights, changing or variance of the national menu.
The BOP Policy is also intended to afford inmates(humans) rights. It is not solely for punishment and restriction.
Staff here have been continuously violating my Constitutional Rights provided and protected by the 1st, 5th, 8th, and 14th Amendments of the U.S. Constitution.

TO: Food Service
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 08/31/2022 09:29 AM

To: Food Service
Inmate Work Assignment: n/a

NOTE: SENT THIS TO CMC & PSYCH TOO

I was just given two sack lunches. One for lunch and one for dinner. I told the C.O. on duty that they are not Kosher. Which for the most part they are not. The peanut butter and the cookies are kosher, that's it.
He said that Lt. Cerone said that's all I would get. I asked him to call and ask them for food that I can eat, I am on a Kosher diet.
He said, "I got nothin for ya man, Davis said its Kosher."
As I am sure you are aware by now, just because someone believes something to be true does not necessarily make it so.
The rolls, and bologna like substance are not Kosher.
The bag lunch and dinner I was given does not even follow the basic Common Fare Menu.
I am writing this message to inform you that all that you department has delivered me for two meals for today is two packs of peanut butter and one little individual serving of animal crackers.
This type of behavior by food service department has been going on since December of 2021 at least.
FSA Brooks, Lieutenant Cerone, and food service officer Davis have been in this business long enough to know the difference between kosher and not. (Kosher food has a little U with a circle around it , a K, a K with a circle, or says Pareve if it is neither meat or dairy.)
As being adults I have faith that all three know the difference between right and wrong.

Giving someone food that is not Kosher when they have clearly established and made known their dietary needs...WRONG....
Continuously ignoring those needs and telling them that food that is not Kosher is Kosher........WRONG......
Providing a human food, a basic human necessity, that they can consume.......RIGHT.......
Please make the effort to provide me with food that is approved for me to eat. You have an inmate you pay like $.12 an hour that is dedicated to making sure these meals are made every day.
You literally have zero need to do anything, inmate worked does everything for you.
Please feed me three meals a day that I am approved for and have a basic human right to get.
That's literally all I ask.
Three meals, simple

NOTE: SENT THIS TO CMC & PSYCHOLOGY TOO

KOSHER(8)

FBOP

## Dietary Practices § 548.20

temporarily removed from that component.

The Warden has authority to remove inmates from and reinstate them to the program. Ordinarily, this authority is delegated to the chaplains. Inmates will be notified in writing (BP-S820) of a religious diet violation and potential removal from the religious diet program. Removal is not punitive in nature but provides an opportunity for the inmate and staff to reevaluate this program's appropriateness to meet the inmate's demonstrated needs. At the inmate's request for reinstatement, an oral interview will be conducted prior to reinstatement.

Defendant Brooks, in retaliation abused position, power + influence using the excuse "he was being a child", as punitive or punishment for Plaintiff insisting on ONLY KOSHER FOODS.

pro

3

© 2022 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Kosher 9

Print to PDF without this message by purchasing novaPDF (http://www.novapdf.com/)

*B"H*
*Rabbi Shmuel Spritzer*
*--Reaching Out—*
*383 Kingston Avenue Room 190*
*Brooklyn, N.Y. 11213*
*www.Jewishprisoner.com*

*16 Cheshvon, 5783*
*November 10, 2022*

Nick Strobel 79622-065
FCI Sheridan
PO Box 5000
Sheridan OR 97378

Dear Nick,

Thank you for your Nov 2nd letter. Although you will be moving to another location, we intend on getting the Hallal and kosher food sorted out, in that only kosher will be served. There are other issues you mentioned in your letter, but we intend on addressing the unprofessional behavior of the food staff and the LT, after you have left.

Next week's Torah portion, Chayei Sara, Abraham sends his servant Eliezer to find a wife for his son Isaac.

"And [Eliezer] departed, having all goodly things of his master in his hand." Our Sages explain that Abraham entrusted Eliezer with all of his substantial wealth in order to impress the family of the prospective bride and obtain their agreement to the match.

This in itself was an unusual occurrence. While it is not at all extraordinary for a father to share his riches with his children during his lifetime, why was it necessary for Abraham to put all of his wealth at Isaac's disposal?

Furthermore, Abraham was an extremely wealthy man; surely sending Eliezer on his mission with just a portion of his riches would have been enough to sufficiently impress Rebecca's family. The answer lies in the fact that this was not to be just any marriage of two individuals. Rather, the union of Isaac and Rebecca was the first Jewish marriage after the mitzva of circumcision was given. Thus, their union represented the perpetuation of the Jewish people in holiness for all time.

By committing all of his wealth to this end, Abraham thus underscored the tremendous import and significance of this marriage. For not only were all his material assets involved; Abraham, the Patriarch of the Jewish people, invested his very essence in finding the ideal wife for his son.

Chasidut explains that the marriage of Isaac and Rebecca is symbolic of the union between the soul and the physical body.

EXHIBIT 1A
1 of 4

Geographically, Isaac was in the holy land of Israel; moreover, he himself had acquired an additional measure of holiness when he demonstrated his willingness to be offered as a sacrifice on Mount Moriah. Rebecca, on the other hand, lived outside the boundaries of the Holy Land, and indeed spent the first three years of her life among evil people, as our Sages put it, "like a rose among thorns." Thus their marriage exemplified the very objective of the creation itself: the joining of the spiritual and physical realms, thereby transforming our material world into a dwelling for G-d.

It is for this reason that the Torah is so explicit and provides so many details about Eliezer's mission, for indeed, it is the mission of us all. In truth, G-d gives every Jew "all goodly things of his Master" to ensure our success.

Every subsequent generation represents another step toward our ultimate goal - the long-awaited Redemption. May we merit this immediately.

A Geulah pamphlet is enclosed.


All the best

Rabbi Shmuel Spritzer

EXIBIT 1A
2 of 4

P. 35 of 239

B"H
*Rabbi Shmuel Spritzer*
*Reaching Out*
*383 Kingston Avenue Room 190*
*Brooklyn, N.Y. 11213*
*www.Jewishprisoner.com*

November 16, 2022
22 Cheshvon, 5783

Nick Strobel 79622-065
FCI Sheridan
PO Box 5000
Sheridan OR 97378

Dear Nick,

In complaining about your mix up of Halal and kosher, we found out that the BOP claims you have exhibited disruptive behavior, refused Kosher meals on various occasions for reasons unknown, and had regularly purchased non-Kosher food items from the Commissary, which is considered a violation for certified diets participants.

In the case of being served the Halal meal, you refused the Kosher meal handed to you, admitting to staff days later that since you are being celled with a Halal participant, you confused the meals since the packaging is very similar.

I also found out that Halal is significantly more expensive than Kosher when we procure certified diets meals. However, institution staff have become very much aware of which inmates are participating in each program, both due to the cost and the problems any meal confusion can cause.

So, you need to get your act together and stop purchasing items from commissary that are not certified kosher. Of course, if you disagree with the above, please feel free to write us. But in general, you should know that FS in the Region has never accused others, and there are others in other prisons who have in the past claimed that they were given Halel instead of kosher, and each case was not only adjusted, but fully addressed and acknowledged. This is the first case in which we are told that the inmate, i.e. you, did not comply with the policies and regulations.

A Torah thought for next week:

Toldot, begins with the words, "And these are the generations of Yitzchak, the son of Avraham: Avraham begot Yitzchak." According to the Talmud, one of the reasons for the repetitiveness of this verse is to emphasize the fact that, according to natural law, Avraham was unable to father children at that age.

EXHIBIT 1A
3 of 4

When Sara conceived and gave birth to a son the nations of the world scoffed, intimating that Avraham was not the biological father.

G-d therefore fashioned Yitzchak's facial features to look exactly like his father's, thereby proving his paternity and dispelling any misconceptions.

"The nations of the world" had no difficulty accepting Avraham's ability to father children in the spiritual sense -- spreading the belief in One G-d and fostering good deeds among mankind.

What they found impossible to believe, however, was that Avraham -- by virtue of his faith in a G-d Who transcended natural law -- could overcome his physical limitations and father a child in the literal sense as well.

The miraculous birth of Yitzchak demonstrated to the entire world that the physical body of the Jew -- not only his soul -- exists beyond the confines of nature and is created and directly sustained by G-d.

It is in this light that we can understand the words of Rabbi Yosef Yitzchak Schneersohn, the Previous Rebbe, which he uttered before being exiled to the far Eastern provinces of the Soviet Union, where he was sentenced by the Communist regime for the "crime" of spreading Judaism.

Addressing the assemblage of Chasidim who had come to see him off, the Rebbe declared, "...And let all the nations of the world be apprised that it is only our physical bodies that are in galut (exile) and subject to the yoke of the nations. Our souls are not in exile and can never be subjugated! No one can exert any influence over us when it comes to matters of Torah, mitzvot and Jewish practice!"

But what good does it do us to know that our souls are not in exile, if our physical bodies -- the only medium through which we can observe mitzvot and spread the wellsprings of Judaism -- are suffering the hardships of the galut?

The answer to this question comes from our ancestor Avraham, the very first Jew.

Avraham proved that whenever a Jew uncovers the supernatural dimensions of his soul, its G-dly light will illuminate his physical being as well.

In this way the physical body is elevated above the laws of nature, to a plane on which no power on earth can exert any influence.

A Geulah pamphlet is enclosed.


All the best,


Rabbi Shmuel Spritzer


EXHIBIT 1A
4 of 4



**U.S. Department of Justice**

Federal Bureau of Prisons
Federal Correctional Institution

*Office of the Warden*                      *Sheridan, Oregon 97378*

October 24, 2018

NOTICE TO INMATE POPULATION

Effective November 15, 2018, please note the following changes to mail procedures at this institution:

- All incoming general correspondence envelopes and paper will be white in color. Failure to meet this requirement will result in the mail being returned to sender.

- Incoming general correspondence containing materials such as glitter, stickers, lipstick, crayon, or marker will be rejected. Evidence of the above on the outside of the envelope will result in the mail being returned to sender.

- Incoming general correspondence that is stained or contains an oily substance will be rejected.

- Postage stamps and envelope flaps may be removed prior to providing general correspondence to an inmate.

- Incoming general correspondence on card stock may be rejected.

- All incoming general correspondence utilizing a label for either the recipient and/or sender will be returned to sender (except for inmate to inmate correspondence which still requires labels). The recipient and sender information must be completed either in ink or through address stamp.

- All incoming general correspondence sprayed with fragrance not limited to cologne or perfume will be returned to sender.

- Legal mail and special mail will continue to be opened only in the presence of the inmate.

Should you have any questions, you may address them to either the Captain, Case Management Coordinator, or the Associate Warden of Programs.

---

4. Books, newspapers, and magazines fall under the Incoming Publications and will be processed accordingly.
5. Inmates that file an Administrative Remedy – mail will be maintained until completion of the Administrative Remedy process. After completion, mail will be retained for an additional 30 days to allow time for the inmate to provide a disposition of the correspondence.
6. The prohibited mail referenced in the Notice to Inmate Population memorandum, dated October 24, 2018, will remain in effect and will be rejected accordingly.

Rejected correspondence will be treated consistent with the applicable provisions of federal regulations and BOP policy. Any inquiries regarding these procedures should be directed to the Correctional Systems Department.



**U. S. Department of Justice**

Federal Bureau of Prisons

Federal Correctional Institution

Office of Warden                      Sheridan, Oregon 97378

June 23, 2021

MEMORANDUM FOR ALL INMATES

FROM:    DeWayne Hendrix, Warden

SUBJECT:    Changes to Incoming Inmate Correspondence Procedures

This purpose of this memo is to reinterate the prior mailroom procedures sent out June 16, 2020.

Effective July 13, 2020, the following procedures will be implemented for the incoming general mail at FCI, FDC and SCP Sheridan, Oregon.

All general correspondence will be photocopied. All photocopies will be provided to the inmate in accordance with the mail delivery procedures detailed below. Legal and Special mail is exempt.

The following will be photocopied:

1) Envelope front showing Addressee, return address, and postal markings.
2) Back of envelope only if there are postal identifying markings.
3) All general correspondence which includes, but is not limited to:
   Letters, Photographs, Pamphlets
4) Any legal material sent in as general correspondence (not legal/special mail) will be treated as general correspondence.

---

June 16, 2020

Notification For The Inmate Population

From: J. Salazar, Warden

Subject: Changes to the Incoming Inmate Coorespondence Procedures

Effective July 13, 2020, the following procedures will be implemented for the incoming general mail at FCI, FDC and SCP Sheridan, Oregon.

1. All general correspondence will be photocopied. All photocopies will be provided to the inmate in accordance with the mail delivery procedures detailed below. Legal and Special mail is exempt.
   The following will be photocopied:
   a. Envelope front showing Addressee, return address, and postal markings.
   b. Back of envelope only if there are postal identifying markings.
   c. All general correspondence which includes, but is not limited to:
      i. Letters
      ii. Photographs
      iii. Pamphlets
   d. Any legal material sent in as general correspondence (not legal/special mail) will be treated as general correspondence.
   e. The mail room will strive to provide the best photocopy, but due to situations out of the mail room staff's control (i.e. the quality of materials sent, handwriting, etc.), the mail room will not guarantee the quality and will not provide extra copies or numerous re-copying of the correspondence.
      i. If an inmate feels the quality is unacceptable, the inmate will present the photocopies to the mailroom during open house hours. If the SCSS feels a replacement is warranted then the SCSS will instruct the mailroom to make another photocopy.
   f. All photocopies will be done in Black and White. This includes photographs.
2. All general correspondence will be deemed nuisance contraband after processing and will only be stored and maintained for 30 days from the date of receipt.
   a. Inmates may provide a stamp and self-addressed envelope to the mail room, during open house hours, if they wish the original correspondence to be returned to sender.
      i. At the end of the 30-day period, the original correspondence will be disposed of as nuisance contraband.
   b. For indigent inmates, Unit Team will make the determination as to whether or not postage will be provided by the institution in order to mail the correspondence back to the sender.
   c. Mail of released inmates will be returned to sender. Inmates transferred to other federal facilities will be forwarded to thier designated institution.
3. No bounded materials will be authorized.

---

5) The mail room will strive to provide the best photocopy, but due to situations out of the mail room staff's control (i.e. the quality of materials sent, handwriting, etc.), the mail room will not guarantee the quality and will not provide extra copies or numerous re-copying of the correspondence. If an inmate feels the quality is unacceptable, the inmate will present the photocopies to the mailroom during open house hours. If the SCSS feels a replacement is warranted then the SCSS will instruct the mailroom to make another photocopy.
6) All photocopies will be in Black and White. This includes photographs.

All general correspondence will be deemed nuisance contraband after processing and will only be stored and maintained for 30 days from the date of receipt. Inmates may provide a stamp and self-addressed envelope to the mailroom, during open house hours, if they want the original correspondence to be returned to sender. At the end of the 30-day period, the original correspondence will be disposed of as nuisance contraband. For indigent inmates, Unit Team will make the determination as to whether or not postage will be provided by the institution for the correspondence to be mailed back to the sender. Mail of released inmates will be returned to sender. Inmates transferred to other federal facilities will be forwarded to their designated institution.

No bounded materials will be authorized. Books, newspapers, and magazines fall under the Incoming Publications and will be processed accordingly.

Mail related to an Administrative Remedy filed by an inmate will be maintained until the completion of the Administrative Remedy process. After completion, mail will be retained for an additional 30 days to allow time for the inmate to provide a disposition of the correspondence.

The prohibited mail referenced in the Notice to Inmate Population memorandum, dated October 24, 2018, will remain in effect and will be rejected accordingly. Rejected correspondence will be treated consistent with the applicable provisions of federal regulations and BOP policy. Any inquiries regarding these procedures should be directed to the Correctional Systems Department.

Thank you for your understanding and cooperation.

U.S. Department of Justice

Federal Bureau of Prisons

FCI Sheridan

March 22, 2022

MEMORANDUM FOR ALL INMATES

*DeWayne Hendrix*
DeWayne Hendrix, Warden

FROM:

SUBJECT:    Institutional Mail Received on March 21,

The purpose of this memorandum is to inform each of you... Monday, March 21, 2022, an unknown substance was introd... the mail room through inmate legal mail. This substance contaminated other mail and surfaces in the mailroom. result, the mailroom was secured. Any mail that was be... processed for delivery and any mail received on Monday, 21, 2022, to include books and rejected items were inci... to prevent any exposure to staff and inmates...

All institutional mail received prior to Monday, March... has been processed. Outgoing mail that was collected o... weekend was delivered to the US Post Office on the morn... Monday, March 21, 2022. The entire mailroom has been p... sanitized and mail processing and delivery resumed toda... Tuesday, March 22, 2022.

This is the second instance of staff has being exposed... unknown substance over the last several months. The de... incinerate all incoming mail that was contaminated by t... unknown substance is made to ensure the safety of all s... inmates.

STROBEL, NICHOLAS

23.2

---

U.S. Department of Justice

Federal Bureau of Prisons

Federal Correctional Institution

Sheridan, Oregon 97378

January 4, 2022

MEMORANDUM FOR ALL INMATES

*DeWayne Hendrix*
DeWayne Hendrix, Warden

Inmate Mail

...December 30, 2021, an unknown substance was introduced to the mailroom ...ate legal mail. This substance contaminated other mail and surfaces in the ...As a result, the mailroom was secured. Any mail that was being processed for ...any mail received on Thursday December 30, 2021, to include books and rejected ...incinerated to prevent any exposure to staff and inmates. The entire mailroom has ...ly sanitized and mail processing and delivery has resumed today, January 4, 2022. ...all that was collected over the weekend will be delivered to the US Post Office ...anuary 5, 2022.

...e for any inconvenience this may have caused. ...If you can demonstrate you have ...ss, you can file a Tort Claim. This form can be obtained from your assigned unit

...r your understanding.

## 540.70 Purpose and scope.

Except when precluded by statute (see 540.72), the Bureau of Prisons permits an inmate to subscribe to or to receive publications without prior approval and has established procedures to determine if an incoming publication is detrimental to the security, discipline, or good order of the institution or if it might facilitate criminal activity. The term publication, as used in this subpart, means a book, booklet, pamphlet, or similar document, or a single issue of a magazine, periodical, newsletter, newspaper, plus such other materials addressed to a specific inmate such as advertising brochures, flyers, and catalogs.

Section 7 of this Program Statement contains procedures to implement Sec. 615 of The Commerce, Justice, State Appropriations Act of 2000 (P.L. 106-113) (hereafter referred to as the Ensign Amendment).

a. Summary of Changes

*Policy Rescinded*

PS 5266.10 Incoming Publications (1/10/03)

This revision updates references to the Ensign Amendment.

Federal Regulations from 28 CFR are in bold type.

Implementing instructions are in regular type.

b. Program Objectives. Expected results of this program are:

# Inmates will be permitted to receive and retain publications that do not threaten the security, good order, or discipline of the institution, or that may facilitate criminal activity, or are otherwise prohibited by law.
# Publications determined detrimental to the security, good order, or discipline of the institution or that may facilitate criminal activity, or are otherwise prohibited by law, will be excluded from Bureau facilities.
# A safer environment for staff and inmates will be provided by strengthening procedures to prevent the introduction of contraband.
c. MCC/MDC/FDC/FTC Application. Procedures in this Program Statement apply to Metropolitan Correctional Centers, Metropolitan Detention Centers, Federal Detention Centers, and Federal Transportation Centers, all of which are referred to as administrative institutions for the purposes of this Program Statement.

© 2021 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

79622065

Print to PDF without this message by purchasing novaPDF (http://www.novapdf.com/)

## 2. PROCEDURES

### 540.71 Procedures.

(a)(1) At all Bureau institutions, an inmate may receive hardcover publications and newspapers only from the publisher, from a book club, or from a bookstore.

The senders address must be clearly identified on the outside of the package.

(2) At medium security, high security, and administrative institutions, an inmate may receive softcover publications (for example, paperback books, newspaper clippings, magazines, and other similar items) only from the publisher, from a book club, or from a bookstore.

(3) At minimum security and low security institutions, an inmate may receive softcover publications (other than newspapers) from any source.

(4) The Unit Manager may make an exception to the provisions of paragraphs (a)(1) and (2) of this section if the publication is no longer available from the publisher, book club, or bookstore. The Unit Manager shall require that the inmate provide written documentation that the publication is no longer available from these sources. The approval of any request for an exception is to be documented, in writing, on an Authorization to Receive a Package which will be used to secure the item.

(b) The Warden may reject a publication only if it is determined detrimental to the security, good order, or discipline of the institution or if it might facilitate criminal activity. The Warden may not reject a publication solely because its content is religious, philosophical, political, social or sexual, or because its content is unpopular or repugnant. Publications which may be rejected by a Warden

include but are not limited to publications which meet one of the following criteria:

(1) It depicts or describes procedures for the construction or use of weapons, ammunition, bombs or incendiary devices;

(2) It depicts, encourages, or describes methods of escape from correctional facilities, or contains blueprints, drawings or similar descriptions of Bureau of Prisons institutions;

(3) It depicts or describes procedures for the brewing of alcoholic beverages, or

© 2021 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

79622065

Print to PDF without this message by purchasing novaPDF (http://www.novapdf.com/)

the manufacture of drugs;

(4) It is written in code;

(5) It depicts, describes or encourages activities which may lead to the use of physical violence or group disruption;

(6) It encourages or instructs in the commission of criminal activity;

(7) It is sexually explicit material which by its nature or content poses a threat to the security, good order, or discipline of the institution, or facilitates criminal activity.

Only the Warden may reject an incoming publication. In the Wardens absence, only the Acting Warden may perform this function.

© 2021 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

79622065

Print to PDF without this message by purchasing novaPDF (http://www.novapdf.com/)

### 540.72 Statutory restrictions requiring return of commercially published information or material which is sexually explicit or features nudity.

Title 18 of the United States Code, Section 4042 note, states:

"[N]one of the funds appropriated or otherwise made available to the Federal Bureau of Prisons may be used to distribute or make available any commercially published information or material to a prisoner when it is made known to the Federal official having authority to obligate or expend such funds that such information or material is sexually explicit or features nudity."

Procedures in this section affect publications received on or after August 28, 1999. Publications authorized before that date will be retained and transferred per the Program Statement Inmate Personal Property.

(a) When commercially published information or material may not be distributed by staff or made available to inmates due to statutory restrictions (for example, a prohibition on the use of appropriated funds to distribute or make available to inmates information or material which is sexually explicit or features nudity), the Warden or designee shall return the information or material to the publisher or sender. The Warden or designee shall advise the publisher or sender that an independent review of the decision may be obtained by writing to the Regional Director within 20 days of receipt of the notification letter. Staff shall provide the inmate with written notice of the action.

Mailroom staff will return publications found to be non-distributable on the basis of the definitions listed in subsection (b) below. The publications will be returned with the appropriate attachment.

Ordinarily, the outside cover is used to assess content or the need for further review.

Non-distributable publications will be returned to the sender or publisher with a BP-A0954, Notification to Publisher of Return of Publication. The publications may be returned in bulk, annotating the number of returned copies.

Materials extracted, photocopied, or clipped from such publications will also be returned to the sender with a BP-A0955, Notification to Sender of Return of Materials.

Under subsection (a) of this section, there is no need to delay the return of non-distributable publications or materials even when an inmate appeals under the Administrative Remedy Program.

© 2021 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

79622065

Print to PDF without this message by purchasing novaPDF (http://www.novapdf.com/)

because the statutory restriction on making the material available precludes any inmate review.

Inmates will be notified via the BP-A0956, Notification to Inmate of Return of Publication or Materials.

Although the publication or material is returned, the Warden will ensure a copy of the publication cover and one page of the banned information or material is copied and retained at the institution in case of a subsequent appeal by the inmate or publisher/sender.

Inmates may use the Administrative Remedy Program to appeal return of materials. However, as 18 U.S.C. 4042 note prohibits the Bureau from distributing the material, inmates may not review copies of returned materials in connection with administrative remedy filings.

Only one copy of the retained, statutorily prohibited information is to be retained by the Warden, even if the publication is mailed to several inmates:

# For example, if the April 2009 publication of XYZ is mailed to 20 inmates, that publication cannot be made available to inmates. Only one issue of the publication needs to be retained.
# A copy of the notification sent to each inmate will be attached to the retained material.

(b) *Definitions.* For the purpose of this section:

(1) *Commercially published information or material* means any book, booklet, pamphlet, magazine, periodical, newsletter, photograph or other pictorial depiction, or similar document, including stationery and greeting cards, published by any individual, organization, company, or corporation which is distributed or made available through any means or media for commercial purposes. This definition includes any portion extracted, photocopied, or clipped from such items.

(2) *Nudity* means a pictorial depiction where genitalia or female breasts are exposed.

Specifically, when the pictorial depiction of the female breast displays the areola or nipple, this material will be rejected.

(3) *Features* means the publication contains depictions of nudity or sexually explicit conduct on a routine or regular basis or promotes itself based upon such depictions in the case of individual one-time issues. Publications containing nudity illustrative of medical, educational, or anthropological content may be excluded from this definition.

Section 2.c. prohibits the establishment of an excluded list of publications. It is important to

© 2021 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

79622065

Print to PDF without this message by purchasing novaPDF (http://www.novapdf.com/)

---

review each individual publication for unacceptable content. The following are examples of commercial publications that contain nudity illustrative of medical, educational, or anthropological content, which are allowable:

# *National Geographic.*
# *Our Bodies, Ourselves.*
Also, the following are examples of commercial publications that may be allowable if they do not contain depictions of nudity:

# *Sports Illustrated* swimsuit issues.
# Lingerie catalogs.
However, if the above examples contain depictions of nudity not illustrative of medical, educational, or anthropological content, they should be rejected under this section. A publication may change a single issue or its general policies and practices at any time, which would make it acceptable or unacceptable for distribution. The examples above are guidelines only and are subject to change.

(4) *Sexually explicit* means a pictorial depiction of actual or simulated sexual acts including sexual intercourse, oral sex, or masturbation.

For purposes of this section, written text does not qualify a publication as sexually explicit.

Publications with sexual content that are not returned under these procedures are still subject to rejection through procedures in Section 2.b.(7). For example, publications that contain sexually explicit text, feature sadomasochism or bestiality, or involve children may not meet the definitions in this Section for sexually explicit or nudity, but may be considered detrimental to the security and good order of the institution, per Section 2.b.(7).

© 2021 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

79622065

Print to PDF without this message by purchasing novaPDF (http://www.novapdf.com/)

---

To help staff determine which materials may pose the type of threat that warrants exclusion, the following guidelines are provided.

A Warden may determine that sexually explicit material of the following types will be excluded, as potentially detrimental to the security and good order or discipline of the institution, or as facilitating criminal activity:

# Sadomasochistic.
# Bestiality.
# Involving children.
In addition:

# The Warden must prohibit a sexually explicit publication if it is determined to pose a threat to the institution or is contrary to law. Child pornography materials, which are prohibited by law, are examples.
# Sexually explicit material does not include material of a news or information type. Publications concerning research or opinions on sexual, health, or reproductive issues, or covering the activities of gay rights organizations or gay religious groups, for example, should be admitted unless they are otherwise a threat to legitimate institution interests.
# Literary publications should not be excluded, solely, because of homosexual themes or references, if they are not sexually explicit in a manner that threatens legitimate institution interests.
# Sexually explicit material may be admitted if it has scholarly value, or general social or literary value.
(c) The Warden may not establish an excluded list of publications. This means the Warden shall review the individual publication prior to the rejection of that publication. Rejection of several issues of a subscription publication is not sufficient reason to reject the subscription publication in its entirety.

(d) Where a publication is found unacceptable, the Warden shall promptly advise the inmate in writing of the decision and the reasons for it. The notice must contain reference to the specific article(s) or material(s) considered objectionable. The Warden shall permit the inmate an opportunity to review this material for purposes of filing an appeal under the Administrative Remedy Program unless such review may provide the inmate with information of a nature which is deemed to pose a threat or detriment to the security, good order or discipline of the institution or to encourage or instruct in criminal activity.

In questionable cases, institution staff should consult legal staff.

(e) The Warden shall provide the publisher or sender of an unacceptable

© 2021 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

79622065

nt to PDF without this message by purchasing novaPDF (http://www.novapdf.com/)

---

publication a copy of the rejection letter. The Warden shall advise the publisher or sender that he may obtain an independent review of the rejection by writing to the Regional Director within 20 days of receipt of the rejection letter. The Warden shall return the rejected publication to the publisher or sender of the material unless the inmate indicates an intent to file an appeal under the Administrative Remedy Program, in which case the Warden shall retain the rejected material at the institution for review. In case of appeal, if the rejection is sustained, the rejected publication shall be returned when appeal or legal use is completed.

See BP-A0953, Notification to Inmate and Publisher/Sender of Rejected Publication, for a sample.

The Warden will retain the rejected publication for 20 days from the date the inmate is sent written notification of the rejection. The 20-day period allows the inmate to file an appeal under the

Administrative Remedy Program. If he/she does not file within 20 days, the rejected publication may be returned to the publisher.

If the inmate does file an appeal, the Warden will retain the rejected publication at the institution. The rejected publication (or the offensive portion of it) must be reviewed before a staff response is prepared for the BP-229, Request for Administrative Remedy or, when applicable, a BP-230, Regional Appeal of Administrative Remedy or BP-231, Central Office Appeal of Administrative Remedy, respectively.

The Regional Office and Central Office should not respond to a BP-230 or BP-231 appeal without first reviewing either the rejected publication or a copy of the offensive portion of it.

(f) The Warden may set limits locally (for fire, sanitation, or housekeeping reasons) on the number or volume of publications an inmate may receive or retain in his quarters. The Warden may authorize an inmate additional storage space for storage of legal materials in accordance with the Bureau of Prisons procedures on personal property of inmates.

© 2021 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

79622065

Print to PDF without this message by purchasing novaPDF (http://www.novapdf.com/)

The U.S. Parole Commission will also review financial responsibility progress at parole hearings.

### Food Service
The BOP offers a standardized National Menu. This menu is offered at all institutions and includes approved menu items based on standard recipes and product specifications. The National Menu offers regular, heart healthy and no-flesh dietary options.

Medical diets will be provided by mainline self-selection from the items available on the National Menu for that meal unless menu items fail to meet the medical requirement. Menu item replacements may not always be provided as inmates may have to avoid certain foods in the self-selection process; however, if a dietitian determines a Special Diet is required to ensure adequate nutrition, it will be provided by pre-plating or controlled plating.

The religious diet program, called the Alternative Diet Program, consists of two distinct components: one component provides for religious dietary need through self-selection from the main line, which includes a no-flesh option.

The other component accommodates dietary needs through nationally recognized, religiously certified processed foods and is available through the approval of Religious Services.

### Meals
Meals are served cafeteria style in the inmate dining hall during the following approximate hours:

| Breakfast: | Monday through Friday | 6:30 a.m. to 7:30 a.m. |
|---|---|---|
| | Saturday, Sunday and Holiday's (coffee hour) | 7:00 a.m. to 8:00 a.m. |
| Brunch: | Saturday, Sunday and Holidays | 10:45 a.m. to 11:45 a.m. |
| Lunch: | Monday through Friday | 10:45 a.m. to 12:00 p.m. (Noon) |
| Dinner: | Will be served after the 4:00 p.m. count clears. | |

A 5-minute one-way recreation move during the evening meal has been implemented. This is intended for those inmates, who did not wish to eat the evening meal, to gain quicker access to the recreation yard. Once you are in the recreation area, no one will be permitted to leave until "Mainline is closed" is announced. At this time, a "controlled move" will be announced by the Control Center. All remaining aspects of the program will remain the same. After eating, inmates will still be permitted to enter the recreation yard, but no one will be permitted to exit until the dining hall is closed.

Meals will be served on a weekly rotating basis as determined by the housing unit inspections.



Inmates will not be permitted to wear sweat shirts, sweat pants during the noon meal (Monday-Friday). In addition, sleeveless shirts, jogging shorts, sweat bands, shower shoes, slippers, or extremely soiled clothes in the Dining Hall are not permitted at any time. All shirts must be buttoned and tucked inside their trousers. Shoes and socks will be worn at all meals. The only head coverings allowed will be those approved by the Chaplain for religious purposes. Inmates wishing to wear religious head wear must have a label placed on their commissary plastic holders indicating the type of approved religious head wear.

### Education
The mission of Education/Recreation Services is to provide mandatory literacy and English-as-a-Second Language (ESL) programs as required by law, as well as other education/recreation and related programs that meet the needs and interests of the inmate population, provide options for the positive use of inmate time, and enhance successful reintegration into the community. Also, open house hours for the Education Department are:

> Tuesday:  11:00 a.m. until 11:30 a.m.
> Thursday: 11:30 a.m. until 12:00 p.m.

Education opportunities provided for Federal inmates include General Equivalency Diploma (GED) and ESL programs, as required by law. Various nationally recognized tests will be used to place inmates in appropriate education programs. Inmates must perform to the best of their abilities on exams for appropriate placement in class.

### Literacy/GED
The Violent Crime Control and Law Enforcement Act (VCCLEA) and the Prison Litigation Act (PLRA) require inmates who lack a high school diploma to participate in a GED credential program and make satisfactory progress in the program in order to be eligible to vest the maximum amount of earned good conduct time (VCCLEA sentenced inmates) or earn the maximum amount of good conduct time.

Unless exempt (pre-trial, holdover, etc.), inmates must participate in the literacy program for one mandatory period of at least 240 instructional hours, or until they achieve a GED credential. For all inmates to receive job pay promotions above the entry level, they must have a high school diploma, a GED credential, or a pay exemption.

Inmates who are exempt from attending GED class based on a deportation detainer must enroll in GED or ESL in order to receive their good conduct time.

Inmates under a final Bureau of Immigration and Customs Enforcement (BICE) order of deportation, exclusion, or removal are exempt. Inmates who have completed the mandatory period of enrollment must remain enrolled, or re-enroll to vest/earn their good conduct time. Inmates found guilty of an incident report related to their literacy program enrollment will be changed to GED UNSATISFACTORY PROGRESS, and will not vest/earn their good conduct time.

> Convicted of any Uniform Code of Military Justice (military) offense (felony or misdemeanor);
> Convicted of a qualifying D.C. Code offense (as provided on a list);
> Arrested or facing charges (pretrial inmates); and
> Non-United States persons who are detained under the authority of the United States (including the Bureau) (persons who are not United States citizens and who are not lawfully admitted for permanent residence as defined by 8 C.F.R. § 1.1 (b))...."

### Emergency Medical Treatment
All emergencies or injuries receive priority for treatment. Appropriate medical care will be provided by institution clinical staff, on-call staff if after hours, or by community emergency medical providers. Clinicians covering evenings, weekends and holidays provide treatment for acute medical problems and directly observed pill lines.

### On-the-job Injuries
Inmates injured while performing an assigned duty, must immediately report this injury to their work supervisor. The work supervisor reports the injury to the institution Safety Manager who completes mandatory occupational injury documentation. The inmate must be evaluated by clinical staff and an injury report completed for inclusion in the inmate's health record under the Occupational Medicine section of Bureau Electronic Medical Record (BEMR).

Inmates who suffer a work-related injury may be eligible for compensation if the injury prevents the inmate from performing his or her usual work duties. However, the inmate may be disqualified from eligibility for lost-time wages or compensation if he fails to report a work injury promptly to the supervisor.

### Correspondence
In most cases, inmates are permitted to correspond with the public, family members and others without prior approval. Outgoing mail may not be sealed by the inmate and may be read and inspected by staff with the exception for "special mail." The outgoing envelope must have the inmate's committed name, register number, and complete institution return address in the upper left-hand corner.

Inmates will be responsible for the contents of all of their letters. Correspondence containing threats, extortion, etc., may result in prosecution for violation of Federal laws. Inmates may be placed on restricted correspondence status based on misconduct or as a result of classification. The inmate is notified of this placement and has the opportunity to respond. Mail service to inmates is ordinarily provided on a five-day schedule, Monday through Friday. Weekend and holiday mail services are not provided.

### Incoming Correspondence
First class mail is distributed Monday through Friday (except holidays) by the evening watch Correctional Officer in each housing unit. Legal and Special Mail will be distributed by Unit

staff and opened in the presence of the inmate.

Inmates are asked to advise those writing to them in put the inmate's registration number and Housing Unit on the envelope to aid the prompt delivery of mail. All inmate packages must have prior authorization unless otherwise approved under BOP policy.

### Incoming Publications
The BOP permits inmates to subscribe to and receive publications without prior approval. The term publication means a book, booklet, pamphlet, or similar document, or a single issue of a magazine, periodical, newsletter, newspaper (subscription only), plus such other materials addressed to a specific inmate; such as advertising brochures, flyers, and catalogs. An inmate may only receive hard cover publications and newspapers from the publisher, a book club, or a bookstore. Softcover publications can only come from the publisher, a book club, or a bookstore.

### Special Mail
Special Mail is a category of correspondence sent to the following: President and Vice President of the United States, the U.S. Department of Justice (including the BOP), U.S. Attorneys Offices, Surgeon General, U.S. Public Health Service, Secretary of the Army, Navy, or Air Force, U.S. Courts (including U.S. Probation Officers), Members of the U.S. Congress, Embassies and Consulates, Governors, State Attorneys General, Prosecuting Attorneys, Directors of State Departments of Corrections, State Parole Commissioners, State Legislators, State Courts, State Probation Officers, other Federal and State law enforcement offices, attorneys, and representatives of the news media.

Special mail also includes correspondence received from the following: President and Vice President of the United States, attorneys, Members of the U.S. Congress, Embassies and Consulates, the U.S. Department of Justice (excluding the Bureau of Prisons but including U.S. Attorneys), other Federal law enforcement officers, State Attorneys General, Prosecuting Attorneys, Governors, U.S. Courts (including U.S. Probation Officers), and State Courts.

A unit team staff member will open incoming Special Mail in the presence of the inmate. These items will be checked for physical contraband, funds, and for qualification as Special Mail; the correspondence will not be read or copied if the sender has adequately identified himself/herself on the envelope and the front of the envelop clearly indicates that the correspondence is "Special Mail – Open only in the presence of the inmate" or with similar language. Without adequate identification as Special Mail, the staff may treat the mail as general correspondence. In this case, the mail may be opened, read, and inspected.

### Inmate Correspondence with Representatives of the News Media
An inmate may write, following Special Mail procedures, to representatives of the news media when specified by name and title. The inmate may not receive compensation or anything of value for correspondence with the news media. The inmate may not act as a reporter, publish under a byline, or conduct a business or profession while in BOP custody.



### RIGHTS

1. You have the right to expect that you will be treated in a respectful, impartial, and fair in the same manner.

2. You have the right to be informed of the rules, procedures, and schedules concerning the operation of the institution.

3. You have the right to freedom of religious affiliation, and voluntary religious worship.

4. You have the right to health care, which includes nutritious meals, proper bedding and clothing, and a laundry schedule for cleanliness of the same, an opportunity to shower regularly, proper ventilation for warmth and fresh air, a regular exercise period, toilet articles and medical and dental treatment.

5. You have the right to visit and correspond with family members, and friends, and correspond with members of the news media in accordance with Bureau rules and institution guidelines.

6. You have the right to unrestricted and confidential access to the courts by correspondence (on matters such as the legality of your conviction, civil matters,

### RESPONSIBILITIES

1. You are responsible for treating inmates and staff manner by all staff

2. You have the responsibility to know and abide by them.

3. You have the responsibility to recognize and respect the rights of others in this regard.

4. It is your responsibility not to waste food, to follow the laundry and shower schedule, maintain neat and clean living quarters, to keep your area free of contraband, and to seek medical and dental care as you may need it.

5. It is your responsibility to conduct yourself properly during visits. You will not engage in inappropriate conduct during visits to include sexual Acts and introduction of contraband, and not to violate the law or Bureau guidelines through correspondence.

6. You have the responsibility to present honestly and fairly your petitions, questions, and problems to the court.

pending criminal cases, and conditions of your imprisonment.)

7. You have the right to legal counsel from an attorney of your choice by interviews and correspondence.

8. You have the right to participate in the use of law library reference materials to assist you in resolving legal problems. You also have the right to receive help when it is available through a legal assistance program.

9. You have the right to a wide range of reading materials for materials for educational purposes and for your own enjoyment. These materials may include magazines and newspapers sent from the community, with certain restrictions.

10. You have the right to participate in education, vocational training and employment as far as resources are available, and in keeping with your interests, needs, and abilities.

11. You have the right to use your funds for commissary and other purchases, consistent with institution security and good order, for opening bank and/or savings accounts, and for assisting your family, in accordance with Bureau rules.

7. It is your responsibility to use the services of an attorney honestly and fairly.

8. It is your responsibility to use these resources in keeping with the procedures and schedule prescribed and to respect the rights of other inmates to the use of the materials and assistance.

9. It is your responsibility to seek and utilize such materials for your personal benefit, without depriving others of their equal rights to the use of this material.

10. You have the responsibility to take advantage of activities which may help you live a successful and law-abiding life within the institution and in the community. You will be expected to abide by the regulations governing the use of such activities.

11. You have the responsibility to meet your financial and legal obligations, including, but not limited to, DHO and court imposed assessments, fines, and restitution. You also have the responsibility to make use of your funds in a manner consistent with your release plans, your family needs, and for other obligations that you may have.



TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L
--------------------------------------------------------------------------------

FROM: Correctional System Department
TO: 79622065 STROBEL, NICHOLAS ROBERT
SUBJECT: RE:***Inmate to Staff Message***
DATE: 06/29/2021 11:37 AM

Your request was sent to the mail room.

C. Lawson, SCSS

>>> ~^["STROBEL, ~^["NICHOLAS ROBERT" <79622065@inmatemessage.com> 6/16/2021 6:01 PM >>>
To: Mailroom
Inmate Work Assignment: FS

Today 6-16-2021 I received only partial copy of the back side of the order form that came in the mail from
The Paperback Shop,
IMailToPrison.Com,
4617 FM 646 Rd E,
Dickinson TX 77539
The top of the order form has 6/10/2021 and the left and right column list magazines for sale.
One side on my copy is completely blacked out. Unfortunately the order form is of a longer length than regular paper and
will take two copies to get one side.
Please send 2 copies of entire back of order form, which came, at your earliest convenience in the mail bag.
Thanks

*TRT-WXR-2022-02816*

T5.1        4

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

FROM: 79622065 STROBEL, NICHOLAS ROBERT
TO: Correctional System Department
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 06/24/2021 07:06 AM

To: Lawson/ Mailroom
Inmate Work Assignment: fs

I apologize, I miss noted Program Statement 740.70. It is actually 540.70 and not 740.70(see Below)
Thank You
----STROBEL, NICHOLAS ROBERT on 6/23/2021 2:51 PM wrote:

>

I am expecting commercially published material...DOJ FBOP Program Statement 740.72(1), which falls outside the scope and
guise of the memorandums on "general Correspondences".See also Program Statement 740.70

The following companies are expected to be sending me: Catalogs, flyers, color pictographs, and other "commercially published
materials".
All of which are from Companies and have been purchased through my trust Account and BP-199s

Please follow policy and deliver these products to me, I will discontinue ordering them in the future to make life easier for BOP
staff and myself. Thank You

| Encumbrance # | Company Name | Address |
|---|---|---|
| 2849 | EPS Llc. | po box 1717, Appleton, WI 54912 |
| 2852 | Pantee Publishing | po box 233, Hawthorne, NJ 07507 |
| 3116 | Doll SVS | po box 7891, Gurnee,Il 60031 |
| 3365 | FOS "freedom of Speech" | po box 42922, phoenix, Az 85080 |
| 3533 | Street Pix | po box 302, Humble, Tx 77347 |
| 3898 | Inmateconnection.com | po box 83897, Los Angeles, CA 90083 |
| 3903 | SJE | po box 50, Alvarado,TX 76009 |
| 3985 | Four the pack Entertainment | po box 4057, Windsor Locks,Ct 06096 |
| 3986 | FIYA Girls | po box 192, Dequincy,La 70633 |
| 3987 | Inmate Services | po box 535547, Grand Prarie, Tx 75053 |
| 3988 | David Carter | po box 378, Bardwell, Tx 75101 |

If you cannot deliver these purchases to me as per FBOP Program Statement, In the mail bag to my unit 3A, please notify me
and keep all of them so that I may start the Admin. Remedy and TORT process.
Thank You again

T5.2

--------------------------------------------------------------------------------

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L
--------------------------------------------------------------------------------

FROM: 79622065 STROBEL, NICHOLAS ROBERT
TO: Correctional System Department
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 06/26/2021 07:23 AM

To: Mailroom
Inmate Work Assignment: fs

Order from EPS Llc.   Encumbrance # 2849  $17.00
Addressed to specific Inmate as per policy for incoming publications, Nick Strobel 79622-065 and received on unit 3A on
-25-21 is going to be subject to the Administrative Remedy Process.
Please store/keep until completion of process.
BP-8 will be submitted to Unit Counselor on Monday.
Thank You

TORT #
*TRT-WXR-2022-00950*

T5.3        5

--------------------------------------------------------------------------------

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L
--------------------------------------------------------------------------------

FROM: 79622065 STROBEL, NICHOLAS ROBERT
TO: Correctional System Department
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 07/02/2021 07:03 AM

To: mailroom
Inmate Work Assignment: fs

This morning 7-02-21 I received a copy of a letter from Keith Atherton 850 Main, Dallas, OR 97338
It had only one page. There was no conclusion or ending or as his usual his signature. It ended abruptly, at the end of page
one, thus, it is missing at least one page.
Please attempt to locate at earliest convenience and furnish me with a copy.
Thank You

T5.4        6

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L
--------------------------------------------------------------------

FROM: 79622065 STROBEL, NICHOLAS ROBERT
TO: Correctional System Department
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 07/12/2021 07:23 PM

To: Mailroom
Inmate Work Assignment: n/a

A color catalog from InmateConnection.com, P.O. Box 83897, Los Angeles, CA 90083 came addressed to me in a SASE and a
COPY was delivered on 7-12-21 to me on Unit 3A, Nick Strobel 79622-065.
This is a commercial publication, sent to me by request from a company/publisher.
This is in violation of P.S. 540.70 and is subject to Administrative Remedy Process.
Please store/keep until completion of process.
BP-8 will be submitted on Monday Tuesday 7-13-2021.
Thank You

*[handwritten: TORT #F  TRT-WXR-2022-00 01833]*

*[handwritten: 23.15]*

*[handwritten: #6.1]*

7

---

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L
--------------------------------------------------------------------

FROM: 79622065 STROBEL, NICHOLAS ROBERT
TO: Correctional System Department
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 07/14/2021 05:36 PM

To: Mail Room
Inmate Work Assignment: n?a

I apologize, I failed to also mention that I am missing the even numbered pages from BOTH catalog one and catalog two, they
were not supplied to me from mailroom staff, which were sent by the company.
please see below for MORE info....
Thank You
—STROBEL, NICHOLAS ROBERT on 7/14/2021 5:13 PM wrote:

>

I received today a copy of the catalogs I ordered from a commercial photo publisher/business.
David Carter
As I stated and listed in a previous message to your department on 6-23-2021,
Encumbrance #3988 for $10.00
Sent to David Carter Po.Box 378, Bardwell Tx 75101
This is a commercial, purchased publication, sent to me, by request with SASE.
This is a violation of P.S. 540.70 and is subject to Administrative Remedy.
Please keep and store commercially printed materials, until completion of the Remedy process.
BP-8 will be submitted as soon as I can acquire one from Unit Team.
Thank You

*[handwritten: #6.2]*

---

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L
--------------------------------------------------------------------

FROM: 79622065 STROBEL, NICHOLAS ROBERT
TO: Correctional System Department
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 07/14/2021 05:40 PM

To: Mailroom
Inmate Work Assignment: N/A

If I let the company which I send an SASE to fill in the sender/return address, will this limit/stop all of my catalogs/pictures from
getting copied/denied?
Please let me know what I can do to make things easier for you and your staff. I will do all in my power, within reason to
accommodate you.
Thank You

*[handwritten: ?]*

*[handwritten: TORT #F  TRT-WXR-2022- 02125]*

*[handwritten: David Carter]*   *[handwritten: $12.95]*

*[handwritten: #6.3]*

9.

---

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L
--------------------------------------------------------------------

FROM: 79622065 STROBEL, NICHOLAS ROBERT
TO: Correctional System Department
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 07/19/2021 05:09 PM

To: Mailroom Supervisor
Inmate Work Assignment: N/A

I just received a notice from Self-Reliance Publications stating that my magazines were returned because an Authorization was
not on file.
According to BOP procedures and program statement, 540.71 (2), there is no authorization needed UNLESS the material is no
longer available through the publisher.
I am confused and concerned with these continued mess ups with my mail.
Can you please give me the procedure I need to let the publisher know, so that they may send me the back issues that I
ordered and paid for through the BP-199 process?
Thank you

*[handwritten: 8]*

*[handwritten: Mail 1]*

*[handwritten: #6.4]*

10

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L
--------------------------------------------------------------------------------

FROM: 79622065 STROBEL, NICHOLAS ROBERT
TO: Correctional System Department
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 07/20/2021 06:45 PM

To: Mailroom
Inmate Work Assignment: N/a

I received a copy of the letter I sent to ATS Henderson, a company.
It was RETURN TO SENDER. Included in the envelope was a SASE I sent to the company, which I only got a copy of.
Can you please return to me my SASE, which has on it a stamp that I purchased since the beginning of my incarceration.
Letter is postmarked 11May 2021 PM 5 and the stamp is partially torn off (in photo copy)
ATS Henderson
544 Parkson Rd.  Ste.F
Henderson, NV 89011

17.1    11

---

--------------------------------------------------------------------------------

FROM: 79622065 STROBEL, NICHOLAS ROBERT
TO: Correctional Services
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 08/24/2021 06:33 PM

To: Mailroom
Inmate Work Assignment: N/A

Order from Pantee Publishing        Encumbrance #2852    $3.00
Addressed to me in a SASE from company/publisher was copied and I was given a copy. This is in violation of BOP policy.
Please either deliver the color catalogs and other contents of envelope, or store/keep envelope and contents until completion of Administrative Remedy and TORT process.
Thank You

TRT-WXR-2022-02143

17.2

---

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L
--------------------------------------------------------------------------------

FROM: 79622065 STROBEL, NICHOLAS ROBERT
TO: Correctional System Department
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 08/25/2021 07:15 AM

To: Mailroom
Inmate Work Assignment: N/A

On 8-10-21 I received a copy of a company correspondence. This correspondence came to me by request from the company in a SASE.
Can you please, as per policy, deliver to me the commercial printings and offerings from this publisher/company
Flix Etcetera
PO Box 4508
Medford, OR 97501
On 8-20-21 I submitted the copy of envelope attached to a copfout, from the publisher/company, which you delivered me.

TRT-WXR-2022-02144

17.3

---

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L
--------------------------------------------------------------------------------

FROM: 79622065 STROBEL, NICHOLAS ROBERT
TO: Correctional System Department
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 08/27/2021 07:44 AM

To: Mailroom
Inmate Work Assignment: Fs

I am still waiting for responses on several cop/outs.
The cop/outs are regarding mail from companies, containing commercially printed materials purchased and/or requested from them by me.
The following companies/products have been copied and not delivered, this is an example and not a complete list.

Inmateconnection.com—Color brochure and info
EPS LLC. —24 color photos and info
David Carter— Two color catalogs
Pantee Publishing— Color catalogs and info
Flix Etcetera —Color catalogs, sample photo and info

Bp-8 has been filed, Bp-9 is assured to follow.
Please follow BOP policy and deliver to me commercial product, periodicals, pictures, flyers, catalogs and all other non general correspondence materials, so we can avoid all further inconveniences and paperwork.

17.4

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L
----------------------------------------------------------------------

FROM: 79622065 STROBEL, NICHOLAS ROBERT
TO: Correctional System Department
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 10/28/2021 07:11 PM

To: mailroom
Inmate Work Assignment: mailroom

still waiting for (see below)
——STROBEL, NICHOLAS ROBERT on 8/31/2021 5:25 PM wrote:

>

Tonight I received a COPY of commercial mailing from
 DOII
PO Box7891
Gurnee, IL 60031
This is a commercial mailing and not a general correspondence, thus should be protected under PS 540.70, 540.71 and 540.72
I should be receiving these catalog lists, catalogs, sample pictures, calendar, and all their contents from the company and not a
copy.
Please deliver to me commercial publications.
Thank You

TRT-WXR-2022-01703

$ 43.45

Doii                78.1

---

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L
----------------------------------------------------------------------

FROM: 79622065 STROBEL, NICHOLAS ROBERT
TO: Correctional System Department
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 10/28/2021 07:12 PM

To: mailroom
Inmate Work Assignment: mailroom

still waiting for respons/remedy(see below)
——STROBEL, NICHOLAS ROBERT on 9/29/2021 3:03 PM wrote:

>

On 9-28-21 I received a COPY of commercially published catalogs, information, and order forms, which I ordered from SJE.
In a message to the mailroom staff on June 23 2021, I explained all of the products/requests I had sent out, along with a list of
all companies, their address' and encumbrance nu,numbers associated with each.
The commercial mailing which I received a COPY of last night from SJE was included in this e-mail:
Encumbrance #3903  SJE, PO box 50, Alvarado,TX 76009
Numerous companies have reported correspondences/orders returned to sender, or rejected without being opened and with out
reason.
As stated before please keep all mailings, such as these that are subject to administrative remedy.

Ongoing Deliberate indifference to the my right to receive commercially printed/published materials such as catalogs,
brochures, flyers, and pictures from companies/publishers for profit is very taxing and needless.
In the past, as ordered by BOP staff, I have been taking the copy of the envelope and sending it to the mailroom attached to a
cop-out. I have done this numerous times and have yet to receive a response.
I will retain all that continue to come for my proofs, and evidence for TORT and Administrative remedies.
Can staff please deliver to me all of these withheld, copied, or otherwise altered/denied publications?

TRT-WXR-2022-02140

78.2

---

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L
----------------------------------------------------------------------

FROM: 79622065 STROBEL, NICHOLAS ROBERT
TO: Correctional System Department
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# T9622065, SHE-C-L
DATE: 10/28/2021 07:14 PM

To: mailroom
Inmate Work Assignment: mailroom

still waiting for response/remedy)
——STROBEL, NICHOLAS ROBERT on 10/6/2021 5:11 PM wrote:

>

Last night I was handed a copy of photographs that I ordered from a company that is advertised in The Inmate Shopper and is a
publisher of photographs,pictures,catalogs and flyers.(All For Profit)
Encumbrance #4981 for $33.00 for the company named after founder/President David Carter.
The copies were of some photographs of non-nude models, all of which are according to BOP policy ok to have.
David Carter, PO BOX 2278 Corsicana, TX 75151
Please deliver to me these photographs and all other photos I am expecting in this order from this company.
Keep all of the contents of all these mailings until the completion of Administrative remedy and or TORT.

TRT-2022-02129

78.3

---

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L
----------------------------------------------------------------------

FROM: 79622065 STROBEL, NICHOLAS ROBERT
TO: Correctional System Department
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 10/15/2021 09:39 AM

To: Ms. Bunsold
Inmate Work Assignment: Mailroom

Good Morning,
On or about Thursday 7-16-2021, during mainline I spoke with Ms. Bunsold. I gave her a cop/out with photocopied envelopes
and other information on commercially purchased materials sold to me by companies. These mailings were all addressed
specifically to me, are all allowed at the BOP, and should by policy and rights have been delivered to me.
One of the copies contained a copy of a SASE I had sent to the company: David Carter (a photo company named for and
operated by the president of the company) P.O. Box 378  Bardwell, TX  75101 Encumbrance #3988
She told me, "I will take care of this, if they are from companies, you will be given the material and purchases."
This has yet to happen.
This is a re-accruing issue!
Below are other Professional publications,or purchases not delivered, copies were.
6-16 The Paperback Shop-fmailtoprison.com
6-25 EPS Elite Paralegal Services
7-12 Inmateconnection.com
7-14 David Carter
8-10 Flix Etcetera

8-24 Pantee Publishing
8-31 Doll SVS.
10-5 David Carter.... again......
Some of the encumbrances involved are: 2849,3898,3988,2852,3115,4862,3905, and 4981.
These purchases and Encumbrances are collectively well over $400.00
Can you please deliver to me all of these purchased materials?
I have sent a cop-out and or electric e-mail about every occurrence as it has happened.
I also stated in each one to keep materials until completion of TORT and other processes, so they should all be in the
possession of mailroom and or mailroom staff.
Can you please remedy this and stop denying me commercial materials?
I receive personal mail from 4 people, Tony Monson (cousin), Baylee Strobel (daughter), Keith Atherton (friend), and Louie
Strobel (mom).
That's it, everything else is commercial or periodical PERIOD.
This ongoing denial of mail, which is borderline harassment needs to stop at some point. Can we please put out an effort to
remedy this?

78.4

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L

---

FROM: 79622065
TO: Correctional System Department
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 03/08/2022 05:53:28 PM

To: Mailroom
Inmate Work Assignment: Mailroom

Good Evening,
If you find a "Ranger Review" Newspaper from Glendive Montana in the mailroom, it is mine.
My newspapers come once per week. They come with two papers in one plastic slip cover, with my name on one label.
Staff sometimes removes both newspapers from the sleeve and only label one with my name, unit, and inmate number, thus
one gets lost. This never happens when staff leaves the periodical alone, in its shipped state.
I have confirmed with the on duty correctional officer that it is indeed not in the mail bag, and not here for me to receive it.
Therefore, please when you locate it in the mailroom, please label it with my information and forward it to Unit 3A.
Thank You.

---

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L

---

FROM: 79622065
TO: Correctional System Department
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 03/29/2022 12:46:16 PM

To: Mailroom
Inmate Work Assignment: N/A

Thank you for your timely response. I can only assume all my missing periodicals were incinerated.

Can the mailroom deliver to me the catalogs sent to me from Honest Ways?
I received only copies of these professionally published and purchased materials, thus straying from BOP policy.
Thank you again for your quick response!
——Correctional System Department on 3/29/2022 11:42 AM wrote:

>
Inmate STROBEL, Nicholas (79622-065),

The mail room processes all FCI/SCP/FDC inmate correspondence/publications within National FBOP policy, Local Institution
Supplements, and the 2018 Memorandum to the Inmate Population. The Mail room has nothing pending (processing) for you
from last week. If you did not receive something you expected, it could still be within the USPS system, or it was not addresse
correctly (i.e. Correct/Full Name and Federal Registration #).

>>> —^I"STROBEL, —^INICHOLAS ROBERT" <79622065@inmatemessage.com> 3/27/2022 5:16 PM >>>
To: Mailroom
Inmate Work Assignment: N/A

Good evening,
Last week I did not receive my subscribed to magazines (Self-Reliance, OK, or Inked), newspapers, or a book ordered throug
Ranger Review Books.
I received only copies of catalogs from one company.(which per policy should be delivered to me and not copies)
I will be writing the companies involved and inquiring about my purchases.
I hope that you can deliver to me the catalogs that I ordered in lieu of the copies.
I also hope that all my purchases were not incinerated by staff, as the memo posted by the warden states.
Thank you
——STROBEL, NICHOLAS ROBERT on 3/8/2022 5:53 PM wrote:

>

Good Evening,
If you find a "Ranger Review" Newspaper from Glendive Montana in the mailroom, it is mine.
My newspapers come once per week. They come with two papers in one plastic slip cover, with my name on one label.
Staff sometimes removes both newspapers from the sleeve and only label one with my name, unit, and inmate number, thus
one gets lost. This never happens when staff leaves the periodical alone, in its shipped state.
I have confirmed with the on duty correctional officer that it is indeed not in the mail bag, and not here for me to receive it.
Therefore, please when you locate it in the mailroom, please label it with my information and forward it to Unit 3A.
Thank You.

---

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L

---

FROM: 79622065
TO: Case Manager Coordinator
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 03/24/2022 08:17:40 PM

To: Case manager Cooordinator
Inmate Work Assignment: Mailroom

See forwarded please.
I am unsure whom to send these messages to. I have been having difficulty receiving published materials at this institution.
Thank You
——STROBEL, NICHOLAS ROBERT on 3/24/2022 8:16 PM wrote:

>

I just received a copy of a SASE I sent to a company and photo copies of purchased catalogs.
This company is on my approved contact list and is a retail seller of photographs, catalogs, art patterns and offers art contests
and Gift services for inmates to purchase things for their family and friends on the other side of the fence. Some of the gifts
include toys, jewelry, and flowers.
On the SASE I sent it specifically says, "SASE sent to company. Contents Company Correspondence. Do not copy."
Staff copied purchases materials, depriving me of commercially published materials.

Can mailroom staff please at their earliest convenience deliver to me my purchases catalogs and company offers?
The cost per catalog is $4.00

Honest Ways
PO Box 11505
Terre Haute, IN 47801

Thank You

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L

--------------------------------------------------------------------

FROM: 79622065 STROBEL, NICHOLAS ROBERT
TO: Case Manager Coordinator
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 11/24/2021 07:32 AM

To: CMC
Inmate Work Assignment: n/a

Please see original forwarded message....
I have had no luck in getting any remedies to ongoing issues and/or even responses to complaints and violations, by staff, of BOP Policy as it pertains to incoming publications from both non-profit and for profit business', publishers and organizations.
As Case Manager Coordinator, I believe that you are the ultimate authority in overseeing the actions of mailroom staff.
Can you please at your earliest convenience look into the ongoing issues that I have been struggling with.
I have copies of communications from myself to staff, copies of published, purchased materials that I should have received and numerous other relevant documents that are available upon request to support the issues I have been suffering.
Below is an example of one of the many communications that I have sent that have went unanswered.

Thank You
Nick
—STROBEL, NICHOLAS ROBERT on 11/20/2021 6:52 AM wrote:

>

Good Morning,
Please see forwarded message.
—STROBEL, NICHOLAS ROBERT on 10/15/2021 9:39 AM wrote:

>

Good Morning,
On or about Thursday 7-16-2021, during mainline I spoke with Ms. Bunsold. I gave her a cop/out with photocopied envelopes and other information on commercially purchased materials sold to me by companies. These mailings were all addressed specifically to me, are all allowed at the BOP, and should by policy and rights have been delivered to me.
One of the copies contained a copy of a SASE I had sent to the company; David Carter (a photo company named for and operated by the president of the company) P.O. Box 378  Bardwell, TX. 75101 Encumbrance #3988
She told me, "I will take care of this, if they are from companies, you will be given the material and purchases."
This has yet to happen.
This is a re-accuring issuel
Below are other Professional publications,or purchases not delivered. copies were.
6-16 The Paperback Shop-fmailtoprison.com
6-25 EPS Elite Paralegal Services
7-12 Inmateconnection.com
7-14 David Carter
8-10 Flix Etcetera

8-24 Pantee Publishing
8-31 Doll SVS.
10-5 David Carter.... again......
Some of the encumbrances involved are: 2849,3898,3988,2852,3115,4862,3905, and 4981.
These purchases and Encumbrances are collectively well over $400.00
Can you please deliver to me all of these purchased materials?
I have sent a cop-out and or electric e-mail about every occurrence as it has happened.
I also stated in each one to keep materials until completion of TORT and other processes, so they should all be in the possession of mailroom and or mailroom staff.
Can you please remedy this and stop denying me commercial materials?
I receive personal mail from 4 people. Tony Monson (cousin), Baylee Strobel (daughter), Keith Atherton (friend), and Louie Strobel (mom).
That's it, everything else is commercial or periodical PERIOD.
This ongoing denial of mail, which is borderline harassment needs to stop at some point. Can we please put out an effort to

19.1

---

remedy this?

19.2

---

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L

------------------------------------------------------------------------

FROM: 79622065 STROBEL, NICHOLAS ROBERT
TO: Correctional System Department
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 11/20/2021 06:53 AM

To: Bunsold mailroom
Inmate Work Assignment: mr

Good Morning,
Please see forwarded message. Still received no response
—STROBEL, NICHOLAS ROBERT on 10/22/2021 7:18 PM wrote:

>

I was just given a copy of photos I ordered from a third party for profit company.
THIS IS AN ONGOING ISSUE WITH THIS MAIL ROOM!!!!!!
The sender is David Carter, PO Box 2278, Corsicana, TX 75151
There are TWO encumbrances for this company, which is named after the president and owner....Google it or something, then please deliver to me ALL of the mail you and your staff keep denying/copying.
I have received THREE of the SIX mailing from this company.

TRT-WXR-2022-02131

19.3

---

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L

------------------------------------------------------------------------

FROM: 79622065 STROBEL, NICHOLAS ROBERT
TO: Correctional System Department
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 11/20/2021 06:54 AM

To: mailroom
Inmate Work Assignment: mr

Please see forwarded.....
—STROBEL, NICHOLAS ROBERT on 10/25/2021 8:29 PM wrote:    TRT-WXR-2022-02132

>

Good Evening,
Tonight I received a copy of photographs that I had ordered from a third party, for profit company.
I have sent this Company(named after the president/owner of the company) funds at two different times through the BP-199 process.  As these photos are from a legitimate business, which is advertised by Freebird Publishers, and in books such as The Inmate Shopper, and are allowed in the BOP, they should have been delivered to me as any other publication, periodical, magazine,brochure or flyer.
If someone where to to take a moment to type in David Carter into Google, They would no doubt see that these photographs are from a company.
How do I go about getting this ongoing issue to stop? Would you like me to write them and have them send you a letter or something? Is there a Yelp site you can check or something?
I have been having ongoing issues with getting photos, catalogs, and all other sorts of purchased materials lately.
I believe you(the mail room), now has 30 photographs and two color catalogs from this company alone, all of which have come in four different envelopes, addressed to me specifically.
Please have these purchased materials delivered to me at your earliest convenience.
If staff would look at every mailing I have received in the past 5 months at least, all of them are from companies, and are purchased.
Please deliver to me all of this withheld, copied material.
Thank You

19.4

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L
--------------------------------------------------------------------------------

FROM: 79622065 STROBEL, NICHOLAS ROBERT
TO: Correctional System Department
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 10/28/2021 07:08 PM

To: Mailroom  BUNSOLD
Inmate Work Assignment: Mail Room

Tonight I was delivered to me COPIES of COMMERCIAL PUBLICATIONS, PHOTOGRAPHS, AND CATALOGS.
THREE DIFFERENT MAILINGS ALL POST MARKED "27 SEPT 2021 PM 2  L"
One has 10 photographs copied, two of which the copies are messed up.
One has 10 photographs copied.
One has Catalog #17 copied, (4pgs.) along with ordering information
(WITH COMPANY INFORMATION!!!!!!!!)

DAVID CARTER
P.O. BOX 2278
CORSICANA, TX 75151
(Our new address)
        ∧
       /|\
        |
        |
        |
"OUR NEW ADDRESS" implies "OUR" as in BUSINESS, as in COMPANY, as in PUBLISHER!!!!!!
Not singular person or regular communication.
THESE MAILINGS WERE PURCHASED BY ME, ADDRESSED SPECIFICALLY TO ME, AS PER BOP POLICY. PURCHACED
THROUGH
BP-199 PROCESS, AGAIN ACCORDING TO POLICY!!!!!!
Please stop denying me commercial publications, not only in violation of your own policies, but also in violation of the
1st and 14th Amendment of the Constitution of the United States of America>
PLEASE EITHER DELIVER THESE TO ME, OR KEEP THEM FOR THE DURATION OF THE ADMINISTRATIVE REMEDY
PROGRAM, AND INEVIABLE TORT CLAIMS.
BP-9 IS ALREADY SENT TO WARDEN DUE TO PRIOR VIOLATIONS OF RIGHTS AND REGULATIONS

*TRT-WXR-2022-02133*
*TRT-WXR-2022-02135*
*TRT-WXR-2022-02138*

20.1

---

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L
--------------------------------------------------------------------------------

FROM: 79622065 STROBEL, NICHOLAS ROBERT
TO: Correctional System Department
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 10/30/2021 11:04 AM

To: mailroom
Inmate Work Assignment: mailroom

Staff photocopied purchased-published material & denied materials. Mailroom staff by negligent or wrongful act or omission as
an employee of the government while acting within the scope of his/her office of employment caused loss of property. In
violation of DOJ PS 540.70(b),540.70(a)(2) as defined by 540.72(b)(1) and violating s 5.11 & 5.12 of the Constitutional rights of
Prisoners, staff denied purchased prepaid published materials from companies. Photocopying & denying prisoners purchases
materials is unconstitutional as applied to for-profit - pre-paid subscription publications. A prisons practice that prevents
prisoners from receiving purchased and non-subscription bulk-mail and catalogs requested is not reasonably related to
legitimate penological interest and thus, violates the First Amendment in the Ninth Circuit. Prisoners have a constitutionally
protected right to receive subscription non-profit & for-profit bulk mail & prepaid orders, including purchased catalogs, flyers,
photos and company offers.

20.2

---

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L
--------------------------------------------------------------------------------

FROM: 79622065 STROBEL, NICHOLAS ROBERT
TO: Correctional System Department
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 11/01/2021 07:40 PM

To: Mailroom BUNSOLD
Inmate Work Assignment: Mailroom

*TRT-WXR-2022-02136*

Good Evening,
Tonight I received copies of photos that were ordered from a photo company.
The letter is post marked 24 SEPT 2021 PM9, it was sent from David Carter P.O. Box 2278 Corsicane, TX 75151
This mailing contained 10 purchased photographs
If you choose not to deliver these photos to me, please keep them until the completion of bot administrative remedy process
and inevitable TORT claim.
If someone would take the time to do even a simple Google search of this, they will see that it is indeed a company and all of
the mailings thus far kept by the mailroom in excess of fifty photographs and three catalogs, totaling a value of approximately
$112.00, could stop a lot of unneeded issues on both sides.
I thank you for keeping them on file for the duration the process' tp follow.

20.3

---

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L
--------------------------------------------------------------------------------

FROM: 79622065 STROBEL, NICHOLAS ROBERT
TO: Correctional System Department
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 12/09/2021 06:39 PM

To: Mailroom
Inmate Work Assignment: Mailroom

Good evening,
Tonight I received correspondence from a company in which I ordered from. I had written them and sent them an envelope in
which I had received through the mailroom labeled 3 of 3. I inquired of them the status.... If it had been returned, as I have had
previous problems with other companies from this mailroom in the past being sent back, rejected unopened, they did not
receive them back.
In their response they said, "I am having problems with Sheridan. Your entire order was sent-Nothing came back rejected."
The UPS is not at fault. There is one common denominator unfortunately it is staff here. During the acts and process' of them
doing their job they are unwillingly causing loss of money and property to me. I hope it is unwillingly...

This being a business whom sells nationwide, this is concerning. Please at your earliest convenience look for the two missing
envelopes and contents.

I had never had any issues with mail here at Sheridan before. Now in the past 2 years I have had nothing but troubles. Lost
books, denied publications, which the publisher contacted me, I had correspondence with the mail room the one of the two
times I have ever gotten a response. I had the Publisher re-send the magazines/periodicals and they came through the second
time although it cost twice the shipping. Also copied and denied pictures and catalogs from publishers and companies.
I sent them a check for $60.00 encumbrance # 3365. If you subtract the $10.00 for the catalogs that I did receive, the remaining
contents will be the pictures for a value of $50.00.
Freedom of Speech
P.O. Box 42922
Phoenix, AZ 85080

I have had numerous issues with material and mail getting returned unopened in the past 7 months.
Please attempt to adhere to BOP policy and deliver to me my purchased, published materials, now and in the future.
Thank You

*TRT-WXR-2022-02142*

20.4

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L

----------------------------------------------------------------------

FROM: 79622065 STROBEL, NICHOLAS ROBERT
TO: Correctional System Department
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 12/15/2021 07:24 AM

To: C. Lawson, SCSS
Inmate Work Assignment: SCSS

Good Morning,
I received the rejection notice regarding rejected material dated 12-14-2021 from Doll Svs.
I am sorry if the contents sent were offensive. I will be contacting the company. The contents, materials, and catalogs I ordered, I was led to believe were all non-nude and allowed under BOP policy from this order.
I do ask that as the rejection notice states,
"Your correspondence or letter, has however, been provided to the inmate with a copy of this notice.",
that you deliver to me the company information, correspondence, order form, and any other contents that are allowed by BOP policy, be delivered to me at your earliest convenience.
As stated above I will be contacting the company.
I do know that there are I believe at least 50 of the enclosed color flyers in mailing that are BOP compliant, as I ordered specific ones, knowing they contained non-nude content.
The "random" choices from the editor or company representative, on the other hand, unfortunately seem to have fallen outside of the guidelines I had thought I had clearly set for them.
Therefore, please deliver to me contents that do not contain nudity or sexual acts.
Also I have learned that the Amazon Fulfillment mailings that I had received a rejection notice for on 12-9-2021 in which I messaged CSO Moody about, originated also from Doll. I do not need any further action in regards to those two rejections, as I know that they do not come with any relative correspondences that I should indeed receive.
Again, I am sorry if material you or your staff had to go through was offensive. I will attempt to be more diligent in the future, and only ask that you and your staff do the same.
Thank you

TRT-WXR-2022-02141

21.1

----------------------------------------------------------------------

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L

----------------------------------------------------------------------

FROM: 79622065 STROBEL, NICHOLAS ROBERT
TO: Correctional System Department
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 01/03/2022 07:19 PM

To: MailRoom
Inmate Work Assignment: MailRoom

GOOD EVENING,
AS YOU ARE AWARE WE HAVE BEEN DENIED OUR MAIL FOR TWO DAYS, (LAST THURSDAY, AND TODAY MONDAY) WITHOUT REASON GIVEN TO US, THE INMATE POPULATION.

WITH ALL THE ONGOING ISSUES THAT THE INMATE POPULATION HAS BEEN HAVING WITH THIS PARTICULAR MAILROOM AND THE VIOLATIONS OF NOT ONLY PROGRAM STATEMENT REGULATIONS, BUT ALSO OUR CONSTITUTIONAL RIGHTS, THAT THE STAFF OVERSEEING THE MAILROOM AND THE MAILROOM STAFF ITSELF WOULD AT LEAST ATTEMP TO BE MORE DILLIGENT IN MATTERS THAT INVOLVE THE INMATE POPULATION.

CAN SOMEONE PLEASE TELL ME WHY IT IS THAT THIS INSTITUTION'S STAFF, IT SEEMS, IS DOING SO MUCH TO HARM RELATIONS WITH THE OUTSIDE WORLD, INCLUDING THE DENIAL OF PUBLICATIONS, THEN IT IS FOCUSING ON ACTUAL PEOLOGICAL INTERESTS AND AFFORDING THE INMATE POPULATION AVENUES TO BETTER THEMSELVES AND IMPROVE THEIR CIRCUMSTANCES AND LEARN A BETTER WAY TO LIVE?

IF YOU COILD PLEASE, AT YOUR EARLIEST CONVENIENCE, RESTORE THE DELIVERY OF OUR MAIL.

21.2

----------------------------------------------------------------------

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L

----------------------------------------------------------------------

FROM: 79622065
TO: Correctional System Department
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 02/22/2022 08:59:57 AM

To: Mail Room
Inmate Work Assignment: Incinerated Property

have looked into the information in the forwarded message and have gotten a response from the parties contacted. From responses received, unfortunately, staff has destroyed 6 magazines that were sent to me from Grant Publications. I have submitted a TORT claim for the $113.00 in which I have lost due to staff actions.
Thank You
—STROBEL, NICHOLAS ROBERT on 1/5/2022 9:01 AM wrote:

Good Morning,
wanted to let mailroom staff know that I am missing 4 bi-weekly Ranger Review newspapers, 2 OK Weekly gossip rags, One Self-Reliance Magazine, and possibly 6 magazines that were on back order from Alice Grant Publications.
will wait several months before filing a TORT claim on these "missing" publications.
n that time I will write The Ranger Review to inquire about replacements, as they are a relatively small paper and actually have genuine wish to keep custom. I will write Alice Grant to confirm shipment, wait as I said several more months for delivery, and equest a receipt for my order. As for the other publications, if any were actually involved in this unfortunate incident, I will lecide then whether or not it is worth the hassle for everyone involved to take any action at all.
will let you know if any of them come in, although since I have given you all of this information, you will in fact be able to see or yourselves, as you ultimately know before I do......
Thank You

21.3

----------------------------------------------------------------------

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L

----------------------------------------------------------------------

FROM: 79622065
TO: Correctional System Department
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 03/04/2022 05:18:09 PM

To: Mailroom
Inmate Work Assignment: MailRoom

I already did that. I have also sent a copy of that response to the mailroom, without response.
I have done business with this company for years and have never had problems before. I can only assume they fell out during processing. I in no way shape or form believe that staff would "keep" any of them.
—Correctional System Department on 3/4/2022 11:32 AM wrote:

>
The Mail room has no control if the company you order from did not include everything you ordered. The mail room did not keep any photos. You may want to contact the place you ordered the pictures.

>>> -^I^STROBEL, -^INICHOLAS ROBERT" <79622065@inmatemessage.com> 3/4/2022 7:47 AM >>>
To: Mailroom
Inmate Work Assignment: MailRoom

I have yet to receive any responses to any of my inquiries on continued mishandling of my mail.
—STROBEL, NICHOLAS ROBERT on 1/13/2022 7:16 PM wrote:

>

Good Evening,
Tonight I received two separate envelopes from the same company; Freedom of Speech. One envelope was inventoried from company as containing 10 photos and the other 15, for a total of 25.
Each of the envelopes were delivered to me only containing 9 photos each. That means that from the opening of the envelope: to the delivery of them to me, one envelope "lost" one photo, while the other is missing 6 photos.
I did not get any sort of notification of confiscation or rejection, therefore, an employee of the government, acting within the scope of their office, has in all probability broken policy and thus, caused me loss of property/money.
Can staff please supply me with the seven missing photos, or deliver to me documentation in which explains non-delivery?

21.4

UNIVERSAL DECLARATION OF HUMAN RIGHTS

Article 2: "Everyone is entitled to all the rights and freedoms set forth in this Declaration, without distinction of any kind, such as race, colour, sex, language, religion, political or other opinion, national or social origin, property, birth or other status. Furthermore, no distinction shall be made on the basis of the political, jurisdictional or international status of the country or territory to which a person belongs, wether it be independent, trust, non-self-governing or under any other limitation of sovereignty."

Article 5: "No one shall be subjected to torture or to cruel, inhuman or degrading treatment or punishment."

Article 7: "All are equal before the law and are entitled without any discrimination to equal protection of the law. All are entitled to equal protection against any discrimination in violation of this Declaration and against any incitement to such discrimination."

Article 8: "Everyone has the right to an effective remedy by the competent national tribunals for acts violating the fundamental rights granted him by the Constitution or by law."

Article 17(2): "No one shall be arbitrarily deprived of his property."

Article 18: Everyone has the right to freedom of thought, conscience and religion; this right includes freedom to change his religion or belief, and freedom, either alone or in community with others and in public or private, to manifest his religion or belief in teaching, practice, worship and observance."

EXHIBIT 3

EMAILS, MEMOS, &
REQUESTS TO TRUST FUND/DEFENDANT
DEBOER FOR PRINTING OF PAID FOR
DOCUMENTS & PRINTING OF DOCUMENTS
NEEDED FOR "Administrative Remedies
and TORTS as well as Courts have time
restrictions/deadlines"......

See    TF2-UNIT PRINTING INSTRUCTIONS  #4

See    TF8 &TF9

EXHIBIT #4



**U.S. Department of Justice**
**Federal Bureau of Prisons**

Western Regional Office
7338 Shoreline Drive
Stockton, CA 95219

May 18, 2022

Nick Strobel 79622-065
FCI Sheridan
PO Box 5000
Sheridan, OR 97378          Request Number: 2022-03295

Dear Strobel:

This is in response to the above referenced Freedom of Information Act (FOIA) request in which you requested memo posted by trust fund.

In response to your request, staff located 6 pages of responsive records, which were forwarded to this office for a release determination. After careful review, we determined all pages are appropriate for release in full.

I trust this is responsive to your request. If you have questions about this response, please feel free to contact the undersigned, this office, or the Federal Bureau of Prisons' FOIA Public Liaison, Mr. Eugene Bairne, at: 202-616-7750 (phone); 320 First Street NW, Suite 936, Washington, DC 20534; or ogc_efoia@bop.gov.

Sincerely,

Dennis M. Wong
Regional Counsel

---



**U.S. Department of Justice**
**Federal Bureau of Prisons**
**Federal Correctional Institution**

Office of Trust Fund                    Sheridan, Oregon 97378

January 4, 2022

**TRULINCS**

Beginning January 10, 2022, Trust Fund will no longer be printing daily print requests from TRULINCS. The print stations that are located in Education will be utilized for BP199's and any Law Library requests only. Inmates will be allowed to retrieve their BP199's Law Library requests during main line. Each unit will have an opportunity once per week to retrieve these items. The last unit called for lunch mainline will be able to retrieve these prints.

---

# EDUCATION DEPARTMENT
## OPEN HOUSE

# BP-199 FORMS

# ONLY!



### (DURING LUNCH MAINLINE).


STARTING ON MONDAY ON JANUARY 10, 2022

RUNS MONDAYS THROUGH THURSDAYS

| MONDAY | TUESDAY | WEDNEDSAY | THURSDAY |
|--------|---------|-----------|----------|
| 1A | 2A | 3A | 4A |
| 1B | 2B | 3B | 4B |


!!! NO OTHER SERVICES WILL BE PROVIDED !!!
No labels        - No e-mails  - No Books
No legal papers  - No other printing besides BP-199's

---

# LAW LIBRARY

# SCHEDULE

# EDUCATION


STARTING JANUARY 10, 2022

The following schedule has been established:

|  | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|--------|---------|-----------|----------|--------|
| 7:30 am to 9:00 am | 1A GED/ESL ONLY | 2A GED/ESL only | 3A GED/ESL ONLY | 4A GED/ESL ONLY | |
| 9:00 am to 10:30 am | 1A FSA/Library | 2A FSA/Library | 3A FSA/Library | 4A FSA/Library | |
| 12:00 pm to 1:30 pm | 1B GED/ESL ONLY | | | 4B GED/ESL ONLY | GED/ESL ONLY |
| 1:30 pm to 3:00 pm | 1B FSA/Library | | | 4B FSA/Library | FSA/Library |

## GUIDELINES

- Only the first 20 INMATES will be admitted into library.
- LAW LIBRARY ONLY. The leisure library will remain closed.
- MUST WEAR A MASK AT ALL TIMES.
- Must have an I.D. card.
- Photocopy machine is only available for legal work.



# UNIT PRINTING INSTUCTIONS

## (Education)

1. In the unit, select item to print (BP-199/E-mail).

2. Click print icon on screen.

3. Exit screen and return to home page.

4. **DO NOT SELECT PRINT ON THE HOME PAGE!**
(If you do, it will be sent to Trust Fund and you will have to wait for them to send it to you.)

5. Go to Education to print.

Please note, Education staff do not have access to the Law Library computer system. Education staff **cannot** print off your BP199's or e-mails. You have to come to Education and print them yourself.

---

**Federal Bureau of Prisons**
**TRULINCS Account Transactions - TRULINCS**
**Personal Inmate Information**

Location: SHE

| Inmate No: 79622065 | Inmate Name: STROBEL, NICHOLAS ROBERT | | | Available Balance: 116 | |
|---|---|---|---|---|---|
| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
| 2/11/2022 8:24:24 PM | Print Fee | 39 | -3 | | 36 |
| 1/29/2022 3:05:36 PM | Print Fee | 54 | -15 | | 39 |
| 1/29/2022 3:05:18 PM | Inmate Purchase | 14 | 40 | | 54 |
| 1/26/2022 6:50:10 AM | Print Fee | 20 | -6 | | 14 |
| 1/24/2022 10:51:05 AM | Print Fee | 26 | -6 | | 20 |
| 1/21/2022 6:35:05 AM | Print Fee | 71 | -45 | | 26 |
| 1/19/2022 6:51:40 AM | Print Fee | 80 | -9 | | 71 |

Inmate #: 79622065

---

Date: 03/07/2022
Time: 07:37:42 AM

**Federal Bureau of Prisons**
**TRULINCS Account Transactions - TRULINCS**
**Personal Inmate Information**

Location: SHE

| Inmate No: 79622065 | Inmate Name: STROBEL, NICHOLAS ROBERT | | | Available Balance: 116 | |
|---|---|---|---|---|---|
| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
| 3/7/2022 7:21:01 AM | Print Fee | 122 | -6 | | 116 |
| 3/4/2022 7:48:25 AM | Inmate Purchase | 22 | 100 | | 122 |
| 2/23/2022 8:00:28 AM | Print Fee | 31 | -9 | | 22 |
| 2/16/2022 7:49:58 PM | Print Fee | 133 | -102 | | 31 |
| 2/16/2022 7:49:16 PM | Inmate Purchase | 33 | 100 | | 133 |
| 2/12/2022 6:48:49 PM | Print Fee | 36 | -3 | | 33 |
| 2/11/2022 8:24:24 PM | Print Fee | 39 | -3 | | 36 |

Inmate #: 79622065

---

Date: 03/26/2022
Time: 06:24:46 AM

**Federal Bureau of Prisons**
**TRULINCS Account Transactions - TRULINCS**
**Personal Inmate Information**

Location: SH

| Inmate No: 79622065 | Inmate Name: STROBEL, NICHOLAS ROBERT | | | Available Balance: 160 | |
|---|---|---|---|---|---|
| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
| 3/23/2022 10:23:28 AM | Print Fee | 187 | -27 | | 160 |
| 3/23/2022 9:29:49 AM | Print Fee | 205 | -18 | | 187 |
| 3/23/2022 6:40:28 AM | Inmate Purchase | 105 | 100 | | 205 |
| 3/18/2022 9:13:47 AM | Print Fee | 129 | -24 | | 105 |
| 3/11/2022 7:47:00 AM | Print Fee | 216 | -87 | | 129 |
| 3/9/2022 6:40:08 AM | Inmate Purchase | 116 | 100 | | 216 |
| 3/7/2022 7:21:01 AM | Print Fee | 122 | -6 | | 116 |
| 3/4/2022 7:48:25 AM | Inmate Purchase | 22 | 100 | | 122 |

(c)  Blocking of Email Address(es).  TRULINCS provides three types of email address blocks: Bureau-wide, facility-wide, and inmate-specific.  Supporting documentation for blocking email addresses are scanned into TRUFACS using the document imaging process.

Ordinarily, written requests from the Associate Warden for blocking an email address are processed within one working day after receipt.  If specified, these blocks are placed on a specific inmate account; however, if a specific inmate is not identified or where the request specifically states, a block can be placed to prevent any inmate at the facility from emailing a specific address.

Note:  Requests for blocking may not be processed by deleting the contact from an inmate account.

- Bureau-wide Block.  Request for Bureau-wide blocks should be routed to the Central Office Intelligence Section for approval.  If approved, these blocks will be placed by Central Office TRULINCS staff.  These requests can be for a specific email address or an entire domain.
- Facility-wide Block.  Trust Fund staff place blocks by entering an email address on the Facility Blocked Contact Management Screen in TRULINCS.  The authorization of blocking of an email address cannot be delegated below the Associate Warden level.
- Inmate-Specific Blocks.  The contact email address is blocked within the Contact List administration in TRULINCS.
- Removal of Blocks.  When an email address is blocked at the recipient's request, the System Administrator removes the block by placing the contact's status to Pending Contact Approval when a written request from the contact is received.

(d)  Inmate to Inmate Communication.  An inmate may be permitted to correspond via Public Messaging and postal mail with an inmate confined in any Bureau facility in accordance with the Program Statement Correspondence.

Upon receipt of the approved correspondence from Unit team staff, Trust Fund staff are responsible for entering the approval into TRULINCS and scanning the correspondence into TRUFACS using the document imaging process.

d.  ELL.  Inmates use dedicated TRULINCS workstations to access the ELL.  Additional guidance regarding law library requirements can be found in the Program Statement Inmate Legal Activities.

Trust Fund staff are responsible for ensuring the ELL software is accessible.  The Bureau of Prisons Librarian through institution Education staff is responsible for ELL content, functionality, and training.

When inmates do not have access to a printer, Trust Fund staff are responsible for printing ELL documents for inmates with funds.  Education staff are responsible for printing ELL documents for inmates without funds.  Staff prepares the requested ELL documents and delivers them to the

33.1

---

inmate in a secure manner within a reasonable timeframe from the date of the request and at a time that does not interfere with the normal operations of the institution.

e.  Manage Funds

(1)  Send Funds (BP-199).  Inmates wishing to send funds from their Deposit Fund account via a Request for Withdrawal of Inmate's Personal Funds (BP-199) must add the recipient to their contact list.  After the contact is approved, inmates enter a BP-199 and print the applicable BP-199 Form free of charge.  See Section 10.2 for additional information regarding BP-199s.

(2)  Pre-Release Account.  Inmates are responsible for managing their own pre-release accounts.  See Section 8.11 for information regarding inmate pre-release encumbrances.

f.  Management TRU-Units.  Inmates are responsible for purchasing/transferring TRU-Units and tracking their account balances.

g.  Music Service.  Inmates that have purchased an authorized MP3 player from the Commissary access the Music Service to activate the player; revalidate the player; and purchase non-explicit media.  Inmates are required to accept the Music/Media Terms of Use before accessing the service.

Inmates are authorized to have a maximum of one active MP3 player.  Players must be connected to TRULINCS and re-validated every 14 days or they will stop working.  It is imperative that MP3 players remain connected to TRULINCS while data is being written to them.  The Bureau is not responsible for any damage players receive while charging or while connected to TRULINCS computers.  Players cannot be used at Bureau privatized facilities or contract holdover facilities.

Media are purchased by inmates within the system using TRU-Units and are priced in three tiers. Many titles/songs have multiple versions and/or multiple artists.  Inmates are responsible for ensuring the accuracy of their purchases.  All music sales are final; no refunds will be issued.  All purchased music/media files must be stored on the MP3 player.  Inmates may print a list of their media for a fee.

The music library is automatically updated when made available to the contractor; the Bureau does not control when songs are made available or the library content.  However, songs that jeopardize the safety, security, or good order of the institution or protection of the public will be removed from the music library and MP3 players at the Bureau of Prisons' discretion.  TRU-Unit refunds will be issued for songs that are removed by the Bureau of Prisons.

h.  Prescription Refills/Consultation Notifications.  Through an interface with the Bureau Electronic Medical Record (BEMR), inmates are provided with a list of their prescriptions that are eligible to be refilled.  Inmates follow established local procedures for picking up requested prescriptions approximately 24 hours after they submit a request.  Inmates are also provided with the results of consultation requests through the Health Services Department.  The consultation

33.2

---

b.  Monthly Reconciliation.  Staff complete the monthly reconciliation as required in the institution proof-check.

c.  Refunds.  Refunds are provided in the following circumstances:

- When granted by the Trust Fund Supervisor as a result of a system malfunction that has been documented through the trouble ticket system.
- Refunds for printer malfunctions, in the form of a reprint unless documented through the trouble ticket system.
- When granted by the Central Office when purchased media has been deemed defective, explicit, or inappropriate.

d.  Funds Returned to TRUFACS.  Funds are returned to TRUFACS by staff only in the following circumstances:

- Inmates are released.
- Inmates on Public Messaging and/or MP3/Music restriction for more than 60 days may request in writing that their TRU-Units be returned to their Commissary account.  This is a one-time transaction for the entire TRU-Unit balance.
- In rare or unusual instances deemed appropriate by the Warden when inmates do not have access to TRULINCS.  In these circumstances, Trust Fund staff are given written documentation to support the transfer.  This is a one-time transaction for the entire balance.

e.  Processing Inmate Releases.  A TRULINCS account is released when an inmate is released in TRUFACS.  If there is a communication issue between TRUFACS and TRULINCS, staff may proceed with the release in TRUFACS.  A secondary TRUFACS release must be completed once connection with TRULINCS is restored.  The Trust Fund Specialist shall run the TRULINCS Released Inmate with TRU-Unit Balance Report weekly and take corrective action for inmates listed on this report.

14.8  INMATE ACCOUNTS.  TRULINCS inmate accounts are established and maintained automatically through the TRUFACS nightly process.

a.  Account Access.  Inmates access their accounts using their eight-digit register number; nine-digit phone access code (PAC); and fingerprint identification or four-digit Commissary personal identification number (PIN).

It is the inmate's responsibility to maintain possession of his/her login information.  Inmates will not share passwords (login criteria) and will log off the system when leaving the TRULINCS terminal.

b.  Locked Accounts.  After three consecutive failed attempts to access the system, the inmate's account is locked.  Inmates request in writing to the Trust Fund Supervisor that their accounts be unlocked.

33.3

---

orig.

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L

----------------------------------------------------------------

FROM: 79622065
TO: Trust Fund
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 02/23/2022 09:33:16 AM

To: Biller
Inmate Work Assignment: TRULINCS

Good morning,
I just spent the morning in education.
None, I repeat, none of the documents I have recently requested for print or been charged for printing were available for me to print there at the education department.
This I verified with staff at education.
There has been no clear clarification on the procedure for printing anything from the units.
I have sent a print request on my "homepage", which sent all my documents to Trust Fund and not education. At least this is what was explained to me this morning by Mr. Bell.
So, if Trust fund can please refund me the TRULINCS or document the lack of communication on printing process" through this "trouble ticket system" I would be really grateful.
The print jobs were sent to ADMINISTRATOR as they were during the whole COVID lockdown. Only recently staff responsible or courteous enough to print them have decided not to. Regardless of the case all of my documents I have requested are beyond my reach to print, and thus are now the ADMINISTRATORS responsibility to print. Right?
If in the event nobody wants to refund the TRULINCS or money for missing/not printed documents, or print and deliver them to me, I will file a tort claim no later than 3-1-2022. Which, mind you seems like a royal pain in the @ss.
I would just like the paid for documents and not have to do all of this extra, whatever you call this.
Please help me be part of the solution and not the problem.
Thank You, Nick
——Trust Fund on 2/23/2022 8:22 AM wrote:

>
Per policy 4500.12 TRULINCS section, Trust Fund is only responsible to print ELL documents if an inmate does not have access to a printer. So if you can have Unit Team verify that you have time sensitive documents that are needed for a current case, we can address that at that time.

TRULINCS ELL workstations are located in the Law Library due to the sensitivity of the information and supervision within the area.
Refunds are provided in the following instances only:
When granted by the TFS as a result of system malfunction that has been documented through the trouble ticket system
Refunds for printer malfunctions, in the form of a reprint unless documented trouble ticket system.

>>> ~^f"STROBEL, ~^l"NICHOLAS ROBERT" <79622065@inmatemessage.com> 2/18/2022 7:01 AM >>>
To: DeBoer
Inmate Work Assignment: TRULINCS

Can you please at your earliest convenience cancel and refund me for the TRULINCS I was charged for the following print fee in which I am not allowed to print or have printed? This refund is to include but not be limited to the following transactions. Include any and all transactions that your records show for the month of January and February, quite possibly December also.
1-19-22  6:51am   -9
1-21-22  635am   -45
1-24-22  10:51am  -6
1-26-22  6:50am   -6
1-29-2  3:05pm        -15
2-11-22  8:24pm   -3
2-12-22  6:48pm   -3
2-16-22  7:49pm   -102
The total to be re-applied to my account to be no less than 187 TRULINCS. In all probability it will exceed this amount.

I will resume TRULINCS transactions when the time comes in which we are able to actually able to receive services for payments rendered and when we are once again afforded access to constitutionally "guaranteed" law library access.



33.4 TF2

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L

------------------------------------------------------------------

FROM: 79622065
TO: Trust Fund
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 02/24/2022 08:10:59 AM

To: Biller or Deboer
Inmate Work Assignment: TRULINCS

I COULD NOT PRINT THEM IN EDUCATION!!
I WENT TO EDUCATION TO PRINT MY DOCUMENTS YESTERDAY.
THEY WERE NOT AVAILABLE FOR ME TO PRINT.
I MADE NO ASSUMPTION.
THE TEXT BOX POPS UP SPECIFICALLY STATING, AS IT HAS DURING THE PANDEMIC, THERE IS NO PRINTER
ATTACHED THEREFORE IT IS SENDING IT TO THE ADMINISTRATOR.

ANY TIME YOU WANT TO ESCORT ME TO EDUCATION, I CAN PROVE TO YOU THAT I CANNOT, AND DD NOT HAVE
ACCES TO THESE DOCUMENTS TO PRINT
——Trust Fund on 2/24/2022 7:02 AM wrote:

>
You can still use that print function. It allows you to then go to the print stations in Education and in fact print those items in your
queue. You've just made an assumption that it sends it to someone else to print. It would be in your best interest in the future to
ask first and then act accordingly, not just assume something will happen. Since the memo was posted on January 4th notifying
the inmate population that Trust Fund is not printing documents, nothing has been posted to say otherwise.

>>> —^I*STROBEL, —^INICHOLAS ROBERT* <79622065@inmatemessage.com> 2/24/2022 6:21 AM >>>
To: Biller or Deboer
Inmate Work Assignment: TRULINCS

If someone could please disable the option for the print button on the computers in the unit, which only seem to be sending the
documents to a department (Trust Fund) that is not willing to print them, and enable the software to ONLY send the requested
documents for printing to education (where "inmates" can print them). Life could truly be a lot easier for all those involved.
thank you

34.1

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L

------------------------------------------------------------------

FROM: 79622065
TO: Trust Fund
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 02/25/2022 10:45:46 AM

To: DeBoer
Inmate Work Assignment: TRULINCS

If at your earliest convenience you could print off all of the documents, which I sent to Trust Fund to print, rather than education
I would be grateful.

34.2

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L

------------------------------------------------------------------

FROM: 79622065
TO: Trust Fund
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 03/02/2022 09:38:56 AM

To: Trust Fund
Inmate Work Assignment: Trust Fund

As the new Memorandum from the Education Department states, I printed numerous documents using the Print icon on the
Home page. therefore when I went to Education to print the documents, they were unavailable to me. I have been attempting to
get these documents for over a month. Is there a day of the week that the Trust Fund department prints these? Can someone
please look into the documents that I have yet to receive totaling a cost of 189 TRULINCS?
Thank You

34.3

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L

------------------------------------------------------------------

FROM: 79622065
TO: Trust Fund
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 03/03/2022 10:51:01 AM

To: Trust Fund
Inmate Work Assignment: Trust Fund

Good Morning,
Can you please inform me on how I can go about getting documents that I have sent to print?
The requests for print bypassed Education due to the fact that I hit Print on the "Home Page".
According to Education, this is a "NoNo". Apparently the documents go to Trust Fund, "The Administrator" for print and are no
longer available for inmates at education.
Please advise on how to acquire requested print jobs.
Thank You

TF4

34.4

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L

--------------------------------------------------------------------------------

FROM: 79622065
TO: Trust Fund
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 03/07/2022 07:20:28 AM

To: Trust Fund
Inmate Work Assignment: Trust Fund

PLEASE READ IN ENTIRETY
The issue with this is that the requested documents were not available at the Education department when our unit was finally allowed to go there one month and nineteen days after the memorandum was posted on the Bulletin Board.
Furthermore, on the end computers in Unit 3A the print icon is still on the "Home Screen" which allows an inmate to send print jobs beyond the Education Department VIA said icon. Thus charging the inmate for selected documents and forwarding them to The Administrator, and thus, Trust Fund to be printed.
I will demonstrate this by doing exactly that with this document.
I will use both printing options, thus being charged for both.
One of the documents, if our unit is still allowed to go to the Education Department on Wednesday, I will be able to retrieve it.
The other however, will be out of my reach, just as the other documents which I have been already charged for, from the Unit Workstation, have been beyond my reach and thus I have been deprived of.
I understand that this is very confusing. I myself am at my whit's end. But if you will kindly take the time to check and see, if you have actually read this message in its entirety, you will see that it is indeed available for you to print for you as well as for me at different time stamps. Both print requests requested through different routes, both available as choices in the Unit.
Please once you see that this is indeed fact, PLEASE provide me with the documents that I have thus far been denied and deprived of.
Thank You
—--Trust Fund on 3/7/2022 6:57 AM wrote:

>
This request has already been responded to.

Per Policy and the Memo posted January 4, 2022.

Trulincs Policies-4500.12 Chapter 14.1 TRULINCS
14.5
Multipurpose workstations are ordinarily located in housing units and law library. Workstations located in the housing units ordinarily are multi-purpose, offering various services, with the exception of the ELL AND print services.
TRULINCS ELL workstations are located in the Law Library due to the sensitivity of the information and supervision within the area.
Refunds are provided in the following instances only:
When granted by the TFS as a result of system malfunction that has been documented through the trouble ticket system
Refunds for printer malfunctions, in the form of a reprint unless documented trouble ticket system.

>>> —^l*STROBEL, —^lNICHOLAS ROBERT" <79622065@inmatemessage.com> 3/4/2022 7:45 AM >>>
To: Trust Fund
Inmate Work Assignment: Trust Fund

Good Morning,
While in education on 2-23-22, I was showed the proper printing steps to print from the unit, as posted from education on memorandums, on 2-25-22 and 3-3-22.
As a result, the only print outs that I have gotten, which I have already been deducted from my account, were the three pages, for -9 TRULINCS, on the morning of Wednesday February 23-22.
Therefore, the following print jobs I have yet to receive due to the fact that new printing instructions from the unit were not clarified following the memorandum from Trust Fund stating they will no longer be printing documents.

Thus, instead of being available at Education, they were sent to Trust Fund to be printed.
| Date | |
|---|---|
| 1-19-22 | 9 |
| 1-21-22 | 45 |
| 1-24-22 | 6 |

35.1

--------------------------------------------------------------------------------

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L

--------------------------------------------------------------------------------

| Date | |
|---|---|
| 1-26-22 | 6 |
| 1-29-22 | 15 |
| 2-11-22 | 3 |
| 2-12-22 | 3 |
| 2-15-22 | 102 |

A total of 189 TRULINCS have been deducted from my account and I have not received any of the requested documents.
Can somebody please look into this and please print the documents for me? Once printed, please at your earliest convenience deliver them VIA the institution mail system, as they were delivered during the COVID Pandemic, before the change in printing process by Trust fund?
If this is not possible, please inform me in the proper procedure to get the TRULINCS credited back to my account.
Thank You

35.2

--------------------------------------------------------------------------------

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L

--------------------------------------------------------------------------------

FROM: 79622065
TO: Education
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 03/07/2022 07:27:52 AM

To: education
Inmate Work Assignment: TRULINCS Printing

Can you please make the Bulletin Board post on printing available fore inmates to pay for and print?
Trust Fund still refuses to print and deliver to me 189 TRULINCS worth of prints that were sent to their Department prior to the correct instructions being posted.
I am obviously going to have to go through the Administrative Remedy process and the TORT process.
Unfortunately, having the Trust Fund staff deprive me of the requested documents, thus far, they have led me to be late in filing court documents, led to untimely responses to current ongoing Administrative Remedies and TORT Claims.
Thank You

35.3

--------------------------------------------------------------------------------

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L

--------------------------------------------------------------------------------

FROM: 79622065
TO: Trust Fund
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 03/07/2022 08:56:01 AM

To: Trust Fund
Inmate Work Assignment: Trust Fund

Unfortunately, I did ask FBOP staff how I should request the print jobs. I accordingly did as was told by staff.
Ah, but I did follow staff direction. Maybe you should take your super human communication skills, and communicate your wishes correctly with the staff that actually oversees us, and thus directs us, in person on what they think are correct print process'
As for your assumption that I randomly hit print, as well as your assumption or choice is not the responsibility of Trust Fund and you hide behind policy to shadow the fact that you have no human interaction skills and are completely lacking in any sort of compassion for an entity that is not a human, but you obviously consider as a burden and only as a number.
Your lack of professionalism and arrogance is duly noted. I can see why the only place you can work is in an institution in which you are kept from the general public, for which I am sure that they are, in general far better off.
Your continued attitude and incompetence is really frustrating.
In the past when Trust Fund did in fact prior to January 10th, print documents, sometimes took staff responsible for handing them out more than ten days to deliver.
Check the history of our conversations regarding these issues and not only will you see time and date stamped proof of this. But you will indeed also see numerous SHINING examples of your arrogance and soap box better than thou art attitude.
Your can take the 189 TRULINCS you have ripped me off for, and shove them DIRECTLY up your ASSIIIIII
Good Day!
—--Trust Fund on 3/7/2022 8:02 AM wrote:

>
The issue is that you made a choice to select a print option w/out inquiring first. Trust Fund posted a memo that print jobs would be done in Education only after January 10, 2022. If you were uncertain as to how that process worked, you should have asked prior. Not continued to randomly hit print over and over and expect results. You making an assumption or choice is not the responsibility of Trust Fund and per policy. Trust Fund does not print "random" print request, nor are we authorized to do refunds. Eight times after January 10, without any results or prints being sent to you, you decided to keep attempting to print w/out directions or information apparently.

>>> —^l*STROBEL, —^lNICHOLAS ROBERT" <79622065@inmatemessage.com> 3/7/2022 7:20 AM >>>
To: Trust Fund
Inmate Work Assignment: Trust Fund

PLEASE READ IN ENTIRETY
The issue with this is that the requested documents were not available at the Education department when our unit was finally allowed to go there one month and nineteen days after the memorandum was posted on the Bulletin Board.
Furthermore, on the end computers in Unit 3A the print icon is still on the "Home Screen" which allows an inmate to send print jobs beyond the Education Department VIA said icon. Thus charging the inmate for selected documents and forwarding them to The Administrator, and thus, Trust Fund to be printed.
I will demonstrate this by doing exactly that with this document.
I will use both printing options, thus being charged for both.
One of the documents, if our unit is still allowed to go to the Education Department on Wednesday, I will be able to retrieve it.
The other however, will be out of my reach, just as the other documents which I have been already charged for, from the Unit Workstation, have been beyond my reach and thus I have been deprived of.
I understand that this is very confusing. I myself am at my whit's end. But if you will kindly take the time to check and see, if you have actually read this message in its entirety, you will see that it is indeed available for you to print for you as well as for me at different time stamps. Both print requests requested through different routes, both available as choices in the Unit.
Please once you see that this is indeed fact, PLEASE provide me with the documents that I have thus far been denied and deprived of.
Thank You
—--Trust Fund on 3/7/2022 6:57 AM wrote:

>

35.4 (4)

EXHIBIT 36
P. 59 of 239

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L

------------------------------------------------------------

FROM: Trust Fund
TO: 79622065
SUBJECT: RE:***Inmate to Staff Message***
DATE: 03/09/2022 11:27:02 AM

Submit a FOIA request

>>> ~'|*STROBEL, ~'!NICHOLAS ROBERT* <79622065@inmatemessage.com> 3/9/2022 6:59 AM >>>
To: Trust Fund
Inmate Work Assignment: Trust Fund

Good Morning,
Can somebody in Trust Fund please, at their earliest convenience, enable the memorandum posted on 1-4-22 with regards to "daily" printing requests to be printed.
I am going to need a copy for both Administrative Remedy and TORT claim.
If it is not an option to make aforementioned document printable on Bulletin Board, can a Green Bubble form be printed and submitted VIA cop-out to obtain a copy? If so, who do I make the Bubble form out to? To which Department do I submit cop-out/Bubble Form? The cost is $0.15 per copy, correct?
If this second option, for some reason, is unacceptable, can a member of Trust Fund please direct me to the correct Department and/or person who can help me obtain a copy of this document?
Thank you so much for your time and consideration.
Have a splendid, peaceful, and productive day.

*36.1*

---

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L

------------------------------------------------------------

FROM: 79622065
TO: Unit 3
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 03/14/2022 10:16:56 AM

To: Unit 3
Inmate Work Assignment: Unit 3

Good Morning,
I was informed by one of the Departments here at the F.C.I that I needed to submit a FOIA form/request to get the information that I am in need of.
Can you at your earliest convenience deliver to me, in person, by minion, or via the inmate mail system two separate copies of the required documents for this request.
I am also in need of the proper mailing address to submit said form. I have been involved with this particular situation long enough, at this institution, that I know that there will be no remedy.
The request, in case you need to know or are wondering, is with regards to Trust Fund records/Bulletin Posts.
Thank You

*36.2*

---

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L

------------------------------------------------------------

FROM: 79622065
TO: Business Office
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 03/17/2022 10:55:38 AM

To: Associate Warden (operations)
Inmate Work Assignment: N/A

Good morning,
At your earliest convenience, can you please furnish me with a copy of the memo posted by Trust Fund on 1-4-2022 involving Trulincs prints?
I am in need of this document for the Administrative Remedy process, and for a TORT claim for the refusal of staff to refund me a total of 192 TRUNLINCS for undelivered, paid for documents.
I have followed the chain of command and had zero help/results.
Thank you

*36.3*

---

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L

------------------------------------------------------------

FROM: 79622065
TO: Business Office
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 03/23/2022 11:09:00 AM

To: Accounting
Inmate Work Assignment: Accounting

Yeah I know.
Unfortunately, when you tap the print icon in the unit, and select documents, you are charged for printing the documents and they are only available to Trust Fund to print.
I was following staff directive in the unit for printing on the unit starting on 1-19-22.
I, in this way sent 189 TRULINCS worth of print requests to trust fund and had no access to print them in education. Thus coul not get them.
Trust fund refuses to furnish them.
I am needing a copy of the memorandum to accompany with a TORT claim.
Trust Fund refuses to furnish copies or refunding TRULINCS.
A copy of this memorandum will help very much with the remedy process.
I attempted to get a copy from Trust Fund and I was told,"Submit a FOIA request".
I cannot get a copy of this FOIA through education as yet. I believe the man capable of this is Mr.Bell and he has been busy an or on vacation.
I will forward the message I previously sent to Trust Fund, if you request it, and if it will help in clarifying the situation.
Thank You
——Business Office on 3/23/2022 7:42 AM wrote:

>
The memo posted on 1/4 is just stating that trust fund would not be printing the requests you would need to go to the Law Library to do this.

>>> ~'|*STROBEL, ~'!NICHOLAS ROBERT* <79622065@inmatemessage.com> 3/23/2022 6:38 AM >>>
To: Accounting
Inmate Work Assignment: Accounting

Is there a way other than Trust Fund, or a TORT claim to get monies-Trulincs returned to my account that were deducted without service rendered?
Please guide me in the right direction. If you cannot offer guidance, please at your earliest convenience furnish me with a copy of the Memorandum posted by Trust Fund on 1-4-22 with regards to Trulincs, or a FOIA request form.
Thank You

*36.4*

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L
--------------------------------------------------------------------------

FROM: 79622065
TO: Trust Fund
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 03/28/2022 07:03:51 AM

To: Trust Fund
Inmate Work Assignment: N/A

Good morning,
If one was to submit a FOIA request to your department, does this need to be on a particular form?
Or, for instance, can I use the following?

I would like to request a memorandum posted on the BOP Inmate Bulletin Board by a member of Trust Fund on or about 1-4-2022. The memorandum that I am requesting, I am requiring through/with the new FOIA laws and guidelines pertaining to the Act that gives citizens of The United States the Right to Information, this is to include inmates.
The memo in case there is a need for clarity, is with regards to Trulincs prints, and Trust Fund stating they will no longer be accepting "daily" print requests.

If the above is sufficient as a formal FOIA request, consider it so. Please at your earliest convenience, have delivered to me the aforementioned document.

If the above is not sufficient to be used as a FOIA request, for some unimaginable reason, and an actual FOIA form is needed, please let me know at your earliest convenience.

I note that responses may take up to three weeks. I will be sure to wait until after this time lapses before my next inquiry.

Thank you So much!
Have a beautiful, productive, and serene day!

37.1

---

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L
--------------------------------------------------------------------------

FROM: 79622065
TO: Case Manager Coordinator
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 03/29/2022 07:53:41 AM

To: Case Manager Coordinator
Inmate Work Assignment: N/A

Can your department furnish me a copy of this memorandum without a FOIA request? Can you please direct me to the correct department to request a FOIA form? Can you forward me to anybody that is willing to be part of a solution?
Thank you
-----Trust Fund on 3/9/2022 11:27 AM wrote:

>
Submit a FOIA request

>>> ~^I~STROBEL, ~^INICHOLAS ROBERT~ <79622065@inmatemessage.com> 3/9/2022 6:59 AM >>>
To: Trust Fund
Inmate Work Assignment: Trust Fund

Good Morning,
Can somebody in Trust Fund please, at their earliest convenience, enable the memorandum posted on 1-4-22 with regards to "daily" printing requests to be printed.
I am going to need a copy for both Administrative Remedy and TORT claim.
If it is not an option to make aforementioned document printable on Bulletin Board, can a Green Bubble form be printed and submitted VIA cop-out to obtain a copy? If so, who do I make the Bubble form out to? To which Department do I submit cop-out/Bubble Form? The cost is $0.15 per copy, correct?
If this second option, for some reason, is unacceptable, can a member of Trust Fund please direct me to the correct Department and/or person who can help me obtain a copy of this document?
Thank you so much for your time and consideration.
Have a splendid, peaceful, and productive day.

37.2

---

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L
--------------------------------------------------------------------------

FROM: 79622065
TO: Correctional Services
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 03/30/2022 12:50:50 PM

To: Assistant Warden,  AKA    A.W.
Inmate Work Assignment: FS

Good Afternoon,
Can your office please furnish me with a copy of the memorandum put out by Correctional Services Department on March 12, 2020, with regards to rejecting pictures?

A copy of this is needed for Administrative Remedy Process.

In accordance with the BOP Program Statement quoted/referred to in the memorandum, if for instance an inmate had the Amazon Distribution Center or FreePrints.com as an approved contact, there would be no legitimate penological interest to deny/reject and return to sender photos delivered by a company/publisher of photographs.

Thank You

37.3

---

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L
--------------------------------------------------------------------------

FROM: 79622065 STROBEL, NICHOLAS ROBERT
TO: Trust Fund
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 12/14/2021 11:23 AM

To: DeBoer
Inmate Work Assignment: Trust fund

If I could please get a copy anyways, the information will be helpful for when I file TORT for melted shorts.
Even though staff postulates that the institution is not liable for damaged personal clothing ruined at central laundry, I would still like to have all available information(hard copy) as I will need it.
I now know to keep shorts out of bagwash to hand wash in the future, when I do have a pair that has not been melted.
If you are not willing to furnish a copy of memorandum at my expense, please forward me to the correct staff member or department.
Thank you for your fast response and understanding.
-----Trust Fund on 12/14/2021 9:27 AM wrote:

>
It's not a printable document as it is simply informational.

>>> ~^I~STROBEL, ~^INICHOLAS ROBERT~ <79622065@inmatemessage.com> 12/14/2021 8:23 AM >>>
To: DeBoer
Inmate Work Assignment: Trust fund

Good morning,
Can you please tell me how to get a copy of the memorandum on centralized laundry that was posted on 12-9-2021 on the bulletin board, or the correct department in which to request it? I am going to be needing a hard copy of the memorandum.
Thank You

37.4, TF1

TRULINCS  79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L

---------------------------------------------------------------------------------------------------

FROM: 79622065
TO: Trust Fund
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 07/08/2022 08:11:27 PM

To: Trust Fund
Inmate Work Assignment: FS

I have had no funds over $6 in my account for well over 30 days as policy states for me to become indigent.
I have documents in my printing queue that I am in need to print for Administrative Remedy, TORT and legal reasons.
Please contact me or respond back as to how to get these printed ASAP.
Administrative Remedies and TORTs as well as Courts have time restrictions/deadlines, which require timely response/filing.
I am asking for staff to help me in regards to my due process rights afforded to me.
Please help soon.
Thank you

TF8

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L

----------------------------------------------------------------------------------------------------

FROM: 79622065
TO: Trust Fund
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 06/29/2022 10:38:44 AM

To: tRUST fUND
Inmate Work Assignment: fs

I am "an inmate without funds", as per policy.
I have documents that I need to have printed. I am more than willing to meet the requirement of filling out a BP-CMS21/24 for the amount of the copies that I have in my que.
These documents are all related to: Administrative Remedies, TORT claims, and ILL documents related to a Civil Suit that I am currently involved with.
As I have said, I have no issue with having my account encumbered for the amount of money needed.
If this is something that someone would like to help me get done, please inform me on how to go about doing it.
Thank You



p.63 of 239

FIVE PAGES OF
EMAILS TO DEFENDANT
JOHNSON REQUESTING LEGAL
DOCUMENTS PRINTED

VIOLATION OF 1st, 5th & 14th Amendments

EXHIBIT 5

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L

---------------------------------------------------------------------------------------------

FROM: 79622065
TO: Education
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 06/27/2022 06:53:21 AM

To: Education
Inmate Work Assignment: FS

Good Morning,
I was told by Trust Fund and confirmed via the A&O Handbook that the Education Department would print TRULINCS documents for inmates without funds. I have forwarded you some messages that I need to be printed. I have more that need to be printed but I did not want to flood your inbox if you were unwilling to do so. Please let me know if you are indeed willing to print these as well as the ILL documents and Bulletin Board documents I need for Administrative Remedies TORT claims and other legal reasons. If you are un able or unwillingly to print documents for inmates(me) without funds. Can you please guide me to the right department-person-process to have documents printed?

Thank You

TRULINCS  79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L

-------------------------------------------------------------------------------------------------

FROM: 79622065
TO: Education
SUBJECT: Fwd: Re: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 07/11/2022 07:54:22 AM

Once again I am forwarded from one department to the next. If a staff member in Education could please communicate with a staff member in Trust Fund so that we can get these documents printed so that I can continue on with the legal processes that are being held up, I would be very grateful.
I have been in contact with several staff in Education about this.
Please look for other forwarded messages between myself and staff about this ongoing situation.
Thank You
Nick
-----Trust Fund on 7/11/2022 7:37 AM wrote:

>
Per Policy:

When inmates do not have access to a printer, Trust Fund staff are responsible for printing ELL documents for inmates with funds. Education staff are responsible for printing ELL documents for inmates without funds.

Please See Education.

_____
From: ~^! STROBEL, ~^!NICHOLAS ROBERT <79622065@inmatemessage.com>
Sent: Saturday, July 9, 2022 3:11 AM
To: SHE-InmateToTrustFund (BOP) >
Subject: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L

To: Trust Fund
Inmate Work Assignment: FS

I have had no funds over $6 in my account for well over 30 days as policy states for me to become indigent.
I have documents in my printing queue that I am in need to print for Administrative Remedy, TORT and legal reasons.
Please contact me or respond back as to how to get these printed ASAP.
Administrative Remedies and TORTs as well as Courts have time restrictions/deadlines, which require timely response/filing.
I am asking for staff to help me in regards to my due process rights afforded to me.
Please help soon.
Thank you

ED2

TRULINCS  79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L

-----------------------------------------------------------------------------------------------

FROM: 79622065
TO: Education
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 07/12/2022 05:53:26 PM

To: Mr. Johnson
Inmate Work Assignment: FS

I have 46 pages of ELL documents in my queue that I need printed.
I am as defined in National BOP policy indigent.
Please print these documents at your earliest convenience and have them delivered to me via institutional mail.
If I need to be there in person to collect them, once they are printed, please put me on a call out and I will arrange my schedule for pick-up accordingly.
Thank You

ED3

TRULINCS  79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L

--------------------------------------------------------------------------------

FROM: 79622065
TO: Education
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 08/04/2022 09:32:50 AM

To: Johnson
Inmate Work Assignment: Fs

Shortly after I sent the forwarded message the documents referred to were no longer in my queue. The documents may have been printed as policy states due to my indigent status or removed for some retaliatory reason. I can only hope it was not the latter.
All of the documents requested have to do with Administrative Remedies, TORT or court proceedings. All of them are thus time sensitive. This issue has been going on for several weeks.
I have in the past attempted to converse with you about this, If your recollection is anything like mine, you know these conversations did not go well. I was dictated to and given orders and Ego took place of communication skills.
My lawyer has advised me to communicate only in ways in which there can be not only a record, but one in which can go both ways.
If you and the other party that need to communicate to not only confirm indigent inmates, but also work together to print Ell documents please do so and attempt to print/deliver requested legal documents as policy dictates.
Thank you
-----STROBEL, NICHOLAS ROBERT on 7/12/2022 5:53 PM wrote:

>

I have 46 pages of ELL documents in my queue that I need printed.
I am as defined in National BOP policy indigent.
Please print these documents at your earliest convenience and have them delivered to me via institutional mail.
If I need to be there in person to collect them, once they are printed, please put me on a call out and I will arrange my schedule for pick-up accordingly.
Thank You

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L

--------------------------------------------------------------------------------------------------

FROM: 79622065
TO: Education
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 08/04/2022 09:08:08 AM

To: Jphnson
Inmate Work Assignment: FS

I have 10 pages of case law from the ELL to be printed.
I am indigent according to policy. Please at your earliest convenience print the documents and have them for me to pick up at Education, or please have them delivered to me via institution mail.
thank you

ED5

BOP POLICY
    SUPPORTING FASTS
        &

REQUEST FOR CHAPLAIN SUH
TO FACILITATE HOLY DAYS

EXHIBIT #6

OPI: RSD/RSB NUMBER: 5360.09, CN-1  DATE: 6/12/15
SUBJECT: RELIGIOUS BELIEFS & PRACTICES
PROGRAM STATEMENT

d.  **Religious Fasts**.  There are generally two different types of fasts, a public and a private or personal fast.  When inmates observe a public fast, i.e. one which is regulated by law or custom for all the faith adherents, Food Service will provide a meal nutritionally equivalent to the meal(s) missed.

Public fasts usually begin and end at specific times. Accommodations may also be made for bagged meals at times when Food Service is normally closed.  When an inmate fasts for personal, religious reasons, no special accommodations need to be made for the meal(s) missed.  Requests for meals after a personal fast should be determined on a case-by-case basis, applying sound correctional and pastoral judgment.

7.  **RELIGIOUS OPPORTUNITIES AND LIMITATIONS** §548.10 (b) [**When considered necessary for the security or good order of the institution, the warden may limit attendance at or discontinue a religious activity.  Opportunities for religious activities are open to the entire inmate population, without regard to race, color, nationality, or ordinarily, creed.  The warden, after consulting with the institution chaplain, may limit participation in a particular religious activity or practice to the members of that religious group.  Ordinarily, when the nature of the**

**activity or practice (e.g., religious fasts, wearing of headwear, work proscription, ceremonial meals) indicates a need for such a limitation, only those inmates whose files reflect the pertinent religious preference will be included.]**

OPI: CPD/RSB NUMBER: T5360.02  DATE: 11/18/2004
SUBJECT: MINISTRY OF BOP CHAPLAINS

It becomes imperative that chaplains implement the Chaplaincy Services' mission in the institutions they serve.  Supervisory chaplains are ultimately responsible for ensuring the overall integrity of the mission.  The mission of chaplaincy is:

......... **to accommodate the free exercise of religion by providing pastoral care to all Federal inmates and facilitate the opportunity to pursue individual religious beliefs and practices in accordance with the law, Federal regulations and Bureau of Prisons policy.**

1.  **RELIGIOUS RIGHTS OF INMATES**: The mission of the Chaplaincy Services Branch states, in part, that chaplains are "to accommodate the **free exercise** of religion by providing pastoral care to all Federal inmates and facilitate the opportunity to pursue individual religious beliefs and practices in accordance with the law, Federal regulations and Bureau of Prisons policy."

◆  A significant aspect of pastoral care is to accommodate the religious rights of inmates.

15.  **COMMUNITY RESOURCES:** Due to the complexity and large variety of religions in the Chapel program, chaplains will recruit and use contractors and volunteers to meet the religious needs of the inmates.  Using community resources will enable the chaplains to accommodate the **free exercise** of religion in the institution.  EXHIBIT 6

TRULINCS  79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L

---

FROM: 79622065
TO: Religious Services
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 08/04/2022 08:20:33 AM

To: Chaplain
Inmate Work Assignment: FS

Is there goimg to be anything planned for Fast of Tish B'Av?
I inquired about Shavuot as well as Fast of Tammuz and received no response from your department. Thus, nothing was facilitated or was any effort made to afford us our participation.
When these Holy Days are acknoleged on a schedule from your department and distributed yet there is no effort made to facilitate anything, it is very concerning and upsetting.
Can someone in the Religious Services department please put forth effort to facilitate Holy Day events/Fasts(meal pick-up) and take other actions as needed.
Please let those of us that have signed up and look forward to these days what if anything you have put forth the effort to plan or set up and how to go about experiencing these events/days.
Please respond or forward me to a person to which I can speak to about Holy Day participation

# TORT
# CLAIMS

The following 23 TORT CLAIMS,
20 of which are for incinerated mail are
all claims against FCI Sheridan Staff.
Defendants Bunsold, Lawson, Caspers, Moody, Hendrix
and Salazar.

There are 12 more TORT claims pending sent to
Central office in Oct. 2023.

This section EXIBIT (7) has 25 pages.
Pages 24 & 25 are misconduct by other staff.

EXIBIT 7

**U.S. Department of Justice**

**Federal Bureau of Prisons**

Western Regional Office
7338 Shoreline Drive
Stockton, California 95219

Nicholas Strobel
Register Number 79622-065
Federal Correctional Institution
PO BOX 5000
Sheridan, OR 97378

APR 2 2021

$ 30.40

Re:    Administrative Claim No. TRT-WXR-2021-02761

Dear Mr. Strobel:

This is in response to your Small Claims for Property Damage or Loss (BP-A0943) submitted to this office under the provisions of 31 U.S.C. § 3723. You seek $30.40 in compensation for the alleged loss of personal property as a result of events at the Federal Correctional Institution, Sheridan, Oregon on October 5, 2020.

An investigation fails to disclose any evidence of negligence or other conduct for which the statute authorizes payment. Accordingly, your claim is denied.

You cannot file suit in an appropriate U.S. District Court as there is no judicial review for claims decided pursuant to 31 U.S.C. §3723. You may request, in writing, that the Bureau reconsider your claim. Your request for reconsideration must be submitted within three months of the date of this letter. You must include additional evidence of the damage or loss to support your request for reconsideration.

Sincerely,

DENNIS M. WONG
WESTERN REGIONAL COUNSEL

Dominic Ayotte
Deputy Regional Counsel/CLC Supervisor

cc:    Warden
       FCI Sheridan

DA/sc

TRT-1

74 of 239

EPS

TRT-WXR-2022-00850
$ 50.25

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: Western Regional Office 7338 Shoreline Dr. Stockton, Ca 95219 | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. NICK STROBEL 79622-065 FCI Sheridan P.O. Box 5000 Sheridan, OR 97378 |
|---|---|

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☐ CIVILIAN | 4. DATE OF BIRTH 07-24-1979 | 5. MARITAL STATUS DIV | 6. DATE AND DAY OF ACCIDENT 6-25-2021 | 7. TIME (A.M. OR P.M.) P.M. |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary). Staff photocopied purchased-published materials. Mailroom staff by neglegent or wrongful act or omission as an employee of the Government while acting within the scope of his/her office of employment, in violation on DOJ PS 540.70(b), 540.71(a)(2), as defined by 540.7.2(b)(1)
and violating § 5.1, § 5.12 etc. of the Constitutional Rights of Prisoners by denying purchased prepaid published materials from companies. By photocopying + denying prisoners purchased materials is unconstitutional as aplied to For-profit, prepaid, subscription publications. A prisons practice that prevents prisoners from receiving nonsubscription bulk mail + catalogs requested is not reasonably related to a legitimate penological interest and thus violates the First Amendment. In the Ninth Circuit, Prisoner have a constitutionally protected right to receive subscription non-profit and for-profit bulk mail + prepaid orders, including purchased photos.

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).          (See enclosed)

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).
24 purchased photos + company info, along with order forms, I contacted Bunsold in MR
Denied materials should be available in mail room, as per my request on 6-26-2021

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

RECEIVED NOV 01 2021

| 11. | WITNESSES |
|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| | |

| 12. (See instructions on reverse). | | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE /oss | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). | |
| 50.25 | | | 50.25 | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM n/a | 14. DATE OF SIGNATURE 10-29-21 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS. |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

bop foia 2022-03438 126 of 128

TRT-2

*Note: Rejected catalogs for Colored Ink    Moonlite productions

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Western Regional office<br>7338 Shoreline Dr.<br>Stockton, CA 95219 | NICK STROBEL #79622-065<br>F.C.I Sheridan<br>P.o. Box 5000<br>Sheridan, OR 97378 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☐ CIVILIAN | 07-24-1979 | | 12-20-2019 | unknown |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

F.C.I Sheridan staff member [(b)(6); (b)(7)(C)] caused by the negligent or wrongful act or emission while acting within the scope of employment, the loss of Catalogs and other such commercial purchased materials from a for profit company.

By rejecting non-refundable published material in violation of P.S. 540.70.

5 color catalogs at $7.00 each    (See enclosed) (note please RETURN COPY)

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Color catalogs + product information from commercial company.

10. PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

RECEIVED NOV 02 2021

| 11. WITNESSES | |
|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| | |

12. (See instructions on reverse).    AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| LOSS<br>35.00 | | | 35.00    Sum certain |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See Instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| [signature] | N/A | 10-27-21 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

Please Note: Advise "on site investigator" to get further information and clarification during claim evaluation.

TRT-3

BP-A0328       **STAMPS, NEGOTIABLE INSTRUMENT & OTHER RETURNED TO SENDER** CDFRM
APR 11
**U.S. DEPARTMENT OF JUSTICE**                        **FEDERAL BUREAU OF PRISONS**

| TO: (Sender - See Return Address) | FROM: (Institution) |
|---|---|
| MOONLITE PRODUCTIONS<br>PO BOX 1304<br>MIAMI, FL 33265 | FCI Sheridan,  Attn: Mailroom<br>27072 Ballston Road<br>Sheridan, Oregon 97378 |

| INMATE'S NAME: | REGISTER NUMBER: | DATE: |
|---|---|---|
| NICHOLAS STROBEL | 79622-065   3A | 12-20-2019 |

Check all that apply:

| Material Rejected and Returned | | |
|---|---|---|
| Your correspondence has been examined and: | | |
| | You enclosed stamps or stamped items that cannot be given to the inmate. | |
| | You enclosed a negotiable instrument. Negotiable instruments are to be forwarded to the National Lockbox at the following address:<br>      Federal Bureau of Prisons<br><br>      Post Office Box 474701<br>      Des Moines, Iowa 50947-0001 | |
| | You enclosed the following unauthorized material: | |
| | | Stationary/Blank Greeting Cards |
| | | Plant Shavings |
| | | Sexually Explicit Personal Photos |
| ✓ | | Other (specify below) |
| | The following material cannot be inspected without damage: | |
| | | Electronic Musical Greeting Card |
| | | Padded Card |
| | | Double Faced Polaroid Photos |
| | | Other (specify below) |
| Your correspondence or letter has, however, been provided to the inmate with a copy of this notice. | | |

| Package Refused and Returned | |
|---|---|
| The contents of your correspondence have **NOT** been examined, however it is being returned to you because: | |
| | The inmate has failed to obtain an authorized BP-331, Authorization to Receive Package or Property. |
| | The package has not been properly marked "Authorized by Bureau Policy" in accordance with Program Statement 5800.16, Mail Management Manual, or fails to reasonably indicate the package is authorized by Bureau policy. |
| | The inmate recipient could not be identified due to missing, incorrect, or an illegible name and/or register number. |

Specific Material Returned:
THE ENCLOSED CORRESPONDENCE CONTAINED INCOMING CORRESPONDENCE WITH COLORED INK.  MUST BE BLACK AND WHITE.

| (b)(6); (b)(7)(C) | of Correctional Systems Officer) |
|---|---|

Record Copy - Addressee (with material); Copy - Inmate; Copy - Mail Room File.
PDF                              Prescribed by P5800              Replaces BP-328.058 of APR 94

TRT-4

TRT-WRR-2022-01707

Shorts melted @ laundry

p. 77 of 239

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Western Regional Office<br>7338 Shoreline Dr.<br>Stockton, CA 95219 | NICK Strobel #79622-065<br>F.C.I<br>P.O. Box 5000<br>Sheridan, OR 97378 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY  ☐ CIVILIAN | 4. DATE OF BIRTH<br>07-24-1979 | 5. MARITAL STATUS<br>D | 6. DATE AND DAY OF ACCIDENT<br>12-13-21 | 7. TIME (A.M. OR P.M.)<br>≈ 8:00 |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary). On page 13 of Sheridan FCI A&O Handbook, it states, washers + dryers are on the units for inmate personal use. On or about 12-9-21, Staff removed all washers and dryers from my housing unit (34). A memorandum was posted notifying inmates that this was the one + only option for laundry service. I turned in my bag for washing on the morning of 12-13-21. Upon getting my clothes back from central laundry, my purchased shorts were melted in spots. Therefore Laundry staff by negligent or wrongful act or omission as an employee of the government while acting within the scope of his office or employment caused loss or damage. I would like to get a new pair of 4x shorts from Trust fund to be traded for my damaged ones or compensated for full price of 4x shorts. Having centralized laundry the only option, staff must be accountable.   SHORTS

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side). Shorts are melted in all areas which were exposed to the outside of laundry bag while being dried at central laundry.   May bee seen + inspected; in inmates posession. Have staff contact Inmate!

10. PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

RECEIVED DEC 27 2021

11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| | |

12. (See instructions on reverse). AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| $22.10 | | | $22.10   sum = certain |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>N/A | 14. DATE OF SIGNATURE<br>12-17-21 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

TRT-5

PART 2 W W   7078-01700   P 78 of 239

DOLL SVS   evic # 3/15

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

1. Submit to Appropriate Federal Agency:

FBOP
Western Regional Office
7338 Shoreline Dr.
Stockton, CA 95219

2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code.   NICK STROBEL  # 79622-065
F.C. 1
P.O. Box 5000
Sheridan, OR 97378

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☐ CIVILIAN | 4. DATE OF BIRTH 07-24-1979 | 5. MARITAL STATUS D | 6. DATE AND DAY OF ACCIDENT 8-26-21 | 7. TIME (A.M. OR P.M.) N/A |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary). Mailroom staff by neglect or wrongful act or omission as an employee of the government while acting within the scope of his/her office of employment caused loss of property, in violation of BOP PS 540.70(b), 540.71(b)(z), as defined by 540.72(b)(X) and violating § 5.11 + § 5.12 of the Constitutional Rights of Prisoners. Staff denied purchased prepaid published materials from companies. Photo copying and denying purchased prepaid materials is unconstitutional as applied to for-profit, pre-paid subscription publications.

A prisons practice that prevents prisoners from receiving purchased non-subscription bulk-mail & catalogs requested is not reasonably related to a legitimate penological interest and thus, violates the First Amendment in the Ninth Circuit. Prisoners have a constitutionally protected right to receive subscription non-profit + for-profit bulk-mail + prepaid orders, including purchased photos, catalogs, flyers + company offers.

9.                                                    PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side). Purchased materials copied + denied. Inmate has copies of materials (some) to be viewed. Total loss of purchases. Please have "on site investigator, or LT assigned during claim evaluation. mail room, as per policy should have original materials. See attached itemized statement

10.                                           PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.
N/A

RECEIVED
DEC 27 2021
BY

11.                                                    WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| N/A | |

12. (See instructions on reverse).                AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| $43.45 | | | $43.45   SUM CERTAIN |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM N/A | 14. DATE OF SIGNATURE 12-16-21 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

TRT-6

TRT - WXR-2022-04614    179 of 234

_inmateconnection.com_

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency:<br><br>FBOP<br>Western Regional Office<br>7338 Shoreline Dr.<br>Stockton, CA 95219 | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code.<br>NICK STROBEL 79622-065<br>F.C.I<br>P.O. Box 5000<br>Sheridan, OR 97378 |
|---|---|

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☐ CIVILIAN | 4. DATE OF BIRTH<br>07-24-1979 | 5. MARITAL STATUS<br>D | 6. DATE AND DAY OF ACCIDENT<br>7-12-2021 | 7. TIME (A.M. OR P.M.)<br>N/A |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary). Mailroom Staff by negligent or wrongful act or omission as an employee of the government while acting within the scope of his/her office of employment, caused loss of property in violation of DoJ PS 540.70(b), 540.71(a)(2) as defined by 540.72(b)(1) and violating § 5.11 & 85.12 of the Constitutional Right of Prisoners. Staff denied purchased prepaid published materials from companies. Photocopying & denying prisoners purchased materials is unconstitutional as aplied to for-profit prepaid subscription materials,

A prisons practice that prevents prisoners from receiving purchased, non-subscription bulk mail & catalogs requested is not reasonably related to a legitimate penological interest and thus, violates the First Amendment in the Ninth Circuit. Prisoners have a constitutionally protected right to receive subscription, & non subscription, non-profit, for profit bulk mail & prepaid orders including purchased photos, catalogs, flyers & company offers,

| 9. PROPERTY DAMAGE    inmateconnection.com |
|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

n/a

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side). Property is purchased published, ordered materials. All of which are allowed by BOP policy. Please have on site evaluator/LT see inmate w/ face See attached Itemization. Copies may be inspected w/inmate, mail room should have original material - as per policy.

| 10. PERSONAL INJURY/WRONGFUL DEATH |
|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

n/a

*RECEIVED DEC 28 2021 By*

| 11. WITNESSES |  |
|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| n/a | |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| $28.15 | | | $28.15   Sum Certain |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>N/A | 14. DATE OF SIGNATURE<br>12-16-21 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

TRT-7

David Carter

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Western Regional office<br>7338 Shoreline Dr.<br>Stockton, CA<br>95219 | NICK STROBEL 79672-065<br>F.C.I. Sheridan<br>P.O. Box 5000<br>Sheridan, OR<br>97378 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☐ CIVILIAN | 4. DATE OF BIRTH<br>07-24-1979 | 5. MARITAL STATUS<br>D | 6. DATE AND DAY OF ACCIDENT<br>7-14-21 | 7. TIME (A.M. OR P.M.)<br>P.m. |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary). Encumbrance # 3488 #10.05. F.C.I Sheridan staff photocopied my purchased published catalogs + denied materials. Staff by negligent or wrongful act or omission as an employee of the government, while acting within the scope of his/her office of employment caused me loss of property/money.

Photocopying + denying prisoners purchased materials is unconstitutional as applied to for-profit prepaid publications, A prisons practice that prevents prisoners from receiving purchased non-subscription bulk-mail catalogs requested is not reasonably related to a penological interest and thus, violates the First Amendment in the Ninth Circuit. Prisoners have a constitutionally protected right to receive for profit prepaid orders, including purchased color photos, Color catalogs, color flyers + company offers.

9. PROPERTY DAMAGE  #1 incident w/ this sender/company

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side). Complete color catalogs should be available in mailroom, as per policy. Claimant has only incomplete copies mailroom delivered. Claimant has much evidence.

Please have investigator personally contact claimant.

10. PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

RECEIVED JAN 1 2 2022 By

| 11. WITNESSES | |
|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| | |
| | |

| 12. (See instructions on reverse). AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| $ 12.85 | | | $ 12.85 sum certain |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| | N/G | 1-1-22 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

TRT-8

David Corke

TRT-WXR-2022-02129
$ 23.45



## CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

**FORM APPROVED OMB NO. 1105-0008**

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Western Regional office 7338 Shoreline Dr Stockton, CA 95219 | NICK STRUBEL 79622-065 F.C.I. Sheridan P.O. Box 5000 Sheridan, OR 97378 |

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☐ CIVILIAN | 4. DATE OF BIRTH 07-24-1979 | 5. MARITAL STATUS D | 6. DATE AND DAY OF ACCIDENT 10-5-21 | 7. TIME (A.M. OR P.M.) PM |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary). F.C.I Sheridan staff photocopied my purchased published photos & denied photos. Staff by negligent or wrongful act or omission as on employee of the government, while acting within the scope of his/her office of employment cost me loss of property $23.45, Incident #2 with regards to this company?

Photocopying & denying prisoners purchased materials is unconstitutional. As applied to purchased prepaid published materials.

Prisoners have a constitutionally protected right to recieve for-profit + pre-paid orders, including color photographs.

This is #1 of 6 TORTS w/10 photos from this company and #2 incident w/same company.

**8. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side). 10 Purchased photographs. Per policy mailroom should have to view/deliver to Claimant. Claimant has all other needed documentation & proofs. Have investigator meet w/ claimant.

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

**11. WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| | |

12. (See instructions on reverse). **AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| 23.45 | | | Sum Certain 23.45 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM N/G | 14. DATE OF SIGNATURE 1-1-22 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Useable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

TRT-9

D. Cartw

TRT-WXR-2022-02131
$23.45.

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply Information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

1. Submit to Appropriate Federal Agency:

Western Regional
7338 Shoreline Dr.
Stockton, CA
95219.

2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code.

Nick Stroud #
F.C.I Sheridan
P.O. Box 5000
Sheridan, OR 97378

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☐ CIVILIAN | 07-24-1979 | D | 10-22-2021 | Pm |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary). FCI Sheridan staff photocopied my purchased published photos & denied photos, staff by negligent or wrongful act cust me loss of property $23.45. Incident # 3 w/ regards to this company/slander. Photocopying & denying prisoners purchased materials is unconstitutional as applied to prepaid purchased published material.

Prisoners have a constitutionally protected right to recieve for profit prepaid orders including color photographs.

This is #2 of 6 TORTS w/ 10 photos from this company & #3 incident w/same company.

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See Instructions on reverse side). 10 separate & different photographs, per policy, shall be in the mailroom for inspection or delivery.

Please have on site investigator contact claimant in person. Thank you.

10. PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| | |

12. (See instructions on reverse).    AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| $23.45 | | | Sum — $23.45 Certain |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| | n/a | 1-1-22 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

TRT-10



D. Carter

TRT-WXR-2022-02132
$ 23.45.

#4

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

1. Submit to Appropriate Federal Agency:

Western Regional
7338 Shoreline Dr.
Stockton, CA
95219

2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. Nick Stribbel 79622-065
F.C. 1 Sheridan
P.O. Box 5000
Sheridan, OR 97378

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☐ CIVILIAN | 07-24-1979 | D | 10 25-21 | P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary). FCI Sheridan staff photocopied my purchased published photos & denied color photos. Staff by negligent or wrongful act cost me loss of property = $23.45 Incident #4 w/regards to this company/sender. Photocopying & denying prisoners purchased materials is unconstitutional as applied to prepaid purchased published materials.

Prisoners have a constitutionally protected right to recieve for-profit & prepaid orders including color photos.

This is TORT # 3 of 6 w/10 photos from this company & #4 incident w/same company.

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side). 10 seperate & different purchased color photos shall be in mailroom for inspection as per policy.

Please have on-site investigator contact claimant in person. Thank you

10. PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| | |
| | |

12. (See instructions on reverse). AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| $ 23.45 | | | Sum Certain $23.45 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| | N/G | 1-1-22 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

TRT-4



D. Custer

TRT-WXR-2022-02133
$23.45

#5

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency:<br>Western Regional<br>7338 shoreline Dr.<br>Stockton, CA<br>95219 | 2. Name, address of claimant, and claimant's personal representative if any. (See Instructions on reverse). Number, Street, City, State and Zip code. 74-022-085<br>.c.l. Sheridan<br>P.O. Box 5000<br>Sheridan OR 97378 |
|---|---|

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☐ CIVILIAN | 4. DATE OF BIRTH<br>07-24-1979 | 5. MARITAL STATUS<br>D | 6. DATE AND DAY OF ACCIDENT<br>10-28-21 (#1) | 7. TIME (A.M. OR P.M.)<br>pm |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary). Fci Sheridan staff photocopied my purchased published color photos & refuse to deliver them. Staff by wrongful act cost me loss of property & $23.45 Incident #5 w/ regards to this company/sender. Photocopying & denying prisoners purchased materials is unconstitutional.

This is TORT #4 of 6 w/o photos from this company & #5 incident w/ same company.

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See Instructions on reverse side). 10 seperate & different purchased color photos shall be in mail room for inspection, as per policy.

Please have investigator contact claimant in person. Thank you

10. PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. WITNESSES | |
|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| | |

12. (See instructions on reverse). AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| $23.45 | | | Sum Certain — $23.45 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>4/9 | 14. DATE OF SIGNATURE<br>1-1-22 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000, and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

TRT-12

p. 85 of 239

D. Carter

TRT-WXR-2022-02135

$ 23.45



#6

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Western Regional<br>7338 Shoreline Dr.<br>Stockton, CA<br>95219 | Nick Strubel 79622-065<br>F.C.I Sheridan<br>P.O. Box 5000<br>Sheridan, OR 97378 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☐ CIVILIAN | 4. DATE OF BIRTH<br>07-24-1979 | 5. MARITAL STATUS<br>D | 6. DATE AND DAY OF ACCIDENT<br>10-28-21 (#2) | 7. TIME (A.M. OR P.M.)<br>PM |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary). FCI Sheridan staff photocopied my purchased published photos & refused delivery. Staff by wrongful act cost me loss of property + $23.45 Incident #6 w/ regards to this sender/company.

Photocopying + denying prisoner purchased published materials is unconstitutional.

This is TORT #5 of 6 w/ 10 photos from this company & #6 incident w/ same company

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side). 10 seperate different photos still be inspected in mailroom, provided policy is followed.

please have investigator contact claimant in person. Thank you

10. PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| | |

12. (See Instructions on reverse). AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| $23.45 | | | Sum = $23.45<br>Certain |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>N/A | 14. DATE OF SIGNATURE<br>1-1-22 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

TRT-13

D. Carter

TRT-WXR-2022-02136
$23.45

#7



| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Western Regional 7338 Shoreline Dr Stockton, CA 95219 | Nick Strobel  79622-065 F.C.I. Sheridan P.O. Box 5000 Sheridan, OR 97378 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☐ CIVILIAN | 07-24-1979 | D | 11-1-2021 | Pm |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary). FCI Sheridan staff photocopied my purchased published photos+ refused delivery. Staff by wrongful act cost me loss of property + $23.45 Incident #7 w/ regards to this company.

Photo copying + denying prisoners purchased published materials is unconstitutional

This is TORT # 6 of 6 w/10 photos from this company + #7 incident w/ same company.

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side). 10 different + separate color photos as per policy, should still be in mail room.

please have investigator contact claimant.    Thank you

10. PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| | |
| | |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| $23.45 | | | Sixty Dollars $23.45 Certs |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| | N/a | 1-1-22 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction Previous Edition is not Usable 95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007) PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2 |
|---|---|---|

TRT 14

D. Carter    TRT-WXR-2000-02756    #87 of 239
$33.75

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

1. Submit to Appropriate Federal Agency:

Western Regional
7338 Stockton
7338 Shoreline Dr.
Stockton, CA 95219

2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. Nick Strobel 79622-065
F.C.I. Sheridan
P.O. Box 5000
Sheridan, OR 97378

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☐ CIVILIAN | 07-24-1979 | D | 10-28-21 | Unknown |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary). Encumbrance # 4981 - $33.00

FCI Sheridan mailroom staff only delivered to me b/w photocopies of purchased published professional catalogs, allowed by policy. Staff denying my constitutional right to receive purchased published color catalogs caused me loss while an employee of the government.

#8 incident w/ this company/sender.

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side). Catalogs + info should be, as per policy, inspected in mailroom.

Please have investigator contact claimant in person. Thank you

10. PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| | |
| | |

12. (See instructions on reverse). AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| $33.75 | | | Sum Certain - $33.75 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| | N/A | 1-1-22 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

TRT-15

TRT-WYR-WCC-02140
1870

SJE

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Western Regional Office 7338 Shoreline Dr, Stockton, CA 95219 | NICK STROBEL #79622-065 F.C.I. Sheridan P.O. Box 5000 Sheridan, OR 97378 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☐ CIVILIAN | 07-24-1979 | D | 9-28-2021 | P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary). Staff @ FCI Sheridan photocopied my purchased published photo catalogs & denied materials. Mailroom staff by negligent or wrongful act or omission as an employee of the government, while acting within the scope of his/her office of employment, caused loss of property/money (encumbrance # 3503-$16.00 + other charges) in violation of DOJ PS 540-70(b), 540.71(b)(2), and violating §5.11 + §5.12 of the constitutional rights of prisoners. Staff denied purchased prepaid published materials from SJE Photos (Acc. PWR) Photocopying & denying prisoners purchased materials is unconstitutional as applied to for-profit prepaid subscription publications. A prisons practice that prevents prisoners from receiving purchased non-subscription bulk mail & catalogs requested is not reasonably related to a legitimate penological interest and thus, violates the first Amendment in the ninth circuit. Prisoners have a constitutionally protected right to recieve subscription non-profit and for profit bulk mail & prepaid orders. Including purchased color photos, color catalogs, color flyers, and company offers.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side) Color catalogs, catalog lists, order forms + other company mailings, were copied + denied by mailroom. As per policy + claimants request. Items shall be available at mailroom. Claimant has copies of listed, denied materials + copies of communications/requests to mailroom staff + other evidence. Please have "investigator" contact claimant at F.C.I. Sheridan.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

RECEIVED JAN 1 2 2022 BY

| 11. | WITNESSES |
|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| | |

12. (See instructions on reverse).    AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| $18.70 | | | Sum Certain $18.70 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| | N/G | 1-1-22 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

TRT-16

bop foia 2022-04614 72 of 134

DoLL

TRT-WYR-2020-0249/23
79.95

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency:<br><br>Western Regional<br>7338 Shoreline Dr<br>Stockton, CA 95219 | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code.<br>Nick Strobel 79622-065<br>F.C.L Sheridan<br>P.O. Box 5000<br>Sheridan, aR 97378 |
|---|---|

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☐ CIVILIAN | 4. DATE OF BIRTH<br>07-24-1979 | 5. MARITAL STATUS<br>D | 6. DATE AND DAY OF ACCIDENT<br>12-14-21 | 7. TIME (A.M. OR P.M.)<br>P.M. |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary). FCI Sheridan staff [(b)(6)] specifically. While employed by the government by wrongful act, negligence or omission caused me loss of property + thus money/ In violation of P.S. 540.72 staff returned all publications + not just publications which were non-distributable. (See enclosed A1-A3) Also staff did not provide me with any of the correspondence as required + stated on BP-A0328 (see enclosed B1) Staff, by policy should have delivered to me, 50 "doll pages" which I specifically ordered + thus are permitted by Dof policy. See Itemized Statement "S" + ordered list (on back of "S") + No-Nude list NNL from company also enclosed. Denying these non-nude pages is unconstitutional + violates DoP policy

9. PROPERTY DAMAGE Encumbrance #4862 - $132.00

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side). Non-Distributable copy may be viewed as per policy. The missing/returned/denied pages/catalogs I do not know.

Please have investigator contact me in person

10. PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

RECEIVED
JAN 12 2022
By_____

| 11. WITNESSES | |
|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| | |
| | |

| 12. (See instructions on reverse). AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE<br>$79.95 | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights).<br>Sum Certain $79.95 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>n/a | 14. DATE OF SIGNATURE<br>1-1-22 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

TRT-17

*Freedom of Speech*



| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1.  Submit to Appropriate Federal Agency: <br> Western Regional office <br> 7338 Shoreline Dr. <br> Stockton, CA <br> 95219 | 2.  Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. NICK Strobel # 77622-065 <br> F.C.I. Sheridan <br> P.o. Box 5000 <br> Sheridan, OR <br> 97378 |
|---|---|

| 3. TYPE OF EMPLOYMENT <br> ☐ MILITARY  ☐ CIVILIAN | 4. DATE OF BIRTH <br> 07-24-1979 | 5. MARITAL STATUS <br> D | 6. DATE AND DAY OF ACCIDENT <br> 07-28-2021 | 7. TIME (A.M. OR P.M.) <br> P.m. |
|---|---|---|---|---|

8.  BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary). Mailroom staff at F.C.I Sheridan failed to deliver 2 parts of confirmed, purchased + delivered order. Specifically envelopes 1of 3, + 2of3, containing 50 photos, 25 per envelope at $1.00 per envelope. This cost is 4/e appreciation.

Mailroom staff, by negligent or wrongful act or omission as an employee of the government while acting within the scope of his/her office of employment caused loss of property/money. By not delivering, losing, misplacing, or denying purchased published materials, staff is in violation of the first amendment of the Constitution.
A persons practice that prevents prisoners from receiving purchased non-subscription published material is not reasonably related to a legitimate penological interest and violates the first amendment in the Ninth Circuit.
         Photos not delivered

9.                                                              PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).
Photos should be found in mail room as per policy. Claimant has correspondence + delivery confirmation from publisher. See attached itemized list. Please have 'Investigator' contact claimant.
         Correspondence to mailroom last date on 12-9-21

RECEIVED
JAN 1 2 2022
By_____

10.                                              PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM, IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

11.                                                              WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| | |
| | |

12. (See instructions on reverse).                    AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| $55.75 | | | Sum Certain  $55.75 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM <br> n/a | 14. DATE OF SIGNATURE <br> 1-1-2022 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction <br> Previous Edition is not Usable <br> 95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007) <br> PRESCRIBED BY DEPT. OF JUSTICE <br> 28 CFR 14.2 |
|---|---|---|

TRT-18

Carter

TRT-WXR-2022-02143

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

1. Submit to Appropriate Federal Agency:
Western Regional Office
7338 Shoreline Dr.
Stockton, CA
95219

2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. NICK STROBEL # 79623-065
F.C.I. Sheridan
P.o. Box 5000
Sheridan, OR 97378

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☐ CIVILIAN | 4. DATE OF BIRTH 07-24-1979 | 5. MARITAL STATUS D | 6. DATE AND DAY OF ACCIDENT 8-24-202. | 7. TIME (A.M. OR P.M.) P.M. |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary). Staff photocopied my purchased published material + denied materials. Mailroom staff at FCI Sheridan by negligent or wrongful act or omission as an employee of the government, while acting within the scope of his/her job caused loss of property/honey in violation of DOJ PS 540.70(b), 540.71(G)(2) as defined by 540.11(Y) and violating §§5.11 + 5.12 of the Constitutional rights of prisoners. Staff denied purchased pre-paid published materials from company. Photocopying + denying prisoners purchased materials is unconstitutional as applied to for-profit, pre-paid subscription publications. A prisons practice that prevents prisoners from receiving purchased + non-subscription bulk-mail + catalogs requested is not reasonably related to a legitimate penological interest and thus violates the First Amendment in the 9th Circuit.
Prisoners have a constitutionally protected right to receive subscription, non-profit, + for profit bulk mail and pre-paid orders, including purchased color photos, color catalogs, color flyers + company offers.

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).
Catalog, flyer + company offers photocopied + not delivered, should be located in Sheridan FCI mailroom, as per policy, photocopying proofs viewable w/inmate. See attached itemized list + have investigator (on site) contact inmate.

10. PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

RECEIVED JAN 1 2 2022 By

11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| | |

12. (See instructions on reverse). AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| $28.60 | | | Sum Certain $28.60 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM n/a | 14. DATE OF SIGNATURE 1-1-2022 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

TRT-19

to Carter                                                                                          R. 92 of 239

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Western Regional Office<br>7338 Shoreline Dr.<br>Stockton, CA 95219 | NICK STROBEL #70622-065<br>F.C.I. Sheridan<br>P.O. Box 5000<br>Sheridan, OR<br>97378 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☐ CIVILIAN | 07-24-1979 | D | 8-10-2021 | P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary). Staff photocopied my purchased published material + denied materials. Mailroom staff by neglegent or wrongful act or omission, as an employee of the government while acting within the scope of his/her office of employment, causes loss of property/money, in violation of BOP PS 540.70(b), 540.71(a)(2) as defined by 540.72(b)(1) and violating §§ 5.11 + 5.12 of the Constitutional Rights of Prisoners. Staff denied purchased pre-paid published materials from companies photocopying + denying prisoners purchased materials is unconstitutional as aplied to for-profit, pre-paid subscription publications. A prisons practice that prevents prisoners from receiving purchased + non-subscription bulk mail + catalogs requested is NOT reasonabley related to a legitimate penolyical interest and thus violates the First Amendment in the Ninth Circuit. Prisoners have a constitutionally protected right to receive subscription non-profit and for profit bulk mail and pre-paid orders, including purchased photos, catalogs, flyers (in color) + company offers.             FCI Sheridan

9.                                                                PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).
Color Catalogs, photo, + company info. Property should be available to mailroom, as per policy.
See attached Itemized statement + have "Investigator" contact Claimant. Photo copies may be viewed w/ inmate.

10.                                                        PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

RECEIVED
JAN 1 2 2022
By

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). | |
| $24.85 | | | sum certain $24.85 | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| | n/a | 1-1-22 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

TRT-20

*The paperback Shop*

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional Instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: Western Regional 7338 Shoreline Dr. Stockton, CA 95219 | 2. Name, address of claimant, and claimant's personal representative If any. (See instructions on reverse). Number, Street, City, State and Zip code. NICK STROBEL #79622-065 Federal Correctional Institution P.O. Box 5000 Sheridan, OR 97378 |
|---|---|

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☐ CIVILIAN | 4. DATE OF BIRTH 07-24-1979 | 5. MARITAL STATUS D | 6. DATE AND DAY OF ACCIDENT 6-16-21 & 12-30-21 | 7. TIME (A.M. OR P.M.) P.M. |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary). On 6-16-21 my purchased order was delivered to FCI Sheridan. I received only an invoice + a partial copy of order forms. 2 books, 15 comics, + 4 old Nat Geo's were not delivered to me. Staff error or negligence. I have gotten (1) response regarding this mailing (see attached response from [(b)(6); (b)(7)(C)] No items have been delivered to me. Package recieved @ Sheridan, they gave me copy of invoice. On 1-4-22 Warden put out memorandum informing inmates ALL items were incinerated (see enclosed). Thus causing me loss of property/money (see invoice)

9. Why they were not delivered? I don't know. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side). 15 comic books from 80's + 90's, 2 books by Conn Igguldin, + 4 old (80's) Nat Geo's Cannot be viewed Institution Incinerated them.

10. PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

RECEIVED FEB 8 2022

11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| | |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). | |
| $60.00 | | | sum $60.00 Certain | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM n/a | 14. DATE OF SIGNATURE 1-25-22 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

The Paperback Shop
IMailToPrison.Com
4817 FM 646 Rd E
Dickinson, Tx 77539

6/10/2021

12:18:35 PM

| CUSTOMER'S LAST | STROBEL |
| CUSTOMERS FIRST NAME | NICK |

79622-065

**store credit**

| | | | OPENING CREDIT BALANCE | |
| | | | CREDIT | |
| RECENT RELEASE COVER PRICE IN | | | CREDIT | |
| REGULAR COVER PRICE IN | | | CREDIT SUBTOTAL | |
| | | | | |
| FULL PUBLISHER PRICE NEW BOOKS | $33.00 | | ELIGABLE FOR TRUST CHECK DISCOUNT | ⦿ YES ○ NO |
| FULL USED BOOK COVER PRICE | | | | |
| HALF COVER PRICE USED BOOKS | | | Discount from store credit | |
| CASH PRICE | $24.75 | | | |
| TAX | $2.04 | | Total Discounts | 8.25 |
| PRICE PAID | $26.79 | | CLOSING CREDIT BALANCE | $0.00 |

NOTES:

Used Books are sold at 1/2 cover price.  New books sold at publishers price.
**25% off most New Books with Trust Check Payment.**
**Prices for Used Books will be discounted for customers with credit.**
Credit will pay up to 1/4 cover price on new and used books.
No used book has a cover price less than $3.00

| Date | PAYMENT | Credit/debit | Cash Notes |
|---|---|---|---|
| 5/3/21 | Trust Check | $50.00 | 1 Qpc00 - 2 Ong  Check Sent |
| | | -$10.00 | ( 5/21 - Note: Overcharged For Comics And Ong -   Corrected ) |
| | | -$20.00 | ( 5/21 - Note: Overcharged For Comics And Ong -   Corrected ) |
| 5/4/21 | Shipped USPS | | 9449011899560716319082 --- 5 Comics & 3 Old Nat Geo *  Recieved |
| 5/10/21 | Shipped USPS | | 9449011899560296371852 - Rest Of Order - Late Mailing  Bad Bookstore * |
| | | | Shipped As 2 Pkg To Help With Approval - Unknown Limits Yr Facility |
| | | | Iggulden. Conn Books: Quote |
| | QUOTE | -$26.79 | For Two War Of Roses: $26.79 + 4.25 Shipping  Need + $ 24.54 |
| | Shipped USPS | -$4.25 | |
| | Shipped USPS | $0.00 | No Back Order. Both Shipped At Once |
| 6/10/21 | Receipt Fee | -$0.75 | |
| 5/21/21 | | | Look For Order To Come For Conn Iggulden - |
| | | | If Extra Left. Sent Comics /nat Geo As Possible. (partial Orders?) |
| 6/9/21 | Trust Check 2 | $40.00 | Check Sent |
| 6/10/21 | Shipped USPS | -$28.21 | Qpc 10 Comics + 5 &  3 Old Nat Geo's + 1  9449011899560043254858 |
| | | | |
| | | | $60.00 |
| | | | Sum Certain |
| cash balance | | $0.00 | |

A positive cash balance is held for future use or refunded as per policy.
Only a negative ( - ) amount indicates underpayment or funds owed.

TRT-22



bop foia 2022-04614 20 of 134

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Western Regional 7338 Shoreline Dr. Stockton, CA 95219 | NICK STROBEL # 79622-065 F.C.I SHERIDAN P.O. BOX 5000 Sheridan, OR 97378 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☐ CIVILIAN | 07-24-1979 | D | 12-30-21 / 1-4-22 | P.m |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary). STAFF AT FCI SHERIDAN INCINERATED MY PURCHASED PUBLISHED MATERIALS. THE BURNING OF MY MAIL CAUSED ME LOSS OF 6 PURCHASED MAGAZINES. SEE ENCLOSED: COPY OF LETTER, RECEIPT, + COMMUNICATION WITH MAILROOM + MEMORANDUM FROM WARDEN NOTIFYING ME THAT MY PROPERTY WAS DESTROYED.

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side). SEE ENCLOSED COPY OF LETTER FOR LIST OF PUBLICATIONS, STAFF INCINERATED PROPERTY, THEREFORE, NOT VIEWABLE

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

**11. WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| | |
| | |

**12. (See instructions on reverse). AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| $113.00 | | | Sum Certain $113.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| | n/a | |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

TRCT-23



31

# Former Sheridan FCI staffer pleads guilty to bribery, contraband smuggling

Nickolas Carlos Herrera, formerly an officer at the Federal Correctional Institute in Sheridan, pleaded guilty Thursday to bribery and contraband smuggling.

According to U.S. Attorney Scott Erik Asphaug of the District of Oregon, Herrera admitted to providing contraband and accepting a bribe as a public official in 2019.

He worked at the prison from 2015 until 2019, when he was placed on administrative leave as the FBI investigated the case.

Hunt remains in custody pending trial this fall on federal drug, gun and money laundering charges.

Investigators said Herrera started bringing food, clothing and cigarettes into the prison in the spring of 2019. He gave them to inmate Donte Hunt, 40, in exchange for money.

Later, Herrera brought Hunt marijuana; Suboxone, a Schedule III narcotic; Yeezy brand designer

sneakers, and a cell phone. He obtained the narcotics and other items from Elizabeth

McIntosh, 34, an associate of Hunt who was not locked up.

Investigators said Herrera met McIntosh on multiple occasions to obtain the narcotics and other items and accepted payments from her in cash and through digital services such as PayPal.

Herrera, McIntosh and Hunt were indicted Sept. 24, 2020, by a federal grand jury in Portland on charges of conspiracy and bribery. Herrera and Hunt also were indicted on the contraband charges. All three were arraigned in November.

Herrera and Hunt face maximum sentences of 25 years in prison, a $750,000 fine and five years' supervised released. McIntosh faces a maximum sentence of 20 years in prison, a $500,000 fine, and five years' supervised released.

True source of drugs?

TRT-24

# Inmates describe abuse at Sheridan federal prison

**BY CONRAD WILSON**
Oregon Public Broadcasting

A growing number of prisoners at the Federal Correctional Institution in Sheridan sent urgent notes to their attorneys last week complaining of guards from other federal facilities coming in to toss their cells and indiscriminately beat people. Several sources complained of food taken, papers torn up and brutal beatings.

"We were extracted the other day by (Special Operation and Response Teams) from across the nation and told that 'we did this' and 'this is your own damn fault,'" wrote one unnamed person in custody at the facility, whose account was one of several included in court documents filed by the federal public defender, Lisa Hay, on Sunday.

The notes were included in an emergency court filing obtained by Oregon Public Broadcasting.

A number of the people who were allegedly targeted have previously filed lawsuits over conditions inside the facility, according to Hay's latest filing.

"So we are being RETALIATED against for filing this petition against the prison for mistreatment and excessive Lockdowns?" the person wrote to Hay.

Oregon's federal public defender's office filed an emergency motion asking a federal magistrate judge to appoint what's known as a special master to investigate the allegations and also grant a temporary restraining order "barring retaliatory adverse actions, along with an order to preserve evidence."

Since the beginning of the pandemic, a growing number of people inside the Sheridan prison have filed habeas corpus petitions and other complaints against the Bureau of Prisons, arguing the conditions inside the facility constitute cruel and unusual punishment, in violation of the Constitution. Many have complained that days-long lockdowns and inedible food have become the default at the facility. Others with severe medical conditions, such as cancer and diabetes, have complained for years about an utter lack of adequate medical care.

"People that spoke up for themselves and their fellow captives were dragged to the ground and beaten," wrote another person whose account of the last two weeks of July was included in the court documents filed Sunday.

"We watched helplessly through the window as several men were dragged from the building in handcuffs, one black man was hogtied with handcuffs linked backwards to his leg-shackles lying facedown on a stretcher," the unnamed person wrote. "From over a hundred feet away, through a dirty window frosted over with our breath, I could see the blood dripping off his head onto the ground."

According to Hay, the declaration filed on Sunday "provides alarming evidence that a contingent of BOP employees were brought to FCI Sheridan from out of the District and have taken it upon themselves to inflict summary punishment against FCI residents in retaliation for complaints about conditions and the Lawsuits."

Hay declined to comment about the case or the allegations made by her clients.

The Federal Bureau of Prisons also declined to comment on what a spokesperson called "anecdotal allegations" in an email to OPB. The U.S. Attorneys Office in Oregon, which represents the Bureau of Prisons, also declined to comment.

The Sheridan complex recently experienced a hunger strike at the federal detention center that houses pretrial detainees.

---

news ttn beran...........541-385-0360
Photos.................541-383-0366
Sports Mark Morical.........541-383-0318

**TALK TO A REPORTER**
Bend/Deschutes Government
.....................541-633-2160

Business
Suzanne Roig.............541-633-2117
Calendar...............541-383-0304
Education
Bryce Dole.............541-617-7854
Fine Arts/Features
David Jasper............541-383-0349
Health
Suzanne Roig............541-633-2117
La Pine...............541-383-0367
Public Lands/Environment
Michael Kohn............541-617-7818
Public Safety
Garrett Andrews..........541-383-0325
Redmond
Joe Siess..............541-617-7820
Salem/State Government...541-383-0367
Sisters...............541-383-0367
Sunriver...............541-383-0367

**REDMOND BUREAU**
Mailing address:.......P.O. Box 6020
                      Bend, OR 97708
Phone.................541-617-7829

**CORRECTIONS**
The Bulletin's primary concern is that all stories are accurate. If you know of an error in a story, call us at 541-383-0367.

**TO SUBSCRIBE**
Call us..............541-385-5800
• Home delivery
  and E-Edition...........$7 per week
• By mail.............$9.50 per week
• E-Edition only.......$4.50 per week

To sign up for our e-Editions, visit www.bendbulletin.com to register.

**TO PLACE AN AD**
Classified............541-385-5809
Other information.......541-382-1811

**OBITUARIES**
No death notices or obituaries are published Mondays. When submitting, please include your name, address and contact number. Call to ask about deadlines. Monday-Friday, 10 a.m.-3 p.m.
Phone................541-385-5809
Email..........obits@bendbulletin.com

**LEGAL NOTICES**
Email..........legals@bendbulletin.com

**OTHER SERVICES**
Back Issues............541-385-5800
Photo reprints.........541-383-0366
Apply for a job........541-383-0340

All Bulletin payments are accepted at the drop box at City Hall or at The Bulletin, P.O. Box 6020, Bend, OR 97708. Check payments may be converted to an electronic funds transfer. The Bulletin, USPS #552-520, is published daily by Central Oregon Media Group, 320 SW Upper Terrace Drive, Bend, OR 97702. Periodicals postage paid at Bend, OR. Postmaster: Send address changes to The Bulletin circulation department, P.O. Box 6020, Bend, OR 97708. The Bulletin retains ownership and copyright protection of all staff-prepared news copy, advertising copy and news or ad illustrations. They may not be reproduced without explicit prior approval.

TRT-25

Admin Remedy

Defendants Lawson, Rordriguez, Hendrix,

19 pages BP-8-11s, photo copies
of publications incinerated requests to staff.

EXHIBIT 8

Sent TORT 10-27-21 (copies/compl
Begins

BP-A148.055
SEP 98

INMATE REQUEST TO STAFF CDFRM

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Mail Room/Office, Warden/Teain | DATE: 12-20-19 |
|---|---|
| FROM: Strobel, Nicholas | REGISTER NO.: 79622-065 |
| WORK ASSIGNMENT: FS | UNIT: 3A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.

I am exercising my right to appeal the continued rejection of correspondences
from Companys with colored ink. This is not policy and I would
like to recieve, as stated in A&O handbook + in BOP policy: "The BOP
permits inmates to subscribe and recieve publications without prior
approval. The term publication means a book, booklet, pamphlet or similar document,
or single issue of magazine, periodical, newsletter, newspaper (subscription only)
plus other materials addressed to a specific inmate; SUCH AS ADVERTIZING
BROCHURES, FLYERS, & CATALOGS." This is my "appeal of rejection"
for continued variance from A&O Handbook + BOP policy for Incoming
publications. A copy has been sent to offending officer E. COURIER, CSO
& WARDENS OFFICE. IF (Do not write below this line) remedy/appeal not not granted,
Thanks

DISPOSITION:

Moonlite Productions
P.O. Box 1304
Miami, FL 33265

Began 12-20-19
Central 3-2022

| Signature Staff Member | Date |
|---|---|
|  |  |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

SECTION 6

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

AR1

*No Response*

SHE 1330.13a
March 4, 1998

INFORMAL RESOLUTION

<u>NOTICE TO INMATE:</u> You are advised that prior to filing a Request for Administrative Remedy Form (BP-9), you <u>MUST</u> attempt to informally resolve your complaint through your Correctional Counselor.

1.  STATE BELOW YOUR SPECIFIC COMPLAINT:
MAIL ROOM IS CONTINUALLY REJECTING/RETURNING ADVERTIZING BROCHURES, FLYERS & CATALOGS FROM COMPANYS. "BOP permits inmates to subscribe to and recieve publications without prior approval. The term publication means a book, booklet, pamphlet or similar document." Furthermore, "plus other materials addressed to a specific inmate; SUCH AS ADVERTIZING BROCHURES, FLYERS, & CATALOGS. THIS IS TO INCLUDE PHOTOGRAPHS

2.  STATE WHAT ACTION YOU WANT STAFF TO TAKE TO CORRECT THE SITUATION.
STOP VARIANCE FROM AEO HAND BOOK & BOP POLICY.
LET Publications, advertizing brochures, Flyers and catalogs from Company's come through.

3.  WHAT EFFORTS HAVE YOU MADE TO RESOLVE YOUR COMPLAINT INFORMALLY?
This is an informal resolution, thus an effort for resolution. Also have sent company SASE Repeatedly to have them re-send rejected material.

INMATE'S NAME: Nicholas Strobel   REG.# 79622-065  UNIT: 3 DATE: 12-20-19

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

4.  CORRECTIONAL COUNSELOR'S COMMENTS.  INDICATE BELOW WHAT STEPS WERE TAKEN TO INFORMALLY RESOLVE THE ISSUE.  INCLUDE PROGRAM STATEMENTS REFERENCED OR OTHERWISE UTILIZED IN THE ATTEMPT TO INFORMALLY RESOLVE THE ISSUE.

_____

_____

_____

INFORMAL RESOLUTION WAS/WAS NOT (CIRCLE ONE) ACCOMPLISHED FOR THE FOLLOWING REASON;

_____

_____

UNIT COUNSELOR: _____   UNIT MANAGER: _____

DATE: _____   DATE: _____

AR-2

1092937

NO RESPONSE

SHE 1330.18
ATTACHMENT A

### INFORMAL RESOLUTION

<u>NOTICE TO INMATE:</u>  You are advised that prior to filing a Request for Administrative Remedy Form (BP-9), you **MUST** attempt to informally resolve your complaint through your Correctional Counselor except for UDC/DHO related concerns.

1.  NICK STROBEL            79622-065        3A        6-25-21
    Inmate Name            Register Number    Unit      Date

2.  **State below Your Specific Complaint:**

Mail room did not allow purchased, comercially published material to be delivered to me, in violation of  P.S. 540.70 "... permits inmates to receive publications... pictures, flyers, catalogs... , plus other such materials addressed to specific inmate. 540.72(l) gives definitions for comercially published material/periodicals...." "pamphlet, photograph or pictoral depiction

3.  **State What Action You Want Staff to Take to Correct the Situation.**

Deliver to me as my constitutional right + privilege under the U.S. Constitution + BOP program statements, my purchased + comercially published materials mailed to me from Companies/ publishers.

4.  **What Efforts Have You Made to Resolve Your Complaint Informally?**

Spoke to Counselor + sent emails to Mail room W/ info on all orders. New BP 8

| | Encumberance # | EPS LLC | |
| | 2849 -$17.00 | PO Box 1717 Appleton, WI 54912 | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

5.    Advice to inmate regarding complaint (include Program Statement number if
      applicable):

6. Informal Resolution WAS / WAS NOT accomplished(Circle One)

_____          _____
Correctional Counselor Date          Unit Manager     Date

ARC-3

1093027

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L

--------------------------------------------------------------------------------

FROM: 79622065 STROBEL, NICHOLAS ROBERT
TO: Correctional System Department
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 06/24/2021 07:06 AM

To: Lawson/ Mailroom
Inmate Work Assignment: fs

I apologize, I miss noted Program Statement 740.70. It is actually 540.70 and not 740.70(see Below)
Thank You
-----STROBEL, NICHOLAS ROBERT on 6/23/2021 2:51 PM wrote:

>

I am expecting commercially published material...DOJ FBOP Program Statement 740.72(1), which falls outside the scope and guise of the memorandums on "general Corrrespondences".See also Program Statement 740.70

The following companies are expected to be sending me: Catalogs, flyers, color pictographs, and other "commercially published materials".
All of which are from Companies and have been purchased through my trust Account and BP-199s

Please follow policy and deliver these products to me, I will discontinue ordering them in the future to make life easier for BOP staff and myself.  Thank You

| Encumbrance # | Company Name | Address |
|---|---|---|
| 2849 #1 Below | EPS Llc. | po box 1717, Appleton, Wi 54912 |
| 2852 #2 Below | Pantee Publishing | po box 233, Hawthorne, NJ 07507 |
| 3115 | Doll SVS | po box 7891,. Gurnee,Il 60031 |
| 3365 | FOS "freedom of Speech" | po box 42922, phoenix, Az 85080 |
| 3533 | Street Pix | po box 302, Humble, Tx 77347 |
| 3898 #3 Below | Inmateconnection.com | po box 83897, Los Angeles, CA 90083 |
| 3903 | SJE | po box 50, Alvarado,TX 76009 |
| 3985 | Four the pack Entertainment RCVD | po box 4057, Windsor Locks,Ct 06096 |
| 3986 | FIYA Girls | po box 192, Dequincy,La 70633 |
| 3987 | Inmate Services RCVD | po box 535547, Grand Prarie, Tx 75053 |
| 3988 #4 Below | David Carter | po box 378, Bardwell, Tx 75101 |

If you cannot deliver these purchases to me as per FBOP Program Statement, in the mail bag to my unit 3A, please notify me and keep all of them so that I may start the Admin. Remedy and TORT process.
Thank You again

#1  EPS - Rec. photo copies of photos, invoice, + other material on 6-25-21.
#2  Pantee Publishing - rec. photo copies of catalogs + info on 8-24-21.
#3  Inmate connection.com - rec. photo copies of color brochure + info on 7-12-21.
#4  David Carter - rec. photo copies of two color catalogs + info on 7-14-21, - more due to arrive

Imailto Prison.com, The Paperbackshop. 4817 FM 646 Rd.E, Dickinson Tx 77539
on 6-16-21 rec. photocopies of info. Photo copies incomplete, bad.

Personal letter from Keith Atherton, 850 Main St Dallas OR.
Copy missing all pages after pg.1 - copy incomplete.

Please give to me pictures, catalogs, brochures + info. Also
please remedy personal letter copies from # above.          AR-4
1093937

SHR-1930.18
ATTACHMENT A

*P. 103 of 239*

## INFORMAL RESOLUTION

NOTICE TO INMATE:  You are advised that prior to filing a Request for Administrative Remedy Form (BP-9), you **MUST** attempt to informally resolve your complaint through your Correctional Counselor except for UDC/DHO related concerns.

1. <u>Nick Strobel</u>     <u>79622-065</u>     <u>3A/103</u> <u>8-25-21</u>
   Inmate Name          Register Number     Unit    Date

2. **State below Your Specific Complaint:**

I have gotten only photo copies of photos, catalogs + other comercial products. Attached is copy of previous E-mail + list of missing contents/companies. Please deliver to me pictures, brochures, catalogs + other material (originals) All publications have been copied.

3. **State What Action You Want Staff to Take to Correct the Situation.**

See attached + deliver the pictures, brochures, catalogs + order lists, sent correspon-- by companies to me

4. **What Efforts Have You Made to Resolve Your Complaint Informally?**

Cop/outs, e-mails, spoke w/ Ms. B of mail room. Spent 10 mins with another staff member leading to this action.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

5.    Advice to inmate regarding complaint (include Program Statement number if applicable):

Please See Attachmt .

6. Informal Resolution WAS / WAS NOT accomplished (Circle One)

_____ 8-25-21       _____ 8-25-21
Correctional Counselor Date       Unit Manager    Date

Arc's 1

1093937

p 104 of 239

The mail room follows all FBOP polices and FCI Sheridan procedures regarding inmate correspondence, incoming publications, and inmate property. Any incoming mail, the inmate was authorized to receive, would've been given to the inmate.

Staff is photocopying commercial products. Delivering Photocopies of purchaced materials. Outside scope of BOP policy for general correspondences.

Arc b

2

1093937

4

p 105 of 239 (11)

U.S. DEPARTMENT OF JUSTICE

REQUEST FOR ADMINISTRATIVE REMEDY

Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: __Strobel  Nicholas  R__    __79622-065__  __3A/103__    __FCI Sheridan__
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST**

I request All Comercial publications, photos, catalogs, brochures, flyers, and All other such matereals addressed to specific inmate, delivered to me, & Not copies, as per P.S. 540.70 and also defined under 540.72(1). Deliver copied materials or refund funds.

FCI Sheridan mail staff has repeatedly broken FBOP Policy and confused & blurred FCI Sheridan procedures governing Comercial publications, products, & other such materials.
Deliver to me as my constitutional right & privelage under U.S. Constitution & BOP Programstatements, my purchaced & comercially published materials mailed to me from companies/publishers.

__8-25-21__    __ me from companies/publishers.__    _____
DATE    SIGNATURE OF REQUESTER

**Part B– RESPONSE**



RECEIVED
SEP 10 2021
FCI SHERIDAN
ASSOCIATE WARDEN'S OFFICE

_____    _____
DATE    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

CASE NUMBER: _____

ORIGINAL: RETURN TO INMATE

CASE NUMBER: 1093937

**Part C– RECEIPT**

Return to: _____    _____    _____    _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____    _____
DATE    RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP–229(13)

*Submitted w/ BP-9*

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L

-----------------------------------------------------------------------------------

FROM: 79622065 STROBEL, NICHOLAS ROBERT
TO: Correctional System Department
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 06/24/2021 07:06 AM

To: Lawson/ Mailroom
Inmate Work Assignment: fs

I apologize, I miss noted Program Statement 740.70. It is actually 540.70 and not 740.70(see Below)
Thank You
-----STROBEL, NICHOLAS ROBERT on 6/23/2021 2:51 PM wrote:

>

I am expecting commercially published material...DOJ FBOP Program Statement 740.72(1), which falls outside the scope and guise of the memorandums on "general Corrrespondences".See also Program Statement 740.70

The following companies are expected to be sending me: Catalogs, flyers, color pictographs, and other "commercially published materials".
All of which are from Companies and have been purchased through my trust Account and BP-199s

Please follow policy and deliver these products to me, I will discontinue ordering them in the future to make life easier for BOP staff and myself.  Thank You

| Encumbrance # | Company Name | Address |
|---|---|---|
| #1 2849 | EPS Llc. | po box 1717, Appleton, Wi 54912 |
| #2 2852 | Pantee Publishing | po box 233, Hawthorne, NJ 07507 |
| #3 3115 | Doll SVS | po box 7891, Gurnee,Il 60031 |
| #4 3365 | FOS "freedom of Speech" | po box 42922, phoenix, Az 85080 |
| 3533 | ~~Street Pix~~ | po box 302, Humble, Tx 77347 |
| #5 3898 | Inmateconnection.com | po box 83897, Los Angeles, CA 90083 |
| #6 3903 | SJE | po box 50, Alvarado,TX 76009 |
| 3985 | ~~Four-the-paek-Entertainment~~ | po box 4057, Windsor Locks,Ct 06096 |
| 3986 | ~~FIYA Girls~~ | po box 192, Dequincy,La 70633 |
| 3987 | ~~Inmate-Services-~~ | po box 535547, Grand Prarie, Tx 75053 |
| #7 3988 | David Carter | po box 378, Bardwell, Tx 75101 |

If you cannot deliver these purchases to me as per FBOP Program Statement, in the mail bag to my unit 3A, please notify me and keep all of them so that I may start the Admin. Remedy and TORT process.
Thank You again

#1 Recieved Copies of purchace on 6-25-21
#2 Recieved only copies of purchase on 8-24-21
#3 Recievd only copies of perchase on 8-31-21
#4 Only given 1 of 3 envelopes on 7-20-21 (3of3)
#5 Only delivered copies of purcheced materials on 7-12-21
#6 only got copies of purchased material on 9-28-21
#7 Received only copies of catalogs + purchased. materials on:
    10-5-21
    10-22-21
    10-25-21
    10-28-21 (#1)
    10-28-21 (#2)
    10-28-21 (#3)
    11-1-21

*GOT ONLY B&W COPIES OF PAID FOR COLOR PICS + CATALOGS.*

*COMM# 1*

*AR-8*

1093937





# Chloe Couture    August 23

Chloe was born on August 23, 1997 in Lancaster, Pennsylvania, but grew up in the Philadelphia area. When she was sixteen years old she lost her virginity. She was an active kid who took part in writing the yearbook, did the morning announcements, and worked on musical productions during her time in grade school.
High-class blonde

Known by the names Chloe Couture and Chloe Cherry, she is pretty much new in the adult business. She had her first hardcore video shoot when she was eighteen years old for the notable company Reality Kings, in October, 2015. In the past years she has collaborated with other famous production companies and websites such as Mofos, PornPros, Mile High, ATK Galleria, Digital Sin, Casting Couch X, Step Siblings Caught, and West Coast Productions. Judging by her tempo and quality of her works, this girl is here to stay and we're looking forward to it. She started off by filming lesbian scenes, but very soon switched to hardcore straight sex, as well as threesomes, interracial, teen and anal sex. Chloe is represented by Riley Reynolds and his talent agency Hussie Models LLC located in North Miami Beach.
Personal life

Chloe has a constantly growing fan base. Her Twitter page is followed by thousand of fans and she has a cute bio where she states that she is a clean girl who does dirty films. This sweet girl-next-door blonde has no tattoos or piercings but surely has a natural and slender body able to excite almost any porn lover.

## August

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

Doll

## PO BOX 7891 GURNEE, IL 60031

*From the desk of Doll*

Cop out & envelope
submitted.
8-26-21

Nikki

Nick Strobel

79622-065

Hi Nick,

P.O Box 7891
Gurnee, IL 60031

Thanks for writing! Based on our records, we already sent your free pictures together with the 7 regular 4x6 doll pictures you ordered. Here's the tracking numbers for your reference: III-0313047-1300250.

Thanks for understanding.

Hope to hear from you soon ♡

♡ Stay Safe,

Doll Staff ♡

Sincerely,

Doll Staff

1-0939937

A-R-11

BP-A148.055
SEP 98

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

INMATE REQUEST TO STAFF

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Warden or AW | 12-20-21 |
| FROM: | REGISTER NO.: |
| Strobel, Nick | 79622-065 |
| WORK ASSIGNMENT: | UNIT: |
| n/a | 3A/107 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.

This inquiry is in regards to a BP-9 originally filed on 8-25-21.
It was resubmitted in the beginning of October, following the requests/guidelines of
staff who responded. I still have not gotten a response (signed) or otherwise
from the Warden. I know from past experience BP-9s are delivered here
at Sheridan, at or beyond the date allowed for a BP-10 to be filed. Foreseeing this
I already wrote Regional and asked for a time of extension a month ago.
If it helps maybe reference # 1093937
Please respond, hopefully remedy issues. If not give denial in timely
matter.
(Please return this w/response)

Thanks
Nik

(Do not write below this line)

DISPOSITION:

Your BP9 was Rejected - See attached.

| Signature Staff Member | Date |
|---|---|
| Bishop | 12/27/21 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

**SECTION 6**

1093937

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: SEPTEMBER 10, 2021

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      SHERIDAN FCI

TO  : NICHOLAS ROBERT STROBEL, 79622-065
      SHERIDAN FCI    UNT: UNIT 3   QTR: C01-103U
      P.O. BOX 8000
      SHERIDAN,  OR 97378


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 1093937-F1      ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : SEPTEMBER 10, 2021
SUBJECT 1       : INCOMING PUBLICATIONS (INCL. REJECTION OR CONFISCATION)
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU MAY ONLY SUBMIT ONE CONTINUATION PAGE, EQUIV. OF ONE
                 LETTER-SIZE (8.5 X 11) PAPER.  TEXT ON ONE SIDE.  THE
                 TEXT MUST BE LEGIBLE.

Comm#1 only continuation
page for this stage.
See Comm#1

U.S. Department of Justice

**Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball–point pen. If attachments are needed, submit four copies. One copy of the completed BP–DIR–9 including any attachments must be submitted with this appeal.

From: Strobel, Nicholas R.        79622-065        3A        FCI Sheridan
        LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A—REASON FOR APPEAL** Mail room staff at F.C.I. Sheridan photocopy purchased published materials + deny materials, only delivering copies.

Mailroom staff by neglegent or wrongful act or omission as an employee of the government while acting within the scope of his/her office of employment cause loss of purchased prepaid published materials including color photos, catalogs, flyers + company info from companies + publishers.

SEE. com#1

Please have F.C.I Mailroom staff follow rules and regulations as applied to DoJ PS. 540.70(b), 540.71(a)(2), as defined by 540.72(b)(1). and stop violating our constitutional right to recieve subscription non-profit and for profit bulk mail + prepaid orders. including purchased photos, catalogs, flyers + info Not limited to listed materials.

PLEASE NOTE DATE ON COP-OUT TO WARDEN OR A.W. DATED 12-20-21.
INMATE NOT RESPONSIBLE FOR UNTIMELY FILING OF BP-10

1-7-22        _____
DATE        SIGNATURE OF REQUESTER

**Part B—RESPONSE**

_____        _____
DATE        REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY        CASE NUMBER: 1093937

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____    _____    _____    _____
        LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

BP–230(13)

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: FEBRUARY 8, 2022

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      WESTERN REGIONAL OFFICE

TO  : NICHOLAS ROBERT STROBEL, 79622-065
      SHERIDAN FCI    UNT: UNIT 3    QTR: C01-187U
      P.O. BOX 8000
      SHERIDAN,  OR 97378


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 1093937-R1    REGIONAL APPEAL
DATE RECEIVED   : FEBRUARY 7, 2022
SUBJECT 1       : INCOMING PUBLICATIONS (INCL. REJECTION OR CONFISCATION)
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: CONCUR WITH RATIONALE OF REGIONAL OFFICE AND/OR INSTITUTION
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.   Comm#1

REJECT REASON 2: SEE REMARKS.

REMARKS         : PROVIDE STAFF VERFICATION TO THE INSTITUTION THAT
                  YOU ARE NOT RESPONSIBLE FOR THE UNTIMELY
                  FILING OF THIS APPEAL.

*See signed Statement #51 & #52*

*Receive 2-24-22*

*Delivered: C. Thomas*
*2-24-2022*

Inmate Strobel # 79622-065 IS NOT
RESPONSIBLE FOR THE UNTIMELY FILING OF
APPEAL 1093937-R1 REGIONAL APPEAL.
BP-9 WAS NOT DELIVERED TO HIM UNTIL AFTER
12-27-21.

2-24-22

STAFF  A. Rodriguez
3A Counselor

U.S. Department of Justice                           **Central Office Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attach-
ments must be submitted with this appeal.

From: STROBEL NICHOLAS, R          79622-065     3A        F.C.I. SHERIDAN
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT       INSTITUTION

**Part A—REASON FOR APPEAL**   F.C.I. Sheridan Staff Incinerated ALL my purchased ordered property
STAFF AT FCI SHERIDAN ARE DELIVERING COPIES OF

PURCHACED PUBLISHED MATERIALS + NOT THE ACTUAL CATALOGS,

BROCHURES, FLYERS & PHOTOS. VIOLATING THE 1ST AMENDMENT OF

BOTH INMATES AND PUBLISHERS. VIOLATING BOP POLICY ALSO.

THERE IS NO LEGITAMATE PENOLOGICAL INTEREST REASONABLY RELATED

TO DELIVERING ONLY COPIES OF PRODUCTS PURCHASED FROM

PUBLISHERS THROUGH THE BP-199 REQVEST SYSTEM. APROVED BUSINESS'

AS LISTED AND SHOWN ON COMM #1, ALL ON MY CONTACT LIST.

PLEASE HAVE INSTITUTION BEGIN FOLLOWING RULES RELATED TO

PURCHASED PUBLICATIONS. REPLACE INCINERATED PURCHASES.

2-24-22     ENCLOSED ARE (3) COPIES OF _____
___DATE___          PURCHASED MATERIALS DELIVERED IN COPY ___SIGNATURE OF REQUESTER___

**Part B—RESPONSE**

MAR 0 9 2022

Administrative Remedy Section
Federal Bureau of Prisons

RECEIVED

MAY 1 9 2022

Administrative Remedy Section
Federal Bureau of Prisons

_____                                    GENERAL COUNSEL
DATE                                                _____

ORIGINAL: RETURN TO INMATE                          CASE NUMBER: 1093957

**Part C—RECEIPT**                                  CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT       INSTITUTION

SUBJECT: _____

_____                SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL
DATE                                                                BP-231(13)
                                                                    APRIL 1982
USP LVN                          Previously BP-DIR-11

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MARCH 21, 2022

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : NICHOLAS ROBERT STROBEL, 79622-065
      SHERIDAN FCI     UNT: UNIT 3    QTR: C01-107U
      P.O. BOX 8000
      SHERIDAN,  OR 97378



FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 1093937-A1      CENTRAL OFFICE APPEAL
DATE RECEIVED   : MARCH 9, 2022
SUBJECT 1       : INCOMING PUBLICATIONS (INCL. REJECTION OR CONFISCATION)
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE     *Institution, Regional &*
                WRONG LEVEL.   YOU SHOULD HAVE FILED AT THE      *Central are all*
                INSTITUTION,    REGIONAL OFFICE, OR  CENTRAL     *enclosed . . . .*
                OFFICE LEVEL.

REJECT REASON 2: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                AT THIS LEVEL.        *Copy of BP-9 & Response enclosed*

REJECT REASON 3: SEE REMARKS.

REMARKS         : FOLLOW REJECTION INSTRUCTIONS OF INSTITUTION. _  *ful*
                                                              *This makes no sense ...*


*On this date 5-11-22. I was returned this BP-11.*
*Based on reject reasons 1-3, I conclude NOBODY looked*
*through documents.*
*I request you, JAMES WILLS, Personally look through them*
*and see, I meet all requirements + followed all rules w/ regards*
*to Remedy process + reconsider denial.*
*Please have institution deliver ALL Comercial Publications*
*denied + reimburse for destroyed property.*
                                    *Thank you*           *5-11-22  ARS*

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 24, 2022

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : NICHOLAS ROBERT STROBEL, 79622-065
      SHERIDAN FCI    UNT: UNIT 3    QTR: C01-107U
      P.O. BOX 8000                  3Λ
      SHERIDAN,  OR 97378

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 1093937-A2      CENTRAL OFFICE APPEAL
DATE RECEIVED   : MAY 19, 2022    .
SUBJECT 1       : INCOMING PUBLICATIONS (INCL. REJECTION OR CONFISCATION)
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: CONCUR WITH RATIONALE OF REGIONAL OFFICE AND/OR INSTITUTION
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.

Administrative Remedy

Defendant T. Baker lost Birth Certificate

TORT filed

EXHIBT #9

ORIGINAL

Copy Turred ... ?... *illegible*

SHE 1330.18
ATTACHMENT A

## INFORMAL RESOLUTION

NOTICE TO INMATE: You are advised that prior to filing a Request for Administrative Remedy Form (BP-9), you **MUST** attempt to informally resolve your complaint through your Correctional Counselor except for UDC/DHO related concerns.

1.  Nick Strobel          79622-065          3A          3-29-2022
    Inmate Name          Register Number     Unit         Date

2.  **State below Your Specific Complaint:**

Team continues to postulate I did not apply/pay for birth certificate or attempt to work, Team dates: 9-10-21 & 3-4-Team will not take the steps necessary to get A framework for Recovery (completed on 5-1-2017, at F.C.I. Sheridan F.D.C.) or other outside certificates added to my Sentry Data. Copies of both have been taken by team at least twice. Also, See attached "Request to Staff."

3.  **State What Action You Want Staff to Take to Correct the Situation.**

Contact M.T. Vital Records + remedy situation w/ birth certificate, I did my part.
Add A framework for Recovery + my LEVEL certificate to Sentry.

4.  **What Efforts Have You Made to Resolve Your Complaint Informally?**

I have spoken to Education, Psychology, + Team about A framework for Recovery.
I have spoken to members of Team about birth Certificates on numerous occasions +
Sent multiple inquiries + Requests to staff + Cop/outs w/o getting responses... EVER

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

5.      Advice to inmate regarding complaint (include Program Statement number if applicable):

6. Informal Resolution WAS / WAS NOT accomplished (Circle One)

_____          _____
Correctional Counselor Date          Unit Manager    Date

Beger
3-29-22
8C-1

TRULINCS  79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L

--------------------------------------------------------------------------------------

FROM: 79622065
TO: Unit  3
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 03/03/2022 12:25:15 PM

To: Unit 3 Case Manager
Inmate Work Assignment: Food Service

I just met with Ms. Smith for "Team".

I am submitting this cop/out as instructed to address issues (ongoing).

I on 4-15-2021, contrary to what my needs plan states, as previously discussed with staff, have already requested and paid for
(2) copies of my birth certificate. I gave specific instruction to staff as per Montana's instructions, clearly outlined on application.
4-15-2021 Request for Bp-199
4-23-2021 Gov Req Doc ("2 copies of birth certificate" on check memo)
 REF#2903  $17.00 to:
Vital Records, Montana
PO Box 4210
Helena, MT 59604

Also contrary to needs plan, did in fact re-gain my employment at food service and did in fact keep employment. Lack of
eligible/voluntary workers in this particular unit are all that prevent my full time employment.

I am still attempting to get  A Framework For Recovery certificate for completion added to my education courses completion
history. This course was provided by FBOP staff at a FBOP facility.
I have also completed a LEVEL certificate of achievement on April 30, 2021 for 10-hour study of storytelling through figure
drawing. (Certificate Number 52x2u8en
To verify certificate scan QR code on copy submitted to "Team" TWICE, or verify by visiting  learnlevel.org/certificates/52x2u8en
Please add this to my SENTRY under outside education or some other such title.
Thank you

BP-A0148
JUNE 10
U.S. DEPARTMENT OF JUSTICE

INMATE REQUEST TO STAFF CDFRM

FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member). A.W. /Warden | DATE: 5-31-22 |
|---|---|
| FROM: STROBEL, N | REGISTER NO.: 79622-065 |
| WORK ASSIGNMENT: F/S | UNIT: 3A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.

This is an inquiry into a BP-9 filed by me upon the denial of my BP-8.
I have received no response + the time for response has lapsed.

The BP-9 to which I am referencing concerns Unit 3A team postulating
incorrectly that I have not applied for nor paid for Govt. Reg. Docs. "Birth Cert."
Also concerning them not entering into SENTRY a Certificate/Class which I
completed in the J's in which Ti Baker was on Team over there in
2016 when Perez offered it.

Please respond w/ legitimate reason for no response or
the go ahead to proceed to BP-10 (Do not write below this line). Thk You

DISPOSITION:

| Signature Staff Member | Date. |
|---|---|

Record Copy - File; Copy - Inmate

PDF                    Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

**SECTION 6**

U.S. ___                                              **Regional Administrative Remedy Appeal**

Federal Bureau of ___

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: **Strobel, Nicholas R**    **79622-065**    **3A**    **SHE·FCl**
          LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.        UNIT        INSTITUTION

Part A—REASON FOR APPEAL  This is my appeal to BP-9 I never got response on nor did I get response for inquiry made on 5-31-22 with Inmate request to staff. I filed my original BP-8 (w/response) w/ B-P9. therefore I only have a copy of BP-8 w/o response.

Team continues to postulate incorrectly that I did not apply for Birth Certificate. See Email to staff dated 3-3-22.
Team will not Add A framework for recovery to SENTRY.
Obtain Birth Certificates I paid for. Add Certificate to SENTRY

8-15-22
DATE                                            SIGNATURE OF REQUESTER

Part B—RESPONSE

RECEIVED

OCT - 5 2022

WESTERN REGIONAL OFFICE

_____                    _____
        DATE                                        REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: 1116270-R3

Part C—RECEIPT

                                              CASE NUMBER: _____

Return to: _____    _____    _____    _____
              LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____                    _____          BP-230(13)
        DATE                                 SIGNATURE RECIPIENT OF REGIONAL APPEAL

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: OCTOBER 10, 2022

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      WESTERN REGIONAL OFFICE

TO  : NICHOLAS ROBERT STROBEL, 79622-065
      SHERIDAN FCI    UNT: UNIT 3    QTR: Z01-115UAD
      P.O. BOX 8000
      SHERIDAN,  OR 97378

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID        : 1116270-R3      REGIONAL APPEAL
DATE RECEIVED    : OCTOBER 5, 2022
SUBJECT 1        : TRULINCS      Birth Certificate
SUBJECT 2        :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT PROVIDE A COPY OF YOUR   INSTITUTION
                 ADMINISTRATIVE REMEDY REQUEST (BP-9) FORM OR   A COPY
                 OF THE (BP-09) RESPONSE FROM THE WARDEN.

REJECT REASON 2: YOUR APPEAL IS UNTIMELY.  REGIONAL APPEALS (BP-10)
                 MUST BE RECEIVED WITHIN 20 DAYS OF THE WARDEN/CCM
                 RESPONSE OR RECEIPT OF THE DHO REPORT.  THIS TIME
                 INCLUDES MAIL TIME.

REJECT REASON 3: PROVIDE STAFF VERIFICATION STATING REASON UNTIMELY FILING
                 WAS NOT YOUR FAULT.

Administrative Remedy
for photo copied documents/
purchaces. All incinerated.

EXHIBIT

Delivered to staff on

(handwritten: C/M)

SHE 1330.18
ATTACHMENT A

## INFORMAL RESOLUTION

<u>NOTICE TO INMATE:</u>  You are advised that prior to filing a Request for
Administrative Remedy Form (BP-9), you **MUST** attempt to informally resolve
your complaint through your Correctional Counselor except for UDC/DHO
related concerns.

1.    <u>Nick Strobel</u>     <u>79622-065</u>     <u>3A</u>     <u>3-31-2022</u>
    Inmate Name          Register Number     Unit     Date

2.   **State below Your Specific Complaint:**

Mailroom staff delivered copies of purchased catalogs.
This is in direct violation of constitutional rights, BoP policy + breaks copyright
laws.
        SEE ATTACHED COPY-AS DELIVERED TO ME

3.   **State What Action You Want Staff to Take to Correct the Situation.**

Have delivered to me catalogs + info sent to me by: Horest Ways
                           P.O. Box 1505
                           Terre Haute, IN 47801
This is a Company on my Approved contact List

4.   **What Efforts Have You Made to Resolve Your Complaint Informally?**

Sent paper cop-out + requests to mailroom staff.
Ongoing issues w/ similar mailings off + on.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

5.    Advice to inmate regarding complaint (include Program Statement number if
     applicable):

This mail was sent in, in an envelope handwritten by the
inmate self addressed to the company. There is no
way to verify this was sent directly from the company.

6. Informal Resolution WAS / (WAS NOT) accomplished (Circle One)

                                 4-1-22

_____         _____
Correctional Counselor Date     Unit Manager   Date

1116660



## ALL PHOTOS ARE 50 CENTS

*$20 MINIMUM*

Respects to all the loyal customers... spreading the word of our NEW add... Make sure you have whoever y... re... name and number so we can credit... referral reward, a lot of you are forg... that, but nonetheless, we been havi... with mailrooms so this is what... g... now offering you the option of etti... number put on your order. You have... which is $5.00 per envelope. We war... how important it is to us that you re... so help us help you and all will be G... keep your head up and don't forget... penpal page options are $20 standa... crush-$60 Platinum, request o... bro...

**Attention mail roo...**

This catalog has non-nude photos, 1...
~Prison friendly~

Attention!! New Service. Your family or friends can now send us photos to print and send to you in best quality photo paper. Tell your people to email us at honestwaysinc@yahoo.com. Privacy is always mandatory. For 50¢ a photo we'll get it to you same day order is sent...

*Make all payments to:*
*Honest Ways*
*P.O. BOX 11505*
*Terre Haute, IN 47801-1505*
*(Facility checks or money orders only. No personal checks)*
*Email: honestwaysinc@yahoo.com*
*We are now accepting cash app!*



...rittanya, Bubble Butt, Bust it open, ...Curious fantasy, Double trouble, ...Fetish, Glory Hole, Hispanic Vol 2, ...cious candy, Pornstar Vol 2, Regina & ...w bunnies, Tattoo babes, Vol 2 ...rful Package, Amateur, Celebs, Isis ...s, Men only, Young fun, Chocolate ...IG Insta, Reality Insta, Snow bunnies ...r own, Wetness, Spice it up. And of ...ome. *if you do not purchase from this ...er catalog:*

...r 1st envelope of photos. $1.00 per ...t. Please let us know how many you ...envelope. **

## ...does not meet requirements, it
## ...will NOT be filled-

...gs for the following, please send us a S.A.S.E ...ou. ...velry, floral, personal custom shopping, & ...t, prizes, art on t-shirts, patterns & more. ...ur photo or copy needs.

...nds so we ask that you are familiar with your ...olicy's and what is allowed. We will forward ...nate address if you have one on file with us ...the shipping cost.

Order from this catalog we'll send you nex[t]

(Know your facility Rules & Regulations

All models are 18 & older)

ARE REJECTED YOU HAVE 30 DAYS FROM THE TIME, WE RECEIVE THE REJECTION LETTER FROM THE PRISON TO HAVE THEM RESENT TO YOU/FAMILY/FRIEND AT $2.00

U.S. DEPARTMENT OF JUSTICE                                 REQUEST FOR ADMINISTRATIVE REMEDY

Federal Bureau of Prisons

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** Strobel, Nicholas, R            79622-065       3A        F.C.I. SHE
LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A– INMATE REQUEST** Mail room staff delivered copies of purchased catalogs. This is a direct violation of Constitutional Rights, BOP Policy 540.70 + there is no legitimate penological interest for not delivering catalogs to prisoner. Prisoner submitted an order form and SASE in an un-sealed envelope for mailing by BOP Staff. The "return" address on the SASE and the address on un-sealed envelope were identical: Honest Ways, P.O. Box 11505, Terre Haute, IN 47801.
After staff inspection of un-sealed envelope + contents, Staff sealed and sent envelope and contents (ie. order form + SASE) to: Honest Ways
                                                   P.O. Box 11505
                                                   Terre Haute, IN 47801

It is thus Impossible for this correspondence to come from any place other than directly from the company. This is why Prisoners are required to leave correspondences un-sealed. Sending a SASE is permitted by BOP policy. Outgoing mail is inspected/sealed by Staff. Please deliver to me catalogs + info sent to me by Honest Ways, a company on my approved contact list.     See example copy of catalog page + BP-8
4-1-2022
Staff could Inspect, Seal + Stamp Send outs w/ SASE from inmates. Staff w/ can't Stamp legal like
DATE                                                                 SIGNATURE OF REQUESTER     /SASE/

**Part B– RESPONSE**

_____

DATE                                          WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                          CASE NUMBER: _____

                                                         CASE NUMBER: 1116660-F1

**Part C– RECEIPT**

Return to: _____   _____   _____   _____
              LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

DATE                                          RECIPIENT'S SIGNATURE (STAFF MEMBER)
1116660                                                                    BP–229(13)
USP LVN                                      Previously BP-DIR-9              APRIL 1982

**Part B-RESPONSE**

**REQUEST FOR ADMINISTRATIVE REMEDY**
**SHE-116660-F1**

This is in response to your Request for Administrative Remedy received on April 1, 2022, wherein you request the delivery of a catalog that was mailed to you. Per Program Statement 5266.11, Incoming Publications, an inmate may receive hardcover publications and newspapers only from the publisher, from a book club, or from a bookstore. The sender's address must be clearly identified on the outside of the package. At medium security, high security, and administrative institutions, an inmate may receive softcover publications (for example, paperback books, newspaper clippings, magazines, and other similar items) only from the publisher, from a book club, or from a bookstore. The mail that you received was not from a publisher, book club or bookstore. Your mail was processed as first class mail, not mail coming from a publication company.

Therefore, your Request for Administrative Remedy is denied. If you are not satisfied with this response, you may appeal to the Western Regional Director. Your appeal must be received by the Regional Administrative Remedy Coordinator, Federal Bureau of Prisons, Western Regional Office, 7338 Shoreline Drive, Stockton, CA 95219, within twenty (20) calendar days from the date of this response.

5·12·22
Date

DeWayne Hendrix, Warden

Received on 5-22-22

Delivered by MJM on 5-22-22
correctional officer

1116660

**U.S. Department of Justice**

**Federal Bureau of Prisons**

**Regional Administrative Remedy Appeal**

Type or use ball–point pen. If attachments are needed, submit four copies. One copy of the completed BP–DIR–9 including any attachments must be submitted with this appeal.

From: STROBEL, NICHOLAS, R    79622-065    3A    FCL SHE
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A—REASON FOR APPEAL**

Mailroom continues to deny or copy catalogs, brochures, flyers and photographs from commercial publication companies, violating constitutional rights & BOP policy.

Honest Ways, a catalog & photo publisher, sent me a catalog in a S.A.S.E. Sent from F.C.I. by staff (whom sealed outgoing order) BP-9 wrongfully denied. Purchased catalog photocopied.

Deliver to me purchased, published materials from company/publisher Company/Publisher Name: Honest Ways
See attachment catalog (copy)(4)

5-22-22
    DATE    SIGNATURE OF REQUESTER

**Part B—RESPONSE**

    DATE    REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE    CASE NUMBER: _____

**Part C—RECEIPT**

    CASE NUMBER: _____

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____
    1116660
    DATE    SIGNATURE, RECIPIENT OF REGIONAL APPEAL    BP-230(13)

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JUNE 29, 2022


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      WESTERN REGIONAL OFFICE

TO  : NICHOLAS ROBERT STROBEL, 79622-065
      SHERIDAN FCI    UNT: UNIT 3    QTR: C01-107U
      P.O. BOX 8000
      SHERIDAN,  OR 97378



FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 1116660-R1      REGIONAL APPEAL
DATE RECEIVED   : JUNE 24, 2022
SUBJECT 1       : OTHER MAIL COMPLAINTS
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT PROVIDE A COPY OF YOUR    INSTITUTION
                 ADMINISTRATIVE REMEDY REQUEST (BP-9) FORM OR   A COPY
                 OF THE (BP-09) RESPONSE FROM THE WARDEN.

REMARKS         : I/M STATES THAT HE HAS A CONSTITUTIONAL RIGHT TO THE
                  CATALOG OF EXPLICIT ADULT IMAGES HE ORDERED.


1116660

**U.S. Department of Justice**

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

---

Type or use ball–point pen.  If attachments are needed, submit four copies.  One copy each of the completed BP–DIR–9 and BP–DIR–10, including any attachments must be submitted with this appeal.

From: Strobel, Nicholas, R          79622-065     3A        FCI-SHE
LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

Part A—REASON FOR APPEAL This is an appeal to the decision on my BP-10.
Staff processed commercial purchased catalogs ~~item~~ as first class mail.
The staff at F.C.I. Sheridan violated my 1st Amendment rights and my 5th & 14th Amendment Rights to due process.
The catalogs are non-nude, prison friendly, non sexually explicit as defined by BOP policy. They are allowed by all federal laws + BOP policy In response from Warden on BP-9 he states "Your mail was processed as first class mail, not mail coming from a publication company".
This is an admission that the publication was processed incorrectly, as per policy. Mailroom staff continue to violate policy + rights.
provide catalogs; refund money and stop violating rights.

7-18-22
DATE

SIGNATURE OF REQUESTER

**Part B—RESPONSE**

_____
DATE

_____
GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE

CASE NUMBER: _____

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

1116660
DATE

SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP–231(13)

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: AUGUST 22, 2022

*SHU*

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : NICHOLAS ROBERT STROBEL, 79622-065
      SHERIDAN FCI     UNT: UNIT 3    QTR: C01-102L
      P.O. BOX 8000
      SHERIDAN,   OR 97378

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 1116660-A1     CENTRAL OFFICE APPEAL
DATE RECEIVED   : JULY 29, 2022
SUBJECT 1       : OTHER MAIL COMPLAINTS
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL.  YOU SHOULD HAVE FILED AT THE
                 INSTITUTION, REGIONAL OFFICE, OR CENTRAL
                 OFFICE LEVEL.

REJECT REASON 2: CONCUR WITH RATIONALE OF REGIONAL OFFICE AND/OR INSTITUTION
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.

*104*

*Regional denial date 7-29-22*

*Admin Rem Process Completed*
*Delivered on 9-20-22*

*Note- Central did not return my BP-10 copy - only response*
*did not return BP-9 response*
*did not return BP-8*

*BOP concurs with Regional rationale (#2) while*
*stating I submitted my request to the wrong level, stating*
*I should have went to Regional (#1) .... ???*

*NG*

*1116660*

Administrative Remedy

Defendant Deboer charging money
for printing documents & not printing them

See: DB2, DB3, & DB-8 "Do not select print on the
home page!"
"(If you do, it will be sent to Trust
Fund and you will have to wait
for them to send it to you.)"

Defendant DeBoer refused this service

See also. Stirling v. Hendrix
3:20-CV-00712-SB    Attachment 2 of status report (Document
98-2) filed 2-04-2022 pgs. 11+12 #7 in Fifth Declaration of
Courtney Whittymore

EXHIBIT #11

(WM)    Deliver to staff on

SHE 1330.18
ATTACHMENT A

## INFORMAL RESOLUTION

NOTICE TO INMATE:   You are advised that prior to filing a Request for
Administrative Remedy Form (BP-9), you **MUST** attempt to informally resolve
your complaint through your Correctional Counselor except for UDC/DHO
related concerns.

1.  Nick Strobel              79622-065          3A        3-31-2022
    Inmate Name              Register Number      Unit      Date

2.  State below Your Specific Complaint:

I have been charged 195 Trulincs for documents to be printed, following UnTt staff instruction
on 3A "isolation unit". The paid for documents have not been delivered as #4 on memorandum
posted on 2-25 or 3-3-2022 by education states. (see Attached memorandum #4)
memo posted by Trust Fund on 1-4-22 states daily prints no longer. These were not daily + by staff

3.  State What Action You Want Staff to Take to Correct the Situation. guidance.

Deliver to me paid for documents or credit 195 Trulincs back to my
Trulincs balance. A refund for monies lost is also acceptable.

4.  What Efforts Have You Made to Resolve Your Complaint Informally?
Every imaginable effort has been taken. Unfortunately I lost my cool and
earned two write ups and a retalietory shake down of my cell.
Written up by M. Debner + Retaliatory shakedown ordered by Lt. Cerone on 3-7-22.
To hold me "Accountable". I have changed my behavior.
*****************************************************************************

5.  Advice to inmate regarding complaint (include Program Statement number if
    applicable):

Per policy 4500.12 TRULINCS section, Trust.
Fund is only responsible to print ELC documents
If an inmate does not have access to a printer.

6. Informal Resolution WAS / WAS NOT accomplished (Circle One)

                                                        4/1/22

_____          _____
Correctional Counselor Date ,         Unit Manager    Date    ,

TRULINCS PRINT
1116270

DB-1

Date:   03/07/2022                                                                                    Location: SHE
Time:   11:45:22 AM

## Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
## Personal Inmate Information

**Inmate No: 79622065   Inmate Name: STROBEL, NICHOLAS ROBERT          Available Balance: 116**

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|---|---|---|---|---|---|
| 2/11/2022 8:24:24 PM | Print Fee | 39 | -3 | | 36 |
| 1/29/2022 3:05:36 PM | Print Fee | 54 | -15 | | 39 |
| 1/29/2022 3:05:18 PM | Inmate Purchase | 14 | 40 | | 54 |
| 1/26/2022 6:50:10 AM | Print Fee | 20 | -6 | | 14 |
| 1/24/2022 10:51:05 AM | Print Fee | 26 | -6 | | 20 |
| 1/21/2022 6:35:05 AM | Print Fee | 71 | -45 | | 26 |
| 1/19/2022 6:51:40 AM | Print Fee | 80 | -9 | | 71 |

Inmate #: 79622065

Date:    03/07/2022                                                                          Location: SHE
Time:    07:37:42 AM

# Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
### Personal Inmate Information

*Original*

**Inmate No: 79622065**   **Inmate Name: STROBEL, NICHOLAS ROBERT**          **Available Balance:  116**

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|-----------|----------|--------------:|----------:|:-------------------:|------------:|
| 3/7/2022 7:21:01 AM | Print Fee | 122 | -6 | | 116 |
| 3/4/2022 7:48:25 AM | Inmate Purchase | 22 | 100 | | 122 |
| 2/23/2022 8:00:28 AM | Print Fee | 31 | -9 | | 22 |
| 2/16/2022 7:49:58 PM | Print Fee | 133 | -102 | | 31 |
| 2/16/2022 7:49:16 PM | Inmate Purchase | 33 | 100 | | 133 |
| 2/12/2022 6:48:49 PM | Print Fee | 36 | -3 | | 33 |
| 2/11/2022 8:24:24 PM | Print Fee | 39 | -3 | | 36 |

Inmate #: 79622065

Date:  03/26/2022                                                                              Location: SHE
Time:  06:24:46 AM

## Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
## Personal Inmate Information

*original*

| Inmate No: 79622065 | Inmate Name: STROBEL, NICHOLAS ROBERT | | | Available Balance: 160 | |
|---|---|---|---|---|---|

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|---|---|---|---|---|---|
| 3/23/2022 10:23:28 AM | Print Fee | 187 | -27 | | 160 |
| 3/23/2022 9:29:49 AM | Print Fee | 205 | -18 | | 187 |
| 3/23/2022 6:40:28 AM | Inmate Purchase | 105 | 100 | | 205 |
| 3/18/2022 9:13:47 AM | Print Fee | 129 | -24 | | 105 |
| 3/11/2022 7:47:00 AM | Print Fee | 216 | -87 | | 129 |
| 3/9/2022 6:40:08 AM | Inmate Purchase | 116 | 100 | | 216 |
| 3/7/2022 7:21:01 AM | Print Fee | 122 | -6 | | 116 |
| 3/4/2022 7:48:25 AM | Inmate Purchase | 22 | 100 | | 122 |

Inmate #: 79622065

TO WHOM THIS MAY CONCERN:

THIS IS AN OFFICIAL FOIA REQUEST.

CAN YOU PLEASE GIVE ME ALL DOCUMENTS INCLUDING BUT NOT LIMITED

TO THE PRINT JOBS/REQUESTS I SENT VIA IN UNIT WORKSTATION TO

TRUST FUND/ADMINISTRATOR TO PRINT. THESE DOCUMENTS INCLUDE;

BULLETIN BOARD POSTINGS, ILL REQUESTS/DOCUMENTS & MESSAGES TO STAFF

PLEASE INCLUDE ANY MESSAGES NOT REQUESTED FOR PRINT BETWEEN

MYSELF AND TRUST FUND, DeBOER, AND Bills.

ANY AND ALL E-MAILS/MESSAGES BETWEEN MYSELF & TRUST FUND,

DeBOER & BILLS FROM January 1, 2022 TO March 10, 2022.

PRINT REQUESTS, MESSAGES, ILL PRINTS, AND ALL OTHER DOCUMENTS

CHARGED FOR & NOT DELIVERED FROM THE FOLLOWING DATES.

1-19-22 (3) pgs; 1-21-22 (15) pgs; 1-24-22 (2) pgs; 1-26-22 (2) pgs; ~~1-29-22 (5) pgs~~

1-29-22 (5) pgs; 2-11-22 (1) pgs; 2-12-22 (1) pgs; 2-16-22 (34) pgs.

This is a total of 68 pages of documents sent directly to Trust fund/

Administrator to print. Including all messages sent & received from;

STROBEL 79622-065; Deboer; Trust fund; Bills; from 1-1-22 TO 3-10-22

Please include any documents in these dates to this dept. not specifically

mentioned herein.                                    Thank You

Nicholas Strobel # 79622-065          [signature]     6-23-22

F.C.I. Sheridan

P.O. Box 5000

Sheridan, OR 97378





**U.S. Department of Justice**
**Federal Bureau of Prisons**

_Western Regional Office_
_7338 Shoreline Drive_
_Stockton, CA  95219_

May 18, 2022

Nick Strobel 79622-065
FCI Sheridan
PO Box 5000
Sheridan, OR  97378          Request Number: 2022-03295

Dear  Strobel:

This is in response to the above referenced Freedom of Information Act (FOIA) request in which you requested memo posted by trust fund.

In response to your request, staff located 6 pages of responsive records, which were forwarded to this office for a release determination. After careful review, we determined all pages are appropriate for release in full.

I trust this is responsive to your request. If you have questions about this response, please feel free to contact the undersigned, this office, or the Federal Bureau of Prisons' FOIA Public Liaison, Mr. Eugene Baime, at: 202-616-7750 (phone); 320 First Street NW, Suite 936, Washington, DC 20534; or ogc_efoia@bop.gov.

Sincerely,

Dennis M. Wong
Regional Counsel



**U.S. Department of Justice**

**Federal Bureau of Prisons**

**Federal Correctional Institution**

*Office of Trust Fund*                                                    *Sheridan, Oregon 97378*

January 4, 2022

**TRULINCS**

"Daily"

Beginning January 10, 2022, Trust Fund will no longer be printing daily print requests from TRULINCS. The print stations that are located in Education will be utilized for BP199's and any Law Library requests only. Inmates will be allowed to retrieve their BP199's Law Library requests during main line. Each unit will have an opportunity once per week to retrieve these items. The last unit called for lunch mainline will be able to retrieve these prints.

# UNIT PRINTING INSTUCTIONS

## (Education)

1. In the unit, select item to print (BP-199/E-mail).

2. Click print icon on screen.

3. Exit screen and return to home page.

4. **<u>DO NOT SELECT PRINT ON THE HOME PAGE!</u>**
   (If you do, it will be sent to Trust Fund and you
   will have to wait for them to send it to you.)

5. Go to Education to print.

Please note, Education staff do not have access to
the Law Library computer system.  Education staff
**<u>cannot</u>** print off your BP199's or e-mails.  You have
to come to Education and print them yourself.

# LAW LIBRARY

# SCHEDULE

# EDUCATION

## STARTING JANUARY 10, 2022

## The following schedule has been established:

|  | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| 7:30 am to 9:00 am | 1A GED/ESL ONLY | 2A GED/ESL only | 3A GED/ESL ONLY | 4A GED/ESL ONLY | |
| 9:00 am to 10:30 am | 1A FSA/Library | 2A FSA/Library | 3A FSA/Library | 4A FSA/Library | |
| 12:00 pm to 1:30 pm | 1B GED/ESL ONLY | | | 4B GED/ESL ONLY | 3B GED/ESL ONLY |
| 1:30 pm to 3:00 pm | 1B FSA/Library | | | 4B FSA/Library | 3B FSA/Library |

## GUIDELINES

- Only the first 20 INMATES will be admitted into library.
- LAW LIBRARY ONLY. The leisure library will remain closed.
- MUST WEAR A MASK AT ALL TIMES.
- Must have an I.D. card.
- Photocopy machine is only available for legal work.

bop foia 2022-03295 3 of 6



# EDUCATION DEPARTMENT

## OPEN HOUSE

# BP-199 FORMS

# ONLY!

## (DURING LUNCH MAINLINE)

**STARTING ON MONDAY ON JANUARY 10, 2022**

**RUNS MONDAYS THROUGH THURSDAYS**

| MONDAY | TUESDAY | WEDNEDSAY | THURSDAY |
|--------|---------|-----------|----------|
| 1A | 2A | 3A | 4A |
| 1B | 2B | 3B | 4B |

**!!! NO OTHER SERVICES WILL BE PROVIDED !!!**

- No labels         - No e-mails     - No Books
- No legal papers       - No other printing besides BP-199's

(c)  **Blocking of Email Address(es).**   TRULINCS provides three types of email address blocks: Bureau-wide, facility-wide, and inmate-specific.   Supporting documentation for blocking email addresses are scanned into TRUFACS using the document imaging process.

Ordinarily, written requests from the Associate Warden for blocking an email address are processed within one working day after receipt.   If specified, these blocks are placed on a specific inmate account; however, if a specific inmate is not identified or where the request specifically states, a block can be placed to prevent any inmate at the facility from emailing a specific address.

Note:   Requests for blocking may not be processed by deleting the contact from an inmate account.

- **Bureau-wide Block.**   Request for Bureau-wide blocks should be routed to the Central Office Intelligence Section for approval.   If approved, these blocks will be placed by Central Office TRULINCS staff.   These requests can be for a specific email address or an entire domain.
- **Facility-wide Block.**   Trust Fund staff place blocks by entering an email address on the Facility Blocked Contact Management Screen in TRULINCS.   The authorization of blocking of an email address cannot be delegated below the Associate Warden level.
- **Inmate-Specific Blocks.**   The contact email address is blocked within the Contact List administration in TRULINCS.
- **Removal of Blocks.**   When an email address is blocked at the recipient's request, the System Administrator removes the block by placing the contact's status to Pending Contact Approval when a written request from the contact is received.

(d)  **Inmate to Inmate Communication.**   An inmate may be permitted to correspond via Public Messaging and postal mail with an inmate confined in any Bureau facility in accordance with the Program Statement **Correspondence**.

Upon receipt of the approved correspondence from Unit team staff, Trust Fund staff are responsible for entering the approval into TRULINCS and scanning the correspondence into TRUFACS using the document imaging process.

d.   **ELL.**   Inmates use dedicated TRULINCS workstations to access the ELL.   Additional guidance regarding law library requirements can be found in the Program Statement **Inmate Legal Activities**.

Trust Fund staff are responsible for ensuring the ELL software is accessible.   The Bureau of Prisons Librarian through institution Education staff is responsible for ELL content, functionality, and training.

When inmates do not have access to a printer, Trust Fund staff are responsible for printing ELL documents for inmates with funds.   Education staff are responsible for printing ELL documents for inmates without funds.   Staff prepares the requested ELL documents and delivers them to the



inmate in a secure manner within a reasonable timeframe from the date of the request and at a time that does not interfere with the normal operations of the institution.

e.  **Manage Funds**

(1)  **Send Funds (BP-199).**  Inmates wishing to send funds from their Deposit Fund account via a Request for Withdrawal of Inmate's Personal Funds (BP-199) must add the recipient to their contact list.  After the contact is approved, inmates enter a BP-199 and print the applicable BP-199 Form free of charge.  See Section 10.2 for additional information regarding BP-199s.

(2)  **Pre-Release Account.**  Inmates are responsible for managing their own pre-release accounts.  See Section 8.11 for information regarding inmate pre-release encumbrances.

f.  **Management TRU-Units.**  Inmates are responsible for purchasing/transferring TRU-Units and tracking their account balances.

g.  **Music Service.**  Inmates that have purchased an authorized MP3 player from the Commissary access the Music Service to activate the player; revalidate the player; and purchase non-explicit media.  Inmates are required to accept the Music/Media Terms of Use before accessing the service.

Inmates are authorized to have a maximum of one active MP3 player.  Players must be connected to TRULINCS and re-validated every 14 days or they will stop working.  It is imperative that MP3 players remain connected to TRULINCS while data is being written to them.  The Bureau is not responsible for any damage players receive while charging or while connected to TRULINCS computers.  Players cannot be used at Bureau privatized facilities or contract holdover facilities.

Media are purchased by inmates within the system using TRU-Units and are priced in three tiers. Many titles/songs have multiple versions and/or multiple artists.  Inmates are responsible for ensuring the accuracy of their purchases.  All music sales are final; no refunds will be issued.  All purchased music/media files must be stored on the MP3 player.  Inmates may print a list of their media for a fee.

The music library is automatically updated when made available to the contractor; the Bureau does not control when songs are made available or the library content.  However, songs that jeopardize the safety, security, or good order of the institution or protection of the public will be removed from the music library and MP3 players at the Bureau of Prisons' discretion.  TRU-Unit refunds will be issued for songs that are removed by the Bureau of Prisons.

h.  **Prescription Refills/Consultation Notifications.**  Through an interface with the Bureau Electronic Medical Record (BEMR), inmates are provided with a list of their prescriptions that are eligible to be refilled.  Inmates follow established local procedures for picking up requested prescriptions approximately 24 hours after they submit a request.  Inmates are also provided with the results of consultation requests through the Health Services Department.  The consultation

P4500.12   3/14/18   Federal Regulations from 28 CFR: this type.   Implementing instructions: this type.   136

b.  **Monthly Reconciliation.**  Staff complete the monthly reconciliation as required in the institution proof-check.

c.  **Refunds.**  Refunds are provided in the following circumstances:

■  When granted by the Trust Fund Supervisor as a result of a system malfunction that has been documented through the trouble ticket system.
■  Refunds for printer malfunctions, in the form of a reprint unless documented through the trouble ticket system.
■  When granted by the Central Office when purchased media has been deemed defective, explicit, or inappropriate.

d.  **Funds Returned to TRUFACS.**  Funds are returned to TRUFACS by staff only in the following circumstances:

■  Inmates are released.
■  Inmates on Public Messaging and/or MP3/Music restriction for more than 60 days may request in writing that their TRU-Units be returned to their Commissary account.   This is a one-time transaction for the entire TRU-Unit balance.
■  In rare or unusual instances deemed appropriate by the Warden when inmates do not have access to TRULINCS.   In these circumstances, Trust Fund staff are given written documentation to support the transfer.   This is a one-time transaction for the entire balance.

e.  **Processing Inmate Releases.**  A TRULINCS account is released when an inmate is released in TRUFACS.   If there is a communication issue between TRUFACS and TRULINCS, staff may proceed with the release in TRUFACS.   A secondary TRUFACS release must be completed once connection with TRULINCS is restored.   The Trust Fund Specialist shall run the TRULINCS Released Inmate with TRU-Unit Balance Report weekly and take corrective action for inmates listed on this report.

**14.8  INMATE ACCOUNTS.**  TRULINCS inmate accounts are established and maintained automatically through the TRUFACS nightly process.

a.  **Account Access.**  Inmates access their accounts using their eight-digit register number; nine-digit phone access code (PAC); and fingerprint identification or four-digit Commissary personal identification number (PIN).

It is the inmate's responsibility to maintain possession of his/her login information.   Inmates will not share passwords (login criteria) and will log off the system when leaving the TRULINCS terminal.

b.  **Locked Accounts.**  After three consecutive failed attempts to access the system, the inmate's account is locked.   Inmates request in writing to the Trust Fund Supervisor that their accounts be unlocked.

P4500.12   3/14/18   Federal Regulations from 28 CFR: this type.   Implementing instructions: this type.                129

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: STROBEL, Nicholas R    79622-065    3A    F.C.I.Sheridan
     LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST** During Isolation Unit Lockdown in 3A
I made several print requests from Trust Fund before my unit
had access to a printer. My unit did not first get access to
a printer until 3-16-22. ALL 195 Trulincs I was charged
by Trust Fund should be refunded, or per policy 4500.12
TRULINCS Section, Trust fund should deliver to me
documents charged for. I had no access to printer
until 3-16-22 and ALL my requests were deducted
between 1-19-22 + 3-7-22, A time frame which
this inmate had no printer access. See communication, transactions,
see also BP.8 memo.

4-1-22
DATE    Refund Trulincs or deliver paid for prints    SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____    _____
DATE    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

SECOND COPY: RETURN TO INMATE    CASE NUMBER: _____

    CASE NUMBER: 1116270-F1

**Part C– RECEIPT**

Return to: _____    _____    _____    _____
     LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____    _____
DATE    1116220    RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN    Previously BP–DIR–9    BP–229(13)
    APRIL 1982

**REQUEST FOR ADMINISTRATIVE REMEDY**

**Part B-RESPONSE**
**SHE-1116270-F1**

This is in response to your Request for Administrative Remedy received on April 7, 2022, wherein you request a refund of TRU-UNITS spent on print requests from the dates of; 1-19-22, 1-21-22, 1-24-22, 1-26-22, 1-29-22, 2-11-22, 2-12-22 and 2-16-22 totaling 195 TRU-UNITS.

Inmates were notified on January 4, 2022 via the TRULINCS bulletin board, that Trust Fund would no longer provide daily print requests made in the housing units from TRULINCS. The notification clearly stated that BP-199 and Law Library prints would be completed in the Education department, in accordance with the posted schedule. Education also posted via TRULINCS a schedule to access printing options beginning January 10, 2022.



Per Program Statement 4500.12, 14.10, d., "When inmates do not have access to a printer, Trust Fund staff are responsible for printing ELL documents for inmates with funds. Education staff are responsible for printing ELL documents for inmates without funds."

The Law Library was not available in the units the dates in question, and the prints were also not ELL documents. Program Statement 4500.12 14.7, c, also states, Refunds are provided in the following circumstances; "When granted by the Trust Fund Supervisor as a result of system malfunction that has been documented through the trouble ticket system. Refunds for printer malfunctions, in the form of reprints unless documented through the trouble ticket system; when granted by Central Office when purchased media has been deemed defective, explicit, or inappropriate." None of these conditions are met in this complaint.

Therefore, your Request for Administrative Remedy is denied. If dissatisfied with this response, you may appeal to the Western Regional Director, 7338 Shoreline Drive, Stockton, CA 95219. Your appeal must be received in the Western Regional Director's office within 20 calendar days of the date of this response.

5/2/22
Date

DeWayne Hendrix, Warden

DB15

1116270

**U.S. Department of Justice**

**Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball–point pen. If attachments are needed, submit four copies. One copy of the completed BP–DIR–9 including any attachments must be submitted with this appeal.

From: STROBEL NICHOLAS, R    79622-065    3A    Sheridan FCI

LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A—REASON FOR APPEAL**

My unit was used as Quarantine unit.
I did not have printer access until 3-16-22
Trust fund charged me for 195 TRULINCS w/o
Delivering to me documents as stated on computer.
January 4, Bulletin Board post did not apply to
Unit 3A, we were not allowed to leave unit.
See all enclosed documents. Deliver documents
or credit 195 Trulincs or refund $9.75

5-11-22

DATE                    SIGNATURE OF REQUESTER

**Part B—RESPONSE**

_____    DATE

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY

REGIONAL DIRECTOR

CASE NUMBER: 1116270-R1

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: 1116270

_____    DATE                SIGNATURE, RECIPIENT OF REGIONAL APPEAL    BP–230(13)

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 24, 2022

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      WESTERN REGIONAL OFFICE

TO  : NICHOLAS ROBERT STROBEL, 79622-065
      SHERIDAN FCI    UNT: UNIT 3    QTR: C01-107U
      P.O. BOX 8000
      SHERIDAN,  OR 97378

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 1116270-R1      REGIONAL APPEAL
DATE RECEIVED   : MAY 20, 2022
SUBJECT 1       : TRULINCS
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT PROVIDE A COPY OF YOUR   INSTITUTION
                 ADMINISTRATIVE REMEDY REQUEST (BP-9) FORM OR   A COPY
                 OF THE (BP-09) RESPONSE FROM THE WARDEN.

Delivered 07/06/22

Received 7-6-22

Copy of both Institution BP9+ Response was DB17
1116270  Enclosed

**U.S. Department of Justice**

Central Office Administrative Remedy Appeal

Federal Bureau of Prisons

Type or use ball–point pen. If attachments are needed, submit four copies. One copy each of the completed BP–DIR–9 and BP–DIR–10, including any attachments must be submitted with this appeal.

From: STROBEL, NICHOLAS, R    79622-065    3A    SHE FCI
       LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A—REASON FOR APPEAL**

This is my appeal to the denial of my Regional Appeal. I did not have printer access when I requested Trust fund to print my documents. I was charged 195 TRULINCS OR $9.75 and was not given purchased prints.
Unit 3A, my unit was quarantine unit & had no printer Access.
Give me paid for documents or refund me $9.75 OR 195 TRULINCS

7-7-22
DATE                 SIGNATURE OF REQUESTER

**Part B—RESPONSE**

DIR

RECEIVED

JUL 1 5 2022

Administrative Remedy Section
Federal Bureau of Prisons

_____        _____
DATE                  GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE          CASE NUMBER: 1116270-A1

**Part C—RECEIPT**
                             CASE NUMBER: _____

Return to: _____    _____    _____    _____
       LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____
1116270

_____        _____
DATE               SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP–231(13)

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JULY 29, 2022

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : NICHOLAS ROBERT STROBEL, 79622-065
      SHERIDAN FCI    UNT: UNIT 3    QTR: C01-102U
      P.O. BOX 8000
      SHERIDAN,  OR 97378


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 1116270-A1      CENTRAL OFFICE APPEAL
DATE RECEIVED   : JULY 15, 2022
SUBJECT 1       : TRULINCS
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: CONCUR WITH RATIONALE OF REGIONAL OFFICE AND/OR INSTITUTION
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.

Administrative Remedy

Defendant Caspers violating due process rights + rejecting purchases as personal photos

EXHIBIT 12

SHE 1330.18
ATTACHMENT A

## INFORMAL RESOLUTION

NOTICE TO INMATE: You are advised that prior to filing a Request for Administrative Remedy Form (BP-9), you MUST attempt to informally resolve your complaint through your Correctional Counselor except for UDC/DHO related concerns.

1. 
   STROBEL, N                79622-065        3A        5-18-22
   Inmate Name              Register Number   Unit      Date

2. State below Your Specific Complaint:

ON 5-13-2022, D.CASPERS WRONGFULLY AND ILLEGALLY REJECTED PURCHASED PUBLISHED PHOTOS. IN DOING SO, D.CASPERS DID NOT FOLLOW GUIDELINES SET IN P.S. 540.72 (2) AND VIOLATED THE FIRST AMENDMENT RIGHTS OF NOT ONLY MYSELF, BUT THAT OF THE PUBLISHER PRODUCTS WERE PURCHASED FROM. THIS WRONGFUL ACT HAS COST ME $30.50

3. State What Action You Want Staff to Take to Correct the Situation.

TRAIN STAFF PROPERLY IN BOP PROGRAM STATEMENT W/ REGARDS TO INCOMING PUBLICATIONS BEFORE LETTING THEM WRONGLY PROCESS & REJECT THEM.

DELIVER TO ME ALL CONTENTS OF ORDER FROM 5-13-22, THEY ARE ALLOWED PER POLICY

4. What Efforts Have You Made to Resolve Your Complaint Informally?

I HAVE SPOKEN TO, WRITTEN TO, E-MAILED AND DISCUSSED WITH NUMEROUS INSTITUTION STAFF WITH MISHANDLING OF MAIL FOR THE PAST YEAR.

SEE COP/OUT SUBMITTED ON 5-16-22 TO "D.CASPERS-OR THEIR SUPERVISOR"
SEE COPY OF PRISON FRIENDLY BROCHURE ALL PHOTOS WERE ORDERED FROM. (ATTACHED)
*********************************************************************************

5. Advice to inmate regarding complaint (include Program Statement number if applicable):

Per P.S. 5265.14, Correspondence the warden may reject Correspondence sent by or to an inmate... to include sexually explicit material. You were provided a rejection slip per policy identifying the mail as Sexually Explicit personal photos.

6. Informal Resolution WAS / WAS NOT accomplished (Circle One)

Correctional Counselor Date          Unit Manager   Date
                    05/22/22                        5/19/22

1116270-R2

C-1

BP-A014B
JUNE 10
INMATE REQUEST TO STAFF CDFRM
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) D. Capers, CSO —OR THEIR SUPERVISOR | DATE: 5-16-22 |
|---|---|
| FROM: STROBEL, N | REGISTER NO.: 79622-065 |
| WORK ASSIGNMENT: N/A | UNIT: 3A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.

Photos were denied against policy. See p.s. 540.72
Finally sent F2. Causing me a loss of $30.50.
's were purchased along with two (2) color catalogs, all of which are allowed per policy.
Capers, CSO, on 5-13-22 wrongly denied purchased materials.
Products were ordered using BP-199 & following ALL BUP policy.
Please deliver to me (25) purchased non-nude photos &
ordered & paid for BUP friendly catalogs with non-nude
etc.
See attached rejection forms, letter to Company, & copy of prison friendly
picture all (25) of these particular photos were ordered.    5-16-22 8:05 p.m.

[Do not write below this line]

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
PDF                        Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and 82-5148.070 APR 94

FILL IN SECTION 6 UNLESS APPROPRIATE FOR PRODUCT/FOLDER.        **SECTION 6**

---

BP-... (Illegible)
APR 17
U.S. DEPARTMENT OF JUSTICE                    ...F PRISONS

| TO: (Sender - See Return Address) SOUTH BEACH SINGLES PO BOX 381619 MIAMI, FL 33233 | FROM: (Institution) FCI Sheridan, Attn: Mailroom 27072 Ballston Road Sheridan, Oregon 97378 | |
|---|---|---|
| INMATE'S NAME: STROBEL, NICHOLAS | REGISTER NUMBER: 79622-065 (3A) | DATE: 05-13-2022 |

Check all that apply:

| Material Rejected and Returned | Package Refused and Returned |
|---|---|
| Your correspondence has been examined and: | The contents of your correspondence have NOT been examined, however it is being returned to you because: |
| You enclosed stamps or stamped items that cannot be given to the inmate. | The inmate has failed to obtain an authorized BP-331, Authorization to Receive Package or Property. |
| You enclosed a negotiable instrument. Negotiable instruments are to be forwarded to the National Lockbox at the following address: Federal Bureau of Prisons | The package has not been properly marked "Authorized by Bureau Policy" in accordance with Program Statement 5800.16, Mail Management Manual, or fails to reasonably indicate the package is authorized by Bureau policy. |
| Post Office Box 474701 Des Moines, Iowa 50947-0001 | The inmate recipient could not be identified due to missing, incorrect, or an illegible name and/or register number. |
| You enclosed the following unauthorized material: | |

| Stationary/Blank Greeting Cards |
| Plant-Shavings |
| Sexually Explicit Personal Photos |
| Other (specify below) |

The following material cannot be inspected without damage:

| Electronic Musical Greeting Card |
| Padded Card |
| Double Faced Polaroid Photos |
| Other (specify below) |

Your correspondence or letter has, however, been provided to the inmate with a copy of this notice.

Specific Material Returned:
X 25 Sexually Explicit Personal Photos

(Printed or Typed Name and Written Signature of Correctional Systems Officer)
D. CAPERS, CSO

Record Copy - Addressee (with materials); Copy - Inmate; Copy - Mail Room File.
PDF                        Prescribed by P5800              Replaces BP-328.058 of APR 94

---

RESPONSE TO INMATE REQUEST TO STAFF MEMBER
Federal Correctional Institution Sheridan
Sheridan, Oregon

Filed BP-8

STROBEL, NICHOLAS ROBERT
Reg. No. 79622-065
Unit 3A - CELL 107U

This is in response to your Inmate Request to Staff dated
May 16, 2022, in which you alleged your photos were denied
against policy, specifically p.s. 540.72.

Unfortunately, mail room staff were unable to locate any policy
named "p.s. 540.72", although your complaint is addressed in
Federal Bureau of Prisons Program Statement 5800.16 and 5580.08.

Program Statement 5800.16 specifically states "...Minor or
nuisance physical things (such as hair, plant shavings, small
artifacts and items, and sexually explicit personal photographs,
etc.) are not authorized and will be returned to the sender..."

Additionally, Program Statement 5580.08 states "...an inmate may
not be permitted to retain, receive, or possess a personal
photograph in which the subject is partially nude or nude, or
when the photograph depicts sexual acts such as intercourse,
fellatio, or sodomy. These materials will be returned to the
sender upon receipt at the institution."

Your photos were rejected based off violating both Program
Statement 5800.16 and 5580.08, and therefore your photos were
returned to the sender and a BP-A0328 was completed.

I hope this adequately addresses your concerns.

D. Capers, CSO                        19MAY22
                                      Date

---

540.72 Statutory restrictions requiring return of commercially published
information or material which is sexually explicit or features nudity.

Title 18 of the United States Code, Section 4042 note, states:

"[N]one of the funds appropriated or otherwise made available to the Federal Bureau of
Prisons may be used to distribute or make available any commercially published
information or material to a prisoner when it is made known to the Federal official having
authority to obligate or expend such funds that such information or material is sexually
explicit or features nudity."

Procedures in this section affect publications received on or after August 28, 1999. Publications
authorized before that date will be retained and transferred per the Program Statement Inmate
Personal Property.

(a) When commercially published information or material may not be distributed
by staff or made available to inmates due to statutory restrictions (for example, a
prohibition on the use of appropriated funds to distribute or make available to
inmates information or material which is sexually explicit or features nudity), the
Warden or designee shall return the information or material to the publisher or
sender. The Warden or designee shall advise the publisher or sender that an
independent review of the decision may be obtained by writing to the Regional
Director within 20 days of receipt of the notification letter. Staff shall provide the
inmate with written notice of the action.

Mailroom staff will return publications found to be non-distributable on the basis of the definitions
listed in subsection (b) below. The publications will be returned with the appropriate attachment.

Ordinarily, the outside cover is used to assess content or the need for further review.

Non-distributable publications will be returned to the sender or publisher with a BP-A0954,
Notification to Publisher of Return of Publication. The publications may be returned in bulk,
annotating the number of returned copies.

Materials extracted, photocopied, or clipped from such publications will also be returned to the
sender with a BP-A0955, Notification to Sender of Return of Materials.

Under subsection (a) of this section, there is no need to delay the return of non-distributable
publications or materials even when an inmate appeals under the Administrative Remedy Program.

© 2021 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to restrictions and terms and conditions of the Matthew Bender Master Agreement.

because the statutory restriction on making the material available precludes any inmate review.

Inmates will be notified via the BP-A0956, Notification to Inmate of Return of Publication or Materials.

Although the publication or material is returned, the Warden will ensure a copy of the publication cover and one page of the banned information or material is copied and retained at the institution in case of a subsequent appeal by the inmate or publisher/sender.

Inmates may use the Administrative Remedy Program to appeal return of materials. However, as 18 U.S.C. 4042 note prohibits the Bureau from distributing the material, inmates may not review copies of returned materials in connection with administrative remedy filings.

Only one copy of the retained, statutorily prohibited information is to be retained by the Warden, even if the publication is mailed to several inmates:

▮ For example, if the April 2009 publication of XYZ is mailed to 20 inmates, that publication cannot be made available to inmates. Only one issue of the publication needs to be retained.
▮ A copy of the notification sent to each inmate will be attached to the retained material.
(b) *Definitions*. For the purpose of this section:

(1) *Commercially published information or material* means any book, booklet, pamphlet, magazine, periodical, newsletter, photograph or other pictorial depiction, or similar document, including stationery and greeting cards, published by any individual, organization, company, or corporation which is distributed or made available through any means or media for commercial purposes. This definition includes any portion extracted, photocopied, or clipped from such items.

(2) *Nudity* means a pictorial depiction where genitalia or female breasts are exposed.

Specifically, when the pictorial depiction of the female breast displays the areola or nipple, this material will be rejected.

(3) *Features* means the publication contains depictions of nudity or sexually explicit conduct on a routine or regular basis or promotes itself based upon such depictions in the case of individual one-time issues. Publications containing nudity illustrative of medical, educational, or anthropological content may be excluded from this definition.

Section 2.c. prohibits the establishment of an excluded list of publications. It is important to

pro

2

© 2021 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

review each individual publication for unacceptable content. The following are examples of commercial publications that contain nudity illustrative of medical, educational, or anthropological content, which are allowable:

▮ *National Geographic.*
▮ *Our Bodies, Ourselves.*
Also, the following are examples of commercial publications that may be allowable if they do not contain depictions of nudity:

▮ *Sports Illustrated* swimsuit issues.
▮ Lingerie catalogs.
However, if the above examples contain depictions of nudity not illustrative of medical, educational, or anthropological content, they should be rejected under this section. A publication may change a single issue or its general policies and practices at any time, which would make it acceptable or unacceptable for distribution. The examples above are guidelines only and are subject to change.

(4) *Sexually explicit* means a pictorial depiction of actual or simulated sexual acts including sexual intercourse, oral sex, or masturbation.

For purposes of this section, written text does not qualify a publication as sexually explicit.

Publications with sexual content that are not returned under these procedures are still subject to rejection through procedures in Section 2.h.(7). For example, publications that contain sexually explicit text, feature sadomasochism or bestiality, or involve children may not meet the definitions in this Section for sexually explicit or nudity, but may be considered detrimental to the security and good order of the institution, per Section 2.b.(7).

pro

3

© 2021 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Print to PDF without this message by purchasing novaPDF (http://www.novapdf.com/)

Print to PDF without this message by purchasing novaPDF (http://www.novapdf.com/)





UNICOR FEDERAL PRISON INDUSTRIES INC.
·LEAVENWORTH KANSAS

ENT OF JUSTICE

: Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

Joel, Nicholas R                79622-065        3A         SHE , FCI
\ST NAME, FIRST, MIDDLE INITIAL         REG. NO.           UNIT          INSTITUTION

\TE REQUEST

> Staff did not follow the definition of sexually
\t put forth in Program statement. Thus, staff
prison friendly, non-nude photos violating my
endment rights + BOP policy. Staff "identified" photos wrongly.
photographs by BOP definition are not personal photos or
lly Explicit (see attachments)
wer to me rejected photos + catalogs - OR
     Refund $30.50
\E                                                     SIGNATURE OF REQUESTER

)NSE 5-25-22 filed

This copy made
by Adegbite on 5-25-22
"poor quality"

WARDEN OR REGIONAL DIRECTOR

*esponse, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

IURN TO INMATE                          CASE NUMBER:

                                        CASE NUMBER:

BP-A0148
JUNE 10

INMATE REQUEST TO STAFF CDFRM

U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| OFFICE OF THE WARDEN  SHE | 6-29-22 |
| FROM: | REGISTER NO.: |
| STROBEL, NICHOLAS | 79622-065 |
| WORK ASSIGNMENT: | UNIT: |
| FS | 3A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.

This request is in regards to a BP-9 Turned into staff
on 5-25-22. It has not been responded to. South Beach Singles
Please respond with a reason, or a go ahead to proceed
to a BP-10. BP-8 + BP-9 (copy) attached to this)

$130.50

Thank you

(Do not write below this line)

DISPOSITION:

There is nothing on file Regarding this
BA-9

| Signature Staff Member | Date |
|---|---|
| D Bishop | 7/6/22 |

Record Copy - File; Copy - Inmate

PDF                          Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER          **SECTION 6**

**U.S. Department of Justice**

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball–point pen. If attachments are needed, submit four copies. One copy of the completed BP–DIR–9 including any attachments must be submitted with this appeal.

From: Strobel, Nicholas R    79622-065    3A    SHE-FCI
      LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A—REASON FOR APPEAL**

This is my appeal to the BP-9 staff at F.C.I. Sheridan 1st.
D. Caspers wrongly rejected/returned photos sent by an approved publisher. D. Caspers did not follow BOP policy or definition of sexually explicit. D. Caspers violated my 5th & 14th Amendment rights to due process by being the one not only rejecting paid for publications but also replying/giving response to remedy. Refund $30.50 to my account or deliver/get my pictures.

7-14-22   See attachments - of policy &       _____
      DATE       Prison friendly brochure ordered from    SIGNATURE OF REQUESTER

**Part B—RESPONSE**    & Caspers Response to BP-8 etc.

RECEIVED

SEP 19 2022

WESTERN REGIONAL OFFICE

_____       _____
       DATE                   REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE           CASE NUMBER: 1116220-R2

----

**Part C—RECEIPT**

                                             CASE NUMBER: _____

Return to: _____
         LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

SUBJECT: _____

_____       _____
     DATE                    SIGNATURE RECIPIENT OF REGIONAL APPEAL      BP–230(13)

*104*

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: SEPTEMBER 24, 2022

*for. C·n*

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      WESTERN REGIONAL OFFICE

TO  : NICHOLAS ROBERT STROBEL, 79622-065
      SHERIDAN FCI     UNT: UNIT 3    QTR: Z01-104UAD
      P.O. BOX 8000
      SHERIDAN,   OR 97378                        *3A ( S/N*


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 1116270-R2      REGIONAL APPEAL
DATE RECEIVED   : SEPTEMBER 19, 2022
SUBJECT 1       : TRULINCS        *30.50   South bench Singles*
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT PROVIDE A COPY OF YOUR   INSTITUTION
                 ADMINISTRATIVE REMEDY REQUEST (BP-9) FORM OR   A COPY
                 OF THE (BP-09) RESPONSE FROM THE WARDEN.

*Sent BP-11 w/ TRULINCS + D. Caspers explanation. This is mixed up*

*Received on October 31, 2022*

*The documents returned are for D. Caspers wrongly denying publication +
violating my 1st, 5th & 14th Amendment rights. They have nothing to do with
TRULINCS... There IS a copy of the BP-9 enclosed as well.*

*Warden never responded.*

*On 10-1-22   I asked C.O. Loughbom for copies.
He stated "I do not have a copy machine", I asked "can you scan them
and print them then?" His response, "Nope."*

**U.S. Department of Justice**

**Central Office Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: Strobel Nicholas, R     79622-065     SHU     SHE-FCI
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A—REASON FOR APPEAL** I was given a Rejection notice from Regional on 10-31-22. Remedy ID#1116270-R2 Dated 9-19-22, SUBJECT 1: TRULINCS. This was stapled to a BP-10 w/ regards to a mail violation Appeal for the violation of BoP policy and for the violation of my 5th & 14th Amendment Rights by D.Caspers CSU of F.C.I. Sheridan. Regional Mixed up two separate Remedies. So I must use this (1) Central office BP-11 to address both. D.Caspers being the CSO who responded to my complaint rises the Constitutional violation. This staff member rejected purchases by misinterpreting and/or misapplying BoP Policy. This staff member caused me loss of $30.50. Enclosed is copy of Regional Appeal. I am in SHU and C.O. Laughborn & LT. Styles both denied me copies. Therefore you will not get copies of my originals. I have learned my lesson well from parting with those. My request for copies were denied on 11-1-22. I do have the copies, if a representative can get copies I will let that happen. Contact SHE-FCI. I would like my account credited the $30.50 of my purchases replaced. I would like staff to actually follow policy.

TRULINCS - The TRULINCS ISSUE that got mixed up with this is simple. I was in the Quarantine Unit (3A) I used my TRULINCS account to request (197 trulines worth of printing. I did not have access to printer per policy it was sent to Trust Fund, I was charged. Michael Deboer refused to provide my purchased documents that I made clear in emails to him were for TORT, Admin. Remedies and Legal reasons. He refused documents. Essentially he stole almost $10.00 from me.
Instruct staff to follow policy. Refund 197 trulines or give documents

11-5-22     Regional also gave BB-10 filed on 8-15-22
DATE     Same Remedy #. I appeal all decisions. See enclosed     SIGNATURE OF REQUESTER

**Part B—RESPONSE**

---

DATE

ORIGINAL: RETURN TO INMATE

**Part C—RECEIPT**

Check into this »
WRONG # ?
GENERAL COUNSEL
CASE NUMBER: 1116270-R2

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

DATE     SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN     Previously BP-DIR-11     BP-231(13)
APRIL 1982

# Administrative Remedy

Defendant Johnson violating 1st, 5th & 14th Amendment Rights. Denying legal copies/printings for time sensitive legal, administrative remedies and TORT claims. Complete disregard for BoP policy.

EXIBIT #13

*No response*

SHE 1330.18
ATTACHMENT A

*p164 of 239*

## INFORMAL RESOLUTION

NOTICE TO INMATE:  You are advised that prior to filing a Request for Administrative Remedy Form (BP-9), you **MUST** attempt to informally resolve your complaint through your Correctional Counselor except for UDC/DHO related concerns.

1.  Strobel, Nick _____ 79622-065 _____ 3A _____ 6-29-22
    Inmate Name         Register Number    Unit    Date

2.  State below Your Specific Complaint:

Moreno in Education refuses to help obtain prints for me "an inmate without funds" as per BOP policy. She misrepresents or mis-quotes policy and refuses to adhere to policy presented to her. She is denying my due process.  6-29-22 10:05 A.
See attached

3.  State What Action You Want Staff to Take to Correct the Situation.

Please help me obtain the documents I need for Administrative remedies, TORT claims, due process and courts of the United States of America

4.  What Efforts Have You Made to Resolve Your Complaint Informally?

I spoke to her, showed her policy and refused to help applying a policy that does not apply to this situation. "An inmate without funds".

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

5.  Advice to inmate regarding complaint (include Program Statement number if applicable):.

_____

_____

_____

_____

6.  Informal Resolution WAS / WAS NOT accomplished(Circle One)

_____        _____
Correctional Counselor Date       Unit Manager    Date

Put w/ 1131439-F1
No Response

8.    [**INMATES WITHOUT FUNDS** § 549.31

a. The Warden must establish procedures to provide up to two OTC medications per week for an inmate without funds. An inmate without funds is an inmate who has not had a trust fund account balance of $6.00 for the past 30 days.

b. An inmate without funds may obtain additional OTC medications at sick call if health services staff determine that he/she has an immediate medical need which must addressed before the inmate may again apply for OTC medications under this section.

c. To prevent abuses of this section (e.g., inmate shows a pattern of depleting his or her commissary funds before requesting OTC medications), the Warden may impose restrictions on the provisions of this section.]

9.    **PROCEDURES FOR INMATES UNABLE TO AFFORD OTC MEDICATIONS.**

All inmates, including those without funds (indigent), will have the same opportunity to obtain OTC medications (once weekly).

Each institution will establish one day per week for this purpose.

Inmates without funds (**indigent inmates**) will be supplied with OTC medication at the institution pharmacy (Attachment A). Inmates who wish to obtain OTC medications, must come to the

institution pharmacy at the first pill line on the designated day and turn in the request.

One request per inmate per week will be accepted.

! The inmate will select no more than two items on the Inmate Over-the-Counter Medications Request form (BP-S788).   If he or she needs more than two items, he or she must attend triage/sick call.

! When the pharmacy staff receives the form, they will verify the requesting inmate is without funds (indigent) by reviewing the TRUFACS browser based application report for inmates without funds (**indigent inmates**).

pro

1

© 2022 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

[g.    The institution staff shall, upon an inmate's request and at times scheduled by staff, duplicate legal documents if the inmate demonstrates that more than one copy must be submitted to court and that the duplication cannot be accomplished by use of carbon paper.    The inmate shall bear the cost, and the duplication shall be done so as not to interfere with regular institution operations.    Staff may waive the cost if the inmate is without funds or if the material to be duplicated is minimal, and the inmate's requests for duplication are not large or excessive.]

To prevent abuses of this provision (e.g., inmate shows a pattern of depleting his or her commissary funds prior to requesting duplication of legal documents), the Warden may impose restrictions on the provisions of this subsection.    In such

cases, staff may request that the inmate complete the appropriate form for reimbursement (BP-CMS-21/24) for the amount of **legal copies** received at government expense.    Commissary staff will

hold the BP-CMS-21/24 form and charge the reimbursement against the inmate's account as soon as the inmate has funds (see the Trust Fund/Warehouse/Laundry Manual.)

1

© 2022 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

SHE 1330.18
ATTACHMENT A

## INFORMAL RESOLUTION

NOTICE TO INMATE:  You are advised that prior to filing a Request for Administrative Remedy Form (BP-9), you **MUST** attempt to informally resolve your complaint through your Correctional Counselor except for UDC/DHO related concerns.

1.    Strobel, Nicholas          79622-065          3A          7-11-22
      Inmate Name                 Register Number    Unit        Date

2.  State below Your Specific Complaint:

Johnson in Education refuses to print documents in my queue. The documents are from ELL and other documents related to Admin. Remedies, TORT claims, + Court proceedings. This is in violation of my 5th & 14th Amendment Rights to "due process".

3.  State What Action You Want Staff to Take to Correct the Situation.

Follow definition of "Inmates without funds - indigent inmates." An inmate without funds is an inmate who has not had trust fund account balance of $6 for the past 30 days. Print documents as policy states. Education is responsible for this service for inmates w/o funds.

4.  What Efforts Have You Made to Resolve Your Complaint Informally?

Numerous e-mails to trust fund and education. spoken to Smith, Moreno, & Johnson. I have attempted to communicate w/ Johnson but am unable to communicate clearly due to constant interruptions and inability to look at policy as it is written. Unwillingness to help.

*********************************************************************

5.    Advice to inmate regarding complaint (include Program Statement number if applicable):

_____

_____

_____

_____

6.  Informal Resolution WAS / WAS NOT accomplished (Circle One)


_____        _____
Correctional Counselor  Date    Unit Manager    Date


1131439-F1

168 of 239

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: _Strobel, Nicholas, R_   _79622-065_   _3A_   _SHE-FCl_
     LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.      UNIT      INSTITUTION

**Part A- INMATE REQUEST**  Since June I have been attempting to get education to follow policy and print ELL documents for time sensitive court, administrative remedy + Tort proceeding. For the past several months up until August 8, when I was compensated for my work in Food Service, I was according to policy, indigent. No response to BP-8. Johnson in education refuses to print any legal documents from my queue. The 46 documents I have been all but begging for for over 70 days are no longer available in my queue.
Johnson violates the 5th + 14th Amendment rights to "due process" for anyone naive enough to think policy will be followed and seeks indigent printing. The remedy I seek is for staff to follow policy as it defines inmates without funds.
_8-12-22_  (30 days $6) print documents for those in _____ Supply my documents
    DATE                                    SIGNATURE OF REQUESTER

**Part B- RESPONSE**

RECEIVED
AUG 2 4 2022
FCI SHERIDAN
ASSOCIATE WARDEN'S OFFICE

_____        _____
       DATE                  WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**            CASE NUMBER: _____

                                         CASE NUMBER: _1131439_

**Part C- RECEIPT**
Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____        _____
       DATE                  RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: AUGUST 24, 2022


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      SHERIDAN FCI

TO  : NICHOLAS ROBERT STROBEL, 79622-065
      SHERIDAN FCI    UNT: UNIT 3    QTR: C01-102L
      P.O. BOX 8000
      SHERIDAN,  OR 97378


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 1131439-F1       ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : AUGUST 24, 2022
SUBJECT 1       : OTHER LEGAL
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT ATTEMPT INFORMAL RESOLUTION PRIOR TO SUBMISSION
                 OF ADMINISTRATIVE REMEDY, OR YOU DID NOT PROVIDE THE
                 NECESSARY EVIDENCE OF YOUR ATTEMPT AT INFORMAL RESOLUTION.


*Adeqbite delivered this notice to me on 9-12-22 in cell 308 in SHU*

*Rec. on 9-12-22 in SHU asked for BP-10. STAFF DID NOT HAVE ONE. WILL FILE BP-10 AS SOON AS GIVEN ONE.  [signature] 9-12-22*

*On 9-13-22 I asked Lt. Styles for BP-10, I was not given one.*

*9-14-22 - Requested BP-10 from Ms. Ayala - was denied*
*9-16-22  Requested BP-10 from staff - response, "I don't have any paperwork on me, sorry."*
*9-17-22 Ms. Heatherthahl gave me a BP-10*

*The BP-9 is not signed by warden. So there is no issue with timely filing.*

*1131439-F1*

U.S. Department of Justice

Federal Bureau of Prisons

Regional Administrative Remedy Appeal

Type or use ball–point pen. If attachments are needed, submit four copies. One copy of the completed BP–DIR–9 including any attachments must be submitted with this appeal.

From: Strobel, Nicholas, R    79622-065    3A/SHU    FCI-SHE
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A—REASON FOR APPEAL** I did not have any funds over $6 in my account during June/July 2022. I had emailed back and forth to Education/Johnson for weeks + spoken to him in person. Email Proxy has proof. I was also written up in retaliation for demanding staff follow policy and print ELL documents.

While indigent I had 46 pages of ELL documents and other print requests I asked Education to print.

Johnson in Education refused to print ANY of them. Even though I explained that I wanted documents for time sensitive court, Administrative Remedy, and Tort proceedings. My 5TH & 14TH Amendment Rights to "due process" have been violated continuously by Johnson + Other staff. The 46 pages of ELL documents have been removed from my quene by staff. Relief: Deliver to me the 46 pages of ELL documents. Put out memo to staff informing them to follow policy. Discontinue ill treatment and unprofessionalism. Follow BOP policy.

9-17-22
DATE    If none of these are acceptable - I request financial repercussions.    SIGNATURE OF REQUESTER

**Part B—RESPONSE**

RECEIVED

OCT 21 2022

WESTERN REGIONAL OFFICE

_____    _____
DATE    REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY    CASE NUMBER: 1131439-R2

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

USP LVN    DATE    Previously BP–DIR–10    SIGNATURE, RECIPIENT OF REGIONAL APPEAL    BP–230(13)
APRIL 1982

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: OCTOBER 23, 2022

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      WESTERN REGIONAL OFFICE

TO  : NICHOLAS ROBERT STROBEL, 79622-065
      SHERIDAN FCI    UNT: UNIT 3    QTR: Z01-104UAD
      P.O. BOX 8000
      SHERIDAN,  OR 97378

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID        : 1131439-R1      REGIONAL APPEAL
DATE RECEIVED    : OCTOBER 21, 2022
SUBJECT 1        : OTHER LEGAL
SUBJECT 2        :
INCIDENT RPT NO:

REJECT REASON 1: CONCUR WITH RATIONALE OF REGIONAL OFFICE AND/OR INSTITUTION
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.

1131439-F1

P 172 of 239

**U.S. Department of Justice**

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP–DIR–9 and BP–DIR–10, including any attachments must be submitted with this appeal.

From: Strobel, Nichdas. R     79622-065    SHU    SHE-FCI
       LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A—REASON FOR APPEAL** In June + July 2022 I had $.55 on my account. I was indigent. Mr. Johnson in education refused to print the 46 pages of needed ELL documents. I informed him the documents in my queue were needed for time sensitive Administrative Remedies, TORTs, and court.
Provide the copies I requested. Stop violating constitutional rights. Provide reparations for ongoing abuses.

NOTE: I am being transferred. My address will not be @ Sheridan.

11-29-22
DATE                             SIGNATURE OF REQUESTER

**Part B—RESPONSE**

---

DATE                             GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE           CASE NUMBER: 1131439 5

**Part C—RECEIPT**

                            CASE NUMBER: _____

Return to: _____
        LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

---

DATE            SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP–231(13)
APRIL 1982
USP LVN

Admin Remedy

Fail to forward mail etc...

BP-10 & BP-11 with supporting
documents.

*signature*
10-15-23

Nick Strobel # 79622-065
USP Leavenworth
P.O. Box 1000
Leavenworth KS 66048

Note: 3 invoices/receipts for products purchaced but
    not forwarded. $58.49 filing/filed TORT
    More loss than this. Cannot find supporting documents
    Though —
            *signature*

EXHIBIT #14

TO: Central office Rep.

NICHOLAS STROBEL mucces
Po Box 6000
Florence, co 81226   p174 of 239

Please note I may be at another institution before your

dismissal/reply to the enclosed (2) supplemental BP-11s. Similar Supplimental BP-10s were sent to Region as well as similar letter on 1-23-23 without response. It has been over a month.

I have been at this institution since Dec. 29 2022.

I have requested propper forms from numerous staff, verbally and through COP/OUT and have been denied/ignored.

Thus, these "supplemental" Administrative Remedy letters.

Both enclosed (2 of 3 & 3 of 3) are with regards to conduct by staff at FCI Sheridan, in Oregon.

You will have to use other means of inquiring about BP-8 & 9 @ Sheridan as well as BP-10s sent to Stockton California. As staff at these institutions refused to copy or help in any way.

I will be making a hand written copy of all enclosed documents for my records.

NOTE: NO BP-8/BP-9 filed/on file
I could find.

Copy

Signed this 2nd day of March 2023

NICHOLAS STROBEL

1 OF 3

3-23-23

F-1

*purchace not forwarded*

SENZA

# Invoice

PO BOX 5840
Baltimore, MD 21282

| Date | Invoice # |
|------|-----------|
| 9/12/2022 | 4618 |

**PAID 09/12/2022**

| Bill To | Ship To |
|---------|---------|
| Nick Strobel<br>79622-065<br>P.O.Box 5000<br>Sheridan, OR 97378 | Nick Strobel<br>79622-065<br>P.O.Box 5000<br>Sheridan, OR 97378 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  | 9/12/2022 | US Mail |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | Introductory special | WI-3,B1-3,A1-3,L1-3 | 19.99 | 19.99 |
| 12 | 4x6 | BOP-Friendly | 0.00 | 0.00 |
| 1 | S&H |  | 0.00 | 0.00 |

It's been a pleasure working with you!

| **Total** | $19.99 |
|-----------|--------|

SHU Sheridan

*176 of 239*



# Cheeki Services · *Purchace not forwarded*

# INVOICE

**Cheeki Services**
16481 Bristlecone St
Lake Elsinore, CA 92530
United States

CheekiServices@gmail.com
www.CheekiServices.com

| BILL TO | SHIP TO | |
|---|---|---|
| **Nick Strobel #79622-065** | **Nick Strobel #79622-065** | **Invoice Number:** 1662 |
| Nick Strobel | Same as billing | **Invoice Date:** October 8, 2022 |
| PO Box 5000 | | **Payment Due:** October 8, 2022 |
| F.C.I. Sheridan | | **Amount Due (USD):** $0.00 |
| Sheridan, Oregon 97378 | | |
| United States | | |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **Color Catalog**<br>8.5x11" full color catalog. 20 piece discount bundle. | 1 | $12.00 | $12.00 |

| | | |
|---|---|---|
| **Total:** | | $12.00 |
| Payment on October 8, 2022: | | $12.00 |
| **Amount Due (USD) :** | | **$0.00** |

## Notes / Terms

Unfortunately, we do not offer fully nude photos or catalogs. Please see the enclosed catalog order sheet for full details on pretty much everything imaginable. Thanks so much for your first order!

Thank You For Your Business!

SHU Shirken

TO: Mailroom

From: Strobel 79622-065

10-18-22

Shu-115

Can you please send me a change
of address pack for USPS?

Thank You !

[signature]

10-18-22

We don't have & dont
do that,

Re requested on 10-24 w/ copy of attached

10-18-22

F.4

## 17. **CHANGE OF ADDRESS** AND FORWARDING OF MAIL FOR INMATES

**§ 540.25 Change of address and forwarding of mail for inmates.**

**(a)  Staff shall make available to an inmate who is being released or transferred appropriate Bureau of Prisons and U.S. Postal Service forms for change of address.**

A U.S. Postal Service "**Change of Address**" kit is made available to each inmate being transferred to notify correspondents. (**Note:** The "kit" is a notice to publishers, businesses, correspondents, etc.; it is **not** a notification to the U.S. Postal Service.) Staff obtain supplies of these kits from the servicing U.S. postal facility. Kits are kept in Receiving and Discharge and the mail room for inmates leaving the institution.

Defendant Moody denied/refused

proj

1

© 2022 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Print to PDF without this message by purchasing novaPDF (http://www.novapdf.com/)

TO: R&D

From: 79622-065    STROBEL    SHU/104

10-27-22 p179 of 239

Can you please mark a change of address pack and put it in the mail bag for me, please?

The BOP Program Statement states that these are available for inmates in R&D.

I would like two if possible.

Thank You

[signature] 10-27-22

Hand Write Copy Turned in
10-27-22 9:30 pm

Check with unit team / counselor

F-6

10-27-22

## 17.  CHANGE OF ADDRESS AND FORWARDING OF MAIL FOR INMATES

§ 540.25 Change of address and forwarding of mail for inmates.

(a)  Staff shall make available to an inmate who is being released or transferred appropriate Bureau of Prisons and U.S. Postal Service forms for change of address.

proj

**1**

© 2022 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Print to PDF without this message by purchasing novaPDF (http://www.novapdf.com/)

p 181 of 239

TO: UNIT 3                    11-5-22

FROM: 79622-065    Strobel SHU/104

I am still waiting for two BP-11s

two BP-10s + one BP-9

4 TORT CLAIMS

Please bring them A.S.A.P.

Time sensitive

can't write

copy

11-5-22                                    p8

Purchase not forwarded

# Invoice

SENZA

PO BOX 5840
Baltimore, MD 21282

| Date | Invoice # |
|------|-----------|
| 11/14/2022 | 4649 |

PAID 11/14/2022

| Bill To | Ship To |
|---------|---------|
| Nick Strobel<br>79622-065<br>P.O.Box 5000<br>Sheridan, OR 97378 | Nick Strobel<br>79622-065<br>P.O.Box 5000<br>Sheridan, OR 97378 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  | 11/14/2022 | US Mail |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 50 | 4x6 | Color Prints | 0.35 | 17.50 |
| 2 | Catalog | BWW4,BWB4 | 0.00 | 0.00 |
| 2 | Catalog | A4,L4 | 2.50 | 5.00 |
| 2 | S&H | 25/25 | 2.00 | 4.00 |

It's been a pleasure working with you!

| Total | $26.50 |
|-------|--------|

SHU Sheridan

F-9

TO: Mailroom

From: Strobel 79622-065          SHU/102

Can you please supply me with, as policy states,
change of address packs?

I am to be transferred, my packet was sent off
11-10-22 & to ensure I do not lose incoming publication
I need these forms.

Thank Eou

11-16-22

Copy

11-16-22

FW

1239

Office of The Warden
P.o. Box 8000
Sheridan, OR 97378

TO WHOM IT MAY CONCERN:

This correspondence is to address two issues. #1 Before my transfer on Dec. 6 2022, I put in a request for a change of address/moving packet along with the Program Statement supporting my request, printed from the ELL in the SHU.

C.S.O. Moody responded, "we don't have them and don't do that here."

Furthermore, none of my mail was forwarded for the duration specified in FBOP Program Statement. Thus, I am out subscriptions which I have no way of getting/replacing.

I do not have their addresses because none were forwarded, even temporarily.

Due to staff not following policy and their wrongful acts/ommissions, I am minus purchases from: SENZA, CNA Entertainment, Red Bulletin, ED Hammilton, South Chicago, Glendive Ranger Review, and numerous other businesses and agencies.

Please forward my mail until this can be remedied and make compensation possible.

I have not gotten any Legal/court/general correspondences forwarded either. Not even from Rabbi Spritzer.

#2 I have not gotten any responses to any Administrative Remedies or any other official documentation, for example: BP-9 regarding FSA Brooks + his subordinates starving me for 6 days or BP-9 regarding FCI staff violating 1st, 5th, + 14th Amendment Rights w/ regards to books sent to me, which officer Vancleave confiscated.

Any response can be sent to:

Nicholas Strobel # 79622-065
FCI
Po Box 6000
Florence, Co 81226

Signed this 2nd day of Feb 2023

Copy

 **Multnomah County Library**

919 NE 19th Avenue | Suite 250 • Portland, OR 97232 • 503.988.5123
Vailey Oehlke | Director of Libraries

*Question #154272*                                                    March 7, 2023

Nick Strobel
#79622-065
FCI Florence
Federal Correctional Institution
PO Box 6000 Florence, CO 81226

*This letter shows FCI Sheridan did not follow policy/forward mail*

Dear Nick Strobel,
Hello – you asked the library for some information a few months ago, and we mailed
you a letter in December, at your address at FCI Sheridan. Our letter was just returned
to us marked "Undeliverable."

I checked the Federal Bureau of Prisons' inmate lookup tool (on their website) to see if
you have been moved to another facility, and found what I hope is your current address.
I hope this letter reaches you safely.

Since you now live outside of Oregon, Multnomah County Library will no longer be able
to help you with requests for information. However, the Denver Public Library answers
reference questions for people who are incarcerated in Colorado. You can write to them
at:

>   Reference Dept.
>   Central Library
>   Denver Public Library
>   10 W 14th Ave. Parkway
>   Denver, CO 80204

I hope this letter finds you safely and speedily, and that the information in it is helpful!

Sincerely,

Emily
Community Information Services – Multnomah County Library
*multcolib.org/contact* | 503.988.5123

*Material included with this letter may be protected by copyright law (Title 17 U.S. Code).
Multnomah County Library is not responsible for further reprinting or reproduction.*

SUPPLEMENTAL BP-10

NICK Strobel #186 of 239
79622-065
P.O. Box 6000
Florence, CO 81226

STROBEL, NICHOLAS R. 79622-065

This is an Appeal for actions or lack there of on behalf of staff at FCI Sheridan. I am currently at FCI Florence so the BP-8+9 are not possible to file. Furthermore staff here at Florence including: OA counselor Romaine and Case Manager Wyche have not supplied me with proper forms for my Appeal (BP-10). While pending transfer in Sheridan FCI SHU, I sent a cop-out to the mailroom requesting a change of address form. BOP Program Statement dictates that these are available to transferring inmates in R&D and/or Mailroom. CSO Moody in mailroom responded "we don't have them + don't do that here". I sent another cop-out with a printout of P.S. involving this. I did not get a response. Staff in FCI Sheridan mailroom did not forward any of my mail for the 30 days stated in P.S. either. This has cost me loss of property and no due process to get it. This violates the First, Fifth, + 14th Amendments of the Constitution. I recieved a letter from an Emily, Community Information Services person with Multnomah County Library. The letter is dated March, 7, 2023. It states in part. "you asked the library for some information a few months ago, and we mailed you a letter in December, at your address at F.C.I. Sheridan. Our letter was just returned to us marked 'Undeliverable'." This is obvious proof of staff's omission of responsibility. I am/was expecting several purchases from publishers as well as three seperate periodicals as well as the newspaper Ranger Review. Due to staffs negligence and refusal to do required by job description + BOP Policy, I am out property and money. I would like staff to be held accountable for constant constitutional violations. I would like my mail/purchases or monetary compensation. The fact that the aforementioned letter was sent to me in December, I was shipped 12-6-22, mail should have been forwarded until at least 1-6-23. Sheridan FCI staff also held on to the mail for at least a month. Why not forward it?

3-15-23        (COPY)        NICK STROBEL        F-13

STROBEL, NICHOLAS R.    79622-065

This is an appeal for actions or lack thereof on behalf of staff at F.C.I. Sheridan. I have not gotten response from Regional office. I am currently at F.C.I. Florence waiting for yet another transfer to another institution. Staff here at Florence refuse to give me propper forms. While pending transfer from Sheridan I sent several cop-outs to the mail room requesting a change of address accompanying the P.S. which states they are available from that department. CSO Moody responded, "we do not have them any and don't do that here." Due to this and other factors from staff, I have not gotten my newspapers since November; any magazines from ~~prescriptions~~ subscription; ordered publications; or any other correspondences. Policy also states that the institution will forward mail for 30 days. This did not happen either. I got a letter from Community Information Services Specialist, Emily from Multnomah County Library. The letter states in part, "you asked the library for some information a few months ago, and we mailed you a letter in December, at your address at F.C.I. Sheridan Our letter was just returned to us marked 'undeliverable'." This shows that from 12-6-22 to 1-6-23 my mail should have been forwarded and was not. Due to staff negligence and refusal to do as required by job description + BoP policy I have lost property and money w/o due process. This violates my 1st, 5th, & 14th Amendment rights. I would like compensation/my property + mail. I would like staff held accountable.

NICK STROBEL

4-16-23

COPY

4-16-23

# FOIA REQUEST

P188 of 239

Greetings,

I was transferred out of FCI Sheridan the first week of Dec. 2022.

Prior to this, on July 27, 2022, a large group of Government employees from another region did a massive and mostly illegal shake down. In doing so destroyed, lost, or purposefully threw away much of my legal paperwork.

This is a FOIA request for ANY + ALL copies of BP-8s, BP-9s, BP-10s, & BP-11s ever filed by me or in my name. This is to include but not be limited to BOP documents, hand written or supplemented papers used as BP8s — 11s. up until todays date 5-1-2023. ALL ADMINISTRATIVE FILINGS FOR & BY Nicholas (Nick) Robert Strobel 79622-065

Thank You

Copy

5-1-23

Please look up my current location before mailing. ns

5-1-23

TO WHOM IT MAY CONCERN:

This is a FOIA request.

Send me any + all papers/ BP-8s, BP-9s, BP-10s + BP-11s + responses which were filed/ sent by me or in my name.

Include any documents submitted even if they were or not on proper forms

Specifically but not limited to Administrative Remedies having to do with my being starved by BOP staff @ FCI Sheridan between 11-10-22 Through 11-15-22!

Please also include any/all Admin. Remedies in any form sent from me in my name from 9-2022 until 10-1-2023 From FCI Sheridan or FCI Florence.

Nicholas Strobel
# 79622-065
USP Leavenworth
P.O. Box 1000
Leavenworth, KS
  66048

10-12-2023

COPY

P-16

10-12-23

p 190 of 239

Confiscation form +
Administrative Remedy for Defendant
Vancleave depriving me of 39 personal books,
violating 1st, 5th & 14th Amendments.

EXHIBIT #15

U.S. Department of Justice

Federal Bureau of Prisons

*From Vancleave*    Confiscation and Disposition of Contraband

| | |
|---|---|
| Signature/Printed Name of Staff Member Confiscating Property | (Institution) |

"3A"

| 1. Name: | 2. Register No.: | 3. Unit: | 4. Date: |
|---|---|---|---|

5. The contraband listed below was found in possession of, or in the living quarters of the above named inmate on _____ .

(Make a numerical list of contraband)

"39 excess Boots"

6. (To be completed by inmate) I have received a list of those items confiscated as contraband. I claim ownership of the following items (identify by number from section 5 above): Nos. _____ . I am aware that a claim of ownership will not be accepted for any item of government property. With respect to my claimed personal property, I am aware that I have 7 days from receipt of this inventory to provide staff with evidence of my ownership of the claimed items.

I, _____ , received a copy of this inventory on _____ .
     (inmate's signature)                                                          (date)

7. Of the contraband listed in section 5 above, the inmate has established ownership for the following (identify by number from section 5 above): Nos. _____

Contraband, other than hard contraband, may be mailed at the inmate's expense to a destination of the inmate's choice. The institution may pay for the mailing when the inmate has insufficient funds and no likelihood of receiving new funds. Where the inmate is financially able to pay postage, but refuses, or fails to provide a mailing address for return of the property, the confiscated property will be disposed of through approved means, including destruction of property.

I have read or had read to me the above information. I request the following action be taken in regards to my contraband property.

a. ___ I request the property be mailed to _____
_____ . I agree to pay mailing costs.

Inmate's Signature: _____ Date: _____

b. ___ I request the institution to pay mailing costs. I have insufficient funds in my institution account and do not expect to receive new funds. (The approval of the Warden or designee is required for the institution to pay postage.)

Inmate's Signature: _____ Date: _____

c. ___ Other (specify, e.g., donate to institution)

Inmate's Signature: _____ Date: _____

8. The following contraband (identify by number from section 5 above) has been determined to be hard contraband or to be contraband for which no ownership has been established. The contraband has been disposed of by (indicate disposition/reasons): Nos. _____

| | |
|---|---|
| Signature/Printed Name of Staff Member Determining Method of Disposal | Date |
| Signature/Printed Name of Staff Member Disposing of Property | Date |
| When Property is Destroyed, Signature/Printed Name of Staff Witness | Date |

cc: Central File
   Chief Correctional Supervisor
   Inmate Systems Manager
   Inmate


Printed on Recycled Paper



BP–402(58)
January 1983
USP LVN

SHE 1330.18
ATTACHMENT A

## INFORMAL RESOLUTION

NOTICE TO INMATE: You are advised that prior to filing a Request for Administrative Remedy Form (BP-9), you **MUST** attempt to informally resolve your complaint through your Correctional Counselor except for UDC/DHO related concerns.

1. STROBEL              79622-065       3A/54U     11-8-22
   Inmate Name          Register Number  Unit       Date

2. State below Your Specific Complaint:

Staff deny me my ordered personal books + books sent to me by a Rabbi. This not only violates my 1st Amendment right but if they put it on my property, I do not get to read them at a Rate of 5 books a week. My books accumulate + they confiscate them w/o me seeing them.

3. State What Action You Want Staff to Take to Correct the Situation.

Deliver to me my purchased, ordered and sent for books and reading materials so their actions do not cause me a loss of books, which now as of 11-8-22 is 39 books +

4. What Efforts Have You Made to Resolve Your Complaint Informally?

Put in 2 copouts + Spoke to Property officer. Spoke to LE. Styles in September.

*************************************************************************

5. Advice to inmate regarding complaint (include Program Statement number if applicable):

6. Informal Resolution WAS / WAS NOT accomplished (Circle One)

_____     _____
Correctional Counselor Date          Unit Manager     Date

Hand written copy turned in on 11-8-22

TO: Vancleave

From: 79622-665    Strobel    SHU/104

Greetings,

I have not heard anything about my property and did not ask because "I "assumed" I was going back to the yard. I have been back here for two months. Now that I am being shipped, my concern for my property has grown exponentially. I have never been to SHU without losing several items.

When will I get list of property? MP³ player, glasses, books, religious materials, legal work (I have a lot of that) etc..

Can you please bring me my glasses?
Can I get some legal stuff?

I would like to ship out at least 5 of my personal books soon.
Autacch lives circa 1950
Adonis circa 1935
Frankell + Wagnal 1950s dictionary
Haynes book on my mom's car
Engineering book brown leather cover circa 1960

(Copy) 10-25-22                                10-25-22

10-25-22

p. 194 of 259

To: Property officer Vancleave
From: Strobel #79622-065          11-7-22
SHU/102

This is my second cop-out to you.

I have gotten several late responses from Administrative Remedies, I still need to get some legal work that I asked about weeks ago. I also need legal records regarding TORT claims and need to ensure staff did not lose or misplace other legal papers regarding Bivens Suit, I am being hindered to due process rights.

Also, I would like to send off the books I listed in my last cop-out and to ensure I am not missing a lot of property like the last 2 times F.C.I. staff were negligent in handling of my property.

Ship books!
Get legal work!
Glasses!
Inventory?

Thank you

11-7-22

Copy

v-3

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

R. 195 of 239

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Strobel, Nicholas, R        79622-065        SHV        SHE-FCI
    LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

Part A- INMATE REQUEST Response will need to be mailed to me at my new institution.

Staff are denying me my ordered personal books + books sent to me by a Rabbi. This violates my 1st Amendment rights. Since the books are put on my property by staff, thus "unmarked w/o my name" staff confiscate them when morethan (5) are on my property. This violates my 5th/14th amendment right to "due process". At last count there have been 39 books confiscated from me. I would like to send some home. I have been told because they do not have my name on them they are not mine. The mail room is in the practice of marking one out of (5) books that come in a package w/ a sticker or mailing label. This leaves (4) or 80% of the purchased books "Not Mine". This is wrong.

11-8-22 is the last time I got a book count.

Let me have my books, Let me ship home books I want to, let me donate only the ones I CHOOSE. Stop violating rights

11-28-22
    DATE        NO RESPONSE TO BP8/Staff refuse to copy        SIGNATURE OF REQUESTER

**Part B- RESPONSE**

_____        _____
    DATE        WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**        CASE NUMBER: _____

                                                      CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____        _____        _____        _____
    LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____        _____
    DATE        RECIPIENT'S SIGNATURE (STAFF MEMBER)

                                                 BP-229(13)
                                                 APRIL 1982

Supplemental BP-10

(NOTE: POOR COPY - Hand written all)

STROBEL, NICHOLAS          79622-065
Appeal to BP-9 from Sheridan FCI
I am currently at Florence FCI.
Staff at FCI Sheridan violated my 1st, 5th & 14th
Amendment Rights. While in the SHU 39 books
(total) not at once, were sent to me and Staff
did not let me have them to read and then
donate or sent home. They put them in my property
as they came in. Then C.O. Vancleave confiscated
them all from my property as "excess". I was denied
5th & 14th Amendment Rights to due process. The Staff
denied my books violating the 1st Amendment.
I want my books or money compensation.
$25.00 per book

← signature

NOTE: I may be transferred
again, please ensure
I get a response.
I will retain hand
written copy for
my records.

Signed this 23rd day of January,
2023

Copy

Re Written / written out on
11-1-23

DP-11

BP-10 filed w/o
~~response~~ 1-23-23

P 197 of 239

STROBEL, NICHOLAS    79622-065

Appeal to conduct by officers/staff at F.C.I. Sheridan

Staff at F.C.I. Sheridan violated my 1ST, 5TH & 14TH Amendment Rights. While in the SHU, 39 books (total) not at once, were sent to me and staff did not let me have them to read, view, or send home. As the books came in, the books were put in my property. Staff then confiscated my books from my property as excess. C.O. Vancleave was confiscating officer.

I was denied my 5TH & 14TH Amendment Rights to due process. The staff denied me my books violating the 1ST Amendment.

F.C.I. Florence follows similar guidelines even denying me my newspaper,

I want my books or money compensation @ $25.00 per book.

Signed this 2nd day of March 2023

See (1 of 3) & check my designation Institution address & my location before response.



Copy



3 of 3

V 10

POOR COPY/WENT OVER IN
PEN ON 11-1-23 [initials]

1-23-23

To: Regional Rep.

Nicholas Strobel
FCI
P.O. Box 6000
Florence, CO    81226

P 198 of 239

Page 1 of 3

Please note I may be at another institution before your reply/denial to the enclosed (2) Supplemental BP-10s.
I have been at this institution since Dec. 29 2022.
I have asked numerous staff for proper forms, verbally and through cop-out and have been denied / ignored
The Supplemental BP-10s are seemingly my only option.
Both are appeals to BP-9s that staff at FCI Sheridan never responded to/delivered to me.
You will have to use your computer or other means to check BP-8 & BP9-status. I have also been denied access to my property & thus cannot furnish you a copy of BP9-os9 from my records.

I will be making a hand written copy of all enclosed documents for my records.
Please be sure to compare content of BP8s & BP-9s with Supplemental BP-10s as your office has mixed up previous Administrative Remedies in the Past

← Signature

Signed this 23rd day of January, 2023

Nicholas Strobel

(Copy)

Re-written by hand on copy
on 11-1-23

√-7

Admin Remedy
D.Capers rejecting BoP
friendly purchased publication
$120.⁰⁰ loss

10-15-23

Nick Strobel #79622-065
USP Leavenworth
PO BOX 1000
Leavenworth, KS 66048

note: Loss of $120.⁰⁰ filing/filed TORT

Began 10-13-22

EXHIBIT 16

Nicholas Strobel 79622-065
P.O. Box 6000
Florence, CO 81226
P 200 of 239

TO: Central office Rep.

Please note I may be at another Institution before your dismissal/reply to the enclosed (2) Supplemental BP-11s. Similar Supplimental BP-10s were sent to Region, as well as a similar letter on 1-23-23 without response. It has been over a month.

I have been at this institution since Dec. 29 2022.

I have requested propper forms from numerous staff, Verbally and through cop/out and have been denied/ignored.

Thus, these "Supplemental" Administrative Remedy letters.

Both enclosed (2 of 3 & 3 of 3) are with regards to conduct by staff at FCI Sheridan, in Oregon.

You will have to use other means of inquiring about BP-8 & 9 @ Sheridan as well as BP-10s sent to Stockton California. As staff at these institutions refused to copy or help in any way.

I will be making a hand written copy of all enclosed documents for my records.

NOTE: NO BP-8/BP-9 filed/on file I could fand.

Signed this 2nd day of March 2023

NICHOLAS STROBEL

Copy

3-2-23

DC-1

1 of 3

BP-A0328    STAMPS, NEGOTIABLE INSTRUMENT & OTHER RETURNED TO SENDER CDFRM
APR 11

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO: (Sender — See return Address)<br>David Carter<br>PO Box 2278<br>Corsicana, TX 751__ | FROM: (Institution)<br>FCI Sheridan,  Attn: Mailroom<br>27072 Ballston Road<br>Sheridan, Oregon 97378 | |
|---|---|---|
| INMATE'S NAME:<br><br>STRONGH, Brik | REGISTER NUMBER:<br><br>79622-065 (SHU) | DATE:<br><br>10/13/2022 |

Check all that apply:

| | Material Rejected and Returned | | Package Refused and Returned |
|---|---|---|---|
| | Your correspondence has been examined and: | | The contents of your correspondence have **NOT** been examined, however it is being returned to you because: |
| | You enclosed stamps or stamped items that cannot be given to the inmate. | | The inmate has failed to obtain an authorized BP-331, Authorization to Receive Package or Property. |
| | You enclosed a negotiable instrument. Negotiable Instruments are to be forwarded to the national lockbox at the following address:<br>Federal Bureau of Prisons<br><br>Post Office Box ____<br>Des Moines, Iowa 5____ ____ | | The package has not been properly marked "Authorized by Bureau Policy" in accordance with Program Statement 5800.16, Mail Management Manual, or fails to reasonably indicate the package is authorized by Bureau policy. |
| | You enclosed the following unauthorized material: | | The inmate recipient could not be identified due to missing, incorrect, or an illegible name and/or register number. |
| | | Stationery/Blank Greeting Cards | |
| | | Plant Material | |
| | | Sexually Explicit Personal Photos | |
| ✓ | | Other (specify below) | |
| | The following material is subject to inspection and/or review: | |
| | | Electronic Musical Greeting Card | |
| | | Polaroid Film | |
| | | Professionally Printed Photos | |
| | | Other (specify below) | |
| | Your correspondence, or portion thereof, has been provided to the inmate along with a copy of this notice. | |

Specific Material Returned:

x 6 incoming inmate correspondence, each containing 10 sexually explicit photos, for a total of 60 sexually explicit photos returned.

Your photos present a specific threat about personal safety, security, and good order. Your photos contained subjects who were partially nude, fully nude, or depicted sexual acts. Inmates are not permitted to retain, possess, or receive these types of photos or material.

(Printed or Typed Name and Written Signature of Correctional Systems Officer)

D. Caspers, CSD

Record Copy  Adm_____  ____ Copy - Inmate; Copy - Mail Room File.
PDF                               Prescribed by P5800       Replaces BP-328.058 of APR 94

10-13-22

Mailroom

To: D. Caspers, CSO                          SHU/115

From: Strobel 79622-065                      10-14-22

I just got a rejection notice for (6) inmate correspondences.
This is not the first issue I have had with you personally rejecting non-nude + BOP friendly purchased photos or Publications.
    Policy states non-personal photos that do not show areola/nipple, vulva or vagina are OK.
They cannot have sex or simulated sex acts.
All of these photos come from a reputable company.
If you read the definition in policy:
Specifically the definition of sexually explicit you will see that you are violating policy and my constitutional rights. Just as you did in the past.

    Please deliver the 60 photos that I paid for.

This is my attempt at informal resolution

                                             Thank You

Hand written
copy to be used
in Bivens

2R
shersin 10-14-22
Process your grievance. I agree with Caspers the Pics were not within policy

TO: UNIT 3      11-5-22   203 of 239

FROM: # 79622-065   Strobel SHU/104

I am still waiting for two BP-11s two BP-10s + one BP-9

4 TORT CLAIMS

Please bring them A.S.A.P.

Time Sensitive

Thank You

COPY

11-5-22

BP 10

204 of 239

STROBEL, NICHOLAS R.          79622-065          FCF

I am currently at Florence F.C.I. While at FCI Sheridan waiting to be transferred, I was delivered only 40 of my 100 photos(publications). These were ordered from a for profit company, David Carter. The company specializes in non-nude photos. D. Caspers did not follow policy and denied 6 envelopes with 10 publications in each. I have not gotten response from BP-8 or BP-9. D. Caspers has done this to me in the past. I would like my publications or compensation of $120.00 credited to my trust account

my copy

4-16-23

DC5

FOIA REQUEST

Greetings,

I was transferred out of FCI Sheridan the first week of Dec. 2022.

Prior to this, on July 27, 2022, a large group of Government employees from another region did a massive and mostly illegal shake down. In doing so destroyed, lost, or purposefully threw away much of my legal paperwork.

This is a FOIA request for ANY + ALL copies of BP-8s, BP-9s, BP-10s + BP-11s ever filed by me or in my name.

This is to include but not be limited to BOP documents, hand written or supplimental papers used as BP8s - 11s up until today's date 5-1-2023,

ALL ADMINISTRATIVE FILINGS FOR & BY Nicholas (Nick) Robert Strobel 79622-065

Copy

Thank You

5-1-23

Please look up my current location before mailing

BP-11

STROBEL, NICHOLAS R        79622-065

I am currently at Florence FCI. While at FCI Sheridan, waiting to be transferred, I was delivered only 40 of my 100 publications I ordered. BOP policy states specifically that staff must look at each publication closely to see if they are to be rejected. The publications were ordered from a for profit company. The company specializes in non-nude publication BOP friendly. CSO D. Caspers did not follow policy and denied all 6 remaining mailings of publications each containing 10 photos. This is a total of 60 publications. D. Caspers has done this in the past and should have learned policy long before now. I would like my purchases or compensation of $120.00 credited to my Trust account.

COPY

5-16-23

See Admin Rem # 1116270-R2 for D. Caspers past wrongful acts w/mail

Mailed off on 10-12-23

P 207 of 239

TO WHOM IT MAY CONCERN:

This is a FOIA request.

Send me any + all papers sent by me or in my name.

Include any documents submitted even if they were not on proper forms.

Specifically but not limited to Administrative Remedies having to do with being starved by BOP staff @ FCI Sheridan between 11-10-22 Through 11-15-22!

Please also include any/all Admin. Remedies in any form sent from me in my name from 9-2022 until 10-1-2023 from FCI Sheridan or FCI Florence.

Nicholas Strobel
#79622-065
USP Leavenworth
P.O. Box 1000
Leavenworth, KS
    66048

COPY

10-12-2023

10-12-23

p. 208 of 239

1ST Administrative Remedy

for Kosher meals not being served or shorted numerous items.

Defendants: Hendrix, Bills, Brooks, Suh, Honeycutt, Arenas, Davis, Collins, Guerrero & Packard

Admin Rem # 1124779-F1

EXHIBIT 17

Administrative Remedy Form (BP-9), you **MUST** attempt to informally resolve your complaint through your Correctional Counselor except for UDC/DHO related concerns.

1.    <u>NICHOLAS STROBEL</u>    <u>79622-065</u>    <u>JA</u>    <u>5-12-22</u>
Inmate Name    Register Number    Unit    Date

2.    State below Your Specific Complaint:

FOOD SERVICE HAS NOT BEEN GIVING ALL KOSHER FOODS THAT ARE ON MENU. HAVE NOT BEEN GETTING SARDINES, TUNA, MUFFINS OR ANY DESSERT. ON NUMERDUS OCCASIONS IN THE RECENT PAST, I HAVE BEEN ALSO FED ONLY HALAL MEALS OR NO KOSHER FOOD AT ALL/GOING WITHOUT BEING FED AT ALL DURING THE LOCK DOWN

3.    State What Action You Want Staff to Take to Correct the Situation.

ORDER, STOCK & SUPPLY ALL KOSHER FOODS THAT HAVE BEEN DENIED OR SUBSTITUTED. STOCK COMMON FARE FOODS SO INMATE WORKERS CAN SERVE PROPER KOSHER MEALS. NOT THE FAULT OF INMATE WORKERS.

4.    What Efforts Have You Made to Resolve Your Complaint Informally?

SPOKE TO FOOD SERVICE, SENT E-MAILS ON 1-20-22, 1-26-22 AND OTHER DATES. SPOKE TO THE FOLLOWING PERSONS ON DAYS I WAS NOT FED OR FED NON-KOSHER FOOD MUSSLEMEN, LENT, ADIGBITE, MILES, CAMPBELL, A.W. & WARDEN. STILL NOT REMEDIED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

5.    Advice to inmate regarding complaint (include Program Statement number if applicable):

Have not recieved a reply. Please proceed to the next level of the administration process. BP-9

6.  Informal Resolution WAS / (WAS NOT) accomplished (Circle One)

05/31/02    5/29/22

Correctional Counselor Date    Unit Manager    Date

1124779-FI

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.

From: STROBEL, NICHOLAS, R    79622-065    3A    SHE-FCI
      LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A- INMATE REQUEST**

FOOD SERVICE STAFF HAVE NOT BEEN PROVIDING NUMEROUS ITEMS ON KOSHER MENU. STAFF CONTINUE TO OFFER NON-KOSHER MEALS (HALAL) AND PRESSURE/ATTEMPT TO CONVINCE ME TO EAT THEM (BROOKS) UNDER HIS GUIDANCE, I WILL VIOLATE ALL THAT I HOLD DEAR. ONGOING CIVIL RIGHTS VIOLATION. I GO MANY DAYS W/O AT LEAST (1) MEAL W/O SUBSTITUTE. SEE ATTACHED/ENCLOSED E-MAILS etc... SOME DAYS GET (1) MEAL ONLY. PLEASE PROVIDE ME WITH A FULL KOSHER DIET WHICH IS APPROVED NATIONALLY & FOLLOWS MY RELIGIOUS BELIEFS.

6-1-22
    DATE                                         SIGNATURE OF REQUESTER

**Part B- RESPONSE**

_____       _____
      DATE                                        WARDEN OR REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

**ORIGINAL: RETURN TO INMATE**             CASE NUMBER: _____

                                              CASE NUMBER: 1124779-F1

**Part C- RECEIPT**

Return to: _____    _____    _____    _____
         LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____       _____
    DATE                                 RECIPIENT'S SIGNATURE (STAFF MEMBER)

p211 of 239

RECEIPT - ADMINISTRATIVE REMEDY

DATE: JUNE 28, 2022

*Received on 7-9-22*

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      SHERIDAN FCI

TO  : NICHOLAS ROBERT STROBEL, 79622-065
      SHERIDAN FCI    UNT: UNIT 3    QTR: C01-107U

THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

REMEDY ID       : 1124779-F1
DATE RECEIVED   : JUNE 28, 2022
RESPONSE DUE    : JULY 18, 2022
SUBJECT 1       : RLGS DIET:CERTIFIED/NON-FLESH ALTERNATIVES, ACCESS TO
SUBJECT 2       :

BP-A0148
JUNE 10

INMATE REQUEST TO STAFF CDFRM

U.S. DEPARTMENT OF JUSTICE       FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| OFFICE OF THE WARDEN SHE | 6-29-22 |
| FROM: STROBEL, NICHOLAS | REGISTER NO.: 79627-065 |
| WORK ASSIGNMENT: FS | UNIT: 3A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

This request is in regards to Food Service Kosher/Kashrut guidelines and not being fed according to 1) National menu 2.) Kosher guidelines and related issues. This was submitted on 6-1-22. (BP-9) There has been no response. Please respond in timely manner. Can you supply a reason for no response or a go ahead for BP-10

(Do not write below this line)

DISPOSITION:

This BP9 is still Being unmutigated. You will need to be Patient.

Signature Staff Member     Date.    7/6/22

Record Copy - File; Copy - Inmate

PDF       Prescribed by P5511

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER.     **SECTION 6**

-1124779-R1       (54)(4)

**U.S. Department of Justice**                    **Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: __Strobel, Nicholas R__    __79622-065__    __3A__    __SHE-FCL__
　　　LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

Part A—REASON FOR APPEAL I PUT IN A BP-SENSITIVE OVER THIS ISSUE MONTHS AGO. IT WAS REJECTED/DISMISSED. I HAVE CONTINUED TO GO UNFED AND I HAVE BEEN STARVED BY THE BOP. I HAVE LOST 65 POUNDS DUE TO BEING DEPRIVED FOOD AT FCL SHERIDAN. THIS IS MY APPEAL TO REGIONAL BECAUSE STAFF HAVE NOT RESPONDED TO BP-9 BY THE TIME THEY WERE ALOTTED.

I AM ON APPROVED RELIGIOUS DIET AND THUS, ACCORDING TO MY BELIEFS I ONLY CAN CONSUM KOSHER FOODS,

FOOD SERVICE STAFF HAVE NOT BEEN FOLLOWING NATIONAL KOSHER MENUE FOR OVER A MOS. STAFF HAVE PRESSURED MY TO CONSUME NON-KOSHER FOODS, HAVE ATTEMPTED TO TRICK ME INTO EATING TRAFE FOODS,

I HAVE WENT SEVERAL DAYS W/O BEING FED.

PROVIDE A FULL KOSHER DIET. FOLLOW THE NATIONAL MENU IN ALL THINGS & IN RELIGIOUS HOLY DAYS.

I WOULD LIKE PUNITIVE COMPENSATION, the CONTINUED VIOLATIONS OF MY CONSTITUTIONA RIGHTS AND CRUEL AND UNUSUAL PUNISHMENT ARE NOT NECESSARY.

__7-21-22__　　　FEED ME WHAT IS NATIONALLY MANDATED　　_____
　　DATE　　　　　　　　　　　　　　　　　SIGNATURE OF REQUESTER

**Part B—RESPONSE**


_____    _____
　　　DATE　　　　　　　　　　　REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: _____

**Part C—RECEIPT**

　　　　　　　　　　　　　　　　　　　CASE NUMBER: __1124779-F1__

U.S. Department of Justice

Federal Bureau of Prisons

Central Office Administrative Remedy Appeal

Type or use ball–point pen. If attachments are needed, submit four copies. One copy each of the completed BP–DIR–9 and BP–DIR–10, including any attachments must be submitted with this appeal.

From: Strobel, Nicholas, R        79622-065      SHU      SHE FCI
    LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A—REASON FOR APPEAL** I have not gotten a response from Regional for my BP-10 filed over two months ago.

Staff continue to try to force me to take food that is not kosher.

Lie about the availability of Kosher Foods.

Deny me foods just as Lt. Styles & C.O. Loughton did on Wed. 11-2-22 at dinner.

I am on an approved KOSHER Diet. (follow Judaism.

Staff here at FCI Sheridan continue to violate my 1st, 5th, 9th & 14th Amendment rights as well as my rights protected by Religious Freedom Restoration Act (RFRA) and Religious Land Use and Institutionized Persons Act (RLUIPA).

Property officer has not given me access to my property even though I have asked several times for two months. Thus far no copies are available.

11-5-22          Feed me 3 Kosher meals a day
                 Quit forcing me to go w/o food
_____    Provide Punitive relief        _____
DATE                                               SIGNATURE OF REQUESTER

**Part B—RESPONSE**

_____                          _____
DATE                                      GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE                CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**Part C—RECEIPT**
                                          CASE NUMBER: 1124779-F1

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

_____                          _____
DATE                                      SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN                    Previously BP–DIR–11                    BP–231(13)
                                                                  APRIL 1982

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L
--------------------------------------------------------------------------------

FROM: 79622065
TO: Food Service
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 01/26/2022 06:46:26 AM

To: Food Service
Inmate Work Assignment: Kashruth

Last night, once again I was given a Halal meal in place of a Kosher meal.
The CO on duty contacted food service two times on my request to re-iterate the fact that Sachtam Meals and Meal Mart Chicken Bologna are not the same, as the food service employee insisted. Consequently the on duty LT. was contacted, with no substitutions or correction of non-edible meal delivered.
This continued deliberate indifference to my religious dietary needs is quite concerning in and of itself. Add to that the violation to my basic human rights, which are supposed to be "guaranteed" to me by The United States Constitution, these combined atrocities have gone on without check for far too long. The deprivation of sustenance needed to support basic human life functions, I am sure qualifies as cruel and unusual punishment. The following dietary items have been denied to me, items which have been prescribed by a dietician involver/responsible for the drawing up of the national menu, thus depriving me of necessary vitamins, minerals, grains, and caloric needs for a healthy and well balanced diet.
Denied to me for past several months:
Vegetable Juice ( vital vitamins and minerals)
Dave's Killer Bread ( whole grains, seeds, vitamins and minerals)
Tuna (Vitamins, minerals, proteins, and Omega 3s)
Denied to me for several weeks:
Muffins (whole grains, dietary fiber, sugars, vitamins, and minerals)
Hot Meals (all the above listed plus concentrated Soy proteins)
Denied to me for several days:
Kosher Meat (proteins, sugar, starch, soy)
A 4oz. serving of meat may not seem like much, but when it is the main course and a substitute for the entree for every meal, then it is denied to you, on top of all the other denied/missing menu items in my diet, it is a monumental loss.
A diet of two slices of bread, a small bag of chips and 1 piece of fruit per meal, as you may or may not know, adds up to only about 455 calories. That 2x a day plus the 350 or so calories at breakfast, equals about 1360 calories a day. That is far below the amount of calories alone needed to sustain weight and human bodily functions, not to mention the absence of so many nutrients and micro nutrients vital for a healthy diet, and subsequently a sustainable life.
Please be more diligent and have whomever is under your purview look at the labels on the prepared/wrapped common fare meals. I know the common fare inmate ( I do knot know his name, I think I heard him called Zeke) who puts the meals together knows the difference in the diets and marks Kosher on the label with "K", and the Halal meals with a 'H'.

See forwarded message from less than a week ago please.
----STROBEL, NICHOLAS ROBERT on 1/20/2022 7:39 PM wrote:

>

Good Evening,
I'm not sure what is happening in the food service area. I am on Kosher Common Fare and have been given Halal meats, meats, vegetables that are cut up (which is not abiding by Kashreth principles or procedures and thus not Kosher) and other foods that are not edible.
All of My vegetables and fruits are supposed to be whole, which only the fruit has been, unless wrapped in double plastic and verified Kosher from company of merit.
I have not been getting Dave's Killer Bread, which I know follows all principles laid out and is in compliance with all guidelines. I have been getting bread of questionable quality from an unknown source, have not been getting Vegetable juice as I used to, to accommodate for lack of other kosher offerings.
I have been eating chicken bologna at least once every day, which is more like a punishment than it is anything else.
On 12-10-21 I was given a Halal, non Kosher meal and told it was all they had. This occurred again on or about the 16th of December. On Christmas Day, which I do not Celebrate or am I included in the regular Holiday meal, I received no dinner at all from food service, which the on duty C.O. had attempted to contact and was told nobody was there and he didn't know what to tell me.
Tonight, I was given Halal Chicken Bologna, which is not Kosher and told it is all I can get.
According to my religious beliefs and needs, the Sachtan Meals Sliced Chicken Bologna I have been given on several occasions, shall not be consumed by me, nor shall the cut vegetables, or peanut butter not individually wrapped from a

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L
--------------------------------------------------------------------------------

compliant company.
Thus, I have only been able to consume is the bag of chips, the juice packet, two mustard packets, and two salad dressing packets. This has been my meal twice today.
Can somebody please remedy the issues pertaining to my Religious dietary needs?

Thank you

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L
--------------------------------------------------------------------------------

FROM: 79622065
TO: Food Service
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 02/21/2022 02:26:07 PM

To: Food Service
Inmate Work Assignment: Moldy Muffin

Hey guys you may want to throw out your Common Fare Muffins, or have them checked before sending them to the units. Mine is slimly and has a pretty good growth of green mold on it, mainly on the bottom.

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L
--------------------------------------------------------------------------------

FROM: 79622065
TO: Food Service
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 05/18/2022 10:12:38 AM

To: Food Service
Inmate Work Assignment: N/A

See forwarded message & See below for dates and times of Violations of Rights and Religious Dietary Needs:
12-10-21 Given Halal meal-told it was all they had-no sub given, went unfed
12-25-21 No dinner given-told F.S. went home-no food given, went unfed
1-20-22 Given non-kosher meat-told was all I would get-see e-mail 01/20/2022 07:39:17 PM
1-25-22 Halal only dinner-FS&LT contacted-no sub, went unfed   see e-mail 01/26/2022 06:46:26 AM
1-30-22 Halal only dinner-no sub, went unfed
2-1-22 Not fed breakfast or lunch-no sub. Fed only dinner.  witness; Ms.Miles; Adegbite, Musslemen
2-3-22 Not fed dinner-was told FS had left $ non-kosher meal was all I would get, not fed dinner.  witness; Diaz and Weeks
2-14-22 Breakfast bag had contained 2 slices of bread, unwrapped-so nub. CO on duty informed
2-17-22 While working in FS during emergency placement, CO in FS took my breakfast and lunch and "used it". I went unfed.
2-20-22 Halal omelet-no sub, unfed
2-21-22 Moldy muffin.  see e-mail 02/21/2022 02:26:07 PM
2-27-22 Halal only omelet-no sub, unfed
3-4-22 Halal only meal-FS contacted, informed "nothing can be done". went unfed
3-18-22 no chips @ lunch, no sub
        only bread and fruit for dinner, no sub-entree, unfed
3-26-22 no chips at lunch-no sub
4-2-22 no chips for lunch-no sub
       no chips for dinner-no sub
4-11-22 given Halal meal at lunch. CO told me "It's a new kind of Kosher"no sub, unfed
        given Halal meal for dinner-no sub, unfed
4-12-22 no fruit for breakfast-no sub
4-17-22 Passover dinher-salmon- delivered cold/frozen. Not heated per instructions
4-20or26-22 Halal meat lunch-no sub, unfed
5-13-22 Denied food by Brooks while fasting. Mr. Brooks forwarded me to Chaplain for permission/confirmation. Chaplain Shu nformed Brooks of my fast and permission to bring meal to housing unit. Brooks denied meal. unfed lunch meal
5-14-22 Halal meat for lunch-no sub, unfed
----STROBEL, NICHOLAS ROBERT on 5/14/2022 1:23 PM wrote:

>

Good Afternoon,
I am on the Kosher diet that includes "common fare", which accompanies both Kosher and Halal Religious Meals.
I was just at the dining hall to get my lunch and I was given Sachtam Meat, which is Halal and is not a Kosher meat.
The Halal meat for instance, contains Whey Protein, being a dis-allowed dietary ingredient, makes it non-Kosher
Both Food Service Staff were notified and no substitute was given or offered.
I am once again without a meal provided by FCI Sheridan, FSA, and staff.

p 216 of 239

#2 Administrative Remedy
for Kosher Common fare.

Defendants: Brooks, Suh. Bills & Honeycutt & Hendrix
refused to assist/accommodate reasonable
religious diet requests.

Admin Rem. # 1138921-F1

EXHIBIT #18

SHE 1330.18
ATTACHMENT A

## INFORMAL RESOLUTION

NOTICE TO INMATE: You are advised that prior to filing a Request for Administrative Remedy Form (BP-9), you **MUST** attempt to informally resolve your complaint through your Correctional Counselor except for UDC/DHO related concerns.

1.  Strobel, Nicholas        79622-065        3A        8-17-22
    Inmate Name              Register Number   Unit      Date

2.  **State below Your Specific Complaint:**

I have been afforded no reasonable accommodations for Holy Days or allowed to take my food back to my unit on Shabbat to consume after my study, fast & worship.

3.  **State What Action You Want Staff to Take to Correct the Situation.**

Facilitate Holy days + food accommodations as protected by my rights for free exercise of religion.

4.  **What Efforts Have You Made to Resolve Your Complaint Informally?**

Spoke to Sub. that it approved (Shabbat) verbally. Over Ruled by Brooks Spoke to Sub again, denied. Emails & Cop outs
Following. Admin Process now   Spoke w/ Henryutton 8-17-22

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

5.  Advice to inmate regarding complaint (include Program Statement number if applicable):

6.  Informal Resolution WAS / WAS NOT accomplished(Circle One)

_____        _____
Correctional Counselor  Date            Unit Manager    Date

1138921-P1

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L
--------------------------------------------------------------------------------

FROM: 79622065
TO: Religious Services
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 05/11/2022 06:45:24 AM

To: Religious Services
Inmate Work Assignment: FS

Good Morning,
I have been in contact with The Good Environment Inc. Kabbalah Education and Research Center, P.O. Box 670263, Flushing, NY 11355
When I wrote them requesting B'nai Baruch materials, they informed me that the chaplain may contact them by writing to the address above, and they will donate a box of books, per their policy.
Please contact them on my behalf, and the behalf of others interested in learning.
Also I have been in contact with PLSN in Brooklyn, NY, with regards to Reform Judaism.
Do you have a list of Rabbis willing to work with inmates? If so can you please supply me with contact information for one.
Lastly, here is a list of books I would like to be considered for ordering or ordered for the Jewish library in the Chapel:
Living a Jewish Life by Anita Diamant
Choosing a Jewish Life: A Handbook for People Converting to Judaism and for Their Family and Friends by Anita Diamant
Essential Judaism: A Complete Guide to Beliefs, Customs and Rituals(Updated in 2016) by George Robinson
What is a Jew? by Rabbi Morris N. Ketzer, revised by Rabbi Lawrence A. Hoffman

MyJewishLearning.org

Can you please also furnish me with any information on Conversion through the Reform movement?

I have nobody alive on the outside of the fence that is available to help me in this, the most important area of my life.
Please at your earliest convenience help me.
Thank You

---

BP-A0148
JUNE 10
U.S. DEPARTMENT OF JUSTICE    INMATE REQUEST TO STAFF cdfm    FEDERAL BUREAU OF PRISONS

B 7/8/1 234
(Copy)

TO: (Name and Title of Staff Member).    DATE: 6-24-22
Chaplain
FROM:    REGISTER NO.
Strobel    79622-065
WORK ASSIGNMENT:    UNIT:
FS    3A

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific, may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.

Can you please consider + arrange the Surplus Passover supplies from Passover that were for some reason denied to us/not passed out because FSA Brooks ordered variance from national menu during our Holiday? This can easily be done rather than throwing it all away. Please respond in writing.

(Do not write below this line)

DISPOSITION:

Signature Staff Member    Date.

Record Copy - File; Copy - Inmate
PDF    Prescribed by P5511

This form replaces BP-148.070 dated Oct 16
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE, FOR Privacy Folder    SECTION 6

---

BP-A0148
JUNE 10
U.S. DEPARTMENT OF JUSTICE    INMATE REQUEST TO STAFF cdfm    FEDERAL BUREAU OF PRISONS

(Copy)

TO: (Name and Title of Staff Member).    DATE: 6-24-22
Chaplain Suh
FROM:    REGISTER NO.:
STROBEL Nick    79622-065
WORK ASSIGNMENT:    UNIT:
FS    3A

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific, may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.

Can you please help me set up getting my (3) cold meals every Saturday. (Shabbot). From food service to take back to the unit. Every Saturday I fast for Religious purposes. There is no policy against this. There are no hot meals involved, there should indeed be no hot meals on Saturday on common fare. Please respond in writing to this request.

(Do not write below this line)

DISPOSITION: I spoke with Suh in person. He did not with to respond in writing. [illegible handwriting] informed me that we are to consume all food in the chow hall and he will not help make concessions... then asked if unit were now being mixed so I could join two other inmate (Jewish) in their study. He said we are not mixing with one person their it is from 4B and one from unit 1. I asked if the group could be made to 3. He said, ch no! we don't. The only time allowed for me to come to the chapel is on Thursday evenings. This time is also the only time I can go outside for Recreation. So, outside 1x a week only. I am not allowed reasonable transfer chapel or worship study times w/ any other fellow worshipers.

Signature Staff Member    Date.

Record Copy - File; Copy - Inmate
PDF    Prescribed by P5511

This form replaces BP-148.070 dated Oct 16
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE, FOR Privacy Folder    SECTION 6

113 PG21-F1

---

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L
--------------------------------------------------------------------------------

FROM: 79622065
TO: Religious Services
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 08/04/2022 08:20:33 AM

To: Chaplain
Inmate Work Assignment: FS

Is there goimg to be anything planned for Fast of Tish B'Av?
I inquired about Shavuot as well as Fast of Tammuz and received no response from your department. Thus, nothing was facilitated or was any effort made to afford us our participation.
When these Holy Days are acknoleged on a schedule from your department and distributed yet there is no effort made to facilitate anything, it is very concerning and upsetting.
Can someone in the Religious Services department please put forth effort to facilitate Holy Day events/Fasts(meal pick-up) and take other actions as needed.
Please let those of us that have signed up and look forward to these days what if anything you have put forth the effort to plan or set up and how to go about experiencing these events/days.
Please respond or forward me to a person to which I can speak to about Holy Day participation

NOTE: on 9-3-22 @ 7:23 a.m. the second day after the end of another COVID lock down for my unit I went to prek up my breakfast to take back to the unit to censum after my fast/the end of Shabbat. A.W. Bills/defenda. in Bivens (future) was outside the dining hall. He told m I must take the food inside. I set my meal next to the post holding up awning.
I then showed him a copy of cop-out written on 9-20-22 and handed directly to chaplain Suh regarding accommodation for my religious fast; Defendant Bills said " I don't think that it has been approved yet, you are more than welcome to eat it inside." " I cannot eat it now, I am fasting" " I will note that you denied me my food. Thank You" We parted. I left without food.

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L

---

FROM: 79622065
TO: Religious Services
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 08/10/2022 10:02:43 AM

To: Religious Services
Inmate Work Assignment: FS

Good Morning,
I have sent communications to your department regarding Holy days before their days came.
I inquired to you about:
Fast of Esther
Shavuot
Fast of Tammuz
Fast of Tish B'Av

I have not gotten any response nor has anyone in Religious service posted any updates nor have they called any moves or activity over the intercom.
the Christians, natives and Muslims have all been afforded their Holy days and Holy rights.
Yesterday the men following Islam were afforded a special meal that occurred at in the dining hall, which there was special food prepared.
It is the responsibility of the government and its employees to have a neutral place and stance when it comes to religion.
Yet, in practice, staff here cater to one religion over another on a regular basis.

Treat all followers of all religions equally and please do your duty in facilitating all the necessities for the observance of Holy Days.

The Kosher religious diet and Jewish Holy days and needs have been completely ignored, with the exception of Passover, which was only partially observed as should be.
The people who hold fast to only eating things allowed by Jewish law at this facility have suffered for several months. While when the suffering finally started affecting the Islamic adherents did any staff in any department start taking steps to correct many of the deficiencies.
There have been no efforts in your department or any other to help me facilitate in any of my religious needs, specifically the needs for me on my Shabbat.

Make effort to facilitate Holy Days to all religions for all followers EQUALLY and please stop favoring certain religions as has been the norm.

Fast of Gedaliah is coming up in less than a month.
This message should afford you ample time to take action, any action, to facilitate and announce the procedure that is to be followed for the observance, the fast, and collecting food to consume at the conclusion of the Holy day.

Please do not make it the fifth Holy day involving Judaism that you ignore and fail to do anything necessary.
Thank You

---

BP-A0148
JUNE 10
INMATE REQUEST TO STAFF CDFRM

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
| FOOD SERVICE | 8-16-22 |
| FROM: | REGISTER NO.: |
| Strobel, Nicholas | 79622-065 |
| WORK ASSIGNMENT: | UNIT: |
| N/a | 3A/102 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

I am attempting to re-connect/re-start my strict adherence to my Shabbat fasts, which are strongly rooted in my religious beliefs. My actions have clearly shown my deviation from observance.
I am asking either to pick up all of my meals, which must be cold/uncooked according to my faith and bring them back to my cell at meal times. or be able to pick them all up at dinner or another set time every Saturday to consume after my fast, study & worship.

This is a very reasonable accommodation that I ask and is one protected by my constitutional rights for free exercise of religion.
The denial of this is no way reasonably related to any valid penological interest.

(Do not write below this line)
food is stored, prepared & consumed on housing units on a normal basis.

DISPOSITION:

Signature Staff Member              Date

Record Copy - File; Copy - Inmate

PDF                              Prescribed by P5511

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER    **SECTION 6**

---

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L

---

FROM: 79622065
TO: Food Service
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 08/17/2022 07:03:08 AM

To: Food Service
Inmate Work Assignment: N/A

I am attempting to re-connect/re-start my strict adherence to my Shabbat fasts, which are strongly rooted in my religious beliefs.
I have strayed recently from my schedule and my thoughts and actions have clearly shown negative results.

I am asking to pick up all of my meals, which must be cold/uncooked according to my faith and bring them back to my cell. I would like to either to pick them up at regular meal times, or be able to pick them all up at dinner or at another set time every Saturday afternoon/evening to consume after my fast, study and worship.
Tis is a very reasonable request for accommodation that I ask and is protected by my constitutional rights for free exercise of religion.

The denial of this is no way reasonably related to any valid penological interest.
Food is stored, prepared, and consumed in housing units on a continual basis throughout every day.

I hope that there can be some accommodation that you are willing to facilitate to allow me to observe my Shabbat.

I will be submitting a paper cop/out and also be forwarding this to Religious Services in hopes that everyone can work together.

---

TRULINCS 79622065 - STROBEL, NICHOLAS ROBERT - Unit: SHE-C-L

---

FROM: 79622065
TO: Religious Services
SUBJECT: ***Request to Staff*** STROBEL, NICHOLAS, Reg# 79622065, SHE-C-L
DATE: 08/17/2022 07:04:04 AM

To: Shabbat facilitator
Inmate Work Assignment: N/A

Please see forwarded message and help facilitate my religious needs.
Thank You
-----STROBEL, NICHOLAS ROBERT on 8/17/2022 7:03 AM wrote:

>

I am attempting to re-connect/re-start my strict adherence to my Shabbat fasts, which are strongly rooted in my religious belief
I have strayed recently from my schedule and my thoughts and actions have clearly shown negative results.

I am asking to pick up all of my meals, which must be cold/uncooked according to my faith and bring them back to my cell. I would like to either to pick them up at regular meal times, or be able to pick them all up at dinner or at another set time every Saturday afternoon/evening to consume after my fast, study and worship.
Tis is a very reasonable request for accommodation that I ask and is protected by my constitutional rights for free exercise of religion.

The denial of this is no way reasonably related to any valid penological interest.
Food is stored, prepared, and consumed in housing units on a continual basis throughout every day.

I hope that there can be some accommodation that you are willing to facilitate to allow me to observe my Shabbat.

I will be submitting a paper cop/out and also be forwarding this to Religious Services in hopes that everyone can work togethe

---

1138921-F1

U.S. DEPARTMENT OF JUSTICE                                    REQUEST FOR ADMINISTRATIVE REMEDY
Federal Bureau of Prisons

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: STROBEL, NICHOLAS, R        79622-065        SHU        FCI-SHE
       LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.      UNIT       INSTITUTION

**Part A– INMATE REQUEST**

This is an Appeal to a BP-8 that I never got a response from. Chaplain Suh. Knows/has the documents. I have been attempting to get food (my issue) on Shabbats after my fast. I follow Judaism. I do not/can not consume foods prepared by anothers labor on the seventh Day, Saturday, the Shabbat. EXODUS 20:8-10 "8 Remember the Sabbath day and Keep it holy. 9 Six days you shall labor and do all your work, 10 but the seventh day is a Sabbath of the Lord your God: You shall not do any work— you, your son or daughter, your male or female slave, or your cattle, or the stranger who is within your settlements." I fast every Saturday so that I never consume anything made by any labor on that day. I do not have a reliable, consistant source of income to purchase foods from Commissary. I requested and was denied the facilitation by Chaplain Suh to collect my (3) common fare meals, all of which are by tradition cold meals and take them to the Unit to consume after my study, worship & fast. I ask that my Constitutional right to practice religion not be infringed up on and that I be allowed my food from Food Service on Saturdays, brought by me to the Unit.

10-18-2022        [signature]
    DATE                         SIGNATURE OF REQUESTER

**Part B– RESPONSE**




_____                    _____
            DATE                                        WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                      CASE NUMBER: _____

                                                    CASE NUMBER: 1138921-F1

**Part C– RECEIPT**

Return to: _____
              LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT       INSTITUTION

SUBJECT: _____

_____                    _____
            DATE                                    RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                                                    BP–229(13)
                                                                           APRIL 1982

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: OCTOBER 27, 2022

104

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      SHERIDAN FCI

TO  : NICHOLAS ROBERT STROBEL, 79622-065
      SHERIDAN FCI     UNT: UNIT 3    QTR: Z01-104UAD
      P.O. BOX 8000
      SHERIDAN,  OR 97378


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 1138921-F1      ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : OCTOBER 27, 2022
SUBJECT 1       : RLGS DIET:CERTIFIED/NON-FLESH ALTERNATIVES, ACCESS TO
SUBJECT 2       :
INCIDENT RPT NO:      FASTS ETC. - -

REJECT REASON 1: YOU DID NOT ATTEMPT INFORMAL RESOLUTION PRIOR TO SUBMISSION
                 OF ADMINISTRATIVE REMEDY, OR YOU DID NOT PROVIDE THE
                 NECESSARY EVIDENCE OF YOUR ATTEMPT AT INFORMAL RESOLUTION.

REJECT REASON 2: YOU DID NOT SUBMIT A COMPLETE SET (4 CARBONIZED
                 SHEETS) OF THE REQUEST (BP-9) OR APPEAL
                 (BP-10  OR BP-11) FORM.  (CIRCLE ONE)

KOSHER / fast/shabbat  1138921-F1

U.S. Department of Justice                    Regional Administrative Remedy Appeal

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: STROBEL, NICHOLAS, R        79622-065        SHU        FCI-SHE
        LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A - REASON FOR APPEAL** This is an appeal to denial of BP-9. I have no copy to send you of BP-8 or any other documents. I am in the SHU and the property officer has not answered any of my requests to get legal work to furnish them. Furthermore Lt. Styles and C.O. Loughbom refuse to get me copies of documents I do have. Enclosed is a copy of my denied BP-9.

A.W. Bills, Chaplain Suh, and FSA Brooks refuse to accommodate any requests regarding my religious belief or customs violating my 1ST amendment right to freedom of religion and rights protected by "RFRA" & RLUIPA".
I requested that staff facilitate me getting foods (my cold meals) to consume after the shabbat. I cannot consume foods prepared by others on the 7TH day, the day of rest.
        See BP-9 dated 10-18-22

11-6-22        Provide me with accommodations for my religion
DATE                                        SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____        _____
DATE                                        REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                CASE NUMBER: _____

**Part C - RECEIPT**
                                        CASE NUMBER: 1138921-R1

Return to: _____
        LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT:_____

_____        _____
DATE                                        SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN                    PRINTED ON RECYCLED PAPER        BP-230(13)
                                                JUNE 2002

U.S. Department of Justice

Federal Bureau of Prisons

Central Office Administrative Remedy Appeal

Type or use ball–point pen. If attachments are needed, submit four copies. One copy each of the completed BP–DIR–9 and BP–DIR–10, including any attachments must be submitted with this appeal.

From: STROBEL, NICHOLAS, R          79622-065       @ pabirump       SHE
LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.           UNIT          INSTITUTION

**Part A—REASON FOR APPEAL** I did not get response for BP-10. I had this copy of BP-11 sent from outside source to file in timely manner.

A.W. Bills, Chaplain Suh, and FSA Brooks refuse to accommodate any requests regarding my spiritual beliefs or customs violating my 1st amendment right to freedom of religion + rights protected by RFRA & RLUIPA.

I have been requesting that staff facilitate me getting my foods (cold meals) to consume after Shabbat. This ensures I do not eat/consume anything labored over by anyone on day of rest, the Shabbat. It must be kept Holy.

Please accommodate religious requests

12-18-22     No accommodations for ANY given
DATE         Jewish holy days. See 8-22-04 email enclosed.
                                                    SIGNATURE OF REQUESTER

**Part B—RESPONSE**




DATE                                              GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE                        CASE NUMBER: _____

**Part C—RECEIPT**
                                                  CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____                                SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL
DATE                                                                        BP–231(13)
USP LVN          Printed on Recycled Paper                                  APRIL 1982

FSA BROOKS TOOK ME
OFF KOSHER MEALS. FCI SHERIDAN
STAFF STARVED ME FOR 6 STRAIGHT
DAYS, 16 CONSECUTIVE MEALS, 136 HOURS.

COP-OUTS/SUPPORTING DOCUMENTS
BP-8 - BP-11 NO RESPONSE
TO ANY

10-15-23

EXHIBIT 19

①

11-10-22

## INFORMAL RESOLUTION

NOTICE TO INMATE:  You are advised that prior to filing a Request for
Administrative Remedy Form (BP-9), you **MUST** attempt to informally resolve
your complaint through your Correctional Counselor except for UDC/DHO
related concerns.

1. Strobel Nicholas         79622-065         SHU       11-10-22
   **Inmate Name**        **Register Number**   **Unit**    **Date**

2. **State below Your Specific Complaint:** If I broke rules, write me up - Don't deny me food.

I have been taken off my Kosher diet due to retaliation. In August I made purchases to pay a debt. I was told by my counselor, "pay your debts." I purchased non-kosher items for someone. I did not consume any. I was on a hunger strike a week ago because staff would not feed me Kosher food. Because I assert my rights staff retaliated.

3. **State What Action You Want Staff to Take to Correct the Situation.**

I have done everything in my power to hold myself and staff accountable. I want staff to feed me ~~kosher foods~~ only Kosher foods.

4. **What Efforts Have You Made to Resolve Your Complaint Informally?**

Everything you can think of. I am in BP-10 & BP11 stages for food issues. I am documenting everything. I have spoken to numerous staff. Retaliation is wrong!

**************************************************************************

5.    Advice to inmate regarding complaint (include Program Statement number if
      applicable):

_____

_____

_____

_____

6. Informal Resolution WAS / WAS NOT accomplished(Circle One)

_____          _____
Correctional Counselor Date         Unit Manager    Date

Hand written copy turned into Mr. Baumeister on 11-10-22 @ lunch tray pick up time.

(2)

Food Service

Hand written Copy

I have not been fed dinner twice in 3 days. On 9-25-22 & 9-27-22 I was offered Sachtam Meals Certified Halal meal for dinner. These meals are not Kosher they must have K Ⓚ Ⓤ pareve or similar marking to be Kosher. I have went unfed again by food Service again for whatever reason.

Halal meals, specifically the meat, contain whey and/or whey protiens. I cannot consume milk (milchig) & meat (fleshig) in the same item or meal. Exodus 23:19 "You shall not boil a kid in it's mothers milk."

Kosher meats & meals from Meal Mart/Sachtam are made with Soy protiens specifically for this reason to make the meals & meat Kosher & thus consumable by me. If you do not have Kosher hots, substitute with Kosher Peanut Butter, tuna, sardines or balogna. Not feeding me is extremely wrong and illegal. I am a human. I have been denied numerous meals on dozens of occasions. This is an ongoing issue and I know that most food service staff know the difference between Halal and Kosher. Commen Fare is a generic term which staff continue to classify all religious diets. food is marked Halal or Kosher for a reason.

I must only be served Kosher food from a reputable & reliable source or you are purposefully violating my Constitutional Rights as well as my Religious Rights.

Please Provide KOSHER food 3 times daily.

STROBEL    79622-065          9-27

KOSHER    9-27-22                ③

TO: The office of the Warden

From: 79622-065        SHU/104        9-30-22
         STROBEL

I can only eat KOSHER foods
I continue to go without being fed by your staff at this institution.
On 9-25, + 9-27-22 I was forced to go without any meal at all. Halal meals are not Kosher.
No lunch today....
I have filed BP-8+9 regarding this ongoing issue + never got a response on BP-9. BP-10 was mailed approx. a month ago. Some days I have been only given 1 of 3 meals.
This does not solve the ongoing problems.

On the following dates I was deprived of at least one item from my meal - according to National menu:
9-4; 9-6; 9-10; 9-11; 9-13; 9-18; 9-20; 9-23; 9-25; 9-27, 9-28;+9-30;

HAND WRITTEN

COPY

KOSHER    9-30-22                                                    ④

TO: Mr. Brooks — Food Service

From: Strobel 79622-065

On 11-2 at dinner, once again your subordinates only sent me a Hallal meal.

As you know, they aren't Kosher because of the whey + whey protiens they have in them. Among other reasons Whoever was working P.M. shift refused to bring me or send me a meal that is allowed to be consumed by me, according to my religious beliefs.

I ask that you PLEASE, speak to the subordinate(s) who do not know that Kosher + Hallal meals are not the same, If they were, they would be labled as such, and inform them that not feeding me on such a regular basis has been constantly violating my 1st, 8th, & 14th Amendment rights. Along with Religious Freedom Acts. The fact C.O. Laughbent + Lt. Styles lied to me about F.S. being gone — I heard 2B called to mainline after. Does not concern you.

Please train F.S. employees correctly
Please feed me 3 KOSHER meals a day

Hand written
Copy for Records/fires

Thank You

11-2-22

KOSHER
11-2-22

WHY WAS I DENIED A KOSHER MEAL?
WHY DID I GO UNFED AGAIN LAST NIGHT?
TO WHOM IT MAY CONCERN:

AS OF THIS MORNING I AM REFUSING
ALL MEALS.

I REQUEST TO SPEAK TO MR. BROOKS
FROM FOOD SERVICE.
I WOULD LIKE TO RESOLVE THIS
CONTINUED ISSUE OF FOOD SERVICE
STAFF NOT PROVIDING ME WITH
KOSHER MEALS 3 TIMES A DAY.

I WOULD LIKE TO KNOW WHY
ON LOUGHBON'S SHIFT I CAN
NOT GET A KOSHER MEAL, WHILE
ANY OTHER C.O. CAN COMMUNICATE
THE ISSUE WITH FOOD SERVICE
AND GET ME FOOD THAT FOLLOW
MY RELIGIOUS DIETARY NEEDS.

WHILE MAIN LINE WAS RUNNING LAST
NIGHT, WHY, WHEN ASKED FOR A KOSHER
MEAL DID LT. STYLES LIE AND TELL
ME FOOD SERVICE LEFT RATHER THAN
ATTEMPTING TO GET OR GETTING ME A MEAL?
I HEARD 2B CALLED TO MAINLINE ON RADIO
AFTER HE TOLD ME F.S. LEFT.

STROBEL  79622-065  SHU/104      11-3-22

SHU. OFFICERS                    11-4-22

IF THE HOT MEAL DOES NOT HAVE

כשר
**KOSHER**
*Meal Mart*
UNDER THE
SUPERVISION OF

(U)

ONE OR MORE OF THESE ON OUTER
WRAPPER, IT IS NOT KOSHER.

I WILL HAVE TO SAVE MY BATTLE FOR
COURT.

حلال
Certified-Halal
by
JUM

SACHTAN
MEALS

NOT KOSHER

Thank y'all

Strobel # 79622-065

KOSHER

MO FO NEEDS TO EAT!

11-4-22

P 231 of 239
STROBEL
79622-065

Chaplain Suh,

I was taken off of my Kosher common fare diet. I purchased items that were not Kosher to pay someone back for stamps. I did not know that a purchase could get me removed from my religious diet. I did not consume any of these items. I have not consumed anything that is not Kosher since I re-applied myself to get in touch with my spiritual + religious past of my ancestors. We have had many discussions & you know how dedicated I am.

Today I spoke to Mr. A. Brooks the FSA. He told me that per policy, I can be removed from my Kosher diet for purchasing items. I explained my predicament and that I absolutely cannot eat non-Kosher Foods, as you know. He told me that I need to speak to the Chaplain about that. "He's the only one to put you back on."

Mr. Suh, I ask I pray. I beg you to please put me back on my Kosher Diet.

I have not eaten nor can I eat until you do so.
You are the only person with the power to do so.
Please advicate for me.
I will NEVER purchase non-Kosher again.
If you could please do this ASAP, I am VERY HUNGRY and a little weak.

Kosher                    11-11-22            Thank You

hand written Copy

11-11-22                                              Ⓑ

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

REQUEST FOR ADMINISTRATIVE REMEDY

Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.

From: _Strobel Nicholas, R_    _79622-065_    _SHU_    _SHE-FCI_
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

Part A– INMATE REQUEST @ I am being transferred. You will NEED TO MAIL ME RESPONSE.

ON 11-10-22 I was taken off my Kosher diet due to staff retaliation. I have been attempting to assert my rights for only Kosher feeds. Staff, led by FSA Brooks, which include; Honeycutt, Arenas, Guerrero, Packard, Davis and Collins all know how strictly I follow my religious diet. I deny non-kosher (halal) foods and request Kosher continuously. Staff attempt to lie to me and tell me, "It's Kosher, trust me, I ordered it," "it's the new kind of Kosher," "Hallal and Kosher are the same," etc. Food service staff did not feed me any meals from 11-10-22 until captain Cerone became involved on 11-15-22, I was starved by staff for over 130 hours, a total of 16 consecutive meals. BOP staff also lied to Rabbi Shmuel Spritzer, who contacted the BOP on my behalf. The lies will be shown easily when all of this is brought to the open. THEY LIED TO A RABBI!! Who does that? Food service staff, w/o Authority or Authorization stopped feeding me foods that I can consume according to my religious beliefs. Captain Cerone informed me of this on 11-15-22. Only the warden and chaplain have this Authority. NO RESPONSE TO BP-8

I want staff held accountable. I want more supervision on Kosher meals. Every meal is missing @ least (1) item. i want action taken for reparations for violating my 1st, 5th, 8th + 14th amendment rights!

_11-29-22_    Staff refuses to provide copies.    _(signature)_
    DATE                  SIGNATURE OF REQUESTER

Part B– RESPONSE

 

 

_____    _____
DATE              WARDEN OR REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE    CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

                CASE NUMBER: _____

Part C– RECEIPT

Return to: _____    _____    _____    _____
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____    _____
DATE          RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN    PRINTED ON RECYCLED PAPER    (9)    BP–229(13)
                                           APRIL 1982

TO: Brooks / Food Service

From: 79622-065     STROBEL     SHU/103     12-1-2022

As you well know, I have been sending you e-mails, cop-outs and have had numerous conversations with you about my Kosher ONLY diet. I have finally been given only Kosher meals. Unfortunately almost all meals are missing at least one item. Tonight for instance, I was only given the Kosher Hot meal. No common fare items were given to me at all. No fruit, no bread, no spork to eat with no anything besides the hot. On Sundays, excluding one, since I have been here in the SHU I have not gotten milks with my omelet lunch as I am, according to the National Menu, entitled to.

Here is a short list of some other dates & issues to keep you updated so you will not be surprised in the future.

11-22 #sack lunch only contained sardines & a pack of mothers cookies.
     no chips/no bread/no fruit/no vegetable juice/no muffin or condiments
     * dinner - no fruit or margarine - informed Huerta of continued missing items. no substitute

11-23 * breakfast - no bread - informed Vancleave - no substitute

11-24 * I was not given dinner at all

11-25 * dinner - no fruit/no margarine/no condiments

11-26 * breakfast - no fruit/no coffee/no spoon/no margarine/no cup - Wheeler informed - no substitute
     *lunch - Meat Rancid/rotten - given to whelor - no sub

11-27 * lunch - no milks/no oatmeal/no margarine/no sweeteners - no subs given

11-28 * bag lunch - no chips/no vegetable juice/no muffin/no margarine - no substitute

11-29 * bag lunch - no chips/no margarine/no spoon - no substitutes

12-1 * bag lunch - no chips/no margarine/no mayo/no fruit/no bowl
     * dinner - no common fare bag as noted above.

This is a small example of the ongoing neglect and punishment I am suffering. Please Remedy!!

kosher

Hand written Copy MS 12-1-22

12-1-2022

⑩

STROBEL, NICHOLAS        79622-065

Appeal to BP-9 from Sheridan FCI.

I am on common fare and can only eat kosher food due to Religious Beliefs. Staff at Sheridan FCI fed everyone Halal meals continuously. I was labled as disruptive because I would not accept Halal meals as they are not Kosher. In retaliation for my insisting on only accepting Kosher ~~Halal~~ food, FSA Brooks, took me off of common fare & Staff did not feed me for 16 consecutive meals, thus starving me for 6 straight days until Captain Cerone got involved. FSA Brooks, as per policy does not have authority or authorization to remove persons from Religious diet. FSA Brooks and his subordinates all violated my $1^{st}, 5^{th}, 8^{th}, & 14^{th}$ Amendment rights as they denied me my food, & starved me. A BOP representative also lied to Rabbi spritzer who contacted them on my behalf.

I would like staff to appologize to Rabbi spritzer verbally & in writing.

I would like monetary/punitive award.

Note! I may be transferred again. Please ensure I get response. See attached letter also. I will retain hand written copies for my records

Signed this 23rd day of January 2023 currently a Florence FCI

original Signature

Copy

re written
11-13-23

Sheridan
Office of The Warden
P.O. Box 8000
Sheridan, OR
    97378

TO WHOM IT MAY CONCERN!

This correspondance is to address two issues. #1 Before my transfer on Dec. 6 2022, I put in a request for a change of address/moving packet along with the Program Statement supporting my request, printed from the ELL in the SHU.

C.S.O. Moody responded, "We don't have them and don't do that here."

Furthurmore, none of my mail was forwarded for the duration specified in FBOP Program Statement

Thus, I am out subscriptions which I have no way of getting/replacing.

I do not have their addresses because none were forwarded, even temporarily.

Due to staff not following policy and their wrongful acts/ommissions, I am minus purchases from: SENZA, CNA Entertainment, Red Bulletin, Ed Hammilton, South Chicago, Ranger Review, and numerous other businesses and agencies.

Please forward my mail until this can be remedied and make compensation possible.

I have not gotten any legal/court/general correspondences forwarded either. Not even from Rabbi Spritze

#2 I have not gotten any responses to any Administrative Remedies or any other official documentation, for example: BP-9 regarding FSA Books & his subordinates starving me for 6 days or BP-9 regarding staff violating 1st, 5th & 14th Amendment Rights w/ regards to books sent to me, which officer Vancleave confiscated.

Any response can be sent to:

Nicholas Strobel #79622-065
FCI
P.O. Box 6000
Florence, Co
    81226

Signed this 2nd day of Feb 2023

STROBEL, NICHOLAS        79622-065

Appeal to conduct by officers/staff @ F.C.I. Sheridan

I am currently at F.C.I. Florence

I am on common fare and can only eat Kosher food due to Religious Beleifs. Staff at FCI Sheridan fed or attempted to feed everyone on Common fare Halal meals continuously, regardless of Religious Dietary laws. I was labled as "disruptive" because I refuse to accept non-Kosher meals. In retaliation for attempting for over a year to get correct meals, and insisting on only accepting Kosher foods, FSA Brooks took me off of common fare & Staff did not feed me for 16 consecutive meals, thus starving me for 6 straight days. Captain Cerone, finally became involved. Cpt. Cerone informed me, as per policy, FSA Brooks does not have authority or authorization to remove me ~~from~~, or anyone else from a Religious Common fare diet.

FSA Brooks and his subordinates all violated my 1st, 5th, 8th & 14th Amendment Rights as they denied me my food (all food) and starved me. A BOP representative also lied to Rabbi Spritzer when he contacted the FBOP on my behalf.

I would like staff to appologize to Rabbi Spritzer verbally and in writing.

I would like monetary/punitive award.

See (1 of 3) & check my Designation Institution address & my location before reponse.

(Copy)

Signed this 2nd day of ~~Feb~~. March 2023

[2 of 3]

(13)

The defendants provided a blank copy of Department of Corrections Form DOC-3452. Dkt. No. 37-3 at 4. The form-which has information directed to the incarcerated person and a space for that person to sign and date-reads as follows:

Not eating food or drinking fluids is unhealthy and may cause short term or long term illness up to and including death.

Not eating or drinking anything may cause death in just a few days.

Drinking fluids and not eating is less dangerous, but can lead to serious illness if continued for days.

Body reactions to starving include: loss of body fluids, dizziness, lightheadedness, weakness, nausea, vomiting, tiredness, sluggishness, irritability, weight loss, low blood sugar, slow heart rate and low blood pressure.

Starving can result in heart damage, kidney damage, and death. Depending on the length of **starvation**, damage to the heart and kidneys may be permanent.

**Restarting eating and drinking after a period of starvation must be done with caution because if not done appropriately, serious medical complications can occur including sudden death. Contact the Health Services Staff for assistance**.

Staff will observe your weight,{2022 U.S. Dist. LEXIS 9} temperature, pulse, blood pressure and breathing. You will be examined for signs and symptoms of **starvation**, mental illness, and to determine whether or not you are able to make decisions and manage your affairs.

If you are found to be at risk of death or other serious adverse effects due to **starvation**, legal measures may be taken to allow forced examination by health care providers, forced feeding, forced fluids and hospitalization.Id.3

DISHOT                                        1

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

EXHIBIT #20

p238 of 239

· BP-9 Sensitive filed Feb, 2022 Regarding not being fed.

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MARCH 3, 2022


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      WESTERN REGIONAL OFFICE

TO  : NICHOLAS ROBERT STROBEL, 79622-065
      SHERIDAN FCI      UNT: UNIT 3    QTR: C01-107U
      P.O. BOX 8000
      SHERIDAN,  OR 97378



FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 1112357-R1      REGIONAL APPEAL
DATE RECEIVED  : MARCH 2, 2022
SUBJECT 1      : UNPROFESSIONAL, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STAFF
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: THE ISSUE YOU RAISED IS NOT SENSITIVE. HOWEVER,
                 WE RETAINED YOUR REQUEST/APPEAL ACCORDING TO
                 POLICY.  YOU SHOULD FILE A REQUEST OR APPEAL AT
                 THE APPROPRIATE LEVEL VIA REGULAR PROCEDURES.

Dent FOIA
10-16-23

EXHIBIT #21
1 of 2

**JEFFREY A. MERKLEY**
OREGON

# United States Senate

**WASHINGTON, DC 20510-3705**

COMMITTEES:

APPROPRIATIONS

BUDGET

ENVIRONMENT AND
PUBLIC WORKS

FOREIGN RELATIONS

RULES AND
ADMINISTRATION

July 24, 2022

Nick Strobel
27072 Southwest Ballston Road
PO Box 5000
Sheridan, OR 97378-9620

Dear Nick,

Thank you for contacting me to share your concerns about living conditions at FCI Sheridan. I appreciate you raising this issue with me.

Thanks to your message and correspondence from fellow Oregonians, who have also expressed concerns, my staff is taking a closer look into this matter.

Again, I have made note of your points and appreciate your input. I hope you will continue to send your observations and thoughts my way.

All my best,

Jeffrey A. Merkley
United States Senator

JM/js

531 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510-3705
(202) 224-3753
FAX (202) 228-3997

121 S.W. SALMON STREET
SUITE 1400
PORTLAND, OR 97204
(503) 326-3386
FAX (503) 326-2900

EXHIBIT #1
2 of 2